1  CHILDREN'S ADVOCACY INSTITUTE
   University of San Diego School of Law
2  Robert C. Fellmeth (State Bar No. 49897)
   Edward Howard (State Bar No. 151936)
3  Christina McClurg Riehl (State Bar No. 216565)
   Elisa D'Angelo Weichel (State Bar No. 149320)
4  5998 Alcala Park
   San Diego, CA 92110
5  Telephone: (619) 260-4806
   Facsimile: (619) 260-4753
6  cpil@sandiego.edu

7  MORRISON & FOERSTER LLP
   Kimberly N. Van Voorhis (State Bar No. 197486)
8  Marc David Peters (State Bar No. 211725)
   755 Page Mill Road
9  Palo Alto, California 94304-1018
   Telephone: (650) 813-5600
10 Facsimile: (650) 494-0792
   KVanVoorhis@mofo.com
11
   MORRISON & FOERSTER LLP
12 Steve Keane (State Bar No. 247588)
   12531 High Bluff Drive, Suite 100
13 San Diego, California 92130
   Phone: (858) 720-5100
14 Fax: (858) 720-5125

15 **Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity, <br><br> Defendants. | Case No. C 07 5086 JL <br><br> **CERTIFICATION OF INTERESTED ENTITES OR PERSONS** <br><br> **DEMAND FOR JURY TRIAL** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 3, 2007

Respectfully submitted,

**MORRISON & FOERSTER LLP**

By: _____
Kimberly N. Van Voorhis
Marc David Peters, Ph.D.
755 Page Mill Road
Palo Alto, California 94304-1018
Tel: (650) 813-5600
Fax: (650) 494-0792

Steve Keane
**Morrison & Foerster LLP**
12531 High Bluff Drive, Suite 100
San Diego, California 92130
Phone: (858) 720-5100
Fax: (858) 720-5125

Robert C. Fellmeth
Edward Howard
Christina McClurg Riehl
Elisa D'Angelo Weichel
**Children's Advocacy Institute**
**University of San Diego School of Law**
5998 Alcala Park
San Diego, CA 92110
Telephone: (619) 260-4806
Facsimile: (619) 260-4753

ATTORNEYS FOR PLAINTIFFS
California State Foster Parent Association,
California State Care Providers Association, and
Legal Advocates for Permanent Parenting