| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Kimberly N. Van Voorhis, Esq., Bar #197486<br>Morrison & Foerster, LLP<br>755 Page Mill Drive<br>Palo Alto, CA 94304<br>*Telephone No:* 650-813-5600    *FAX No:* 650-494-0792 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court-San Francisco | | |
| *Plaintiff:* California State Foster Parent Association, et al.<br>*Defendant:* John A. Wagner, et al. | | |
| **PROOF OF SERVICE** | *Hearing Date:*  *Time:*  *Dept/Div:* | *Case Number:*<br>C075086JL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Certification Of Interested Entities Or Persons; Notice Of Case Assignment; Consent To Proceed Before A United States Magistrate Judge (Blank); Order Setting Initial Case Management Conference And ADR Deadlines; Contents Of Joint Case Management Statement

3. a. *Party served:*                           John A. Wagner, Director Of Department Of Social Services
   b. *Person served:*                         Marilyn McCloskey, Person Authorized to Accept

4. *Address where the party was served:*       744 P Street, #3-90
                                               Sacramento, CA 95814

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 04, 2007 (2) at: 3:06PM

7. *Person Who Served Papers:*
   a. Jason Marshall

       1st Nationwide Legal Services
   501 12th Street
   Sacramento CA, 95814
   Voice: 916.449.8990
   FAX: 916.449.8991

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $82.50
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) *Registration No.:*    98-61
       (iii) *County:*             Sacramento
       (iv) *Expiration Date:*     Fri, Jun. 27, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Oct. 05, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(Jason Marshall)

kivoo.78750

| *Attorney or Party without Attorney:*<br>Morrison & Foerster, LLP<br>755 Page Mill Drive<br>Palo Alto, CA 94304<br>Telephone No: 650-813-5600  FAX No: 650-494-0792 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | | | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court-San Francisco | | | | |
| *Plaintiff:* California State Foster Parent Association, et al.<br>*Defendant:* John A. Wagner, et al. | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C075086JL |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the ECF Registration Information Handout

3. a. Party served:             John A. Wagner, Director Of Department Of Social Services
   b. Person served:           Jim Reilley, Person Authorized to Accept

4. Address where the party was served:     744 P Street, #3-90
                                                    Sacramento, CA 95814

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Oct. 05, 2007 (2) at: 9:29AM

7. *Person Who Served Papers:*
   a. Mike Singh

   

   1st Nationwide Legal Services
   501 12th Street
   Sacramento CA, 95814

   Voice: 916.449.8990
   FAX: 916.449.8991

                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $82.50
   e. I am: (3) registered California process server
        (i) Employee
        (ii) Registration No.:     2000-02
        (iii) County:              Sacramento
        (iv) Expiration Date:    Fri, Jan. 04, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Oct. 05, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007          PROOF OF SERVICE         (Mike Singh)

mo08.78785