| *Attorney or Party without Attorney:* <br> Kimberly N. Van Voorhis, Esq., Bar #197486 <br> Morrison & Foerster, LLP <br> 755 Page Mill Drive <br> Palo Alto, CA 94304 <br> *Telephone No:* 650-813-5600   *FAX No:* 650-494-0792 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court-San Francisco |
|---|
| *Plaintiff:* California State Foster Parent Association, et al. |
| *Defendant:* John A. Wagner, et al. |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> C075086JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Certification Of Interested Entities Or Persons; Notice Of Case Assignment; Consent To Proceed Before A United States Magistrate Judge (Blank); Order Setting Initial Case Management Conference And ADR Deadlines; Contents Of Joint Case Management Statement

3. a. *Party served:*  Mary Ault, Deputy Director Of The Children And Family Services Division, California Dept. Of Social Services
   b. *Person served:*  Marilyn McCloskey, Person Authorized to Accept

4. *Address where the party was served:*  744 P Street, #3-90
   Sacramento, CA 95814

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 04, 2007 (2) at: 3:06PM

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jason Marshall
   
   1st Nationwide Legal Services
   501 12th Street
   Sacramento CA, 95814
   Voice: 916.449.8990
   FAX: 916.449.8991
   
   d. *The Fee for Service was:*  $20.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  98-61
      (iii) County:  Sacramento
      (iv) Expiration Date:  Fri, Jun. 27, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Oct. 05, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(Jason Marshall)

kivoo.78751

| Attorney or Party without Attorney:<br>Morrison & Foerster, LLP<br>755 Page Mill Drive<br>Palo Alto, CA 94304<br>Telephone No: 650-813-5600    FAX No: 650-494-0792 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court-San Francisco | | | | |
| Plaintiff: California State Foster Parent Association, et al. | | | | |
| Defendant: John A. Wagner, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C075086JL |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the ECF Registration Information Handout

3. a. *Party served:*          Mary Ault, Deputy Director Of The Children And Family Services Division, California Dept. Of Social Services
   b. *Person served:*         Jim Reilley, Person Authorized to Accept

4. *Address where the party was served:*     744 P Street, #3-90
                                              Sacramento, CA 95814

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Oct. 05, 2007 (2) at: 9:29AM

7. *Person Who Served Papers:*
   a. Mike Singh



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.8990
FAX: 916.449.8991

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $20.00
   e. I am: (3) registered California process server
      (i)   Employee
      (ii)  Registration No.:    2000-02
      (iii) County:              Sacramento
      (iv)  Expiration Date:     Fri, Jan. 04, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Oct. 05, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007              PROOF OF SERVICE             (Mike Singh)
                                                                                           mo08.78786