1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  SUSAN M.. CARSON
   Supervising Deputy Attorney General
3  GEORGE PRINCE, State Bar No. 133877
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5749
    Fax:  (415) 703-5480
6
7  Attorneys for Defendants
8
9               IN THE UNITED STATES DISTRICT COURT
10             FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                     SAN FRANCISCO DIVISION
12

| | |
|---|---|
| **CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,,**<br><br>                              Plaintiffs,<br><br>       v.<br><br>**JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family services Division of the California Department of Social Services, in her official capacity,,**<br><br>                              Defendants. | C075086JL<br><br>**STIPULATION EXTENDING TIME FOR FILING RESPONSE; [PROPOSED] ORDER GRANTING EXTENSION**<br><br>Complaint Filed: Oct. 4, 2007 |

24              STIPULATION AND [PROPOSED] ORDER

25       The parties to this action have conferred and agreed that defendants may have to and

26  through November 6, 2007, in which to file a response to the complaint.

27  //

28  //

Stip. Extending Time for Filing Response; [Proposed] Order   California State Foster Parent Association, et al. v. Wagner
                                                                                                    C075086JL

                                        1

Dated: October 31, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

SUSAN M. CARSON
Supervising Deputy Attorney General

/s/ George Prince

GEORGE PRINCE
Deputy Attorney General

Attorneys for Defendants

Dated: October 31, 2007

/s/ Kimberly N. Van Voorhis

KIMBERLY N. VAN VOORHIS
MORRISON & FOERSTER LLP

Attorney for Plaintiffs

Pursuant to General Order No. 45, Section X, I attest that concurrence in the filing of this document has been obtained from Ms. Van Voorhis.

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: _____    _____
THE HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

Stip. Extending Time for Filing Response; [Proposed] Order   California State Foster Parent Association, et al. v. Wagner
C075086JL

2