1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | SUSAN M. CARSON
Supervising Deputy Attorney General
3 | GEORGE PRINCE, State Bar No. 133877
Deputy Attorney General
4 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
5 | Telephone:  (415) 703-5749
Fax:  (415) 703-5480
6

7 | Attorneys for Defendants

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | **CALIFORNIA STATE FOSTER PARENT**          C 07-5086 JL
**ASSOCIATION, CALIFORNIA STATE CARE**
12 | **PROVIDERS ASSOCIATION,**                  **[PROPOSED] ORDER**
**and LEGAL ADVOCATES FOR PERMANENT**          **GRANTING DEFENDANTS'**
13 | **PARENTING,**                              **MOTION TO DISMISS**

14 |                                       Plaintiffs,

15 |          **v.**

16 | **JOHN A. WAGNER, Director of the California**
**Department of Social Services, in his official**
**capacity; MARY AULT, Deputy Director of the**
17 | **Children and Family services Division of the**
**California Department of Social Services, in her**
18 | **official capacity,**
                                      Defendants.
19

20 |          Defendants have moved the Court for an order dismissing this action for failure to state

21 | a claim upon which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil

22 | Procedure, on the ground that the complaint cannot be sustained against as plaintiffs have no

23 | private right of action under 42 U.S.C. § 1983 to enforce provisions of the Child Welfare Act.

24 |          For the set forth in defendants' moving papers, the motion is granted.  Plaintiffs'

25 | complaint is hereby dismissed without leave to amend.

26 |          IT IS SO ORDERED.

27 |          DATED: _____        _____

28 |                                          HONORABLE  JAMES LARSON
                                          UNITED STATES DISTRICT COURT

[Proposed] Order Granting  Defendants' Mtn. to Dismiss        California State Foster Parent Association, et al. v. Wagner
                                                                                              C 07-5086 JL