1   CHILDREN'S ADVOCACY INSTITUTE
    University of San Diego School of Law
2   Robert C. Fellmeth (CA SBN 49897)
    Edward Howard (CA SBN 151936)
3   Christina McClurg Riehl (CA SBN 216565)
    Elisa D'Angelo Weichel (CA SBN 149320)
4   5998 Alcala Park
    San Diego, CA  92110
5   Telephone: 619.260.4806
    Facsimile: 619.260.4753
6   cpil@sandiego.edu

7   MORRISON & FOERSTER LLP
    Kimberly N. Van Voorhis (CA SBN 197486)
8   Marc David Peters (CA SBN 211725)
    755 Page Mill Road
9   Palo Alto, California  94304-1018
    Telephone: 650.813.5600
    Facsimile: 650.494.0792
10  KVanVoorhis@mofo.com

11  MORRISON & FOERSTER LLP
    Steve Keane (CA SBN 247588)
12  12531 High Bluff Drive, Suite 100
    San Diego, California  92130-2040
13  Telephone: 858.720.5100
    Facsimile: 858.720.5125

14
    Attorneys for Plaintiffs

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA

17

SAN FRANCISCO DIVISION

18

19

| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting, | Case No.    C 07-5086 JL |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity, | Date:    December 19, 2007<br>Time:    9:30 a.m.<br>Judge:    Hon. James Larson, Courtroom F, 15th Floor |
| Defendants. | |

20
21
22
23
24
25
26
27
28

1    Defendants John Wagner and Mary Ault have moved the Court for an order dismissing

2    this action for failure to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6)

3    of the Federal Rules of Civil Procedure.

4    For the reasons set forth in Plaintiffs' opposition, the motion to dismiss is DENIED.

5    IT IS SO ORDERED.

6

7

Dated:  _____    _____

8                                      HON. JAMES LARSON
                                       Chief Magistrate Judge
9                                      United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1