1    CHILDREN'S ADVOCACY INSTITUTE
     University of San Diego School of Law
2    Robert C. Fellmeth (CA SBN 49897)
     Edward Howard (CA SBN 151936)
3    Christina McClurg Riehl (CA SBN 216565)
     Elisa D'Angelo Weichel (CA SBN 149320)
4    5998 Alcala Park
     San Diego, CA  92110
5    Telephone: 619.260.4806
     Facsimile: 619.260.4753
6    cpil@sandiego.edu

7    MORRISON & FOERSTER LLP
     Kimberly N. Van Voorhis (CA SBN 197486)
8    Marc David Peters (CA SBN 211725)
     755 Page Mill Road
9    Palo Alto, California  94304-1018
     Telephone: 650.813.5600
     Facsimile: 650.494.0792
10   KVanVoorhis@mofo.com

11   MORRISON & FOERSTER LLP
     Steve Keane (CA SBN 247588)
12   12531 High Bluff Drive, Suite 100
     San Diego, California  92130-2040
13   Telephone: 858.720.5100
     Facsimile: 858.720.5125

14
     Attorneys for Plaintiffs
15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                       SAN FRANCISCO DIVISION
18

19
     California State Foster Parent Association,          Case No.    C 07-5086 JL
20   California State Care Providers Association, and
     Legal Advocates for Permanent Parenting,
21
                       Plaintiffs,
22
            v.                                            **DECLINATION TO PROCEED**
                                                          **BEFORE A MAGISTRATE**
23                                                        **JUDGE AND REQUEST FOR**
     JOHN A. WAGNER, Director of the California           **REASSIGNMENT TO A UNITED**
24   Department of Social Services, in his official       **STATES DISTRICT JUDGE**
     capacity; MARY AULT, Deputy Director of the
25   Children and Family Services Division of the
     California Department of Social Services, in her
26   official capacity,

27                     Defendants.

28

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party respectfully declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and respectfully requests the reassignment of this case to a United States District Judge.


DATED: December 3, 2007

By:    /s/ Marc David Peters

MARC DAVID PETERS
MORRISON & FOERSTER LLP
Attorneys for Plaintiffs