UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CA STATE FOSTER PARENT ASSOCIATION

    Plaintiff(s),                                    No. 07-05086 JL

    v.                                          NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

JOHN A. WAGNER

    Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for December 19, 2007 at 10:30 a.m. and January 9, 2008 motion on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: December 4, 2007

                                            Richard W. Wieking, Clerk
                                            United States District Court

                                            *Wings Hom*
                                            By: Wings Hom, Deputy Clerk