UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CA STATE FOSTER PARENT
ASSOCIATION, et al.

        Plaintiff(s),

v.

JOHN A. WAGNER, et al.

        Defendant(s).

Case No. C 07-05086 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/14/07

Cora Pearson, State President
CA State Foster Parents Association

Dated: _____

Aubrey Manuel, President
CA State Care Providers Association

Dated: _____

Regina Diehl, President
Legal Advocates for Permanent Housing

Dated: _____

Kimberly N. Van Voorhis
Attorney for Plaintiffs

pa-1214550

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CA STATE FOSTER PARENT
ASSOCIATION, et al.

            Plaintiff(s),
v.

JOHN A. WAGNER, et al.

           Defendant(s).

Case No. C 07-05086 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

Dated: 12/13/07

Dated:_____

Dated:_____

_____
Cora Pearson, State President
CA State Foster Parents Association

_____
Aubrey Manuel, President
CA State Care Providers Association

_____
Regina Diehl, President
Legal Advocates for Permanent Housing

_____
Kimberly N. Van Voorhis
Attorney for Plaintiffs

pa-1214550

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CA STATE FOSTER PARENT
ASSOCIATION, et al.

        Plaintiff(s),

v.

JOHN A. WAGNER, et al.

        Defendant(s).

Case No. C 07-05086 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

Dated:_____

Dated: Dec. 17, 2007

Dated:_____

_____
Cora Pearson, State President
CA State Foster Parents Association

_____
Aubrey Manuel, President
CA State Care Providers Association

*Regina Diehl*
Regina Diehl, President
Legal Advocates for Permanent Housing

_____
Kimberly N. Van Voorhis
Attorney for Plaintiffs

pa-1214550

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CA STATE FOSTER PARENT
ASSOCIATION, et al.

                Plaintiff(s),

v.

JOHN A. WAGNER, et al.

                Defendant(s).
_____/

Case No. C 07-05086 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

                                                      Cora Pearson, State President
                                                      CA State Foster Parents Association

Dated:_____

                                                      Aubrey Manuel, President
                                                      CA State Care Providers Association

Dated:_____

                                                      Regina Diehl, President
                                                      Legal Advocates for Permanent Housing

Dated: 12/17/07

                                                      Kimberly N. Van Voorhis
                                                      Attorney for Plaintiffs

pa-1214550