UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CA STATE FOSTER PARENT
ASSOCIATION, et al.

        Plaintiff(s),

v.

JOHN A. WAGNER, et al.

        Defendant(s).

Case No. C 07-05086 WHA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

    The Parties agree to participate in private mediation, provided the mediator will handle the case on a pro bono basis.  The parties agree to hold the ADR session by April 1, 2008

Dated: December 19, 2007

    /s/  Kimberly N. Van Voorhis
Kimberly N. Van Voorhis
Attorney for Plaintiffs

Dated: December 19, 2007

    /s/  George Prince
George Prince, Deputy Attorney General
Attorney for Defendants

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    Private ADR.

    Deadline for ADR Session:  April 1, 2008

IT IS SO ORDERED.

Dated: _____

_____
The Honorable William Alsup
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATION BY KIMBERLY N. VAN VOORHIS PURSUANT
TO GENERAL RULE NO. 45, SECTION X RE: E-FILING ON BEHALF
OF MULTIPLE SIGNATORIES**

     1.     I am a lawyer licensed to practice law in the State of California, and a partner in the law firm of Morrison & Foerster LLP, counsel for Plaintiffs.  The statements herein are made on my personal knowledge and, if called as a witness, I could and would testify thereto.

     2.     The above e-filed document contains multiple signatories.  I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.  Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court is so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

     3.     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on December 19, 2007.

By:   /s/ Kimberly N. Van Voorhis
Kimberly N. Van Voorhis
Morrison & Foerster LLP
Attorneys for Plaintiffs
CA State Foster Parent Association, et al.