IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, DIRECTOR OF THE CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, IN HIS OFFICIAL CAPACITY; MARY AULT, DEPUTY DIRECTORY OF THE CHILDREN AND FAMILY SERVICES DIVISION OF THE CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, IN HER OFFICIAL CAPACITY,<br><br>Defendants.<br>_____/ | No. C 07-05086 WHA<br><br>**ORDER RE SUPPLEMENTAL BRIEFING ON MOTION TO DISMISS** |

Both parties are ordered to submit briefing on the following three questions:

1. Are there federal regulations that address how costs are computed with respect to the term "foster care maintenance payments?" If so, identify them and explain their significance to this case.

2. Explain the relationship between the federal definition of "foster care maintenance payments," the California Welfare and Institutions Code and California Necessities Index.

3. Explain the significance of the phrase, "subject to the availability of funds," as stated in the California Welfare and Institutions Code § 11461(d)(1)(A).

The briefs should be no longer than five pages and should be submitted by **MONDAY, JANUARY 14, 2008**, at **5:00 P.M.**

**IT IS SO ORDERED.**

Dated: January 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE