**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 10, 2008

Case No.  C 07-05086 WHA

Title: CA STATE FOSTER PARENT ASSOCIATION  v. JOHN WAGNER

Plaintiff Attorneys: Kimberly Van Voorhis; Christina Riehl

Defense Attorneys: George Prince

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   CMC - HELD

2)   Dfts' Motion to Dismiss - HELD

Complete Initial Disclosures (Rule 26): 1/31/08

Discovery Cutoff: 7/11/08

Designation of Experts: 7/11/08

Last Day to File Motion: 8/28/08


Continued to _ for Further Case Management Conference

Continued to  **11/3/08 at 2:00pm**  for Pretrial Conference

Continued to  **11/27/08 at 7:30am**  for Bench Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Chen for mediation/settlement conference.  Parties shall meet and confer by 2/8/008 regarding a proposed deposition schedule.