**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

AMENDED CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>January 10, 2008</u>

Case No.  <u>C 07-05086 WHA</u>

Title: <u>CA STATE FOSTER PARENT ASSOCIATION</u> v. <u>JOHN WAGNER</u>

Plaintiff Attorneys: Kimberly Van Voohis; Christina Riehl

Defense Attorneys: George Prince

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Lydia Zinn</u>

**PROCEEDINGS**

1)    <u>CMC - HELD</u>

2)    <u>Dfts' Motion to Dismiss - HELD</u>

Complete Initial Disclosures (Rule 26): 1/31/008

Discovery Cutoff: 7/11/08

Designation of Experts: 7/11/08

Last Day to File Motion: 8/28/08


Continued to _ for Further Case Management Conference

Continued to  **11/3/08 at 2:00pm**  for Pretrial Conference

Continued to  *11/17/08 at 7:30am*  for Bench Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Chen for mediation/settlement conference.  Parties shall meet and confer by 2/8/08 and submit a proposed deposition schedule.