CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
Robert C. Fellmeth (CA SBN 49897)
Edward Howard (CA SBN 151936)
Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
5998 Alcala Park
San Diego, CA 92110
Telephone: 619.260.4806
Facsimile: 619.260.4753
cpil@sandiego.edu

MORRISON & FOERSTER LLP
Kimberly N. Van Voorhis (CA SBN 197486)
Marc David Peters (CA SBN 211725)
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
KVanVoorhis@mofo.com

MORRISON & FOERSTER LLP
Steve Keane (CA SBN 247588)
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Plaintiffs

[Defendants and their counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting,<br>　　　　　Plaintiffs,<br>　　v.<br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br>　　　　　Defendants. | Case No. C 07-05086 WHA<br><br>**JOINT SCHEDULE OF DEPOSITIONS** |

Pursuant to the Case Management Order dated January 10, 2008, Plaintiffs California State Foster Parent Association ("CSFPA"), California State Care Providers Association ("CSCPA"), and Legal Advocates for Permanent Parenting ("LAPP") (collectively "Foster Parents" or "Plaintiffs") and Defendants California Department of Social Services and its Division of Children and Family Services (collectively "the State" or "Defendants") submit this Joint Schedule of Depositions.

On February 5, 2008, the parties met and conferred regarding deposition scheduling and have tentatively agreed to the following schedule, pending counsel and witness availability:

| **WITNESS TO BE DEPOSED** | **PROPOSED DATE** |
|---|---|
| Sheila Dupuy | Week of March 3, 2008 |
| Glenn Freitas | Week of March 10, 2008 |
| Wes Beers | Week of March 10, 2008 |
| Patricia Aguiar | Week of March 31, 2008 |
| Mary Ault | Week of April 7, 2008 |

The parties reserve their right to depose additional witnesses not listed above to the extent it becomes necessary after further discovery, and will meet and confer in good faith to timely schedule those depositions.

Dated: February 8, 2008

/s/ Kimberly N. Van Voorhis

Kimberly N. Van Voorhis (CA SBN 197486)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
KVanVoorhis@mofo.com

ATTORNEYS FOR PLAINTIFFS
California State Foster Parent Association,
California State Care Providers Association, and
Legal Advocates for Permanent Parenting

/s/ George Prince

George Prince (CA SBN 133877)
Deputy Attorney General
Attorney General of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004
Telephone: 415.703.5749
Facsimile: 415.703.5480
george.prince@doj.ca.gov

ATTORNEYS FOR DEFENDANTS
John A. Wagner and Mary Ault

**GENERAL ORDER 45 ATTESTATION**

I, Kimberly N. Van Voorhis, am the ECF User whose ID and password are being used to file this Joint Case Management Conference Statement. In compliance with General Order 45, X.B., I hereby attest that George Prince has concurred in this filing.

Dated: February 8, 2008                         /s/ Kimberly N. Van Voorhis
                                                                Kimberly N. Van Voorhis
                                                                MORRISON & FOERSTER LLP

                                                                ATTORNEYS FOR PLAINTIFFS
                                                                California State Foster Parent Association,
                                                                California State Care Providers Association, and
                                                                Legal Advocates for Permanent Parenting