IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, AND LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, in his official capacity, MARY AULT, Deputy Director of the CHILDREN AND FAMILY SERVICES DIVISION OF THE CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, in her official capacity,<br><br>Defendant.<br>_____/ | No. C 07-05086 WHA<br><br>**ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY DISPUTE** |

The Court is in receipt of plaintiffs' letter of March 13, 2008, concerning a discovery dispute and hereby **SETS** a in-court hearing on **WEDNESDAY, MARCH 19, 2008, AT 1:30 P.M.** Defendants' response is due by **NOON ON MARCH 18, 2008**. Please make sure counsel have met and conferred prior to the hearing.

**IT IS SO ORDERED.**

Dated: March 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE