**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA  94102-7004

Public:  (415) 703-5500
Telephone:  (415) 703-5749
Facsimile:  (415) 703-5480
E-Mail:  George.Prince@doj.ca.gov

March 17, 2008

The Hon. William H Alsup
Judge of the United States District Court
Phillip Burton United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA  94102-3434

Re:    California State Foster Parent Association, et al. v. Wagner
       <u>United States District Court, Northern District of California, Case No. C075086JL</u>

Dear Judge Alsup:

        I have just received an electronic copy of your Order Setting Hearing on Plaintiffs'
Discovery Dispute of today (March 17, 2008).

        At 11:50 a.m. today I telephoned plaintiffs' counsel, Dara Tabesh, but reached only his
telephone voicemail.  I left him a message and asked him to return my call.  In the meantime, I
respectfully request that the Court reset the briefing and hearing schedule set in today's order.  I
have a motion for judgment on the pleadings on hearing for tomorrow morning, Tuesday, March
18th, on the 9:00 a.m. calendar in San Jose Superior Court *(California Association of Mental
Health Patients' Rights Advocates v. Cliff Allenby, et al.* (case no. 106CV061397)), and have a
status conference before Judge Henderson at 2:00 p.m. on Wednesday, March 19th, in *Emma C.
v. Delaine Eastin*  (C-96-4179 (T EH)).  Thus, filing a response by tomorrow morning would be
problematic for me, and appearing on Wednesday virtually impossible.

        Moreover, there are no further depositions scheduled in the instant matter until April 10th,
so time is not of the essence here.  Also, as plaintiffs' counsel knows, I will be out of the office
on a pre-planned vacation the entire week of March 24-28th.   Accordingly, defendants
respectfully request that today's order setting the discovery dispute be vacated and the matter put
over until the week of March 31st.

                        Sincerely,

                         /s/ George Prince

                        GEORGE PRINCE
                        Deputy Attorney General

            For     EDMUND G. BROWN JR.
                        Attorney General