IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, AND LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, in his official capacity, MARY AULT, Deputy Director of the CHILDREN AND FAMILY SERVICES DIVISION OF THE CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, in her official capacity,<br><br>Defendant.<br>_____ / | No. C 07-05086 WHA<br><br>**ORDER RESETTING HEARING ON PLAINTIFFS' DISCOVERY DISPUTE** |

In view of defendant's representation that counsel is unavailable on March 19, 2008, the Court **MOVES** the hearing to **THURSDAY, APRIL 3, 2008, AT 8:00 A.M.** Please respond to plaintiffs' letter by **9:00 A.M. ON APRIL 2, 2008**.

**IT IS SO ORDERED.**

Dated: March 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE