IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, AND LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, in his official capacity, MARY AULT, Deputy Director of the CHILDREN AND FAMILY SERVICES DIVISION OF THE CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, in her official capacity,<br><br>Defendant. | No. C 07-05086 WHA<br><br>**ORDER RE DISCOVERY DISPUTE** |

The draft transcript of the deposition is incomprehensible. Please e-file an excerpt of the final transcript highlighted to show each objectionable refusal to answer.

**IT IS SO ORDERED.**

Dated: March 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE