**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

March 28, 2008

Writer's Direct Contact
650.813.4290
DTabesh@mofo.com

Electronically Filed and Delivered by Messenger

The Honorable Judge William H. Alsup
U.S. District Court for the Northern District of California
450 Golden Gate Avenue, Courtroom 9, 19th Floor
San Francisco, CA 94102

Re:   *Cal. State Foster Parent Ass'n v. Wagner*, Case No. 3:07-cv-05086-WHA

Dear Judge Alsup:

Pursuant to the Court Order dated March 20, 2008, I respectfully submit a revised version of my March 16, 2008 letter to the Court, attached herewith. The revised version of the letter differs from the original in two ways:

   1)   Exhibit C to the revised letter contains excerpts from the final version of Ms. Sheilah Dupuy's March 4, 2008 deposition transcript (not the rough transcript, which was attached as Exhibit C to the original letter); and

   2)   The revised letter contains updated citations to the final transcript of Ms. Dupuy's deposition (citations in the original letter were to the rough transcript).

I apologize for any inconvenience I have caused. Thank you for the opportunity to file this letter again.

Respectfully Submitted,

/s/ Dara Tabesh

Dara Tabesh
Counsel for Plaintiffs California State Foster Parent Association, et al.

cc: George Prince, Counsel for Defendants