UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 3, 2008

Case No.  C 07-05086 WHA

Title: CALIFORNIA STATE FOSTER PARENT v. WAGNER

Plaintiff's Attorney: George Prince

Defense Attorneys: Dara Tabesh

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Hearing on Plt's Discovery Dispute - Granted/Denied in Part

2)

**ORDERED AFTER HEARING:**