| | |
|---|---|
| **From:** | George Prince [George.Prince@doj.ca.gov] |
| **Sent:** | Friday, May 23, 2008 2:57 PM |
| **To:** | Keane, Steve |
| **Subject:** | RE: CSFPA v Wagner inquiry |

Thanks, Steve. Below (in chron order, oldest first) please find the references to the legis. analyses we discussed on the phone. At this point I'm providing these informally, rather than in priv. log form, for your info. If, upon review, we assert the privilege for them, I'll prepare a formal log for you.
Have a good weekend,
George

AB 1820 (1998/Honda) Foster care providers: child care payments would have established a pilot to provide reimbursement to foster parents for child care for foster children
AB 2043 (1998/Goldsmith) Foster care: provider reimbursement would have provided that a 6% increase in the basic foster care rate be retroactive to 7/1/98.
AB 278 (1999/Honda) Foster care providers: child care payments (through 7/14/99 amendment) would have provided child care reimbursement to all foster parents for licensed care for foster children under 12.
AB 1235 (1999/Ashburn) Foster care: provider reimbursement rates would have increased the infant supplement by 10% and establish the basic rate for GHs at $890.
AB 1330 (2001/Steinberg) Foster youth (through 6/4/01 amendment) would have increased the basic rate, special care increment and clothing allowance
AB 2481 (2006/Evans) Foster care would have increased basic rates by 5% and by the CNI for the succeeding three years.

>>> "Keane, Steve" <SKeane@mofo.com> 5/23/2008 2:36 PM >>>

George:

Per our phone conversation this afternoon, I look forward to continuing our dialogue regarding production of the DSS analyses of proposed legislation. I will plan to call you on Wed. May 28 at 4 p.m., once you've had a chance to review the material you've received from DSS. In the meantime, here are two more cases that provide a useful analysis of the deliberative process privilege under 9th Circuit law:

*North Pacifica, LLC v. City of Pacifica*, 274 F. Supp. 2d 1118, 1120 (N.D. Cal. 2003)

*Newport Pac., Inc. v. County of San Diego*, 200 F.R.D. 628, 636 (S.D. Cal. 2001)

Thanks,

Steve