IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, AND LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, in his official capacity, MARY AULT, Deputy Director of the CHILDREN AND FAMILY SERVICES DIVISION OF THE CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, in her official capacity,<br><br>Defendant. | No. C 07-05086 WHA<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE** |

The Court is in receipt of plaintiff's letter of June 9, 2008, concerning a discovery dispute and hereby sets a hearing in Courtroom 9 for **MONDAY, JUNE 16, 2008, AT 9:00 A.M.** Defendant's response is due by **9:00 A.M. ON FRIDAY, JUNE 13.**

**IT IS SO ORDERED.**

Dated: June 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE