

| | |
|---|---|
| EDMUND G. BROWN JR.<br>*Attorney General* | **State of California**<br>**DEPARTMENT OF JUSTICE** |

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5749
Facsimile: (415) 703-5480
E-Mail: George.Prince@doj.ca.gov

June 13, 2008

The Hon. William H Alsup
Judge of the United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102-3434

Re:  California State Foster Parent Association, et al. v. Wagner
     United States District Court, Northern District of California, Case No. C075086JL

Dear Judge Alsup:

On June 11, 2008, I wrote and submitted to you a letter via the electronic filing system regarding your Order Setting Hearing on Plaintiffs' Discovery Dispute of today (June 6, 2008), Document 41 in the electronic docket. My letter became Document 42 in the electronic docket.

The June 11th letter requested a request that your June 11th order setting a briefing and hearing schedule regarding the discovery dispute raised by plaintiff be vacated and the matter put over until the week of June 23rd, with a written response to be filed no earlier than Tuesday, June 24th. The letter also contained details of my attempt to contact plaintiff's counsel, Steve Keane, to discuss the timing of the briefing and hearing schedule in your order. I did not speak with Mr. Keane that day, but received an email from him at 6:18 p.m. that evening (in response to an email I had sent to him at 4:30 p.m. attaching a courtesy copy of the letter submitted to you) in which he stated, "Sorry I missed your call. We don't object to the schedule change you propose in your letter." (A true and correct copy of a print out of the email exchange is attached hereto.)

Given Mr. Keane's representation, defendants renew their request for a change in the briefing and hearing schedule. (This has already been done, though it is unclear: an electronic notice of order issued yesterday, June 12th, but had no written attachment or notice of a different schedule. A true and correct copy of a print out of the email message is attached hereto.))

                                        Sincerely,

                                        /s/ George Prince

                                        GEORGE PRINCE
                                        Deputy Attorney General

                        For     EDMUND G. BROWN JR.
                                Attorney General

attachments

## George Prince - RE: letter to Judge Alsup

| | |
|---|---|
| **From:** | "Keane, Steve" <SKeane@mofo.com> |
| **To:** | George Prince <George.Prince@doj.ca.gov> |
| **Date:** | 6/11/2008 6:18 PM |
| **Subject:** | RE: letter to Judge Alsup |

George:

Sorry I missed your call. We don't object to the schedule change you propose in your letter.

Regards,
Steve

---

**From:** George Prince [mailto:George.Prince@doj.ca.gov]
**Sent:** Wednesday, June 11, 2008 4:30 PM
**To:** Keane, Steve
**Subject:** letter to Judge Alsup

Steve, attached please find a letter I just submitted to the court, via pacer.
George

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
================================================================

George Prince - Activity in Case 3:07-cv-05086-WHA California State Foster ParentAssociation et al v. Wagner et al Set/Reset Hearings

**From:** &lt;ECF-CAND@cand.uscourts.gov&gt;
**To:** &lt;efiling@cand.uscourts.gov&gt;
**Date:** 6/12/2008 10:39 AM
**Subject:** Activity in Case 3:07-cv-05086-WHA California State Foster ParentAssociation et al v. Wagner et al Set/Reset Hearings

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

<div align="center">

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

</div>

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*

See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from entered on 6/12/2008 10:37 AM and filed on 6/11/2008

**Case Name:** California State Foster Parent Association et al v. Wagner et al

**Case Number:** 3:07-cv-5086

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Set/Reset Hearings: Discovery Hearing set for 6/16/2008 09:00 AM in Courtroom 9, 19th Floor, San Francisco. (sis, COURT STAFF) (Filed on 6/11/2008)**


**3:07-cv-5086 Notice has been electronically mailed to:**

Marc David Peters     mdpeters@mofo.com, mbarakah@mofo.com, msmoot@mofo.com

George Dey Prince     george.prince@doj.ca.gov, george.prince@earthlink.net

Christina McClurg Riehl     criehl@sandiego.edu

Dara Tabesh     dtabesh@mofo.com, sbennett@mofo.com

Kimberly Nicole VanVoorhis     kvanvoorhis@mofo.com, llontayao@mofo.com, msmoot@mofo.com

**3:07-cv-5086 Notice has been delivered by other means to:**

Robert Charles Fellmeth