**United States District Court**
For the Northern District of California

1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6

7                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    CALIFORNIA STATE FOSTER PARENT
     ASSOCIATION, CALIFORNIA STATE
10   CARE PROVIDERS ASSOCIATION, AND            No. C 07-05086 WHA
     LEGAL ADVOCATES FOR PERMANENT
11   PARENTING,

12              Plaintiffs,

13        v.                                    **ORDER RESETTING
                                                HEARING RE
14   JOHN A. WAGNER, Director of the            PLAINTIFFS'
     CALIFORNIA DEPARTMENT OF SOCIAL            DISCOVERY DISPUTE**
15   SERVICES, in his official capacity, MARY AULT,
     Deputy Director of the CHILDREN AND FAMILY
16   SERVICES DIVISION OF THE CALIFORNIA
     DEPARTMENT OF SOCIAL SERVICES, in her
17   official capacity,

18              Defendant.
                                          /
19

20        The hearing on plaintiffs' discovery dispute memorialized in their letter of June 9 is

21   hereby **CONTINUED** to **TUESDAY, JUNE 24, 2008, AT 11:00 A.M.** Defendants' response is due

22   by **9:00 A.M. ON JUNE 24**.

23

24        **IT IS SO ORDERED.**

25

26   Dated:  June 13, 2008.

27                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE
28