**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 24, 2008

Case No.  C07-05086WHA

Title: California State Foster Parent Assn. v. John Wagner

Plaintiff Attorneys:    Steve Kean, Kimberly VanVoorhis

Defense Attorneys:   George Prince

Deputy Clerk: Frank Justiliano

Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)    Hearing on Plaintiff's discovery dispute - HELD.

**ORDERED AFTER HEARING:**

Mr. Prince to submit the documents, with a declaration (not revealing the contents) on the privilege issues , for in camera review by July 1, 2008.   Response to the declaration will be due by 7/8/08.   Reply will be due by 7/10/08.   The matter will then be considered submitted.