United States District Court
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   CALIFORNIA STATE FOSTER PARENT                No. C 07-05086 WHA
     ASSOCIATION, CALIFORNIA STATE
11   CARE PROVIDERS ASSOCIATION, AND
     LEGAL ADVOCATES FOR PERMANENT
12   PARENTING,                                    **ORDER RE DISCOVERY
                                                   DISPUTE HEARING ON
13                Plaintiffs,                       JUNE 24, 2008**

14        v.

15   JOHN A. WAGNER, Director of the
     CALIFORNIA DEPARTMENT OF SOCIAL
16   SERVICES, in his official capacity, MARY
     AULT, Deputy Director of the CHILDREN
17   AND FAMILY SERVICES DIVISION OF
     THE CALIFORNIA DEPARTMENT OF
18   SOCIAL SERVICES, in her official capacity,

19                Defendants.

20   ─────────────────────────────────/

21        Defendants must submit a brief and declaration regarding today's discovery dispute by

22   JULY 1, 2008, AT NOON.  (The documents in dispute should be submitted to the Court *in camera*

23   at that time.)  Plaintiffs' opposition is then due by JULY 8, 2008, AT NOON, and defendants'

24   reply is due by JULY 10, 2008, AT NOON.

25

26        **IT IS SO ORDERED.**

27

28   Dated:  June 24, 2008.
                                        _____
                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE