EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN M. CARSON
Supervising Deputy Attorney General
GEORGE PRINCE, State Bar No. 133877
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5749
 Fax: (415) 703-5480

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | C 07-5086 WHA<br><br>DECLARATION OF PATRICIA HUSTON IN SUPPORT OF DEFENDANTS' CLAIM OF DELIBERATIVE PROCESS PRIVILEGE |

I, Patricia Huston, state as follows:

1. I am the Deputy Director for the California Department of Social Services' (CDSS) Office of Legislation. I have occupied that position since February 22, 2005. Prior to that time, I was Chief of the Office of Legislation for First 5 California Children and Families Commission, a position I held for five years.

2. As Deputy Director, I oversee CDSS's Office of Legislation, which provides support to the Director and other divisions within CDSS. This office is responsible for both state and federal

legislative/congressional matters. Part of this responsibility is legislative analysis. Legislative analysis is the compilation of the opinions, thoughts, analyses, recommendations and conclusions of CDSS staff and divisions into a format called a "bill analysis." This process is described in more detail below.

3. The Office of Legislation prepares bill analyses to provide the Administration -- that is, the executive branch of California's government -- with clear, concise, and complete information so that it can make informed decisions on pending legislation.

4. Bill analyses prepared by CDSS are read by people within CDSS and within the Administration. Readers include staff at California's Health and Human Services Agency (the state agency of which CDSS is an operational department), staff at the Governor's Office, staff at the Department of Finance, and sometimes the staff of other state departments within the Administration that are also following a particular bill.

5. The Office of Legislation reviews all bills, identifies legislation that impacts CDSS, and assigns the analysis to the impacted divisions. These bills are identified as "Analysis" bills. In addition, an "analysis bill" is referred to CDSS's Legal Division, its Estimates Branch, and its Budget Bureau.

6. The Office of Legislation has responsibility for the development and compilation of CDSS's analysis. When a bill impacts more than one program area within a division, one analysis is required from that division. When a bill impacts more than one division in CDSS, each division is required to submit a full analysis to the Office of Legislation. The Office of Legislation combines input from all impacted policy, legal, and fiscal program areas into one departmental analysis.

7. Whenever there is disagreement on a recommended position for a particular bill within CDSS, it is the responsibility of the Office of Legislation to arrange a meeting with the impacted program areas in order to reach agreement on the recommended position on a bill analysis that will move forward to the CDSS Director's Office. Disputes between divisions regarding CDSS's recommended position on a bill should be resolved at the Branch Chief level, using legislative office staff as mediators. Controversial or sensitive issues may need to be brought to the attention of the Deputy Directors, the Chief Deputy, or the Director.

8. Once a CDSS bill analysis is completed, it is the responsibility of the Office of Legislation to submit the bill analysis to the Director's Office. When the bill analysis is approved and signed by the Director's Office, the Office of Legislation submits it to the Health and Human Services Agency on behalf of CDSS.

9. The Health and Human Services Agency reviews the departmental analysis and agrees or disagrees with CDSS's recommendation and forwards the analysis, with its comments as to agreement or disagreement, if any, to the Governor's Office.

10. The Governor's Office then reviews the bill analysis and approves the recommended position (CDSS's position, or the Agency's position, if there was disagreement) or decides upon a different one. Whatever the Governor's Office decides becomes CDSS's official position. The Governor's Office notifies the Health and Human Services Agency of its decision.

11. After the Health and Human Services Agency notifies CDSS of the Governor's approved position on a bill, the Office of Legislation begins taking official action on the bill. This may include sending letters to the bill's author(s), informing members of the Legislature and their staffs of CDSS's position, testifying at committee hearings, negotiating amendments, and meeting with the bill's sponsors.

12. The Office of Legislation also coordinates any appearances and/or testimony by CDSS staff at policy or fiscal committee hearings.

13. When both houses of the Legislature have passed a bill, the Office of Legislation prepares an enrolled bill report. The enrolled bill report is the analysis of the bill in its final form and is CDSS's recommendation to the Governor to sign or veto the bill. The enrolled bill report is a top priority for CDSS and is developed in consultation with the appropriate policy, fiscal, and legal staff within CDSS.

14. The enrolled bill analyses are prepared by CDSS staff with professional expertise and capabilities who throughout the process provide their opinions, thoughts, analyses, recommendations, and conclusions to the CDSS's Office of Legislation, where they are compiled into a single document. This document, which represents a consolidation into one recommendation, is sent to the Health and Human Services Agency, where it is considered by the Secretary of Health

and Human Services' staff and the Secretary before being presented to the Governor's Office as part of the government's deliberative process.

15. These analyses are relied upon by Agency in the compilation, presentation, and recommendations made to the Governor's Office. These analyses are part of the decision-making process that play a part in the deliberations leading to decisions made by the Governor's Office.

16. After the Governor's Office staff take these opinions and recommendations under consideration, those staff makes a recommendation to the Governor to sign or veto the bill. If the bill is signed, it is expected that the Administration has adopted the policy changes required by the legislation, and the bill is implemented through the Health and Human Services Agency and CDSS.

17. One of the primary responsibilities of CDSS is to provide the Administration with clear, concise, and complete information so that it can make informed decisions on pending legislation. Effective discharge of that responsibility depends upon formulation and implementation of sound decisions. In order to ensure effective and sound decision-making, the staff and officials of CDSS must remain free to engage in a candid exchange of views concerning proposed recommendations. Such exchanges would be severely curtailed if their contents were subject to public scrutiny during the deliberative process or thereafter. I have no doubt that candid exchanges regarding the pros and cons of any proposed legislation would be severely chilled by the threat of disclosure of such thoughts.

18. The legislative analyses unquestionably reflect the deliberative process of the CDSS. Disclosure of the advice, opinion, facts, and recommendations contained in those documents would inhibit the frank exchange of information and ideas among CDSS officials and staff in the course of their pre-decisional deliberations concerning opinions and recommendations regarding departmental policy and legislative decision-making.

//

//

1  19. This declaration is based on personal knowledge. If called to testify in this action, I could and would competently testify to the matters set forth herein.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed electronically, at my request, on June 30, 2008, while I was in Sacramento, California.

/s/ Patricia Huston
PATRICIA HUSTON

GENERAL ORDER 45 ATTESTATION

I, George Prince, am the ECF user whose ID and password are being used to file this request for an order. In compliance with General Order 45, X.B., I hereby attest that declarant Patricia Huston has concurred in the filing of this document with her electronic signature.

Dated: June 30, 2008

/s/ George Prince

George Prince

Decl. of Patricia Huston iso Defendants' Claim of Privilege    California State Foster Parent Association, et al. v. Wagner
C 07-5086 WHA

5