1  CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
2  Robert C. Fellmeth (CA SBN 49897)
Edward Howard (CA SBN 151936)
3  Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
4  5998 Alcala Park
San Diego, CA  92110
5  Telephone: 619.260.4806
Facsimile: 619.260.4753
6  cpil@sandiego.edu

7  MORRISON & FOERSTER LLP
Kimberly N. Van Voorhis (CA SBN 197486)
8  Marc David Peters (CA SBN 211725)
755 Page Mill Road
9  Palo Alto, California  94304-1018
Telephone: 650.813.5600
10  Facsimile: 650.494.0792
KVanVoorhis@mofo.com

11  MORRISON & FOERSTER LLP
Steve Keane (CA SBN 247588)
12  12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
13  Telephone: 858.720.5100
Facsimile: 858.720.5125
14
Attorneys for Plaintiffs
15

16            **UNITED STATES DISTRICT COURT**

17            **NORTHERN DISTRICT OF CALIFORNIA**

            **SAN FRANCISCO DIVISION**
18

19  California State Foster Parent Association,      ) Case No. CV 07-05086 WHA
California State Care Providers Association,  and )
20  Legal Advocates for Permanent Parenting,      )
                                               ) **STIPULATION AND [PROPOSED]**
21                                               ) **ORDER REGARDING EXTENSION**
            Plaintiffs,                         ) **OF TIME TO FILE ANSWER AND**
22  v.                                           ) **CERTAIN PRE-TRIAL DATES**
                                               )
23  JOHN A. WAGNER, Director of the California   )
Department of Social Services, in his official )
24  capacity; MARY AULT; Deputy Director of the  )
Children and Family Services Division of the  )
25  California Department of Social Services, in her )
official capacity,                            )
26                                               )
                                               )
27            Defendants.                       )

28
                                    1
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
CASE NO. C 06-4095 MHP
pa-1264481

1    WHEREAS, Plaintiffs filed their Complaint for Declaratory Judgment and Permanent

2    Injunctive Relief (42 U.S.C. § 1983) ("Complaint") on October 3, 2007;

3    WHEREAS, Plaintiffs informed Defendants in a June 13, 2008 letter that Defendants had

4    neglected to file an Answer to Plaintiffs' Complaint;

5    WHEREAS, the parties agreed that Plaintiffs would not move for entry of default and

6    default judgment under Federal Rule of Civil Procedure 55, provided Defendants promptly filed

7    an answer and stipulated to extend fact and expert discovery by a sufficient time to allow

8    Plaintiffs to conduct discovery relating to Defendants' Answer;

9    WHEREAS, Defendants filed their Answer on July 1, 2008;

10    WHEREAS, the agreed-to schedule modifications are made in good faith and not for

11    purposes of delay.  They relate primarily to fact and expert discovery, they do not alter the pre-

12    trial conference and trial dates, and they extend the last day to file summary judgment motions by

13    one week.

14    IT IS HEREBY STIPULATED AND AGREED that, based on the foregoing, the previous

15    deadlines set by the Court's January 10, 2008 Scheduling Order shall be modified as follows,

16    subject to the Court's approval:

17
18

| | Previous Deadline (January 10, 2008 Case Management Order): | Proposed New Deadline: |
|---|---|---|
| Non-expert discovery | July 11, 2008 (¶ 5) | August 8, 2008 |
| Designation of expert testimony and disclosure of full expert reports | July 11, 2008 (¶ 6) | August 8, 2008 |
| Opposition expert reports | July 25, 2008 (*id.*) | August 22, 2008 |
| Reply expert reports | August 1, 2008 (*id.*) | August 29, 2008 |
| Expert discovery cutoff | August 15, 2008 (*id.*) | September 5, 2008 |
| Last day to file dispositive motions | August 28, 2008 (¶ 11) | September 4, 2008 |
| Last day to hear dispositive motions | October 2, 2008 (*id.*) | October 9, 2008 |

19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
CASE NO. C 06-4095 MHP
pa-1264481

| Final Pretrial Conference | November 3, 2008 (¶ 12) | SAME |
|---|---|---|
| Bench trial | November 17, 2008 (¶ 13) | SAME |

Dated: July 2, 2008

MORRISON & FOERSTER LLP

By: /s/ Kimberly N. Van Voorhis
        Kimberly N. Van Voorhis

Attorneys for Plaintiffs
California State Foster Parent
Association, California State Care
Providers Association, and Legal
Advocates For Permanent Parenting

Dated: July 2, 2008

DEPARTMENT OF JUSTICE
DEPUTY ATTORNEY GENERAL

By: /s/ George Prince
        George Prince

Attorneys for Defendants
John A. Wagner and Mary Ault

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 3, 2008

IT IS SO ORDERED

Judge William Alsup

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

No further extensions shall be granted.

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
CASE NO. C 06-4095 MHP
pa-1264481

1    **GENERAL ORDER 45 ATTESTATION**

2         I, Kimberly N. Van Voorhis, am the ECF User whose ID and password are being used to

3    file this Stipulation and [Proposed] Order Regarding Extension of Time to File Answer and

4    Certain Pre-Trial Dates.  In compliance with General Order 45, X.B., I hereby attest that George

5    Prince has concurred in this filing.

6

7    Dated:  July 2, 2008                                          ___/s/ Kimberly N. Van Voorhis_____
                                                                          Kimberly N. Van Voorhis
8                                                                       MORRISON & FOERSTER LLP

9                                                                       ATTORNEYS FOR PLAINTIFFS
                                                                California State Foster Parent Association,
10                                                          California State Care Providers Association, and
                                                                  Legal Advocates for Permanent Parenting
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                  4
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
CASE NO. C 06-4095 MHP
pa-1264481