**In the United States District Court**
**for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**         July 3, 2008

**Court Reporter:**    Not Recorded

**Case No.:**    C-07-5086 WHA (EMC)

**Case Name:**    California State Foster Parent Association, et al. v. John A. Wagner, et al.

**Counsel:**
**Plf:**    Kimberly N. Van Voorhis            **Def:**    George D. Prince
            Edward P. Howard

**Outcome of Settlement Conference:**

|            |            |
|------------|------------|
| _____ | Settled    |
| _____ | Partial settlement |
| ____X____  | Did not settle |
| _____ | Other:     |

**Notes:** No Further Settlement Conference currently scheduled.

**Time:** 4.0 hours

                                              _____/s/_____
                                              Leni Doyle, Deputy Clerk

cc:    EMC, WHA