1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  GEORGE PRINCE, State Bar No. 133877
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5749
    Fax:  (415) 703-5480
6

7  Attorneys for Defendants

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  **CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,** | C 07-5086 WHA  **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS** |
| Plaintiffs, | |
| v. | |
| **JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; GREG ROSE, Deputy Director of the Children and Family services Division of the California Department of Social Services, in his official capacity,** | |
| Defendants. | |

20      Based on this Court's July 3, 2008 order, dispositive motions in this action are to be

21 filed no later than September 4, 2008, with the last day for hearing such motions set for October

22 9, 2008.  (See Court's order of July 3, 2006 (Document 51 on electronic docket), a copy of

23 which is filed with this stipulation.)

24      The parties have conferred and hereby stipulate that the date by which dispositive

25 motions may be filed should be September 11, 2008.  The parties further stipulate that the last

26 date for the hearing of those motions would remain as October 9, 2008.  Accordingly, to retain

27 the briefing schedule dictated by the October 9, 2008 date, the parties further stipulate that

28 oppositions to the motions should be filed no later than September 18, 2008, with replies to those

Stipulation and [Proposed] Order re: Briefing Schedule          California State Foster Parent Association, et al. v. Wagner
                                                                                                 C 07-5086 JL
                                                    1

1  oppositions to be filed no later than September 25, 2008.  Thus, no change is otherwise required
2  to the briefing or hearing schedule.
3        This request is based on medical situations facing two state officials indispensable to
4  the State's summary judgment motion, and is made in good faith and not for the purpose of delay
5  or for any improper purpose.
6        Accordingly, the parties respectfully request that the Court approve the stipulation and
7  make it the order of the Court.
8     Dated:  September 2, 2008
9                                         Respectfully submitted.
10                                        MORRISON & FOERSTER, LLP
11
12                                        By:_____/s/_____
                                             Kimberly N. Van Voorhis
13                                        Attorneys for Plaintiffs
14
                                          OFFICE OF THE CALIFORNIA ATTORNEY
15                                        GENERAL
16                                        By:_____/s/_____
                                             George Prince, Deputy
17
                                          Attorneys for Defendants
18
19
   GENERAL ORDER 45 ATTESTATION
20
      I, George Prince, am the ECF user whose ID and password are being used to file this
21 request for an order.   In compliance with General Order 45, X.B., I hereby attest that Kimberly
   N. Van Voorhis of Morrison & Foerster, LLP, has concurred in the filing of this document with
22 her electronic signature.

23    Dated:  September 2, 2008
                              /s/ George Prince
24                            George Prince

25
      BASED ON THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.
26
27    DATED: _____    _____
                                THE HONORABLE  WILLIAM  H. ALSUP
28                              UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order re: Briefing Schedule    California State Foster Parent Association, et al. v. Wagner
                                                                                             C 07-5086 JL
                                       2