CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
Robert C. Fellmeth (CA SBN 49897)
Edward Howard (CA SBN 151936)
Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
5998 Alcala Park
San Diego, CA 92110
Telephone: 619.260.4806
Facsimile: 619.260.4753
cpil@sandiego.edu

MORRISON & FOERSTER LLP
Kimberly N. Van Voorhis (CA SBN 197486)
Marc David Peters (CA SBN 211725)
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
KVanVoorhis@mofo.com

MORRISON & FOERSTER LLP
Steve Keane (CA SBN 247588)
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting,<br><br>Plaintiffs,<br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT; Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | Case No. CV 07-05086 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE ANSWER AND CERTAIN PRE-TRIAL DATES** |

1  WHEREAS, Plaintiffs filed their Complaint for Declaratory Judgment and Permanent
Injunctive Relief (42 U.S.C. § 1983) ("Complaint") on October 3, 2007;

WHEREAS, Plaintiffs informed Defendants in a June 13, 2008 letter that Defendants had neglected to file an Answer to Plaintiffs' Complaint;

WHEREAS, the parties agreed that Plaintiffs would not move for entry of default and default judgment under Federal Rule of Civil Procedure 55, provided Defendants promptly filed an answer and stipulated to extend fact and expert discovery by a sufficient time to allow Plaintiffs to conduct discovery relating to Defendants' Answer;

WHEREAS, Defendants filed their Answer on July 1, 2008;

WHEREAS, the agreed-to schedule modifications are made in good faith and not for purposes of delay. They relate primarily to fact and expert discovery, they do not alter the pre-trial conference and trial dates, and they extend the last day to file summary judgment motions by one week.

IT IS HEREBY STIPULATED AND AGREED that, based on the foregoing, the previous deadlines set by the Court's January 10, 2008 Scheduling Order shall be modified as follows, subject to the Court's approval:

|  | Previous Deadline (January 10, 2008 Case Management Order): | Proposed New Deadline: |
|---|---|---|
| Non-expert discovery | July 11, 2008 (¶ 5) | August 8, 2008 |
| Designation of expert testimony and disclosure of full expert reports | July 11, 2008 (¶ 6) | August 8, 2008 |
| Opposition expert reports | July 25, 2008 (*id.*) | August 22, 2008 |
| Reply expert reports | August 1, 2008 (*id.*) | August 29, 2008 |
| Expert discovery cutoff | August 15, 2008 (*id.*) | September 5, 2008 |
| Last day to file dispositive motions | August 28, 2008 (¶ 11) | September 4, 2008 |
| Last day to hear dispositive motions | October 2, 2008 (*id.*) | October 9, 2008 |

2
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
CASE NO. C 06-4095 MHP
pa-1264481

| Final Pretrial Conference | November 3, 2008 (¶ 12) | SAME |
| Bench trial | November 17, 2008 (¶ 13) | SAME |

Dated: July 2, 2008                   MORRISON & FOERSTER LLP


                                      By: /s/ Kimberly N. Van Voorhis
                                          Kimberly N. Van Voorhis

                                          Attorneys for Plaintiffs
                                          California State Foster Parent
                                          Association, California State Care
                                          Providers Association, and Legal
                                          Advocates For Permanent Parenting


Dated: July 2, 2008                   DEPARTMENT OF JUSTICE
                                      DEPUTY ATTORNEY GENERAL


                                      By: /s/ George Prince
                                          George Prince

                                          Attorneys for Defendants
                                          John A. Wagner and Mary Ault


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 3, 2008

                                      IT IS SO ORDERED
                                      Judge William Alsup

                                      _____
                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE

No further extensions shall be granted.

---

3
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
CASE NO. C 06-4095 MHP
pa-1264481

**GENERAL ORDER 45 ATTESTATION**

I, Kimberly N. Van Voorhis, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Extension of Time to File Answer and Certain Pre-Trial Dates. In compliance with General Order 45, X.B., I hereby attest that George Prince has concurred in this filing.

Dated: July 2, 2008

        /s/ Kimberly N. Van Voorhis
Kimberly N. Van Voorhis
MORRISON & FOERSTER LLP

ATTORNEYS FOR PLAINTIFFS
California State Foster Parent Association,
California State Care Providers Association, and
Legal Advocates for Permanent Parenting