EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN M. CARSON
Supervising Deputy Attorney General
GEORGE PRINCE, State Bar No. 133877
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5749
 Fax:  (415) 703-5480

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,**<br><br>                              Plaintiffs,<br><br>    v.<br><br>**JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; GREG ROSE, Deputy Director of the Children and Family services Division of the California Department of Social Services, in his official capacity,**<br><br>                              Defendants. | C 07-5086 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS** |

Based on this Court's July 3, 2008 order, dispositive motions in this action are to be filed no later than September 4, 2008, with the last day for hearing such motions set for October 9, 2008. (See Court's order of July 3, 2006 (Document 51 on electronic docket), a copy of which is filed with this stipulation.)

The parties have conferred and hereby stipulate that the date by which dispositive motions may be filed should be September 11, 2008. The parties further stipulate that the last date for the hearing of those motions would remain as October 9, 2008. Accordingly, to retain the briefing schedule dictated by the October 9, 2008 date, the parties further stipulate that oppositions to the motions should be filed no later than September 18, 2008, with replies to those

1  oppositions to be filed no later than September 25, 2008.  Thus, no change is otherwise required
2  to the briefing or hearing schedule.
3      This request is based on medical situations facing two state officials indispensable to
4  the State's summary judgment motion, and is made in good faith and not for the purpose of delay
5  or for any improper purpose.
6      Accordingly, the parties respectfully request that the Court approve the stipulation and
7  make it the order of the Court.
8      Dated:  September 2, 2008

Respectfully submitted.

MORRISON & FOERSTER, LLP

By: _____/s/_____
     Kimberly N. Van Voorhis

Attorneys for Plaintiffs

OFFICE OF THE CALIFORNIA ATTORNEY GENERAL

By: _____/s/_____
     George Prince, Deputy

Attorneys for Defendants

GENERAL ORDER 45 ATTESTATION

I, George Prince, am the ECF user whose ID and password are being used to file this request for an order.  In compliance with General Order 45, X.B., I hereby attest that Kimberly N. Van Voorhis of Morrison & Foerster, LLP, has concurred in the filing of this document with her electronic signature.

Dated:  September 2, 2008
                        /s/ George Prince
                        George Prince

BASED ON THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED:  September 3, 2008        _____
                                 THE HONORABLE WILLIAM H. ALSUP
                                 UNITED STATES DISTRICT JUDGE