1 | CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
2 | Robert C. Fellmeth (CA SBN 49897)
Edward Howard (CA SBN 151936)
3 | Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
4 | 5998 Alcala Park
San Diego, California  92110
5 | Telephone: 619.260.4806
Facsimile: 619.260.4753
6 | cpil@sandiego.edu

7 | MORRISON & FOERSTER LLP
Kimberly N. Van Voorhis (CA SBN 197486)
8 | Marc David Peters (CA SBN 211725)
755 Page Mill Road
9 | Palo Alto, California  94304-1018
Telephone: 650.813.5600
10 | Facsimile: 650.494.0792
Email:  kvanvoorhis@mofo.com; mdpeters@mofo.com
11
MORRISON & FOERSTER LLP
12 | Steve Keane (CA SBN 247588)
12531 High Bluff Drive, Suite 100
13 | San Diego, California  92130-2040
Telephone: 858.720.5100
14 | Facsimile: 858.720.5125

15 | **Attorneys for Plaintiffs**

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 | SAN FRANCISCO DIVISION

| | |
|---|---|
| 19  California State Foster Parent Association, California State Care Providers Association, and  20  Legal Advocates for Permanent Parenting, | Case No.  C 07-5086 WHA |
| 21                     Plaintiffs, | **MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** |
| 22         v. | Date:     October 9, 2008  Time:     8:00 a.m. |
| 23  JOHN A. WAGNER, Director of the California Department of Social Services, in his official  24  capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the  25  California Department of Social Services, in her official capacity, | Place:    Courtroom 9, 19th Floor  Judge:    Honorable William H. Alsup |
| 26                     Defendants. | |

Pursuant to Federal Rule of Civil Procedures 26(c), and Civil Local Rules 7-11 and 79-5, Plaintiffs California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting ("Plaintiffs") hereby request permission to file under seal the following documents:

(1) Plaintiff's Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof;

(2) CDSS Bill Analysis of AB 1820, attached as Exhibit A to the Declaration of Marc D. Peters in Support of Plaintiffs' Motion for Summary Judgment ("Peters Dec.");

(3) CDSS Bill Analysis of AB 2043, attached as Exhibit B to the Peters Dec.;

(4) CDSS Bill Analysis of AB 1235, attached as Exhibit C to the Peters Dec.;

(5) CDSS Bill Analysis of AB 1330, attached as Exhibit D to the Peters Dec.;

(6) CDSS Bill Analysis of AB 2481, attached as Exhibit E to the Peters Dec.; and

(7) CDSS Bill Analysis of AB 278, attached as Exhibit F to the Peters Dec.

Plaintiffs' request is based upon this motion, the Declaration of Marc D. Peters in Support of Plaintiffs' Motion for Summary Judgment, the Declaration of Richard S. Ballinger in Support of Plaintiffs' Motion for Administrative Relief to File Documents Under Seal, and the accompanying proposed order filed herewith.

Civil Local Rule 79-5 provides that a court order authorizing the sealing of a document may be obtained when it is established that the document in question contains information that is privileged, protectable as a trade secret, or otherwise entitled to protection under the law. Plaintiffs further recognize that the Ninth Circuit has held that a "compelling reason," a higher standard than good cause, is required to seal documents used in dispositive motions. *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). In light of this standard, Plaintiffs have limited this motion to the above-listed documents that they seek to file under seal.

On July 23, 2008, this Court granted Plaintiffs' Motion to Compel these documents in part, and ordered Plaintiffs to produce the six CDSS analyses under seal. (Dkt. No. 55.)

Plaintiffs have advised counsel for Defendants of this motion.

For the reasons stated above, Plaintiffs respectfully request that the Court grant their Motion for Administrative Relief to File Documents Under Seal.

Dated: September 11, 2008          MORRISON & FOERSTER LLP

By:   /s/ Kimberly N. Van Voorhis
      Kimberly N. Van Voorhis

      Attorneys for Plaintiffs
      California State Foster Parent
      Association, California State Care
      Providers Association, and Legal
      Advocates For Permanent Parenting