CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
Robert C. Fellmeth (CA SBN 49897)
Edward Howard (CA SBN 151936)
Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
5998 Alcala Park
San Diego, California  92110
Telephone: 619.260.4806
Facsimile: 619.260.4753
cpil@sandiego.edu

MORRISON & FOERSTER LLP
Kimberly N. Van Voorhis (CA SBN 197486)
Marc David Peters (CA SBN 211725)
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

MORRISON & FOERSTER LLP
Steve Keane (CA SBN 247588)
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | Case No.  C 07-5086 WHA<br><br>**DECLARATION OF JILL DUERR BERRICK IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 9, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

DECLARATION OF JILL DUERR BERRICK ISO PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT -- Case No. C 07-5086 WHA
pa-1280101

1

1   I, Jill Duerr Berrick, hereby declare:

2   1.   I am the Co-Director for the Center for Child and Youth Policy at the University of California-Berkeley. I have personal knowledge of all the facts contained herein and, if called to testify, could and would competently testify thereto.

2.   Attached hereto as Exhibit A is a true and correct copy of my expert report in this case that I prepared and submitted on August 12, 2008.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed electronically, at my request, on September 11, 2008, while I was in Berkeley, California.

                                    /s/ Jill Duerr Berrick
                                       Jill Duerr Berrick

I, KIMBERLY N. VAN VOORHIS, am the ECF User whose ID and password are being used to file this DECLARATION OF JILL DUERR BERRICK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF. In compliance with General Order 45, X.B., I hereby attest that JILL DUERR BERRICK has concurred in this filing.

Dated: September 11, 2008        By:   /s/ Kimberly N. Van Voorhis
                                                                          Kimberly N. Van Voorhis