# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

California State Foster Parent Association,
California State Care Providers Association, and
Legal Advocates for Permanent Parenting,

    Plaintiffs,

vs.

JOHN A. WAGNER, Director of the California
Department of Social Services, in his official
capacity; MARY AULT, Deputy Director of the
Children and Family Services Division of the
California Department of Social Services, in her
official capacity,

    Defendants.

Case No. C-07 5086

# EXPERT REPORT OF JILL DUERR BERRICK, PH.D, M.S.W.

August 12, 2008

Confidential – Contains Material for Attorneys' and Experts' Eyes Only

## QUALIFICATIONS

1.      My name is Jill Duerr Berrick.  I am the Co-Director for the Center for Child and Youth Policy at the University of California-Berkeley ("UC-Berkeley"), a position I have held since 2000.  My business address is: University of California, Berkeley, 120 Haviland Hall, Berkeley, CA, 94720-7400.  A copy of my curriculum vitae is attached as Exhibit A to this expert report.

2.      In 1990, I earned a Ph.D. in Social Welfare from the School of Social Welfare at UC-Berkeley.  The title of my thesis is: Child Abuse Prevention: Ideology, theory, and social policy.  In 1987, I earned an M.S.W. in Social Welfare from the School of Social Welfare at UC-Berkeley.  In 1983, I earned a B.A. in History from the University of California-Santa Cruz, where I graduated with Honors.

3.      Since 1985, I have served as a principal investigator, project director, and/or research associate on over 40 projects related to child and family welfare, most of which resulted in publications in peer-reviewed journals.  I have published 10 books (authored or co-authored), over 40 articles in peer-reviewed journals, over 15 articles in books and journals, over 30 reports, and 4 Op-Ed pieces.  I have presented my work at over 65 workshops and presentations.  I have also testified at 9 Legislative Briefings.  All of these are listed in Exhibit A to this expert report.  At least 8 of the books, 33 peer-reviewed articles, 9 papers or chapters, 21 reports, 3 op-eds, and 2 legislative briefings addressed issues directly relevant to foster care policies.

4.      Since 1991, I have taught a variety of classes at UC-Berkeley related to child welfare and foster care policies, including Social Problems and Social Welfare in the Community, Social Work: Introduction to the Profession, Introduction to Social Policy and Social Welfare, Introduction to Social Welfare Research, Social Welfare Policy Practice, Social Policy: Children and Families, Child Welfare Services, and Interdisciplinary Perspectives on the Young Child in Society.  I have also served as a thesis advisor to dozens of graduate students.

5.      I have served as an expert witness in one other matter: *In re: Rosaura Cabrera*, Superior Court of California, San Francisco County Unified Family Court (September 2003).  In

that case, I prepared background materials and an expert report. My work in that case centered on examining whether the law mandates that social workers attempt to place siblings together in pre-adoptive placements or whether this is merely a preferred placement. I did not provide any deposition or trial testimony in this case, as it settled before trial.

6.      My participation in this case, including preparation of this expert report, is, has been, and will remain on a pro bono basis. I am only reimbursed for any out-of-pocket expenses I incur within the scope of my duties as an expert and consultant in this matter.

## SCOPE OF ENGAGEMENT AND SUMMARY OF OPINIONS

7.      Plaintiffs have asked me to provide my expert opinion on issues related to foster care policies, particularly as they relate to foster family homes. I was asked to examine the following issues: (1) whether foster care maintenance payments in California are adequate to cover the basic costs associated with raising a foster child; (2) the impact of the current foster care maintenance payments in California on foster children, foster parents, and the child welfare system; (3) whether the current rate of foster care maintenance payments has negatively impacted recruitment and retention of foster parents; (4) whether raising foster care maintenance payments to foster family homes is a better solution than other alternatives; (5) and whether there would be tangible benefits to raising California's foster care maintenance payments at least commensurate with the cost-of-living increases over the past eight years.

8.      I based my opinions on my years of experience in foster care policy, independent research, and information provided to me by Plaintiffs. I conclude that: (1) California's foster care maintenance payments to foster family homes are not sufficient to cover the basic costs of care and supervision of foster children; (2) the current payment schedule imposes significant hardships on foster parents, many of whom already subsist at levels at or near poverty; (3) the inadequate foster care maintenance payments in California have made it difficult to retain and recruit foster parents and the number of foster parents has decreased, in part, because of this; (4) raising foster care maintenance payments is a practical way to increase the supply of foster parents; and (5) doing so would benefit (a) foster parents by providing them with the resources

Confidential – Contains Material for Attorneys' and Experts' Eyes Only

2

necessary to care for the foster children who rely on them; (b) the children because quality of their foster home environment would likely improve and with a greater supply of available foster homes, their chances of being placed with a foster family, as opposed to a group facility, would improve; and (3) the state and its foster care system because foster families are more likely than a group home setting to lead to permanency, which is one of the central goals of the foster care system. Specifically, children are much more likely to achieve permanency through reunification or adoption when placed in foster homes than when placed in group care.

9.      The opinions stated in this report are preliminary and are subject to change based upon, among other things, ongoing discovery. I may rely upon additional information that comes to my attention after the date of this report and amend my opinions accordingly to the extent permitted by the court. I have agreed to provide expert testimony (by deposition, at trial, or otherwise) based upon this Expert Report and attached exhibits. I may also be called upon to comment on, and to provide expert testimony in response to, any future reports or expert testimony offered by either party. I expect that I will review reports by other experts submitted in this matter.

## BACKGROUND

10.      Despite the best efforts of child welfare agencies, community agencies, and individuals, some children are not safe in their homes and must be placed in substitute care settings by child welfare authorities. These children and young people are said to be in foster care and their care is paid for by governmental agencies.

11.      Foster care is designed to provide temporary care, supervision, and support to children who cannot live at home because they have been abused or neglected by their parents. When children are removed from their homes, they may be placed in a variety of settings. Depending on individual needs, a child may be placed in the home of a relative (kinship care), a licensed foster family home, a foster home certified by a foster family agency, or a group home.

12.    Foster parents are usually licensed by the county or state, indicating that their homes have been assessed for basic health and safety standards, and that the caregivers have participated in at least minimal training to provide care and supervision for a child.

13.    Permanency is the key policy goal for children in foster care, with reunification, adoption, and guardianship the preferred forms of permanent placement, in that order.

14.    About one percent of children are in foster care in the United States.  In California, there are more than 72,000 foster children,[1] more than in any other state. Unfortunately, California has reported a 30% decline in the number of licensed foster homes in the past ten years.  This decline has been attributed at least in part to low foster care reimbursement rates.[2]

15.    Many of the children and youth for whom county social workers simply cannot find foster parents, end up being placed in Foster Family Agencies and group homes.[3]  Despite the fact that these placements are significantly more expensive to the state—the average cost of group homes is $4,090 per month per child[4] and the average cost of foster family agencies is $1,717 per month per child[5]—they provide an essential safety net for foster children who have

---

[1] *See* http://cssr.berkeley.edu/ucb%5Fchildwelfare/PIT.aspx.

[2] Lin, J., *Fewer Families Welcome Foster Kids: Reports Blame State's Low Reimbursement Rates as Cost of Living Rises*, The Sacramento Bee (May 22, 2007).

[3] Foster Family Agencies are privately operated organizations licensed by the Community Care Licensing Division of the State Department of Social Services to care for children up to age 18 in certified foster family homes.  Group homes are residential facilities located within a community and designed to serve children or adults with chronic disabilities. These homes usually have six or fewer occupants and are staffed 24 hours a day by trained caregivers.

[4] http://www.dss.cahwnet.gov/lettersnotices/entres/getinfo/acl08/08-01.pdf.  This is merely an average of each of the 14 RCL payment rates.  It does not necessarily reflect the weighted average of group homes in which children are actually placed.  In fact, very few children are ever placed in group home settings at the lower end of the rate-setting structure.

[5] This number represents an average of the foster family agency rates, plus an additional $1000 per child paid monthly for services and administration.  Legislative Analyst's Office Analysis of the 2002-2003 Budget Bill.

4

virtually no other options.  These options are disadvantageous, however, because—in the case of

group care—it is further from a family-like setting.

## INADEQUACY OF FOSTER CARE MAINTENANCE PAYMENTS

16.    How much should we reimburse foster parents for the care they provide?  One

measure is provided by the United States Department of Agriculture ("USDA"), which calculates

benchmarks based on the cost of rearing a child in low-, moderate-, and high-income families.

For example, a low-income family with a before-tax annual income of less than $45,800

(average = $28,600 in 2001), rearing an infant or toddler, typically spends $652.50 per month for

that child's care.  The USDA estimates do not include the costs of the additional wear and tear

on household items that occurs due to the particular needs and behaviors of children in foster

care, given the trauma they have experienced; or property and liability insurance costs related to

caring for these children; nor does it include the costs of transporting children to visits with their

biological families and to administrative reviews and court hearings.

17.    Although the USDA provides one estimate of the actual costs of child-rearing in

the United States, this information is not necessarily used by other government agencies—*e.g.*,

the Administration for Children and Families—to set standards for foster care payments designed

to support children's upbringing.  In fact, the federal government does not set state foster care

payment rates.  An examination of foster care payments across the U.S. suggests that the average

foster care payment is 37% below the minimum the USDA deems necessary for raising a child in

a low-income family.[6]  In many states, these financial conditions deteriorate annually.

---

[6] The average foster care rate is derived from the Government Green Book (2004) for the
year 2000, for a 2-year-old child.  Based upon these data, the average national monthly foster
care payment is $387.  It bears noting that these rates differ substantially by state from a low of
$216 in Missouri to a high of $670 in Connecticut.  These figures also do not take into account
special needs increments that might be available by state or locality, clothing allowances, or
other specialized payments social services agencies might arrange with caregivers.  Information
pertaining to the USDA is derived from estimates of rearing a 0-2 year-old child in a before-tax,
low-income family with income less than $43,200 annually.  Estimates of the discrepancy
between foster care rates and USDA estimates of the cost of rearing children have widened in
recent years.  In 1997, foster care rates were about 27% below USDA estimates and today they
have fallen by another 10%.  Lino, M., Expenditures on Children by Families 2005, United
States Department of Agriculture, Center for Nutrition Policy and Promotion, Miscellaneous

18.    The cost of foster care is shared by federal, state and local governments.  In California, the federal government pays 50% of the cost with the county and state assuming the remaining 30% and 20% respectively.  These "foster care maintenance payments"[7] represent the rate of reimbursement a licensed foster family home receives for the care and supervision of foster children.  Under California law, "care and supervision" includes food, clothing, shelter, daily supervision, school supplies, a child's personal incidentals, liability insurance with respect to a child, and reasonable travel to the child's home for visitation,"[8] which tracks the federal definition of costs to be reimbursed through foster care maintenance payments.

19.    Several major cost categories, however, are not intended to be covered by these payments.  These include expenses related to the cost of travel to administrative and judicial reviews and health care appointments, day care, unreasonable travel (beyond county boundaries, for example) to support in-home visitation, cost of full-time child care for working foster parents, wear and tear on a home and its furnishings, tutoring, or extracurricular activities such as music lessons or participation on sports teams.  Nevertheless, these expenses must be incurred for a foster parent to provide foster children with the basic necessities of life.

20.    California currently provides foster care maintenance payments to licensed foster care providers according to the following schedule:[9]

| Age | Payment per month |
| --- | --- |
| 0-4 | $446 |
| 5-8 | $485 |
| 9-11 | $519 |

Publication No. 1528-2005, Washington, D.C. (2006).

[7] The term "foster care maintenance payments" comes from 42 U.S.C.S. § 675(4)(A).  It is defined as "payments to cover the cost of (and the cost of providing) food, clothing, shelter, daily supervision, school supplies, a child's personal incidentals, liability insurance with respect to a child, and reasonable travel to the child's home for visitation."

[8] Cal. W & I Code § 11460(b).

[9] *Id.* § 11461.

Confidential – Contains Material for Attorneys' and Experts' Eyes Only

| 12-14 | $573 |
| 15-19 | $627 |

Avg: $530

The basic rate of payment is the same across all California counties, although individual counties may supplement payments to foster parents under some circumstances.

21.    By statute, beginning in the 1990-1991 fiscal year, the rates paid to licensed foster care providers each year "shall be adjusted by the percentage changes in the California Necessities Index . . . subject to the availability of funds."[10]  The California Legislature has adopted the California Necessities Index ("CNI") as a means of measuring the cost of living in California.[11]  It is calculated by the Department of Finance and reflects the weighted average changes for food, clothing, fuel, utilities, rent, and transportation for low-income consumers.[12]

22.    Since the 1990-1991 fiscal year, in the past 17 years, California has raised its foster care maintenance payments only six times.  In 3 of these instances, the State referred to the increase as a "COLA," or "Cost of Living Adjustment."  These COLA adjustments have typically failed to keep up with changes in the CNI.  California has provided the following rate increases since the 1990-1991 fiscal year, as compared to the yearly CNI average:

| Fiscal Year | CNI | % Increase of Basic Rate |
| --- | --- | --- |
| 90-91 | | |
| 91-92 | 5.49% | 5%[13] |
| 92-93 | 1.81% | |
| 93-94 | 2.37% | |
| 94-95 | 1.69% | |
| 95-96 | 1.48% | |
| 96-97 | 1.41% | |
| 97-98 | 1.93% | |
| 98-99 | 1.67% | 6%[14] + 2.84% COLA[15] |

---

[10] *Id.* § 11461(d)(1)(A).

[11] *Id.* § 11453(a).

