EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN M. CARSON
Supervising Deputy Attorney General
GEORGE PRINCE, State Bar No. 133877
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5749
 Fax:  (415) 703-5480

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; GREG ROSE, Deputy Director of the Children and Family services Division of the California Department of Social Services, in his official capacity,<br><br>Defendants. | C 07-5086 WHA<br><br>DECLARATION OF DEBRA WILLIAMS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, Debra Williams, declare as follows:

1. I am employed by the California Department of Social Services (CDSS). My current position is Bureau Chief, Foster Care Rates Bureau, in the Foster Care Audits and Rates Branch. I have held this position since January 2008.

2. The Foster Care Rates Bureau of the California Department of Social Services is responsible for overseeing statewide policies related to applicable Adoption Assistance and Child Welfare Act of 1980 (P.L. 96-272) and Title IV-E eligibility provisions, revisions, and maintenance

of California's State Plan under Title IV-E, and providing technical assistance and oversight of eligibility and funding aspects of the foster care program administration in all 58 counties of California.

3. From April 2006 until I took my current position, I was a Supervising Governmental Auditor I (SGA I) in the Policy and Support Unit, Program and Financial Audits Bureau, which is within the Foster Care Audits and Rates Branch of CDSS. As the manager of the Policy and Support Unit, my duties included supervising and providing policy development and support for program, financial and fiscal audits; audit activities; quality control and the hearing process for group home and foster family agency audits; regulation development; corresponding legislative and budget activities; Title IV-E overpayment and collection activities; and staff and provider technical assistance and training implementation of federal and state laws relating to group home and foster family agency audits. This included formulating state regulations and setting administrative policies and procedures for the audit of programs receiving Aid to Families with Dependent Children — Foster Care (AFDC-FC) funds.

4. From September 2004 until April 2006 I was an Associate Governmental Program Analyst (AGPA) in the Rates Policy Unit of the Foster Care Rates Bureau of the Foster Care Audits and Rates Branch. In that position I provided policy and program support and analyses in the Foster Care Audits and Rates Branch of the Foster Care Policy Unit. My duties included review and monitoring of county claims for burial and funeral expenses for foster care children; assistance to counties regarding rates and placement of foster care children who are also Regional Center Clients; and assistance to the public, state and local government in understanding the foster care rate system and foster care policy. In addition, I developed Legislative Proposals, Budget Change Proposals (BCPs), Spring Finance Letters (SFLs) program summaries and conducted bill analyses. Between September 2001 and September of 2004 I worked in the private sector.

5. From March 2001 until September 2001 I held a temporary, limited-term position as a Staff Services Manager I with the Employment Bureau of the Welfare-to-Work (WtW) Division providing coordination, collaboration and technical assistance to enhance local expenditure of federal and state funds specifically for those clients who meet CalWORKS eligibility for the WtW

program.

6. From April 1998 until March 2001 I was a General Auditor III in the Program and Financial Audits Bureau, which is within the Foster Care Audits and Rates Branch of CDSS. In that position I performed program and fiscal audits of group homes and foster family agencies caring for foster children in residential facilities.

7. From 1991 until April 1998 I served as an AGPA in the Foster Care Policy Bureau in the Foster Care Audits and Rates Branch, providing technical assistance to pilot counties participating in the "Options for Recovery" perinatal pilot program. I developed experience in policy development and providing technical assistance to counties relating to various foster care programs.

8. The United States Department of Health and Human Services' (HHS) Administration for Children and Families provides oversight of state child welfare services and foster care programs. The Department issues regulations and policy, conducts compliance reviews and child welfare services and foster care funds to the state. The federal government develops and implements national policy by issuing regulations, overseeing states' performance, and conducting compliance audits. It also allocates federal funds for child welfare and related programs to state, county, city, and tribal governments, and to public and private local agencies.

9. CDSS is California's state agency responsible for child welfare services. CDSS supervises California's 58 counties' administration of child welfare services and foster care programs through statute, regulations, policy, and compliance reviews. CDSS also allocates federal and state funds to the State's counties.

