
CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
Robert C. Fellmeth (CA SBN 49897)
Edward Howard (CA SBN 151936)
Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
5998 Alcala Park
San Diego, California  92110
Telephone: 619.260.4806
Facsimile: 619.260.4753
cpil@sandiego.edu

MORRISON & FOERSTER LLP
Kimberly N. Van Voorhis (CA SBN 197486)
Marc David Peters (CA SBN 211725)
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

MORRISON & FOERSTER LLP
Steve Keane (CA SBN 247588)
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity, <br><br> Defendants. | Case No.  C 07-5086 WHA <br><br> **DECLARATION OF PHILLIP M. JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: October 9, 2008 <br> Time: 8:00 a.m. <br> Place: Courtroom 9, 19th Floor <br> Judge: Honorable William H. Alsup |

DECLARATION OF PHILLIP M. JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT -- Case No. C 07-5086 WHA
pa-1280109

1

1    I, Phillip M. Johnson, hereby declare:

2    1.    I am an economist at Econ One Research, Inc. I have personal knowledge of all
3    the facts contained herein and, if called to testify, could and would competently testify thereto.

4    2.    Attached hereto as Exhibit A is a true and correct copy of the Expert Report of
5    Phillip M. Johnson, Ph.D., dated August 12, 2008.

6    I declare under the penalty of perjury that the foregoing is true and correct and that this
7    declaration was executed electronically, at my request, on September 11, 2008, while I was in
8    Sacramento, California.

            s/ Phillip M. Johnson
            Phillip M. Johnson

12    I, KIMBERLY N. VAN VOORHIS, am the ECF User whose ID and password are being
13    used to file this DECLARATION OF PHILLIP M. JOHNSON IN SUPPORT OF MOTION FOR
14    SUMMARY JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN
15    SUPPORT THEREOF. In compliance with General Order 45, X.B., I hereby attest that
16    PHILLIP M. JOHNSON has concurred in this filing.

17    Dated: September 11, 2008            By:    s/ Kimberly N. Van Voorhis
                                                    Kimberly N. Van Voorhis

DECLARATION OF PHILLIP M. JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT -- Case No. C 07-5086 WHA
pa-1280109

2

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on _____, 2008, I served a copy of:

_____

☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. Rule 5(b)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 650.494.0792 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

☐ **BY U.S. MAIL [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

DECLARATION OF PHILLIP M. JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT -- Case No. C 07-5086 WHA
pa-1280109

3

1
2
3  ☐ **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

4
5
6
7  I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

8  ☐ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

9
10
11
12  George Prince
Deputy Attorney General
13  455 Golden Gate Avenue
Suite 11000
14  San Francisco, CA  94102-7004
Fax:  415-703-5480
15
16  I declare under penalty of perjury that the foregoing is true and correct.

17  Executed at Palo Alto, California, this _____ day of _____, 2008.

18
19
20
21  Loraine Lontayao                                    _____
    (typed)                                             (signature)

22
23
24
25
26
27
28

DECLARATION OF PHILLIP M. JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT -- Case No. C 07-5086 WHA
pa-1280109

4