CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
Robert C. Fellmeth (CA SBN 49897)
Edward Howard (CA SBN 151936)
Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
5998 Alcala Park
San Diego, California 92110
Telephone: 619.260.4806
Facsimile: 619.260.4753
cpil@sandiego.edu

MORRISON & FOERSTER LLP
Kimberly N. Van Voorhis (CA SBN 197486)
Marc David Peters (CA SBN 211725)
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

MORRISON & FOERSTER LLP
Steve Keane (CA SBN 247588)
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | Case No. C 07-5086 WHA<br><br>**DECLARATION OF LOIS RAAP IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  October 9, 2008<br>Time:  8:00 A.M.<br>Place:  Courtroom 9, 19th Floor<br>Judge:  Hon. William H. Alsup |

I, Lois Raap, have personal knowledge of the following facts and, if called as a witness, could and would competently testify hereto:

1. I have been a foster parent for approximately thirty-seven years.

2. I began my foster care experience through informal caregiving for teenage boys in Santa Clara County, California. My husband and I were both in education and were often asked to look after boys in the community who were experiencing problems at home. We took these boys into our home and provided care and supervision and the family setting that is so important to raising a child. We provided this informal care for approximately four years.

3. In 1974, my family and I moved to Guam and provided this same informal foster care to both boys and girls for nearly ten years. We relocated to Washington in 1983, where we also provided informal care, and then returned to Santa Clara County in 1986.

4. When we returned to Santa Clara, we became licensed foster parents through one of the formal Foster Family Agencies, Children's Home Society. This program provided foster parents for children from birth to adoption. As a licensed foster parent, I have taken care of approximately 50 children ranging in age from newborn to 19 over the course of my 20 years as a licensed foster parent. I typically keep my foster children until a permanent placement (normally adoption, reunification with their families, or emancipation) is arranged. I presently have seven foster or former foster children in my household.

5. I understand that the State is required to pay costs to cover the following basic needs for raising a foster child: food, shelter, transportation, clothing, supervision, school supplies, personal incidentals, insurance, and reasonable home visitation.

6. The foster care maintenance payments that I presently receive from the State of California fall far below what I spend on food, shelter, transportation, clothing, supervision, school supplies, personal incidentals, insurance, and home visits for the children I take into my home. Although we do what we can to make ends meet, the limited payments we receive place a substantial hardship on my family as we ensure that our foster children receive the level of care to which they are entitled.

7. Unfortunately, the financial burden associated with caring for a foster child in California is so great that it has caused me to reconsider my ability to serve as a foster parent in the future because we simply can't afford it. Unless California increases its foster care maintenance payments to cover the costs of providing foster children with food, shelter, transportation, clothing, supervision, school supplies, personal incidentals, insurance, and reasonable home visitation, my family may have no choice but to take fewer foster children into our home or stop taking foster children altogether

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __Sept 9__, 2008 in Palo Alto, California.

_____
Lois Raap

DECLARATION OF LOIS RAAP IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
pa-1279484

3