CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
Robert C. Fellmeth (CA SBN 49897)
Edward Howard (CA SBN 151936)
Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
5998 Alcala Park
San Diego, California 92110
Telephone: 619.260.4806
Facsimile: 619.260.4753
cpil@sandiego.edu

MORRISON & FOERSTER LLP
Kimberly N. Van Voorhis (CA SBN 197486)
Marc David Peters (CA SBN 211725)
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: kvanvoorhis@mofo.com; mdpeters@mofo.com

MORRISON & FOERSTER LLP
Steve Keane (CA SBN 247588)
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | Case No. C 07-5086 WHA<br><br>**DECLARATION OF FRANK MECCA IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   October 9, 2008<br>Time:   8:00 a.m.<br>Place:   Courtroom 9, 19th Floor<br>Judge:   Honorable William H. Alsup |

I, Frank Mecca, declare as follows:

1. I have a Masters Degree in Public Affairs with a concentration in Social Welfare from the Lynden B. Johnson School of Public Affairs at the University of Texas, Austin. I am currently the Executive Director of the County Welfare Directors Association of California ("CWDA"). Prior to joining the CWDA, I served as a Fiscal and Policy Analyst for the California Legislative Analysts Office, where I had oversight responsibility for most child welfare programs including Child Welfare Services, Foster Care and Adoptions.

2. The CWDA publishes periodic policy reports regarding the state of California's welfare programs and proposing steps for improvement. Attached as Exhibit A hereto is a true and correct copy of a policy report we prepared in cooperation with Legal Advocates for Permanent Parenting published in may of 2007: *No Family, No Future; Greater Investment in Family Caregiver Recruitment & Support is Essential to Improve Outcomes for California's Foster Children.*

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 8, 2008 in SacRamento, California.

_____
Frank Mecca

DECLARATION OF FRANK MECCA ISO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Case No. C 07-5086 WHA
pa-1280674

2