CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
Robert C. Fellmeth (CA SBN 49897)
Edward Howard (CA SBN 151936)
Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
5998 Alcala Park
San Diego, CA 92110
Telephone: 619.260.4806
Facsimile: 619.260.4753
cpil@sandiego.edu

MORRISON & FOERSTER LLP
Kimberly N. Van Voorhis (CA SBN 197486)
Marc David Peters (CA SBN 211725)
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
KVanVoorhis@mofo.com

MORRISON & FOERSTER LLP
Steve Keane (CA SBN 247588)
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT; Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | Case No. CV 07-05086 WHA<br><br>**DECLARATION OF GREG LIM IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 9, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

1

DECLARATION OF GREG LIM IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT – CASE NO. C 07-5086 WHA
pa-1245027

I, Greg Lim, declare as follows:

1. I was employed by the California Department of Social Services (CDSS) for over fourteen years and held various positions ranging from Associate Governmental Program Analyst to Staff Services Manager I. I was Manager of various program policy units that provided administrative oversight of federal and state foster care and Adoption Assistance Program (AAP). Further, I have worked for the Little Hoover Commission (formerly referred to as the Commission on California State Government Organization and Economy), was a Gubernatorial appointee for two different Administrations, and Government Affairs Manager for Glaxo Smith Kline pharmaceuticals.

2. As a Manager at CDSS, I supervised the Foster Care Rates Policy and AAP Unit, comprised of senior level governmental state consultants who were responsible for the statewide oversight and compliance for California's 58 counties regarding the State's foster care rates and policies for foster family homes, foster family agencies, small family homes and group homes. The Foster Care Rates Policy Unit's responsibility for overseeing and establishing foster care rates policy included development of new programs per statutory requirements, drafting legislative language regarding foster care rates and programs, reviewing statutes for program administration clarification, and developing regulations for statewide foster care program implementation. The programs I managed were responsible for ensuring federal and state compliance as required for receipt of federal Title IV-E funding for Foster Care Programs and AAP, with federal financial participation of over $1 billion for any given fiscal year. As such, these programs were to provide statewide administrative oversight, ensure county compliance with federal and state foster care program requirements, identify and report non-compliance, and general compliance with federal Title IV-E foster care program statutes.

3. In my role as Manager of the Foster Care Rates Policy Unit, I repeatedly recognized during State Fiscal Year budget negotiations – especially from Fiscal Years 2002-03 through 2006-07 – that the foster care maintenance rates being paid to foster parents were lower than the actual costs incurred by these families in caring for foster children in their homes. I reported this disparity to my upper management at CDSS each Fiscal Year. During those Fiscal

2

Years. I recommended that the foster care rates should be increased, but was consistently informed by CDSS management that, due to budget constraints and budget deficits, the Department of Finance (DOF) would not support the necessary rate increases. As such, I was informed that the Governor's Administration and the Health and Human Services Agency (following the DOF's recommendation) would oppose any increase proposed by CDSS, and therefore pursuing foster care rate increases would be futile. Consequently, even though the foster care rates needed to be increased to adequately reimburse the care providers who were responsible for the State's thousands of foster children, no fiscal action was taken to increase the rates to levels sufficient to meet the needs of children and families as provided for under the statutory requirement regarding the cost-of-living adjustments increases for foster care rates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Sacramento, California on September 11, 2008.

/s/ Greg Lim
Greg Lim

I, KIMBERLY N. VAN VOORHIS, am the ECF User whose ID and password are being used to file this DECLARATION OF GREG LIM IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT. In compliance with General Order 45, X.B., I hereby attest that GREG LIM has concurred in this filing.

Dated: September 11, 2008        By:    s/ Kimberly N. Van Voorhis
                                        Kimberly N. Van Voorhis