
1 | CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
2 | Robert C. Fellmeth (CA SBN 49897)
Edward Howard (CA SBN 151936)
3 | Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
4 | 5998 Alcala Park
San Diego, California  92110
5 | Telephone: 619.260.4806
Facsimile: 619.260.4753
6 | cpil@sandiego.edu

7 | MORRISON & FOERSTER LLP
Kimberly N. Van Voorhis (CA SBN 197486)
8 | Marc David Peters (CA SBN 211725)
755 Page Mill Road
9 | Palo Alto, California  94304-1018
Telephone: 650.813.5600
10 | Facsimile: 650.494.0792
Email: kvanvoorhis@mofo.com; mdpeters@mofo.com

11 | 
MORRISON & FOERSTER LLP
12 | Steve Keane (CA SBN 247588)
12531 High Bluff Drive, Suite 100
13 | San Diego, California  92130-2040
Telephone: 858.720.5100
14 | Facsimile: 858.720.5125

15 | **Attorneys for Plaintiffs**

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 | SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | Case No.  C 07-5086 WHA<br><br>**DECLARATION OF MARC D. PETERS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 9, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: Honorable William H. Alsup |

DECLARATION OF MARC D. PETERS IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT -- Case No. C 07-5086 WHA
pa-1280097

1

1       I, Marc D. Peters, hereby declare:

2       1.      I am a partner in the law firm of Morrison & Foerster LLP, counsel of record for Plaintiffs. I have personal knowledge of all the facts contained herein and, if called to testify, could and would competently testify thereto.

        2.      Attached hereto as Exhibit A is a true and correct copy of the CDSS Bill Analysis of AB 1820, produced on August 1, 2008.

        3.      Attached hereto as Exhibit B is a true and correct copy of the CDSS Bill Analysis of AB 2043, produced on August 1, 2008.

        4.      Attached hereto as Exhibit C is a true and correct copy of the CDSS Bill Analysis of AB 1235, produced on August 1, 2008.

        5.      Attached hereto as Exhibit D is a true and correct copy of the CDSS Bill Analysis of AB 1330, produced on August 1, 2008.

        6.      Attached hereto as Exhibit E is a true and correct copy of the CDSS Bill Analysis of AB 2481, produced on August 1, 2008.

        7.      Attached hereto as Exhibit F is a true and correct copy of the CDSS Bill Analysis of AB 278, produced on August 1, 2008.

        I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

        Executed on September 11, 2008 in Palo Alto, California.

                                            /s/  Marc D. Peters
                                            Marc D. Peters

DECLARATION OF MARC D. PETERS IN SUPPORT OF PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT -- Case No. C 07-5086 WHA
pa-1280097

2