1  CHILDREN'S ADVOCACY INSTITUTE
   University of San Diego School of Law
2  Robert C. Fellmeth (CA SBN 49897)
   Edward Howard (CA SBN 151936)
3  Christina McClurg Riehl (CA SBN 216565)
   Elisa D'Angelo Weichel (CA SBN 149320)
4  5998 Alcala Park
   San Diego, California  92110
5  Telephone: 619.260.4806
   Facsimile: 619.260.4753
6  cpil@sandiego.edu

7  MORRISON & FOERSTER LLP
   Kimberly N. Van Voorhis (CA SBN 197486)
8  Marc David Peters (CA SBN 211725)
   Richard S. Ballinger (CA SBN 223655)
9  755 Page Mill Road
   Palo Alto, California  94304-1018
10 Telephone: 650.813.5600
   Facsimile: 650.494.0792

11 MORRISON & FOERSTER LLP
12 Steve Keane (CA SBN 247588)
   Adrianne E. Marshack (CA SBN 253682)
13 12531 High Bluff Drive, Suite 100
   San Diego, California  92130-2040
14 Telephone: 858.720.5100
   Facsimile: 858.720.5125

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | Case No.  C 07-5086 WHA<br><br>**MANUAL FILING NOTIFICATION OF EXHIBITS A-F TO DECLARATION OF MARC D. PETERS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   October 9, 2008<br>Time:   8:00 a.m.<br>Place:  Courtroom 9, 19th Floor<br>Judge:  Honorable William H. Alsup |

MANUAL FILING NOTIFICATION OF EXHIBITS A-F TO PETERS DECLARATION ISO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT -- Case No. C 07-5086 WHA
pa-1280321

1

1     Regarding: Exhibits A, B, C, D, E, and F to the Declaration of Marc D. Peters in Support

2  of Motion for Summary Judgment and Memorandum of Points and Authorities in Support

3  Thereof.  This filing is in paper or physical form only, and is being maintained in the case file in

4  the Clerk's office.

5     If you are a participant on this case, this filing will be served in hard-copy shortly.

6     For information on retrieving this filing directly from the court, please see the court's

7  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8     This filing was not efiled for the following reason(s):

9  ___ Voluminous Document (PDF file size larger than the efiling system allows)

10 ___ Unable to Scan Documents

11 ___ Physical Object (description): _____

12     _____

13 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

14  X   Item Under Seal

15 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

16 ___ Other (description): _____

17     _____

18

19  Dated: September 11, 2008            MORRISON & FOERSTER LLP

20

21                          By:   /s/ Marc D. Peters
                                   Marc D. Peters
22
                                  Attorneys for Plaintiffs
23                                California State Foster Parent
                                  Association, California State Care
24                                Providers Association, and Legal
                                  Advocates For Permanent Parenting
25

26

27

28

MANUAL FILING NOTIFICATION OF EXHIBITS A-F TO PETERS DECLARATION ISO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT -- Case No. C 07-5086 WHA
pa-1280321

2