[12] *Id.*

[13] http://www.dss.cahwnet.gov/lettersnotices/entres/getinfo/acin90/I-61-90.pdf

[14] http://www.dss.cahwnet.gov/lettersnotices/entres/getinfo/acl98/98-27.pdf

Confidential – Contains Material for Attorneys' and Experts' Eyes Only

| 99-00 | 2.08%[16] | 2.36% CNI[17] + 2.36% effective 1/1/00[18] |
|---|---|---|
| 00-01 | 3.7%[19] | 2.96% CNI[20] |
| 01-02 | 5.31%[21] | 4.85% COLA[22] |
| 02-03 | 3.74%[23] | |
| 03-04 | 3.46% | |
| 04-05 | 2.75%[24] | |
| 05-06 | 4.07%[25] | |
| 06-07 | 3.75% | |
| 07-08 | 3.7%[26] | 5% COLA[27] |

---

[15] *See* http://www.dss.cahwnet.gov/lettersnotices/entres/getinfo/acl98/98-70.pdf; for additional info on outlier counties *see* http://www.dss.cahwnet.gov/lettersnotices/entres/getinfo/acl98/98-70E2.pdf

[16] ACL 99-66 shows the CNI to be 2.36%.

[17] http://www.dss.cahwnet.gov/lettersnotices/entres/getinfo/acl99/99-66.pdf

[18] http://www.dss.cahwnet.gov/lettersnotices/entres/getinfo/acl99/99-107.pdf

[19] 2.96% shown on Legislative Analyst's Office ("LAO") website at http://www.lao.ca.gov/analysis_2008/health_ss/hss_anl08011.aspx ("LAO Website) and in ACL 00-64.

[20] http://www.dss.cahwnet.gov/lettersnotices/entres/getinfo/acl00/pdf/00-64.pdf

[21] 5.31% shown on LAO Website.

[22] http://www.dss.cahwnet.gov/lettersnotices/entres/getinfo/acl01/pdf/01-55.pdf

[23] 3.7% shown on LAO Website.

[24] 4.07% shown on LAO Website.

[25] 3.75% shown on LAO Website.

[26] 3.7% also shown on LAO Website.

[27] http://www.dss.cahwnet.gov/lettersnotices/entres/getinfo/acl08/08-01.pdf.  Although the State of California currently does not have a budget for the 2008-2009 fiscal year, the Governor's May Revision of the Proposed 2008-2009 Budget (at p. 52) and located at http://www.ebudget.ca.gov/pdf/Revised/BudgetSummary/FullBudgetSummary.pdf proposes reducing the current foster care payments (as increased as of January 1, 2008) by 10%. This would put the current payment rates below 2001 payment levels without even adjusting for inflation.

Confidential – Contains Material for Attorneys' and Experts' Eyes Only

23.    Until this year, California foster parents have not had any cost-of-living-adjustment to their base rate since 2001.  On January 1, 2008,[28] the California legislature increased the rate of payment by 5%.  During the same period of time, the cost of living when measured by the CNI increased by over 30%.

24.    Thus, in the past 17 years, California's foster care maintenance payments have failed to rise with the cost of living.  Under these circumstances, it is inevitable that foster parents are forced to pay a significant and ever-increasing portion of their own money to assist in the care and supervision of their foster children.

25.    If anything, the CNI underestimates the costs necessary to the care and supervision of foster children because it does not cover many of the particular expenses incurred by foster parents.  For example, the CNI would not include the costs associated with additional wear and tear on household items that occurs due to the particular needs and behaviors of children in foster care, given the trauma they have experienced; property and liability insurance costs related to caring for these children; or the costs of transporting children to visits with their biological families and to administrative reviews and court hearings.

26.    One 2007 study estimates that in California, rates must be raised by 61%, 59%, and 44% for foster children aged 2, 9, and 16, respectively, to meet the actual expenses for caring for a child in foster care.[29]  This is a reasonable study, and I agree that raising rates in accordance with this study would be beneficial to foster children and the foster care system.

## BURDENS IMPOSED BY INDADEQUATE PAYMENTS

27.    Although it serves as the backbone of the child welfare system, traditional foster care is nonetheless given scant attention by public policy makers, including those who set the foster care reimbursement rate.  This neglect of foster care funding has resulted in remarkably

---

[28] http://www.dss.cahwnet.gov/lettersnotices/entres/getinfo/acl08/08-01.pdf

[29] *See* Hitting the M.A.R.C., Establishing Foster Care Minimum Adequate Rates for Children (Technical Report) at 4.

Confidential – Contains Material for Attorneys' and Experts' Eyes Only

uneven quality for California's most vulnerable children. Research suggests that adequate payments, coupled with ample social work support, results in positive outcomes for children. For example, the Early Intervention Foster Care program—an experimental program providing foster parents with specialized training, support, and enhanced payments—has shown significant effects on placement stability and permanency. The program has also improved young children's attachment behaviors and symptoms associated with stress.[30] Only one study has examined the impact on foster care outcomes of significantly enhanced payments for traditional foster parents serving in a public foster care program. In that Illinois-based study, foster parents were paid an annual amount of $16,000 per year, plus a monthly payment of $600 per month, per child. The study measured outcomes such as the distance between the child's birth home and foster home, number of siblings cared for, placement stability, restrictiveness of care, and permanency. Overall, better-paid foster parents out-performed traditional foster care on all measures excepting permanency.[31]

28.    Some of our understanding about foster parents comes from the National Survey of Current and Former Foster Parents, which was carried out in 1993.[32] The majority of the

---

[30] Fisher, P.A., & Kim, H.A., *Intervention Effects on Foster Preschoolers' Attachment-Related Behaviors From a Randomized Trial*, 8(2) Prevention Science at 161-170 (2007); Fisher, P.A., Gunnar, M.R., Dozier, M., Bruce, J., & Pears, K.C., *Effects of Therapeutic Interventions for Foster Children on Behavioral Problems, Caregiver Attachment, and Stress Regulatory Neural Systems*, 1094(1) Annals of the New York Academy of Science at 215-225 (2006); Fisher, P.A., Burraston, B., & Pears, K., *The Early Intervention Foster Care Program: Permanent Placement Outcomes from a Randomized Trial*, 10(1) Child Maltreatment at 61-71 (2005).

[31] Testa, M.F., & Rolock, N., *Professional Foster Care: A Future Worth Pursuing?*, 78(1)Child Welfare at 108-124 (1999).

[32] Department of Health and Human Services, Administration for Children and Families, Administration on Children, Youth and Families, The National Survey of Current and Former Foster Parents, Rockville, MD (1993). The study included 1,400 current and former foster parents randomly selected from nine states. It is important to note that this study was conducted just before the nation witnessed an explosive growth in the foster care caseload. Small-scale studies conducted since that time suggest that the demographic characteristics of foster parents have not changed dramatically, although they may vary by community. The majority of foster parents still hail from low-income, two-parent families. *See* Cox, M.E., Orme, J.G., Rhodes, K.W., *Willingness to Foster Children With Emotional or Behavioral Problems*, 29(4) Journal of Social Service Research at 23-51 (2003). We have not seen a similar study of the foster parent

foster parents participating in that study were married, Caucasian, protestant, high-school graduates (with some college education), who worked outside of the home. In the more recently commissioned National Survey of America's Families (a study not specifically focused on foster care, but including a foster care sample), the majority of children living in non-relative foster care in 1999-2000 were residing in less-than optimal financial conditions. Almost one-fifth of children in non-relative foster care were living in homes with incomes less than 100% of the poverty level and an additional two-fifths of children were living in homes with incomes less than 200% of the poverty level.[33] About 25% of children were living in homes where their caregivers were unable to pay their rent or mortgage, and one-quarter had experienced food insecurity in the previous year.[34] (Although states do not set minimum income requirements on foster parents prior to licensure, foster parent applicants will be denied licensure if their only source of income is the foster care maintenance payment.)

29. Data from the National Survey of Child and Adolescent Well-Being indicate that foster parents are older, less-well-educated, and have fewer financial resources than families in the overall U.S. population. The majority of caregivers are married (73%), almost two-thirds have a high school diploma or less (58%), about two-fifths work full-time and another two-fifths do not work at all (39% and 41% respectively), and about two-thirds have provided foster care for less than six years.[35]

---

population for some time.

[33] Kortenkamp, K., & Ehrle, J., *The Well-Being of Children Involved With the Child Welfare System: A National Overview*, No. B-43, New Federalism Series B., Washington, D.C., Urban Institute at 2 (Jan. 2002).

[34] Unpublished estimates from the National Survey of America's Families – provided by Jennifer Ehrle Maccombe, Urban Institute. Another study of kin and non-kin foster parents from the Baltimore, MD area indicated that approximately 20% of non-kin foster parents had annual income less than $20,000 (over 60% of kin caregivers had these low incomes). *See* Harden, B.J., Clyman, R.B., Kriebel, D.K., & Lyons, M.E., *Kith and Kin Care: Parental Attitudes and Resources of Foster and Relative Caregivers*, 26 Children and Youth Services Review at 657-71 (2004).

[35] Barth, R.P., Green, R., Wall, A., Webb, M.B., Gibbons, C., & Craig, C.D., *Characteristics of Out-of-Home Caregiving Environments Provided Under Child Welfare*

Confidential – Contains Material for Attorneys' and Experts' Eyes Only

30.     Although the average family size in non-kin foster homes is 5.6, 20% of families have annual incomes less than $25,000, and 15% have annual incomes between $25,000-$35,000.[36]

31.     Given their financial condition, these foster parents are significantly burdened by a system in California that does not pay enough to cover the cost of raising a foster child.  When foster children are placed in these homes, the foster parents are forced to contribute their own already-scarce funds to help care for and supervise their foster children.

32.     Considerable research indicates that family income has a strong impact on the safe and proper care of foster children.[37]  When upwards of one-quarter of foster parents are struggling financially such that they cannot offer food or housing security, foster children's well-being is far from protected.  Further, foster care maintenance payments do almost nothing to raise family income and in many cases reinforce standards of living at or near the poverty line.

33.     With exceptionally low reimbursement rates and long-term financial hazards for families, it is a small wonder that anyone is willing to care for foster children.  Caregivers are not

---

*Services*, Child Welfare (2004).

[36] U.S. Department of Health and Human Services, Administration for Children, Youth, and Families,  NSCAW: One Year in Foster Care Wave, 1 Data Analysis Report, Washington, D.C. (2001) Author.

Some additional information on foster parents can be derived from the U.S. Census. Analyses conducted by William O'Hare of the Annie E. Casey Foundation suggests that foster children live in larger households than children in typical American families, their foster parents are more likely to be high school dropouts and not to have completed a 4-year college degree compared to the average American parent; their foster parents are more likely to be poor or low income.  O'Hare, W., review of data on foster children collected by the U.S. Census Bureau, presentation to the John Burton Foundation, San Francisco, CA (Dec. 2007).

[37] For a review of the relationship between family income and child outcomes in the general population, *see* Duncan, G.J., & Brooks-Gunn J., *Consequences of Growing Up Poor*, New York: Russell Sage Foundation (Dec. 2007).  Among the foster care population, Fein and associates' study showed a positive relationship between foster parent income and children's outcomes, as did Gaudin and Sutphen's research.  *See* Fein, E., Maluccio, A.N., Hamilton, J.V., & Ward, D.E., *After Foster Care: Outcomes of Permanency Planning*, 62(6) Child Welfare at 485-558 (1983); Gaudin, J. M., & Sutphen, R., *Foster Care v. Extended Family Care for Children of Incarcerated Mothers*, 19(3-4) Journal of Offender Rehabilitation at 129-147 (1993).

Confidential – Contains Material for Attorneys' and Experts' Eyes Only

recognized publicly for their honored social status, or their influential effects on children's lives. College graduates do not typically aspire to become foster parents as they might seek to be a doctor, judge, or engineer. And those who take up the challenge of fostering are offered only modest training and little support in their day-to-day work with children.[38][39]

    34.    Foster care payments do not provide financial gains for caregivers, because they are supposed to only reimburse caregivers for their expenses (and in practice, they do not even do that). For this reason, it is hardly an "advantage" that monthly payments are not taxed. Foster care maintenance payments include neither work-related benefits nor insurance. Also, foster children qualify for Medicaid (Medi-Cal in California), yet foster parents have no access to health insurance for themselves or other family members.[40] In short, foster parents are under-resourced for the care they offer children. In California, monthly payments for dog shelters exceed what is paid to foster parents.[41]

---

[38] For a review, *see* Berrick, J. D., Needell, B., Shlonsky, A., Simmel, C., & Pedrucci, C. (1999), *Assessment, Support, and Training for Kinship Care and Foster Care: An Empirically-Based Curriculum*, University of California, Berkeley, Center for Social Services Research (1993).

[39] For example, although the majority of foster children possess health, mental health, or behavioral problems that make their care especially demanding, studies of foster parents suggest that a significant challenge comes from social workers and the social service system that is often unresponsive to their requests for information, referrals, or even returned phone calls.

[40] This situation thus favors two parent families over single–parent families, unless the single-parent has benefited employment, including full-time child care.

[41] According to editor, John Diaz, of the San Francisco Chronicle, California pays more to house dogs in a kennel than it does for foster care. He states: "Food, clothes, shoes, milk, toys, transportation, dental bills, birthday presents—it costs a lot to raise a child in California. The average middle-income parent must agree, considering how much he or she spends— $11,551 per year. Compare that price tag to the state of California's average spending on children in county foster-family homes: $6,057. That rate isn't even fit for dogs, and the state knows it: it spends $7,440 per year to house a dog in a kennel." Diaz, J., *Pay More For Our Children*, San Francisco Chronicle (May 23, 2007), http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2007/05/23/EDGKOP3ENP1.DTL. Indeed, a survey of 32 dog kennels in the San Francisco Bay, Sacramento, and Fresno areas reveals an average nightly rate of $34.4 per day, or $1046 per month, to kennel a dog, far more than the $530 per month average provided by the State for each foster child in foster family homes. *See* Exhibit B for a list of the dog kennel rates used.