10. I am informed and therefor believe that the Adoption Assistance & Child Welfare Act was enacted in 1980, and that this Act created a categorical funding stream for out-of- home board and care, and maintained the basic goal of protecting children, but established a preference for family maintenance or reunification and an expectation that services would be provided to prevent unnecessary out-of-home placement. I am also informed and therefore believe that California Senate Bill (SB) 14 (Chapter 978) in 1982 revised California's system to conform to the federal Adoption Assistance and Child Welfare Act.

11. California's foster family home rates are set by the State's Legislature, as set forth in

Decl. of Debra Williams iso Mtn. for Summary Judgment    California State Foster Parent Association, et al. v. Wagner
C 07-5086 WHA

3

Welfare and Institutions Code section 11461, and changes to those rates are made by the Legislature by amendments to that statute.

12. Foster care is an entitlement program funded by federal, state, and local governments. For foster children who meet federal eligibility requirements, the State receives approximately 50% reimbursement for federally allowable foster care activities under Title IV-E. California's 58 counties pay 60 percent, and the State pays 40 percent, of the non-federal share of cost.

13. Federal reimbursement funding to states is conditional upon States meeting the requirements of Title IV-E of the Child Welfare Act. The federal government does not prescribe a particular system for payment of costs for children placed in foster family homes, nor does it set any particular method for determining how costs are to be measured, set or calculated. However, the State is required to submit a plan that identifies the state law that meets the federal requirements. The plan is submitted with a certificate of compliance, which ensures compliance with federal requirements, to the appropriate federal regional office.

14. California's Title IV-E State Plan consists of a compilation of California statutes, regulations, All County Letters (ACLs), All County Information Notices (ACINs), County Fiscal Letters (CFLs) and other documents that implement federal requirements and instructions for the federal foster care program, which must be followed in order for the State to claim Federal Financial Participation (FFP) in payments made under the program. CDSS amends California's IV-E State Plan when HHS issues new federal requirements, changes existing federal regulations, or when a new State requirement as the result of law or court order substantially affects the State's foster care program. Updates to the IV-E State Plan that are submitted to HHS in response to such requirements or instructions include any new statutes, regulations and ACLs that came into effect since the previous update. Any changes to the State Plan must be approved by Region IX of HHS, the regional division of HHS that oversees the agencies activities in California and several other states.

15. The customary practice at CDSS in preparing ACLs that substantially change the way California claims FFP in the foster care program is for CDSS to provide drafts to, and consult informally with, Region IX HHS staff about the contents of a proposed ACL. The purpose of the

consultation is to ensure that the ACL will ultimately be approved by HHS as an amendment to our IV-E State Plan. If Region IX indicates disagreement with the contents of the ACL, attempts are made to address the concerns raised by changing the contents of the ACL.

16. California's most recent substantial IV-E State Plan amendment was submitted to HHS in 2007. The portion of the State Plan dealing with foster family home rates has been approved by the HHS. There have been no denials of any IV-E State Plan relating to the setting of rates for foster family homes by HHS at any time.

17. This declaration is based on personal knowledge, except where indicated to be based on information and belief. Where so indicated, I an informed and believe the matters there stated are true. If called to testify in this action, I could and would competently testify to the matters set forth herein.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed electronically, at my request, on September 11, 2008, while I was in Sacramento, California.

/s/ Debra Williams
DEBRA WILLIAMS

GENERAL ORDER 45 ATTESTATION

I, George Prince, am the ECF user whose ID and password are being used to file this request for an order. In compliance with General Order 45, X.B., I hereby attest that declarant Debra Williams has concurred in the filing of this document with her electronic signature.

Dated: September 11, 2008

/s/ George Prince

George Prince

Decl. of Debra Williams iso Mtn. for Summary Judgment    California State Foster Parent Association, et al. v. Wagner
C 07-5086 WHA

5