Confidential – Contains Material for Attorneys' and Experts' Eyes Only

35.     Moreover, the foster care payment is not a wage and social service bureaucracies work hard to ensure it is never treated as one.  Efforts to unionize foster parents have met with stiff opposition in some states.[42]  Theorists easily connect the decline in the foster parent census with the growth of the female labor market;[43] for example, employment in day care, one of the lowest-paying sectors in the service economy,[44] offers considerably higher wages than a foster care maintenance payment.  And women who work in child care centers at least get some respite at the end of the day and on weekends.

36.     Foster parents' efforts are economically disadvantaged not only in the short term, but also in the long term.  Because the maintenance payment is not considered a "wage," foster parents do not qualify for social security benefits.  Therefore, caregivers who make a commitment to raise other people's children through their working years are financially penalized when they withdraw from the labor market at retirement.  Certainly social service agencies do not offer pensions to offset these substantial financial losses.

## THE EFFECT OF LOW FOSTER CARE MAINTENTACE PAYMENTS ON RECRUITMENT AND RETENTION OF FOSTER PARENTS

37.     In study after study, caregivers point to systematic problems: payment rates that are unfathomably low, insufficient training, no respite from the relentless nature of the work, unresponsive and unsupportive social workers during times of crisis, and little assistance finding appropriate services to meet children's intense needs.[45]

---

[42] Woodward, C., *Washington Foster Parents Want to Form Union*, Wired News (June 21, 2006), Retrieved June 29, 2006 from: http://wireservice.wired.com/wired/story.asp?section=Breaking&story.  Efforts to unionize in Washington State are not only motivated by a need for a higher subsidy.  Foster parents in that state are seeking higher standards for education and training, retirement benefits and health insurance.

[43] Hegar, R., & Scannapieco, M., *From Family Duty to Family Policy: The Evolution of Kinship Care*, 74(1) Child Welfare at 201-215 (1995).

[44] Bellm, D., & Whitebook, M., *Compensation and Comparable Worth: What Lies Ahead for California's Preschool Teachers?  Building California's Preschool for All Workforce*, Berkeley, CA, Center for the Study of Child Care Employment (2005).

[45] Baring-Gould, M., Essick, D., Kleinkauf, C., & Miller, M., *Why Do Foster Homes*

38.    There are too few foster parents available to care for the thousands of children needing care.  Support for caregivers is woefully inadequate, reimbursement to caregivers is insufficient, and monitoring of caregivers' quality of care is minimal.  The shortage of foster homes is so severe that the U.S. Department of Health and Human Services has indicated that demand exceeds supply by over 30%.[46]  In California, there has been a 30% decrease in foster family home placements since 1999.[47]

39.    In the field of child welfare, remarkably little research has been conducted on foster care, foster parents, or on interventions designed to improve the quality of care or outcomes for children, so there is not much empirical data on the relationship between foster care payments and the supply of foster parents.  But it is only common sense that the supply in foster family homes has decreased significantly in large part due to the fact that foster care maintenance payments have failed to keep up with the cost of living.

40.    Even when states develop effective strategies to recruit foster parents, they find it exceedingly difficult to retain them.  Some estimates indicate that almost 40% of foster parents quit during the first year of service,[48] and an additional 20% plan to discontinue care in the

---

Close?, 8(2) Arete at 49-63 (1983); Berrick, J.D., Needell, B., Shlonsky, A., Simmel, C., & Pedrucci, C., *Assessment, Support, and Training for Kinship Care and Foster Care*, Berkeley, CA, University of California at Berkeley (1998); Brown, J., & Calder, P., *Concept-Mapping the Challenges Faced by Foster Parents*, 21(6) Children and Youth Services Review at 481-95 (1999); Denby, R., Rindfleisch, N., & Bean, G., *Predictors of Foster Parents' Satisfaction and Intent to Continue to Foster*, 23 Child Abuse and Neglect at 287-303 (1999); Rhodes, K.W., Orme, J.G., & Buehler, C., *A Comparison of Family Foster Parents Who Quit, Consider Quitting, and Plan to Continue Fostering*, 75 Social Service Review at 85-114 (2001); Rindfleisch, N., Bean, G., & Denby, R., *Why Foster Parents Continue and Cease to Foster?*, 25(1) Journal of Sociology and Social Welfare at 5-24 (1998); Triseliotis, J., Borland, M., & Hill, M., *Foster Carers Who Cease to Foster*, 22(2) Adoption and Fostering at 54-61 (1998).

[46] U.S. Department of Health and Human Services, Administration for Children and Families, Administration on Children, Youth and Families, Children's Bureau, *The AFCARS Report*, Washington, D.C.: Government Printing Office (2003).

[47] *See* www.cwda.org/downloads/FamCarePolcyRep/pdf.

[48] Baring-Gould, M., Essick, D., Kleinkauf, C., & Miller, M., *Why Do Foster Homes Close?*, 8(2) Arete at 49-63 (1983); Chamberlain, P., Moreland, S., & Reid, K., *Enhanced Services and Stipends for Foster Parents: Effects on Retention Rates and Outcomes for Children*, 71 Child Welfare at 387-401 (1992); Ryan, P., *Analysis of Foster Parents Who Leave Fostering*,

foreseeable future.[49]  Inadequate reimbursement rates certainly play a central role in foster

parents' decisions to cease being caregivers.

### RAISING FOSTER CARE MAINTENANCE PAYMENTS IS THE BEST OPTION TO HELP INCREASE THE NUMBER OF AVAILABLE FOSTER HOMES AND IMPROVE THE QUALITY OF CARE FOR VULNERABLE CHILDREN

41.    There is no question that the foster family is the ideal foster care placement

solution for the majority of foster children (*see* ¶¶ 47-49 below).  When supply is low, however,

a state must look to other alternatives for providing foster care.

42.    One option to handle the decreasing supply of foster family homes is to increase

placements in group homes or foster family agencies.  This is a costly alternative, and not a

prudent choice for a state that already faces substantial budgetary restrictions.  In California,

placement in foster family homes, foster family agencies, and group homes is at 13%, 26%, and

8% respectively.[50]

43.    On average, for each such child in California, foster family homes are paid $530,

foster family agencies are paid $1,717, and group homes are paid $4,090.[51]  Although some

critics of child welfare have called for the expansion of group care and orphanages,[52] on cost

considerations alone, it would be imprudent to expand the use of group care substantially.

---

1 Impact at 3 (1985).

[49] Rhodes, K.W., Orme, J.G., & Buehler, C., *A Comparison of Family Foster Parents who Quit, Consider Quitting, and Plan to Continue Fostering*, 75 Social Service Review at 85-114 (2001).

[50] *See* http://cssr.berkeley.edu/ucb_childwelfare/PIT.aspx.

[51] *See* ¶ 15, *supra*.  *See also* Expert Report of Phillip M. Johnson, filed herewith.

[52] Murray, C., *The Coming White Underclass*, Wall Street Journal (October, 29, 1993). Murray's article was focused largely on the former public aid program for single-parent families, AFDC.  In his proposal to abolish AFDC, Murray recognized that some children might be maltreated by mothers who had no other means of support.  For these children, Murray argued, "government should spend lavishly on orphanages."  The op-ed sparked a flurry of controversy, with some politicians embracing the notion, and other figures denouncing the proposal.  *See* Gingrich Offers Defense of Plan on Orphanages, The New York Times (Dec. 5, 1994); Weisman, M.L., *When Parents Are Not in the Best Interest of the Child*, The Atlantic Monthly at 43-66 (July 1994).

Confidential – Contains Material for Attorneys' and Experts' Eyes Only

44.     Further, group care is not ideal for many children as it is typically reserved for the most troubled children, and its use is restricted to older children.[53]  Finally, permanency—whether it be in the form of reunification, adoption, or guardianship—is much less likely for children placed in group homes.

45.     Some have suggested that kinship care could absorb a larger proportion of children in out-of-home care, but with preferential policies already in place, and licensing standards imposed since the federal Adoption and Safe Families Act (P.L. 105-89, 1997), the availability of kinship care may have reached its saturation point.  California has had a longstanding commitment to the use of kin and has had very large proportions of its children in kinship care, relative to other states.  Since the peak in 1998, when 44% of all children in out-of-home care in California were residing with kin, kinship care rates have now stabilized at approximately 36%.[54]  It is likely that California is currently utilizing kin to the greatest extent possible, already.

## THE BENEFITS OF RAISING FOSTER CARE MAINTENANCE PAYMENTS

46.     Raising foster care maintenance payments would have the likely effect of increasing the supply of available foster family homes.  The benefits from this would be profound.

47.     First, some children who are now placed in group homes could be placed in foster family homes.  Even with an increase in foster care maintenance payments, foster family homes are much less costly to the taxpayers than group homes.[55]

48.     Second, this would have the effect of furthering the federal government's stated public policies favoring reunification and adoption.[56]  The federal policies seek the following

---

[53] *See* http://cssr.berkeley.edu/ucb%5Fchildwelfare/PIT.aspx.

[54] *See* the 2002 and 2005 Adoption and Foster Care Analysis and Reporting System Reports at http://www.acf.dhhs.gov/programs/cb/stats_research/afcars/tar/report12.htm and http://www.acf.dhhs.gov/programs/cb/stats_research/afcars/tar/report13.htm.

[55] *See* Expert Report of Phillip J. Johnson, Ph.D., served herewith.

outcomes for foster children: reunification[57] with their birth parents, adoption by the foster

parents, and then guardianship by the foster parents. Studies reveal that permanency outcomes

are most likely to be from foster family homes.[58]

49.    Third, an increase in the supply of foster parents would make it more likely that

foster children can be placed in their neighborhoods of origin. Neighborhood-based placements

are most beneficial to school-age and older children who are likely to reunify with their birth

parents. For these children, academic disruptions can be minimized.[59] Children can maintain

continuous peer relationships and will not be burdened by the challenges of developing new

friendships. Studies that have examined this issue suggest that disruptions of children's peer

relationships can be stressful.[60] Of course, parents' visits to their children are facilitated when

---

[56] Fed. 1980 Adoption Assistance Child Welfare Act; Fed. 1987 Adoption and Safe Families Act.

[57] California data suggest that 4 and a half years after entry to care over 50% of foster children are reunified, 14.1T are transferred to legal guardianship (both kin and nonkin), 2-4% emancipate, 14-16% are adopted and 12-13% remain in long-term foster care. Needell, B., Webster, D., Armijo, M., Lee, S., Cuccaro-Alamin, S., Shaw, T., Dawson, W., Piccus, W., Magruder, J., Exel, M., Smith, J., Dunn, A., Frerer, K., Putnam Hernstein, E., & Ataie, Y.,  Child Welfare Services Reports for California (2006), retrieved July 29, 2008, from http://cssr.berkeley.edu/ucb_childwelfare. The one-quarter of children who are adopted or remain in long-term foster care do not return to their parents.

[58] Several studies indicate that permanency outcomes are roughly equivalent between foster and kinship care, but the speed of reunification is quicker from foster care, and this timing fits more comfortably within requirements set by the federal government.

[59] Indeed, there is evidence that children placed in out-of-home care often experience academic disruptions. Penny Johnson and associates' 1995 study of 11-14-year olds finds that most changed schools upon entry to out-of-home care. Johnson, Penny Ruff, Carol Yoken, and Ron Voss, *Family Foster Care Placement: The Child's Perspective*, 74(5) Child Welfare at 959-74 (1995) ("Johnson Study"). Retrospective studies also document children's experience of and frustration with educational instability; *see* Festinger, T., *No One Ever Asked Us - A Postscript to Foster Care*, Columbia University Press (1983); Barth, R. P., *On Their Own: The Experience of Youth After Foster Care*, 7(5) Child and Adolescent Social Work at 419-40 (1990); Fanshel, D., Finch, S. J., & Grundy, J. F., *Foster Children in a Life Course Perspective*, Columbia University Press (1990).

[60] Penny Johnson and associates' study finds that about one-third of children identified friends as those they missed most after entering foster care. *See* Johnson Study at 959-74.

Confidential – Contains Material for Attorneys' and Experts' Eyes Only

the children live nearby. So too, neighborhood placements may enable children in foster care to see their siblings and extended family members.

50.    The State has long recognized the benefits of raising foster care maintenance payments. For example, in 1998, in an analysis of Bill number AB 2043, which would have increased basic foster family home rates, the California Department of Social Services noted that "it is economically difficult for foster parents to meet the needs of foster children" because rates had only been raised by 6% in the previous 8 years.[61]

51.    The State specifically noted the following advantages to passing such a bill:

- Increased FFH rates would make it easier for counties to recruit and retain FFH providers;

- With an increased number of available FFHs counties will be able to place more children in family settings,

- Counties may be able to shift children from more costly FFAs and group homes to FFHs due to the ability to recruit / retain more FFHs,

- Increased FFH rates brings FFHs into closer rate parity with other types of foster care providers.[62]

It is thus reasonable to infer that in the current situation—where over the past seven years the cost of living has increased to a far greater extent than have foster care maintenance payments— that raising foster care maintenance payments would have these same benefits.

---

[61] California Department of Social Services Bill Analysis of Bill No. AB 2043 (produced under confidential seal by Defendants) at 1.

[62] *Id.* at 4.

Confidential – Contains Material for Attorneys' and Experts' Eyes Only

52.    Indeed, data suggest that the State's failure to raise foster care maintenance payments at least commensurate with increases to the CNI has had a negative impact on recruiting and retaining foster parents over the past seven years. For example, from January 1, 2002 to January 1, 2008, the total number of children in foster care decreased about 23%.[63] During the same period, the number of children in group homes dropped about 22%,[64] and the number of children in foster family agencies remained relatively constant.[65] But during the same period, the number of children placed in foster family homes decreased *almost 50%*.[66] While many factors play a role in the decision to become (or remain) a foster parent, these data suggest that the inability of the State to raise foster care maintenance payments commensurate with increases in the CNI has played a significant role in the decreasing supply of foster family homes over the past seven years. Put another way, it is reasonable to infer that raising foster care maintenance payments will increase the supply of foster family homes.

Dated:    August 12, 2008

Jill Duerr Berrick, Ph.D., M.S.W.

---

[63] *See* http://cssr.berkeley.edu/ucb%5Fchildwelfare/PIT.aspx. The total number of foster children during this time dropped from 93,230 to 72,147.

[64] *See id.* The number of children in group homes during this time dropped from 7,213 to 5,668.

[65] *See id.* The number of children in foster family agencies during this time dropped slightly 18,954 to 18,691.

[66] *See id.* The number of children in foster family homes during this time dropped from 13,162 to 6,767.

pa-1273819

20

Confidential – Contains Material for Attorneys' and Experts' Eyes Only

JILL DUERR BERRICK

Professor
School of Social Welfare
Co-Director, Center for Child and Youth Policy                    Home Address:
University of California, Berkeley                                 6542 Gwin Road
120 Haviland Hall                                                  Oakland, California 94611
Berkeley, California 94720-7400                                   (510) 339-8388
(510) 643-7016
dberrick@berkeley.edu

## Curriculum Vitae

EDUCATION

| | | |
|---|---|---|
| 1990 | Ph.D. | Social Welfare, School of Social Welfare, University of California, Berkeley, California. |
| 1987 | M.S.W. | Social Welfare, School of Social Welfare, University of California, Berkeley, California. |
| 1983 | B.A. | History, University of California, Santa Cruz, California, with Honors. |

ADMINISTRATIVE EXPERIENCE

2000 - Present       Co-Director, Center for Child and Youth Policy

1994-2001            Director, Center for Social Services Research

**RESEARCH EXPERIENCE**

2007 - 2009          Principal Investigator, "Partnering for Permanence." Funding from U.S. DHHS, Administration for Children and Families.

2006 - 2008          Principal Investigator, "An Assessment of Differential Response: Implications for Social Work in Diverse Communities." Funding from the California Social Work Education Center.

2002 - 2005          Principal Investigator, "CalWORKs/Child Welfare Partnership Evaluation." Funding from California Center for Research on Women and Families.

2001 - 2005          Principal Investigator, "Child Welfare Reform in California." Funding from the David and Lucile Packard Foundation, the Stuart Foundations, and the California Endowment.

1998 - 2002          Co-Principal Investigator, "California's Child Welfare Waiver Demonstration Evaluation." Funding from California Department of Social Services.

2000                 Principal Investigator, "Education for Foster Children." Funding from Bay Area Social Services Consortium.

2001                 Co-Principal Investigator, "Daily Lives of Poor Families." Funding from Evelyn and Walter Haas Foundation.

1999 - 2000          Principal Investigator, "Outcomes of Concurrent Planning." Funding from the David and Lucile Packard Foundation.

| | |
|---|---|
| 1999 - 2000 | Principal Investigator, "Studies of the Educational Placement of Children Residing in Group Homes." Funding from California Department of Education, Subcontract to American Institutes for Research. |
| 1998 - 2001 | Principal Investigator, "Understanding Families in CalWorks and the Child Welfare System: Case Management for Public Child Welfare Workers." Funding from California Social Work Education Center. |
| 1998 - 2001 | Principal Investigator, "Assessing the Effects of Welfare Reform on California's Most Precarious Families." Funding from Urban Institute and Stuart Foundations. |
| 1998 - 2000 | Principal Investigator, "National Longitudinal Study of Children and Families in the Child Welfare System (NSCAW)." Subcontract from the Research Triangle Institute. Funding from the Children's Bureau, DHHS. |
| 1998 - 2000 | Co-Principal Investigator, "Best Practices in Concurrent Planning for Timely Permanency." Funding from San Mateo County Human Services Agency, Santa Clara County Social Services Agency, and Zellerbach Family Fund. |
| 1998 - 2001 | Principal Investigator, "Assessing Integrated Services to Promote Permanency for Infants and Toddlers." Funding from Stuart Foundations. |
| 1997 - 2000 | Principal Investigator, "Children's Experiences of Out-of-Home Care: Elements of a Successful Foster Care System." Funding from California Social Work Education Center and the David and Lucile Packard Foundation. |
| 1996 - 1998 | Principal Investigator, "Family Resource Centers: An Evaluation of the Family Cooperative Project." Funding from Stuart Foundations. |
| 1998 | Co-Principal Investigator, "Child Welfare Services in California: The Interface Between Private Philanthropy and Public Service." Funding from S. H. Cowell Foundation. |
| 1997 - 1998 | Co-Principal Investigator, "The Impact of Welfare Reform on California Grandparents Raising Grandchildren." Funding from the Public Policy Institute of California. |
| 1997 - 1998 | Co-Principal Investigator, "Understanding the Elements and Significance of Public-Private Partnerships in Family Resource Centers." Funding from S. H. Cowell Foundation. |
| 1996 - 1998 | Principal Investigator, "Assessing the Quality of Kin and Non-Kin Foster Care." Funding from California Social Work Education Center and the David and Lucile Packard Foundation. |
| 1996 - 1998 | Project Director, "Public Assistance, Child Abuse, and Child Welfare: Understanding the Connections for Families with Young Children." Funding from Smith Richardson Foundation. |
| 1995 - 1997 | Project Director, "California Children's Services Data Archive." Funding from Stuart Foundations and California Department of Social Services. |
| 1994 - 1997 | Project Director, "Child Abuse Prevention through Community Empowerment Evaluation." Funding from California Department of Social Services, Office of Child Abuse Prevention. |
| 1996 | Principal Investigator, "Evaluating the Strengthening Families Initiative." Funding from S. H. Cowell Foundation. |

| | |
|---|---|
| 1996 | Principal Investigator, "Factors Associated with Family Reunification Outcomes: Understanding Reentry to Care for Infants." Funding from Alameda County Social Services Agency. |
| 1990 - 1995 | Director, National Child Welfare Research Center, Family Welfare Research Group, School of Social Welfare, University of California, Berkeley. Funding from U.S. Department of Health and Human Services, Children's Bureau and Office of Planning and Evaluation. |
| 1995 - 1996 | Principal Investigator, "Kinship Care in Santa Clara County: Assessing Quality of Care." Funding from County of Santa Clara, Social Services Agency. |
| 1994 - 1995 | Project Director, "Kinship Care in California." Funding from California Social Work Education Center. |
| 1994 - 1995 | Project Director, "Child Welfare Services for Very Young Children." Funding from David and Lucile Packard Foundation. |
| 1992 - 1995 | Project Director, "Multi-State Data Archive." Funding from Chapin Hall Center for Children. |
| 1990 - 1994 | Co-Principal Investigator, "Evaluation of LEARN--A Child Neglect Prevention Program." Study conducted through Duerr Evaluation Resources, Chico, California. Funding from Office of Child Abuse Prevention, State Department of Social Services. |
| 1992 - 1993 | Principal Investigator, "Welfare Reform in Three Counties." Funding from County of Santa Clara Social Services Agency. |
| 1991 - 1993 | Principal Investigator, "Faces of Poverty Research Project." Funding from Smith Richardson Foundation. |
| 1991 - 1992 | Project Director, "Pathways Through Child Welfare Services." Funding from Office of Child Abuse Prevention, State Department of Social Services. |
| 1989 - 1992 | Project Director, "GAIN Child Care and Family Life Study." Funding from Walter S. Johnson Foundation and Smith Richardson Foundation. |
| 1989 - 1991 | Research Consultant, "Strategic Planning for Child Welfare Services in California." Funding from Irvine Foundation and Office of Child Abuse Prevention, State Department of Social Services. |
| 1989 - 1990 | Principal Investigator, "An Evaluation of School-Based Primary Prevention Services." Study conducted through East Bay Agency for Children, Oakland, California. Funding from Walter S. Johnson Foundation. |
| 1988 - 1990 | Project Director "Elementary School Child Abuse Prevention Evaluation." Funding from Conrad Hilton Foundation and Walter S. Johnson Foundation. |
| 1988 - 1989 | Research Consultant, "Cross-cultural Family Intimacy and Discipline: Implications for Child Abuse Prevention." Funding from Conrad Hilton Foundation. |
| 1986 - 1988 | Research Associate, "Evaluation of Preschool-Based Child Abuse Prevention." Funding from U.S. National Center on Child Abuse and Neglect. |
| 1985 - 1986 | Evaluation Intern, New Connections - Drug and Alcohol Abuse Counseling Center, Concord, California. |

TEACHING EXPERIENCE

| | |
|---|---|
| 1991 - Present | Taught the following courses for the School of Social Welfare, U.C. Berkeley: |
| | Social Problems and Social Welfare in the Community |
| | Social Work: Introduction to the Profession |
| | Introduction to Social Policy and Social Welfare |
| | Introduction to Social Welfare Research |
| | Social Welfare Policy Practice |
| | Social Policy: Children and Families |
| | Undergraduate Honors Thesis seminar |
| | Interdisciplinary Perspectives on the Young Child in Society |
| | Child Welfare Services |
| 1994 - 1997 | Instructor, "The Network of Services for Children and Families," University of California Extension. |
| 1984 - 1985 | Director, Friends Preschool and Day Care, Palo Alto, California. |
| 1983-1984 | Head Teacher, Menlo Montessori Preschool, Menlo Park, California. |
| 1983 | Teacher/Counselor, Battered Women's Shelter Preschool, San Diego, California. |
| 1983 | Teaching Assistant, English Literature, University of California, Santa Cruz, California. |

PUBLICATIONS-BOOKS

Gilbert, N., Berrick, J. D., LeProhn, N., & Nyman, N. (1989). Protecting young children from sexual abuse: Does preschool training work? Lexington, MA: Lexington.

Berrick, J. D., & Gilbert, N. (1991). With the best of intentions: The child sexual abuse prevention movement. New York, NY: Guilford Press.

Barth, R. P., Courtney, M., Berrick, J. D., & Albert, V. (1994). From child abuse to permanency planning: Child welfare services, pathways, and placements. Hawthorne, NY: Aldine de Gruyter.

Barth, R. P., Berrick, J. D., & Gilbert, N. (Eds.) (1994). Child welfare research review (Vol. I). New York, NY: Columbia University Press.

Berrick, J. D. (1995). Faces of poverty: Portraits of women and children on welfare. New York, NY: Oxford University Press.

Berrick, J. D., Barth, R. P., & Gilbert, N. (Eds.) (1997). Child welfare research review (Vol. II). New York, NY: Columbia University Press.

Berrick, J. D., Needell, B., Barth, R. P., & Jonson-Reid, M. (1998). The tender years: Toward developmentally sensitive child welfare services for very young children. New York, NY: Oxford University Press.

Berrick, J. D., & Fuller, B. (Eds.) (2005). Good parents or good workers? How policy shapes families' daily lives. New York, NY: Palgrave Macmillan.

Berrick, J. D., & Gilbert N. (Eds.) (2008). Raising children: Emerging needs, modern risks, and social responses. New York: Oxford University Press.

Berrick, J. D. (2008). Take me home: Protecting America's vulnerable children and families. New York: Oxford University Press.

PUBLICATIONS-ARTICLES

Berrick, J. D. (Fall, 1988). Parental involvement in child abuse prevention training: What do they learn? International Journal of Child Abuse and Neglect, 12(4), 543-554.

Berrick, J. D. (Summer, 1989). Sexual abuse prevention education: Is it appropriate for the preschool child? Children and Youth Services Review, 11(2), 146-158.

Berrick, J. D. (1991). Sexual abuse prevention training for preschoolers: Implications for moral development. Children and Youth Services Review, 3(1-2), 61-76.

Berrick, J. D., & Barth, R. (April, 1991). The role of the school social worker in child abuse prevention. Social Work in Education, 13(3), 195-202.

Berrick, J. D. (July, 1991). Welfare and child care: The intricacies of competing social values. Social Work, 36(4), 345-352.

Berrick, J. D., & Barth, R. P. (December, 1992). Child sexual abuse prevention: Research review and recommendations. Social Work Research and Abstracts, 28(4), 6-15.

Berrick, J. D. (February, 1993). Group care for children in California: Trends in the '90s. Child and Youth Care Forum, 22(1), 7-22.

Berrick, J. D., Courtney, M. E., & Barth, R. P. (1993). Specialized foster care and group home care: Similarities and differences of children in care. Children and Youth Services Review, 15, 453-473.

Berrick, J. D., Barth, R. P., & Needell, B. (1994). A comparison of kinship foster homes and foster family homes: Implications for kinship foster care as family preservation. Children and Youth Services Review, 16(1-2), 33-64.

Berrick, J. D., & Barth, R. P. (1994). Research on kinship foster care: What do we know? Where do we go from here? Children and Youth Services Review, 16(1-2), 1-6.

Berrick, J. D., & Karski, R. L. (Fall, 1995). Emerging issues in child welfare: A state survey of child welfare administrators. Public Welfare, 53(4), 4-11.

Berrick, J. D., & Duerr, M. (January, 1996). Maintaining positive school relationships: The role of the school social worker vis-à-vis full-service schools. Social Work in Education, 18(1), 53-59.

Courtney, M. E., Barth, R. P., Berrick, J. D., Brooks, D., Needell, B., & Park, L. (March/April, 1996). Race and child welfare services: Past research and future directions. Child Welfare, 75(2), 99-137.

Berrick, J. D. (Summer/1996). From mother's duty to personal responsibility: The evolution of AFDC. Hastings Women's Law Review Journal, 7(2), 257-274.

Berrick, J. D., Barth, R. P., Needell, B., & Jonson-Reid, M. (1997). Group care and young children. Social Service Review, 71(2), 257-273.

Berrick, J. D. (1997). Assessing quality of care in kinship and foster family care. Family Relations 46(3), 273-280.

Berrick, J. D. (Spring, 1998). When children cannot remain home: Temporary foster care and kinship care. Future of Children, 8(1),72-87.

Minkler, M., Berrick, J. D., & Needell, B. (1999). Impacts of welfare reform on California grandparents raising grandchildren: Reflections from the field. Journal of Aging and Social Policy, 10(3), 45-64.

Austin, M. J., Martin, M., Carnochan, S., Goldberg, S., Berrick, J. D., Weiss, B., & Kelley, J. (1999). Building a comprehensive agency-University partnership: A case study of the Bay Area Social Services Consortium. Journal of Community Practice, 6(3), 89-106.

Berrick, J. D., Needell, B., & Minkler, M. (1999). The policy implications of welfare reform for older caregivers, kinship care, and family configuration. Children and Youth Services Review, 21(9/10), 843-864.

Berrick, J. D. (1999). Entitled to what? Welfare and child welfare in a shifting policy environment. Children and Youth Services Review, 21(9/10), 709-718.

Berrick, J. D., Frasch, K., & Fox, A. (2000). Assessing children's experiences of out-of-home care: Methodological challenges and opportunities. Social Work Research, 24(2), 119-127.

Frame, L., Berrick, J. D., & Brodowski, M.L. (2000). Understanding reentry to foster care for reunified infants. Child Welfare, 74(4), 339-369.

Shlonsky, A. R., & Berrick, J. D. (2001). Assessing and promoting quality in kin and non-kin foster care. Social Service Review, 75(1), 60-83

Geen, R., & Berrick, J. D. (2002). Kinship care: An evolving service delivery option. Children and Youth Services Review, 24(1-2), 1-14.

Barth, R. P., Biemer, P., Runyan, D., Webb, M. B., & Berrick, J. D. (2002). Methodological lessons from the National Survey of Child and Adolescent Well-Being: The First Three Years of the USA's First National Probability Study of Children and Families Investigated for Abuse and Neglect. Children and Youth Services Review, 24, 513-544.

Frame, L., & Berrick, J. D. (2003). The effects of welfare reform on families involved with public child welfare services: Results from a qualitative study. Children and Youth Services Review, 25(1-2), 113-138.

Mitchell, L., Barth, R. P., Green, R., Wall, A., Biemer, P., Berrick, J. D., et al. (2005). Child welfare reform in the United States: Findings from the NSCAW Local Agency Survey. Child Welfare, 84, 5-14.

Berrick, J. D. (2005). Marriage, motherhood, and welfare reform. Social Policy and Society, 4(2).133-146.

D'Andrade, A., Frame, L., & Berrick, J. D. (2006). Concurrent planning in public child welfare agencies: Oxymoron or work in progress? Children and Youth Services Review, 28(1), 78-95.

D'Andrade, A., & Berrick, J. D. (2006). When policy meets practice: The untested effects of permanency reforms in child welfare. Journal of Sociology and Social Welfare. 33(1), 31-52.

Frame, L., Berrick, J. D., & Coakley, J.F. (2006). Essential elements of implementing a system of concurrent planning. Journal of Child and Family Social Work, 357-367.

Fox, A., & Berrick, J. D. (2006). A response to No one ever asked us: A review of children's experiences in out-of-home care. Child and Adolescent Social Work Journal.

Berrick, J. D. (2006). Neighborhood-based foster care: A critical examination of location-based placement criteria. Social Service Review. 80(4), 569-583.

Frame, L. C., Conley, A., & Berrick, J. D. (2006). "The real work is what they do together:" Peer support and child welfare services. Families in Society, 87(4), 509-520.

Berrick, J. D. (2007). A response to David Crampton's response to: Neighborhood-based foster care: A critical examination of location-based placement criteria. Social Service Review, 81(2), 347-349.

Coakley, J.F., & Berrick, J. D. (2008). Research review: In a rush to permanency: Preventing adoption disruption. Journal of Child and Family Social Work, 13(1), 101-

Fox, A., Berrick, J. D., & Frasch, K. (2008). Safety, family, permanency, and child well-being: What we can learn from children. Child Welfare, 87(1), 63-90.

Berrick, J. D., Choi, Y., D'Andrade, A., & Frame, L. (in press). Reasonable efforts? Implementation of the reunification exception provisions of ASFA. Child Welfare.

Ayasse, R. H., Donahue, J., & Berrick, J. D. (2007). The school enrollment process for group home youth: An examination of interagency collaboration on behalf of youth transitioning into new group homes. Journal of Public Child Welfare, 1(3), 95-114.

Conley, A., & Berrick, J. D. (in press). Implementing Differential Response in ethnically diverse neighborhoods Protecting Children.


## PUBLICATIONS-OTHER

Berrick, J. D., Barth, R. P., Needell, B., & Courtney, M. E. (1993). Relative foster care and the preservation of families. Papers from the Sixth Annual Conference on Family Based Services. Cedar Rapids, IA: National Association for Family Based Services.

Berrick, J. D., & Gilbert, N. (1994). Should children be required to participate in school programs designed to prevent child molestation? In M. A. Mason and E. Gambrill (Ed.), Debating children's lives: Current controversies on children and adolescents. Thousand Oaks, CA: Sage.

Berrick, J. D., & Gilbert, N. (1995). Prevention of child sexual abuse in American primary schools. In B. Marquardt-Mau (Ed.), Prevention of child sexual abuse in school: Between hope and reality. Background and experiences from different countries. Kiel, Germany: Juventa Publishers.

Berrick, J. D., & Duerr, M. W. (1997). Preventing child neglect: A study of an in-home program for children and families. In J. D. Berrick, R. P. Barth, and N. Gilbert (Eds.), Child welfare research review (Vol. II). New York, NY: Columbia University Press.

Berrick, J. D., & Duerr, M. (1998). Maintaining positive school relationships: The role of the social worker vis-à-vis full-service schools. In E. M. Freeman, C. G. Franklin, R. Fong, G. L. Shaffer, and E. M. Timberlake (Eds.), Multisystem skills and interventions in school social work practice. Washington, DC: NASW Press.

Berrick, J. D., Needell, B., & Barth, R. P. (1998). Kin as a family and child welfare resource: The child welfare worker's perspective. In R. L. Hegar and M. Scannapieco (Eds.), Kinship foster care: Policy, practice, and research. New York, NY: Oxford University Press.

Berrick, J. D., & Needell, B. (1999). Recent trends in kinship care: Public policy, payments, and outcomes for children. In P. A. Curtis and G. Dale (Eds.), The foster care crisis: Translating research into practice and policy. University of Nebraska Press.

Berrick, J. D. (2000). Income maintenance and support: The changing face of welfare. In J. Midgley, M. B. Tracy, and M. Livermore (Eds.), Handbook of social policy. Thousands Oaks, CA: Sage Publications. Second edition in press.

Berrick, J. D. (2000). The benefits of kinship care. In M. Kluger, G. Alexander, and P. Curtis (Eds.), What works in child welfare? Washington, DC: Child Welfare League of America.

Berrick, J. D. (2001). personal Responsibility, Private Behavior, and Public Benefits: Targeting social welfare in the United States. In N. Gilbert (Ed.), Targeting social benefits. New York, NY: Transaction Books. (Translated into Chinese: China Labor and Social Security Publishing House (2004).

Berrick, J. D. (in press). Kinship care. In T. Fitzpatrick (Ed.), <u>International Encyclopedia of Social Policy</u>. London: Routledge.

Thomas, K. L., Cohen, E., & Berrick, J. D. (2003). California's Waiver evaluation of FGDM: A unique opportunity. <u>Protecting Children</u>, <u>18</u>(162), 52-56.

Berrick, J. D., Frame, L., Langs, J., & Varchol, L. (2006). Working together for children and families: Where TANF and child welfare meet. <u>Journal of Policy Practice</u>, <u>5</u> (2-3). Also published in R. Hoefer and J. Midgley (Eds.), <u>International perspectives on welfare to work policy</u>. Haworth Press.

Berrick, J. D. (2008). From private to public: The role of grandparents in children's protection and care. In Berrick, J. D., & Gilbert, N. (Eds.) <u>Raising children: Emerging needs, modern risks, and social responses.</u> New York: Oxford University Press.

Berrick, J. D. (2008). Income maintenance and support: The changing face of welfare. In J. Midgley, M. B. Tracy, and M. Livermore (Eds.), <u>Handbook of social policy</u>. Revised edition. Thousands Oaks, CA: Sage Publications. Second edition in press.

Cohen, E. & Berrick, J.D. (in preparation). The System of Care model administered within child welfare: Testing the limits of a new definition. Special Issue: Evaluation and Program Planning.


PUBLICATIONS-BOOK REVIEWS

Berrick, J. D. (Summer, 1990). [Review of J. J. Krivacska, <u>Designing child sexual abuse prevention programs</u>.] <u>Issues in Child Abuse Accusations</u>, <u>2</u>(3), 175-177.

Berrick, J. D. (1991). [Review of J. J. Krivacska, <u>Designing child sexual abuse prevention programs</u>.] <u>Children and Youth Services Review</u>, <u>3</u>(1-2), 61-76.

Berrick, J. D. (Spring, 1991). [Book review of National Conference of State Legislators <u>The child care guarantee in welfare reform</u>.] <u>Children and Youth Services Review</u>.

Berrick, J. D. (1994). [Review of V. Polokow, <u>Lives on the edge</u>.] <u>Children and Youth Services Review</u>, <u>17</u>(1-2).

Berrick, J. D. (1997). [Review of L. B. Costin, H. J. Karger and D. Stoesz, <u>The politics of child abuse in America</u>.] <u>Journal of Sociology and Social Welfare</u>, <u>24</u>(4), 161-164.

Berrick, J. D. (1997). [Review of Gensler, <u>The American welfare system</u>.] <u>Journal of Social Service Research</u>, <u>23</u>(1).

Berrick, J. D. (1998). [Review of Holloway, Fuller, Rambaud, and Eggers-Pierola, <u>Through my own eyes: Single mothers and the culture of poverty</u>.] <u>Journal of Sociology and Social Welfare</u>.

Berrick, J. D. (1999). [Review of Hughes and Rycus, <u>Developmental disabilities and child welfare</u>.] <u>Child and Adolescent Social Work Journal</u>, <u>16</u>(4), 317-320.

Berrick, J. D. (1999). [Review of M. Harder and K. Pringle, <u>Protecting children in Europe: Towards a new millennium</u>.] <u>European Journal of Social Work</u>, <u>2</u>(1), 106-107.

Berrick, J. D. (2001). [Review of Rush, <u>Loving across the color line</u>.] <u>Journal of Sociology and Social Welfare</u>. <u>28</u>(3), 229-232.

Berrick, J. D. (2002). [Review of J. P. Gleeson & C. F. Hairston (Eds.), <u>Kinship care: Improving practice through research</u>.] <u>Children and Youth Services Review</u>.

Berrick, J. D. (2002). [Review of J. Horwath (Ed.), The child's world: Assessing children in need.] European Journal of Social Work, 5(2), 244-246.

Berrick, J. D. (2005). [Review of M. Rank, One nation, underprivileged: Why American poverty affects us all.] International Journal of Social Welfare, 14(1), 69.

Berrick, J. D. (2008). [Review of Chaskin, R., & Rosenfeld, J., Research for action: Cross-national perspectives on connecting knowledge, policy, and practice for children.] International Journal of Social Welfare.

## REPORTS

Gilbert, N., Daro, D., Berrick, J. D., Le Prohn, & Nyman, N. (1988). Child Sexual Abuse Prevention: Evaluation of Education Materials [Preschool Programs] (University of California, Berkeley, Family Welfare Research Group).

Barth, R. P., Berrick, J. D., & Courtney, M. (1990). A Fourth Snapshot of Services to California's Children and Families (University of California, Berkeley, Child Welfare Research Center).

Barth, R. P., Berrick, J. D., & Courtney, M. (1990). A Third Snapshot of California's Children and Families in the Context of the External and Internal Environment (University of California, Berkeley, Child Welfare Research Center).

Barth, R. P., Berrick, J. D., & Courtney, M. (1990). A Second Snapshot of Families, Children and Child Welfare Services in California (University of California, Berkeley, Child Welfare Research Center).

Barth, R. P., Berrick, J. D., Courtney, M., & Pizzini, S. (1990). A Snapshot of California's Families and Children Pursuant to the Child Welfare Reforms of the 1980's (University of California, Berkeley, Child Welfare Research Center).

Gilbert, N., & Berrick, J. D. (1990). Evaluation of California's First and Third Grade Sexual Abuse Prevention Programs (University of California, Berkeley, Family Welfare Research Group).

Berrick, J. D., Barth, B., Courtney, M., & Albert, V. (1992). Pathways Through Child Welfare Services (University of California, Berkeley, Child Welfare Research Center).

Gilbert, N., Berrick, J. D., & Meyers, M. K. (1992). GAIN Family Life & Child Care Study (University of California, Berkeley, Family Welfare Research Group).

Berrick, J. D., & Adams, A. (1993). Evaluation of SB 689--GAIN (University of California, Berkeley, Family Welfare Research Group).

Berrick, J. D., Barth, P., Needell, B., & Jonson-Reid, M. (1993). Research Regarding Young Children in Group Care (University of California, Berkeley, Child Welfare Research Center).

Duerr, M., Berrick, J. D., & King, D. (1994). Local Efforts to Address and Reduce Child Neglect LEARN (Duerr Evaluation Resources).

Rogers, K., Berrick, J. D., & Barth, R. P. (1996). Auburn Greens' Family Cooperative Project: First Year Report (University of California, Child Welfare Research Center).

Berrick, J. D., Buchanan, S., & Barth, R. P. (1996). Strengthening Families Through Family Resource Centers (University of California, Child Welfare Research Center).

Rogers, K., Berrick, J. D., & Barth, R. P. (1996). Collaboration and Community Empowerment for Primary Prevention (University of California, Child Welfare Research Center).

Jonson-Reid, M., Berrick, J. D., & Barth, R. P. (1996). <u>Roseville Family Cooperative Project</u> (University of California, Berkeley, Child Welfare Research Center).

Berrick, J. D. (1996). <u>Assessing Quality of Care in Kinship and Foster Family Care</u> (University of California, Berkeley, Center for Social Services Research, Bay Area Social Services Consortium).

Berrick, J. D., Needell, B., Barth, R. P., & Jonson-Reid, M. (1996). <u>The Tender Years: Toward Developmentally-Sensitive Child Welfare Services for Very Young Children</u> (University of California, Berkeley, Child Welfare Research Center).

Berrick, J. D., Jonson-Reid, M., Barth, R. P., & Lurkis, L. (1997). <u>Child Abuse Prevention Through Community Empowerment</u> (University of California, Child Welfare Research Center.)

Berrick, J. D., Brodowski, M.L., & Frame, L. (1997). <u>Factors Associated with Family Reunification Outcomes: Understanding Reentry to Care</u> (University of California, Bay Area Social Services Consortium).

Minkler, M., Berrick, J. D., & Needell, B. (1998). <u>The Impact of Welfare Reform on California Grandparents Raising Grandchildren</u> (University of California, Berkeley, Center for Social Services Research).

Ferguson, C., Berrick, J. D., & Barth, R. P. (1998). <u>Strengthening Families Through Family Resource Centers: Understanding the Elements and Significance of Public and Private Partnerships</u> (University of California, Center for Social Services Research).

Brooks, D., Berrick, J. D., Webster, D., & Barth, R. P. (1998). <u>An Overview of the Child Welfare System in California: Today's Challenges and Tomorrow's Innovations</u> (University of California, Center for Social Services Research).

Martin, M., D'Andrade, A., Choice, P., Berrick, J., & Austin, M. (1999). <u>Concurrent Planning for Timely Permanence: The Influence of Children's Characteristics, Prognosis Indicators, and Agency Staff Perceptions</u> (University of California, Berkeley, Bay Area Social Services Consortium).

D'Andrade, A., Choice, P., Martin, M., Berrick, J., & Austin, M. (2000). <u>Concurrent Planning: The Influence of Bypass and Poor Prognosis Indicators on Child Welfare Outcomes</u> (University of California, Berkeley, Bay Area Social Services Consortium).

Berrick, J. D., & Edelstein, S. (2001). <u>Foster Care and Adoption: How Prop 10 Commissions Can Help California's Most Vulnerable Children</u> (University of California, Los Angeles).

Sogar, C., Berrick, J. D., Frame, L., & Frasch, K. (2001). <u>Experiences of Living Through Welfare Reform in One California County</u> (University of California, Berkeley, Center for Social Services Research).

Berrick, J. D., D'Andrade, A., Frame, L., & Coakley, J. (2004). <u>Child Welfare Permanency Reforms</u> (University of California, Berkeley, Center for Social Services Research).

Berrick, J. D., & Frame, L. (2005). <u>CalWORKs/Child Welfare Partnership Project Evaluation</u> (University of California, Berkeley, Center for Social Services Research).

Anthony, E., Berrick, J.D., Cohen, E., & Wilder, E. (2008). Partnering with Parents: Promising Approaches to Improve Reunification Outcomes for Children in Foster Care. (University of California, Berkeley, Center for Social Services Research).

CURRICULA

Berrick, J. D., Needell, B., & Barth, R. P. (1995). <u>Kinship Care in California: An Empirically-Based Curriculum</u> (University of California, Berkeley, Child Welfare Research Center).

Frame, L., Berrick, J. D., Lee, S., Needell, B., Cuccaro-Alamin, S., Barth, R. P., Brookhart, A., & Pernas, M. (1998). Child Welfare in a CalWorks Environment: An Empirically-Based Curriculum (University of California, Child Welfare Research Center).

Berrick, J. D., Needell, B., Shlonsky, A., Simmel, C., & Pedrucci, C. (1999). Assessment, Support, and Training for Kinship Care and Foster Care: An Empirically-Based Curriculum (University of California, Berkeley, Center for Social Services Research).

Fox, A., Frasch, K., & Berrick, J. (2000). Listening to Children in Foster Care (University of California, Berkeley, Center for Social Services Research).

Frame, L., Berrick, J. D., Sogar, C., Berzin, S. C., & Pearlman, J. (2001). CalWORKs and Child Welfare: Case Management for Public Child Welfare Workers (University of California, Berkeley, Center for Social Services Research).

Berrick, J. D., & Ayasse, R. (2004). Improving Educational Services for Foster Youth Living in Group Homes: An Analysis of Interagency Collaboration (University of California, Berkeley, Child Welfare Research Center).

Conley, A., & Berrick, J. D. (2008). Differential Response: Implications for Social Work Practice in Diverse Communities (University of California, Berkeley, Center for Child and Youth Policy).


SPECIAL ISSUES EDITOR

| 2002 | Guest Editor, Children and Youth Services Review, Special Issue: Kinship Care |
| 1999 | Guest Editor, Children and Youth Services Review, Special Issue: Welfare Reform and Child Welfare |
| 1994 | Guest Editor, Children and Youth Services Review, Special Issue: Kinship Care |


OP-ED PIECES

| 1995 | Welfare Grants: An Uncertain Future for the Poor. San Francisco Examiner, October 16, 1995. |
| 2006 | Governor's Budget Shortchanges Children. Oakland Tribune, May 25, 2006. |
| 2006 | Kids in Care, Waiting for a Change. San Francisco Chronicle, May 30, 2006. |
| 2006 | Foster Youth's Eternal Quest for a 'Forever Family', San Francisco Chronicle, November 28, 2006. |


WORKSHOPS AND PRESENTATIONS - INTERNATIONAL

| June, 2008 | Child Welfare Past and Future: Innovations to Protect Vulnerable Children and Families. Conference of the Korean Association of Group Homes. Seoul, Korea |
| September, 2005 | From Private to Public: The Role of Grandparents in the Protection and Care of Children. European Social Policy Analysis conference. University of Fribourg, Switzerland. |
| October, 2004 | Integrating Welfare and Child Welfare Services. University of Bath, United Kingdom. |

| | |
|---|---|
| August, 2002 | Marriage, Motherhood, and Other Social Conventions: Welfare Reform and the Politics of Enforced Morality. Keynote address. European Social Values, Social Policy Conference, Tilburg, Netherlands. |
| June, 2001 | Social Policy, Programs, and Methods for Abused and Neglected Children in the U.S. Social Services Summer School Program, Granada, Spain. |
| September, 1998 | Child Maltreatment and Foster Care for Infants: Implications for the Cognitive, Affective, and Physical Development of the Child. 12th International Congress on Child Abuse and Neglect, Auckland, New Zealand. |
| January, 1998 | Targeting Social Welfare Benefits in the United States: Policy Opportunities and Pitfalls. Second International Research Conference on Social Security, Jerusalem, Israel. |

## WORKSHOPS AND PRESENTATIONS - NATIONAL

| | |
|---|---|
| April, 2007 | Reunification Bypass Post-ASFA and Concurrent Planning: Program Development and Research Findings. Harvard Law School and ABA Center on Children and the Law 12th National Conference on Children and the Law. Cambridge, MA. |
| October, 2004 | Lessons Learned from California's Partnership Project. Linkages II conference, Sacramento, California. |
| February, 2004 | Foster Care and Children. "Difficult Dialogues" Symposium on the Changing Structure of the Family. Institute for Research on Women and Gender, Stanford, California. |
| January, 2004 | Considerations in the Utilization of Reunification Bypass. And Quantifying and Understanding the Implementation of the KinGAP Program in California. Society for Social Work and Research, New Orleans, Louisiana. |
| May, 2002 | Neglect: California Data. Within our reach: California 2nd Stakeholders Child Welfare Conference, Anaheim, California. |
| June, 2001 | Identifying Children At Risk of Abuse and Neglect: Welfare Reform's Aftermath. Child Welfare League of America Research Conference, Denver, Colorado. |
| May, 2001 | The Need For Change: Reflecting on Data from the CWS System. Within our reach: California 1st Stakeholders Conference, Anaheim, California. |
| April, 2001 | Children's Experiences of Kin and Non-Kin Foster Care. Society for Research in Child Development, Minneapolis, Minnesota. |
| December, 2000 | Child Welfare Trends in California. Beyond the Bench Conference, Los Angeles, California |
| August, 2000 | The Impact of Welfare Reform on Grandparents Raising Grandchildren. Western Conference on Kinship Care, Los Angeles, California. |
| April, 2000 | The Tender Years: Implications for Pediatric Practice. Grand Rounds, University of Illinois, Chicago. Chicago, Illinois. |
| November, 1999 | Transitions from Welfare to Child Welfare: Implications for TANF Implementation. Panel presentation. Association for Public Policy Analysis and Management. Washington, DC. |

| | |
|---|---|
| August, 1999 | <u>Assessment, Support, and Training for Kinship Care and Foster Care</u>. National Kinship Care Conference, Atlanta, Georgia. |
| June, 1999 | <u>Redesigning Services for Young Children in Foster Care</u>. Keynote address. National Forum for Young Children in Care. Jane Addams School of Social Work, University of Illinois at Chicago, Chicago, Illinois. |
| June, 1999 | <u>The Tender Years</u>. Solutions for Children in Crisis Second National Forum, Los Angeles, California. |
| April, 1999 | <u>Assessing Children's Experiences of Out-of-Home Care: Methodological Challenges and Opportunities</u>. Society for Research in Child Development, Albuquerque, New Mexico. |
| November, 1998 | <u>Evaluation Research and Family-Centered Practice: What Works?</u> Plenary panel, National Association for Family-Based Services, San Diego, California. |
| July, 1998 | <u>Child Protection for Infants and Young Children: Implications for Changing Social Work Practice</u>. 17th Annual Conference on Child Abuse and Neglect, Davis, California. |
| June, 1998 | <u>Implementing Welfare Reform in California: How Will Children Fare?</u> U.C. Berkeley Extension Public Forum. |
| March, 1998 | <u>Factors Associated with Family Reunification Outcomes: Understanding Reentry to Care for Infants</u>. Council on Social Work Education, Orlando, Florida. |
| February, 1998 | <u>Developing Research Based Child Welfare Curricula</u>. Third Annual Child Welfare Conference, Washington, DC. |
| August, 1997 | <u>Kinship Foster Care in California: Payment Levels and Outcomes</u>. National Kinship Care Conference, San Francisco, California. |
| July, 1997 | <u>Predicting Re-Entry to Foster Care for Infants</u>. Eleventh National Roundtable on Risk Assessment, San Francisco, California. |
| October, 1996 | <u>Barriers to Economic Security for Children in California.</u> California Children's Policy Summit, Sacramento, California. |
| September, 1996 | <u>Child Abuse Prevention and Family Preservation Through Kinship Foster Care</u>. 11th National Conference on Child Abuse and Neglect, Washington, DC. |
| August, 1996 | <u>Out-of-Home Care Data: California</u>. Out-of-Home Care for Children and Families Public Policy Forum, Berkeley, California. |
| July, 1996 | <u>The Effect of Payment Levels for Kinship Foster Parents on Outcomes for Children</u>. National Welfare Research and Statistics Conference, San Francisco, California. |
| February, 1996 | <u>Research on Kinship Care in California</u>. Kinship care policy summit, Concord, California. |
| February, 1996 | <u>From Mother's Duty to Personal Responsibility: An Evolution of AFDC</u>. Welfare reform symposium. <u>Hastings Women's Law Journal</u>, San Francisco, California. |
| January, 1996 | <u>Considerations Regarding the Child-Only AFDC Caseload and Kinship Care</u>. Public Policy Institute of California, Welfare Forum, San Francisco, California. |
| January, 1996 | <u>Research on Kinship Care</u>. Winter Conference. California Association of Children's Homes and California Association of Services for Children, San Diego, California. |

December, 1995          Impediments to Self-Sufficiency. Public Policy Institute of California, The Role of Social
                        Services in Welfare Programs, San Francisco, California.

July, 1995              The Truth About Welfare Reform. Queen's Bench Annual Meeting, San Francisco,
                        California.

June, 1995              Preserving Families: Kinship Care. Keynote Address. Options for Recovery Kinship Care
                        Conference, Sacramento, California.

June, 1995              Permanency Planning for Very Young Children. Child Welfare Director's Association
                        Annual Conference, Asilomar, California.

March, 1995             Planning for Welfare Reform. Women and the Workplace Conference, Santa Rosa Junior
                        College, Santa Rosa, California.

February, 1995          Emerging Issues in Child Welfare. Third National Child Welfare Conference, Children's
                        Bureau, Administration for Children and Families, Washington, DC.

December, 1994          Kinship Care: Implications for Family Preservation and Family Support. National
                        Association of Public Child Welfare Administrators, American Public Welfare Association
                        Conference, San Francisco, California.

March, 1994             Welfare Reform: The Impact on Homeless Families. The Robert Wood Johnson
                        Foundation and U.S. Department of Housing and Urban Development Homeless Families
                        Program Fourth Annual Meeting, Oakland, California.

November, 1993          Preventing Child Neglect: Intervening in the Lives of Children and Families. National
                        Association of Social Workers Annual Conference, Orlando, Florida.

November, 1993          Kinship Care in California. Poster session. National Association of Social Workers Annual
                        Conference, Orlando, Florida.

October, 1993           Research on Kinship Care. Teleconference presentation through the National Child
                        Welfare Resource Center on Management and Administration.

June, 1993              Children at Risk. Panel Presentation. Clinton Summer of Service Campaign, Treasure
                        Island, California.

March, 1993             Kinship Care: Taking Care of One's Own. National Child Welfare Conference, Children's
                        Bureau, Washington, DC.

December, 1992          Relative Foster Care and Family Preservation: What's the Difference? National Association
                        of Family Based Services Sixth Annual Empowering Families Conference, Seattle,
                        Washington.

November, 1992          Kinship Foster Care: Rights and Responsibilities, Services and Standards. Child Welfare
                        League of America North American Kinship Care Task Force, Washington, DC.

September, 1992         GAIN: Impacts on the family. Welfare to Work: The Social, Economic, and Child Care
                        Implications of GAIN, Berkeley, California.

August, 1992            An Early Intervention Program To Reduce Child Neglect. Ninth International Congress on
                        Child Abuse and Neglect, Chicago, Illinois.

September, 1991         Children and Sexual Abuse Prevention: What is Being Done, What Can Be Done? U.S.
                        National Advisory Board on Child Abuse and Neglect, Denver, Colorado.

September, 1991          The Experimental Nature of Child Abuse Prevention Programs. Ninth National
                        Conference on Child Abuse and Neglect, Denver, Colorado.

November, 1990          An Evaluation of a School-Based Mental Health Program. Annual Conference, National
                        Association of Social Workers, Boston, Massachusetts.

November, 1989          Child Abuse Prevention Training for Preschoolers: What Works and What Doesn't.
                        Annual Conference, National Association for the Education of Young Children, Atlanta,
                        Georgia.

October, 1989           Child Abuse Prevention for First and Third Grade Children. Poster Session, Eighth
                        National Conference on Child Abuse and Neglect, Salt Lake City, Utah.

May, 1988               Issues in Child Abuse Prevention Training for Preschool Children. Bay Area Coalition of
                        Child Abuse Councils, Sausalito, California.

May, 1988               Child Abuse: Responding to the Problem. Child Abuse Workshop. Spectrum
                        Management Consultants, Emeryville, California.

April, 1988             Preventing Child Abuse. University Open House. University of California, Berkeley,
                        California.

April, 1988             Empowering Children or Parents? Child Abuse Prevention Education for Young Children.
                        Policy Seminar. University of California, Berkeley, California.

July, 1987              Parents and Child Abuse Prevention. Imagine II Conference, Ann Arbor, Michigan.

April, 1987             Evaluating Child Abuse Prevention Programs. Clinical conference of child and adolescent
                        services, Langley Porter Psychiatric Institute, University of California, San Francisco,
                        California.

## LEGISLATIVE BRIEFINGS

June, 2003              Child Care: How Research Can Inform a Short, Medium, and Long-Term Strategy.
                        Legislative symposium

February, 2002          Prevention Services for Vulnerable Children and Families. Joint Information Hearing of
                        the Assembly Judiciary and Human Services Committees. Sacramento, California.

February, 2001          Child Welfare Overview: California Caseload Dynamics and Pathways. Joint Informational
                        Hearing of the Assembly Human Services and Judiciary Committees. Sacramento,
                        California.

November, 1998          The Implications of Welfare Reform for Child Welfare Services. 3rd Annual U.C. Briefing
                        for the Latino Legislative Caucus. Los Angeles, California.

August, 1998            Research on Children and Welfare Reform. Briefing for the welfare reform legislative
                        committee. Sacramento, California.

May, 1996               Who Are Welfare Families? How Will They Likely Fare Under Proposed Welfare
                        Reform? The Job Connection, Joint Hearing of the Senate Health and Human Services
                        Committee and Senate Industrial Relations Committee. Sacramento, California.

May, 1996               What Do We Know About Welfare Recipients and What Does This Mean for Reform
                        Strategies? Making Welfare Reform Work, Legislative Policy Briefing sponsored by the
                        California Budget Project. Sacramento, California.

February, 1996          <u>The Welfare Reform Challenge: The Transition From Welfare to Work</u>. Fourteenth
                        Annual California Senate Fiscal Retreat. Berkeley, California.

October, 1993           <u>Child Care and the Implications of Welfare to Work Programs</u>. Testimony before the
                        Clinton Task Force on Welfare Reform. Sacramento, California.

EXPERT TESTIMONY

September, 2003         In re: Rosaura Cabrera, Superior Court of California, San Francisco County Unified
                        Family Court

September, 2008         California State Foster Parent Association, California State Care Providers Association, and
                        Legal Advocates for Permanent Parenting, v. John A. Wagner, Director of the California
                        Department of Social Services.

HONORS

2004                    Teacher of the Year, Undergraduate Program, School of Social Welfare, University of
                        California

2002                    Teacher of the Year, School of Social Welfare, University of California, Berkeley

1998                    University of California, School of Social Welfare Graduate Commencement Speaker

1997                    Teacher of the Year, School of Social Welfare, University of California, Berkeley

1992                    University of California, School of Social Welfare Undergraduate Commencement
                        Speaker

1989                    Distinction, Qualifying Examination, University of California, Berkeley

1988                    Graduate Fellowship, University of California, Berkeley

1983                    College Honors, University of California, Santa Cruz

1981                    Education Abroad Participant, Leeds, United Kingdom

ADJUNCTIVE DUTIES

2006 - Present          Member, California Blue Ribbon Commission on Children in Foster Care, Administrative
                        Office of the Courts

2004                    Member, Academic Advisory Committee, Joint legislative committee to develop a master
                        plan to end poverty in California.

2003                    Member, Blue Ribbon Task Force to Reform the Child Welfare System, San Mateo
                        County, California

2000 - 2003             Member, Stakeholder Committee to Reform Child Welfare, California Department of
                        Social Services

1998 – 1999             Member, Advisory Committee, Little Hoover Commission Abused & Neglected Children
                        Study

| | |
|---|---|
| 1992 - 1994 | Member, California Statewide Prevention Advisory Council |
| 1996 - 2002 | Member, California State Kinship Care Planning Committee |
| 1995 - 1996 | Ex-Officio Member, Governor's Steering Committee on Welfare Redesign |
| 1993 | "Panel of Experts" National Incidence Study of Child Abuse and Neglect, U.S. Administration for Children and Families |
| 1997 | Consultant, State of Illinois, Department of Children and Family Services |
| 1995 - 1997 | Consultant, National Clearinghouse on Child Abuse and Neglect Information and on Family Violence Information |
| 1992 - 1994 | Consultant, Office of Child Abuse Prevention, California Department of Social Services, Roundtable on Child Abuse Prevention Funding |
| 1990 | Consultant, Disney Educational Productions |
| 1990 | Consultant, Berkeley Academic Advisory Group |
| 1994 - 1995 | Consultant, California Court Appointed Special Advocate Association, Evaluation Project Advisory Committee |
| 1990 - 1992 | Consultant, Task Force on Homeless Assistance, Alameda County, California |
| 1995 - 1996 | Consultant, American Institutes for Research, Palo Alto, California |
| 1994 | Consultant, Berkeley Planning Associates |
| 2004 - Present | Editorial Board Member, Journal of Public Child Welfare |
| 1998 - Present | Editorial Board Member, Children and Youth Services Review |
| 2003 - Present | Editorial Board Member, Social Policy and Society (UK) |
| 2005 - Present | Editorial Board Member, Social Service Review |
| 2001 - Present | Consulting Editor, Social Work Research |
| 2002 - Present | Book Review Editor, International Journal of Social Work |
| 2004 - Present | International Advisory Board, Social Work and Society |
| 1999 - 2005 | Referee, Social Service Review |
| 1998 - Present | Referee, Family Relations |
| 1998 - Present | Referee, Journal of Marriage and the Family |
| 2001 - Present | Referee, Infant Mental Health Journal |
| 2000 - Present | Referee, Journal of Policy Analysis and Management. |
| 1999 - 2004 | Referee, European Journal of Social Work. |
| 1994, 1996, 1998 | Mentor, Summer Research Opportunities Program for Minority Undergraduates |

| | |
|---|---|
| 1994 | Career Mentor, University of California, Santa Cruz. |
| 1993 - 1994 | Field Work Supervisor, School of Social Work, California State University San Francisco, San Francisco, California |
| 1994, 1997 | Field Work Supervisor, School of Social Welfare, University of California, Berkeley, California |
| 1998 - 1999 | Advisory Board Member, Action Alliance for Children, Alameda County |
| 2001 - 2005 | Board Member, Western Child Welfare Law Center |
| 2007 | Board Member, Alameda County Foster Youth Alliance |
| 2008 | Board Member, Action Alliance for Children |

U.C.BERKELEY PROGRAMS

Co-organizer: Cal Independent Scholars Network
   A support and service initiative for former foster youth attending Cal.

Co-organizer and current Faculty Advisor:
   *Undergraduate minor in Interdisciplinary Early Childhood Studies*

Faculty leader
   *Jumpstart service learning program for Cal students serving in low-income community preschools*

Chair, Cal Opportunity Scholarship Program
   *A four-year scholarship designed to attract students of excellence who have overcome significant socio-economic disadvantages*

**AFFILIATIONS**

Member, Council on Social Work Education.
Member, Association for Public Policy and Management.
Member, Society for Research on Child Development.
Member, Society for Social Work Research

[Berrick:Vitae.2008.doc]



Home    Community    MyAccount    Customer support    Add your business | Tell-a-friend

## Dog boarding in San Francisco: Found 88 boarding kennels

TIP: Selecting a provider that offers dog boarding in San Francisco is easy. Read our Dog boarding tips.

**Change Search**

Check-In [08/23/2008]
Check-Out [08/31/2008]
Distance [50] mile(s)  [Start Over] [Search]

To select another city click on 'Start over'

Sort By: ⦿ Our picks ○ Price ○ Distance ○ Star rating



### ★★★ Didgeridog Doggie Daycare & Overnights

At Didgeridog, after a day of play and love, doggies eat their own food, then have more fun until bedtime. Overnights are spent with Doggie Mama. Each doggie sleeps like at home - with a human, under the covers, in a doggie bed, on a couch, blanket, rug, or pillow, or in a personal dogbed brought from home, as they choose. Before bedtime, there's a teeth-cleaning snack, and out

from **$35.00**/night

4.27 mi
In San Francisco, CA
Show on map

[Book Now]

### ★★★ Pride and Pedigree

overnight boarding in downtown oakland.

from **$50.00**/night

8.36 mi
In Oakland, CA
Show on map

[Book Now]

### ★★★ Camp Lucky Dog, Berkeley

So you are going on vacation and can't stand the thought of the 3 x 5 sterile cell for your beloved. No cement cages here folks your Best Friend is about to go on Vacation TOO! Not only do they get their own Luxury Cabin and plenty of stimulating activities ( including group trips to Pt. Isabel, Wildcat Canyon, Tilden and Lake Anza ) they will also be cared for with personalized attention according their needs. We know your dog will want to come here everyday!

from **$50.00**/night

9.90 mi
In Berkeley, CA
Show on map

[Book Now]

---

**Affordable Pet Care**
High Quality
Boarding &
Grooming 10% off
first groom/board
**Fremont**
americananimalcare.com

**San Francisco Cat Sitting**
Professional In-Home Cat Care
**Bon Voyage Cat &
House Sitting**
www.bonvoyagepetsitting

**SF Dog Walking**
Great Playtime for

### ★★★ A Lucky Dog

We offer a safe and loving "home away from home" in a country setting providing private boarding or daycare in a comfortable home setting for your pet. You can feel good leaving your pet knowing they will be treated like a member of the family during their stay. Your pet will have unrestricted access to a large outside play area along with the "run of the house". We have lots of toys, a cool down pool, misters, lots of shade, quiet space and fun, fun, fun. We are NOT a kennel! We take a limited number of dogs to ensure they get the

from **$40.00**/night

26.00 mi
in Redwood City, CA
Show on map

[Book Now]

### ★★★ Citizen Canine

Each guest enjoys a private indoor room furnished with a raised bed and bedding. Individually prepared meals are served up to 3 times per day depending on your dog's age and appetite. Fresh water is provided at all times. Every dog enjoys at least two extended playgroups daily, plus an early morning and late evening potty trip, so they can maintain their good housetraining habits.

from **$44.00**/night

12.62 mi
in Oakland, CA
Show on map

[Book Now]

### ★★★ Fetch! Pet Care

We provide a variety of attentive services for ANY pet, from private dog walks, outdoor group hikes and park adventures, to cage-free in-home sitting, cage-free private boarding and cage-free day care as well as cat play. We even handle poop scoop services, and, pet taxi services to the vet or groomer, and pick up any pet supplies you may need along the way.

from **$46.75**/night

32.29 mi
in Fremont, CA
Show on map

[Book Now]

### ★★★ Camp Bow Wow Tri-Valley

Overnight boarding in our spacious, climate controlled cabins. Our cabins are individual, large kennels where your dog is provided with a comfy bed (raised off the floor) and a fleece blanket. Food is served in the cabins for meal times. Water available at all times for your dog. Nightly treats are provided to ease your pup to rest. And during the day, your pup is at play with our play groups-

from **$45.00**/night

36.94 mi
in Livermore, CA
Show on map

[Book Now]

### ★★★ Paws Place

Just like our daycare guests, our boarders are special to us. During the daytime, instead of being confined to a kennel, they get to socialize and meet new friends under the watchful eyes of our trained staff. We have fun and exciting play structures, bountiful toys, and clean, comfortable beds to rest their heads. At night our guests

from **$40.00**/night

42.96 mi
in Campbell, CA
Show on map

sleep in large enclosures where they can recharge for

★★★ **Happy Hound Play & Daycare**

| | from **$55.00**/night |
|---|---|
| | 8.52 mi |
| | in Oakland, CA |
| | Show on map |

Our boarding guests play in a 10,000 sq ft facility with other dogs during the day and have private rooms in the evening for their sleeping pleasure. We have three rooms of daycare play and average 85-100 dogs a day in our play groups. We always want our guests to feel safe and comfortable, whether they are out in the play yards or in for the night. All our guests sleep in climate

**Book Now**

**For dog boarding in San Francisco, the below providers may have available runs:**

**Run 'Em Ragged**
34.48 mi      in Sunnyvale, CA
from **$40.00**/night
Send request

**Pet Camp LLC**
3.44 mi      in San Francisco, CA
from **$40.00**/night
Send request

**Every Dog Has Its Day Care Inc**
8.52 mi      in Emeryville, CA
Price not published yet
Send request

**Canyonwlyck Kennels**
19.79 mi      in Walnut Creek, CA
from **$20.00**/night
Send request

**North Main Pet Lodge**
21.23 mi      in Walnut Creek, CA
from **$22.00**/night
Send request

**Wine Country Pet Resort**
36.05 mi      in Napa, CA
from **$20.00**/night
Send request

**Je Neill Kennels**
38.80 mi      in Santa Clara, CA
Price not published yet
Send request

**Spots**
from **$33.00**/night

Dog boarding San Francisco, California, boarding kennels rates & online reservations

| | in San Jose, CA | Send request |
| 41.78 mi | | |

**Boardwalk Pet Village**

| 41.81 mi | in Rohnert Park, CA | Price not published yet  Send request |

**Royal Care Creations Miniature Schnauzers**

| 41.81 mi | in Cotati, CA | Price not published yet  Send request |

**Pet Spa, The**

| 45.83 mi | in Los Gatos, CA | from $40.00/night  Send request |

**Moran Curtis DVM Almaden Valley Animal Hospital**

| 49.50 mi | in San Jose, CA | Price not published yet  Send request |

## You can also call these kennels directly for dog boarding in San Francisco area :

| | | |
|---|---|---|
| | nearyou! in San Francisco, CA | |
| Petco | 1.39 mi in San Francisco, CA | Call |
| K9 To 5 | | Call |
| Fog City Doggie Day Care | 1.73 mi in San Francisco, CA | Call |

Records per page : 10 25 50 Page : 1 2 3 4 Next Last

Other relevant pet care : Dog boarding San Francisco, California, dog daycare San Francisco, California, cat boarding San Francisco, California, Browse for dog boarding

Own a pet care business? Click here to add it for FREE!

About Us | Investors | Terms and Conditions | Privacy | Site Map | Contact Us

©2004 - 2008 FindPetCare.com, Inc. All rights reserved

vendor program

http://www.findpetcare.com/se/dog-boarding-san-francisco.htm

http://www.findpetcare.com/se/dog-boarding-san-francisco.htm

Dog boarding San Francisco, California, boarding kennels rates & online reservations

**Home**  **Community**  **MyAccount**  **Customer support**

Add your business | Tell-a-friend

## Dog boarding in Sacramento: Found 55 boarding kennels

TIP: Selecting a provider that offers dog boarding in Sacramento is easy. Read our Dog boarding tips.

Sort By: ● Our picks  ○ Price  ○ Distance  ○ Star rating

### ★★ creekside pet resort

Overnight dog boarding, consists of a private, individual sleeping and eating area, includes many trips outside for exercise and socialization with furry friends....

from **$21.00**/night

9.57 mi
in Sacramento, CA
Show on map

**Book Now**

### ★★ Brandi's Dog Day Care

I am Brandi. I have been around dogs my whole life. I own them. I have walked them for a living when I was younger. I want to watch your dog while you work. I have a really big back yard to run in and Misters and trees to lay under when it gets too hot. I believe in healthy, happy, social dogs and usually achieve it. My employee is like the dog whisperer. She can get any dog to come to her. We will not have LOTS of dogs at any given time. I would rather have your dog have a really good time and be taken care of.

from **$50.00**/night

11.60 mi
in Rancho Cordova, CA
Show on map

**Book Now**

### ★★ The Hollywood Pet Resort

Play all day facility, with dog day care, overnight stay, 2 walks per day, water sports (seasonal) group play, group walks and hikes.

from **$30.00**/night

15.23 mi
in Elk Grove, CA
Show on map

**Book Now**

---

## Change Search

Check-in  08/23/2008
Check-Out  08/31/2008
Distance  50  mile(s)

**Start Over**  **Search**

To select another city click on 'Start over'



**Dog Boarding - South Bay**
Rubber floors, large indoor/outdoor areas. Close to airport. 880 & 237.
www.BarkleySquare.net

**The Dog Lady, Inc.**
Caring dog training with results. Private, Group and Board & Train
www.thedoglady.org

**Fog City Dog Lodge**
Only SF facility with Outside Walks



## ★★★ Puppy Love Dogs

Custom Care Boarding: Not all dogs are the same and we at Puppy Love Dogs know that different dogs have different needs. In the attempt to make your dog's stay the least stressfull and most fun it can be, we are proud to offer custom care. When dropping off your pup, select from a list of activities in which you think your dog will enjoy. Whether it's play time in the yard with other

from **$40.00**/night

7.44 mi
in Sacramento, CA
Show on map

Book Now

## ★★★ Camp Bow Wow

Overnight boarders play in the day camp program during the day and have their own individual cabins at night. ENTRANCE REQUIREMENTS FOR CANINE CAMPERS - Must be 4 months of age or older. - Must be spayed or neutered if over 6 months of age. - Must be current on Rabies, Distemper and Bordetella vaccinations. - Must be in good health and flea/tick free. - Must be non-

from **$40.00**/night

15.23 mi
in Elk Grove, CA
Show on map

Book Now

## ★★★ Animal Den Pet Resort & Spa

Doggy Day Care is provided for dogs that can appropriately socialize with other dogs and are altered. Proof of vaccinations required.

from **$20.00**/night

6.87 mi
in Sacramento, CA
Show on map

Book Now

## ★★★ Camp Bow Wow - Elk Grove

Overnight Camping at Camp Bow Wow is a Treat!

from **$25.00**/night

15.23 mi
in Elk Grove, CA
Show on map

Book Now

## ★★★ Kay's K-9 Corner at Jmar Ranch

We are currently boarding from our home. A 2000 SQFT dog friendly home on 40 acres near lockeford CA. Dogs are walked several times a day and have free run of most of house as long as they are other dog friendly. If not we rotate them in hourly shifts. All dogs get one on one attention frequently through out the day. At night they are kept in large blanketed crates. We also have a 12x12 outside run if you perfer. I have been a veterinary technician and dog trainer

from **$12.00**/night

33.86 mi
in Lodi, CA
Show on map

Book Now

Dog boarding Sacramento, California, boarding kennels rates & online reservations

( formerly with surlus puppy trainnina in the bav area) for 13 years. We also

**For dog boarding in Sacramento, the below providers may have available runs:**

**Mueller Animal Hospital Inc.**

4.91 mi    in Sacramento, CA    from **$17.10**/night    Send request

**Dennie Bruce DVM Woodland Veterinary Hospital**

12.20 mi    in Woodland, CA    from **$16.50**/night    Send request

**Classic Kennels**

13.57 mi    in Roseville, CA    Price not published yet    Send request

**Sycamore Lane Kennels**

32.74 mi    in Lodi, CA    from **$16.50**/night    Send request

**The Canine Culture**

39.88 mi    in Stockton, CA    from **$16.50**/night    Send request

**Wine Country Pet Resort**

47.59 mi    in Napa, CA    from **$20.00**/night    Send request

**You can also call these kennels directly for dog boarding in Sacramento area :**

| Clearview Kennels | 3.14 mi in West Sacramento, CA | Call |
| Westside Veterinary Hospital | 3.14 mi in West Sacramento, CA | Call |
| Fulton Avenue Pet Resort | 4.71 mi in Sacramento, CA | Call |
| Launder Dog | 4.71 mi in Sacramento, CA | Call |
| Pet Salon Campus Commons Campus Commons Pet Salon | 6.10 mi in Sacramento, CA | Call |
| Groomer John | 6.30 mi in Sacramento, CA | Call |

Dog boarding Sacramento, California, boarding kennels rates & online reservations

vendor program

| | | |
|---|---|---|
| Grooming John | 9.27 mi in Sacramento, CA | Call |
| Kenar Pet Resort | 9.27 mi in Carmichael, CA | Call |
| Kings Court Kennels | 9.27 mi in Carmichael, CA | Call |
| Miller Ramona | 9.88 mi in Elverta, CA | Call |
| Total Care Animal Hospital | 12.47 mi in Citrus Heights, CA | Call |
| Los Olivos Kennels | 13.50 mi in Fair Oaks, CA | Call |

Records per page : 10 25 50 Page : 1 2 3 Next Last

Don't see your pet care business? Click here to add it for FREE!

Other relevant pet care services in Sacramento:
**dog daycare Sacramento, California, cat boarding Sacramento, California, Browse for dog boarding**

About Us | Investors | Terms and Conditions | Privacy | Site Map | Contact Us

©2004 - 2008 FindPetCare.com, Inc. All rights reserved.

http://www.findpetcare.com/se/dog-boarding-sacramento.htm




## Change Search

Check-In [08/23/2008]
Check-Out [08/31/2008]

Distance [50] mile(s) [Search]

[Start Over] [Search]

To select another city click on 'Start over'

**Home    Community    MyAccount    Customer support    Add your business | Tell-a-friend**

## Dog boarding in Fresno: Found 14 boarding kennels

TIP: Selecting a provider that offers dog boarding in Fresno is easy. Read our Dog boarding tips.

Sort By: ⦿ Our picks ◯ Price ◯ Distance ◯ Star rating

★★ grooming tails pet salon @ sittingg

Boarding overnight or daycare available.. Boarding includes:, Night light,
Spacious kennels for sleeping., 3-4 walks a day 10-30 min..We also offer full
service perfessional grooming., , Pick up and drop off. And lots of love and
attention Your friend is our friend!! We stive to make your best friend feel at
home when they are with us!

from **$18.00**/night

5.53 mi
in fresno, CA
Show on map

[Book Now]

## For dog boarding in Fresno, the below providers may have available runs:

**Elaine's Animal Inn**
3.10 mi    in Fresno, CA

from **$19.00**/night    [Send request]

**Elaine's Animal Inn**
19.38 mi    in Madera, CA

from **$19.00**/night    [Send request]

**Smith Dobermans**
21.93 mi    in , CA

Price not published yet    [Send request]

## You can also call these kennels directly for dog boarding in Fresno area :

Rambelane Kennels & Veterinary Hospital    3.10 mi in Fresno, CA    [Call]



Dog boarding Fresno, California, boarding kennels rates & online reservations

| | | |
|---|---|---|
| Country View Kennels | 19.38 mi in Madera, CA | Call |
| Lion Brothers Farm-Newstone | 21.09 mi in Madera, CA | Call |
| Patten Kennel Boarding & Grooming | 22.65 mi in Prather, CA | Call |
| A J Country Care Kennel | 30.64 mi in Lemoore, CA | Call |
| Graydon Kennels | 32.01 mi in Coarsegold, CA | Call |
| Harry B Kennels | 36.01 mi in Chowchilla, CA | Call |
| Botkin Kennels | 41.23 mi in Visalia, CA | Call |
| Pet Inn | 41.23 mi in Visalia, CA | Call |
| Gall's Boarding Kennel | 41.23 mi in Visalia, CA | Call |

Private Rooms, Playgroups & Webcam
www.FogCityDogs.com

San Francisco Cat Sitting
Professional In-Home Cat Care
Bon Voyage Cat & House Sitting
www.bonvoyagepetsitting...

**Dog Boarding & Daycare**
Loving Doggie Daycare For Your Pet.
Experienced Staff. Call Today!

**Affordable Pet Care**
High Quality Boarding & Grooming 10% off
first groom/board Fremont

Don't see your pet care business? Click here to add it for FREE!
Other relevant pet care services in Fresno:
dog daycare Fresno, California, cat boarding Fresno, California, Browse for dog boarding

About Us | Investors | Terms and Conditions | Privacy | Site Map | Contact Us

©2004 - 2008 FindPetCare.com, Inc. All rights reserved.