1  CHILDREN'S ADVOCACY INSTITUTE
   University of San Diego School of Law
2  Robert C. Fellmeth (CA SBN 49897)
   Edward Howard (CA SBN 151936)
3  Christina McClurg Riehl (CA SBN 216565)
   Elisa D'Angelo Weichel (CA SBN 149320)
4  5998 Alcala Park
   San Diego, California  92110
5  Telephone: 619.260.4806
   Facsimile: 619.260.4753
6  cpil@sandiego.edu

7  MORRISON & FOERSTER LLP
   Kimberly N. Van Voorhis (CA SBN 197486)
8  Marc David Peters (CA SBN 211725)
   755 Page Mill Road
9  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
10 Facsimile: 650.494.0792

11 MORRISON & FOERSTER LLP
   Steve Keane (CA SBN 247588)
12 12531 High Bluff Drive, Suite 100
   San Diego, California  92130-2040
13 Telephone: 858.720.5100
   Facsimile: 858.720.5125

14
   **Attorneys for Plaintiffs**
15

16           UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA

18             SAN FRANCISCO DIVISION

19 California State Foster Parent Association,          Case No.  C 07-5086 WHA
   California State Care Providers Association, and
20 Legal Advocates for Permanent Parenting,            **DECLARATION OF
                                                       KIMBERLY N. VAN VOORHIS IN
21                Plaintiffs,                           SUPPORT OF PLAINTIFFS'
                                                       MOTION FOR SUMMARY
22        v.                                           JUDGMENT**

23 JOHN A. WAGNER, Director of the California          Date:  October 9, 2008
   Department of Social Services, in his official      Time:  8:00 a.m.
24 capacity; MARY AULT, Deputy Director of the         Place:  Courtroom 9, 19th Floor
   Children and Family Services Division of the        Judge:  Honorable William H. Alsup
25 California Department of Social Services, in her
   official capacity,
26
                  Defendants.
27

28

1    I, Kimberly N. Van Voorhis, hereby declare:

2    1.    I am a partner in the law firm of Morrison & Foerster LLP, counsel of record for

3    Plaintiffs.  I have personal knowledge of all the facts contained herein and, if called to testify,

4    could and would competently testify thereto.

5    2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the

6    Deposition of Sheilah Dupuy, taken March 4, 2008.

7    3.    Attached hereto as Exhibit 2 is a true and correct copy of *Child Care and*

8    *Development Fund Plan for FFY 2006-2007*, bearing bates numbers FP000455 – 540.

9    4.    Attached hereto as Exhibit 3 is a true and correct copy of All County Letter No.

10    08-01, dated January 17, 2008.

11    5.    Attached hereto as Exhibit 4 is a true and correct copy of a May 2007 report

12    prepared by the Children's Advocacy Institute, titled *They Deserve a Family*, bearing Bates No.

13    FP000001 – 28.

14    6.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the

15    Deposition of Glenn Freitas, taken May 8, 2008.

16    7.    Attached hereto as Exhibit 6 is a true and correct copy of an October 2007 report

17    prepared by Children's Right, National Foster Parent Association and the University of Maryland

18    School of Social Work, titled *Hitting the M.A.R.C. Establishing Foster Care Minimum Adequate*

19    *Rates for Children*, bearing bates numbers FP000029 – 86.  A copy of this document is also

20    attached as Exhibit B to the Declaration of Diane Depanfilis, submitted concurrently herewith,

21    but for the Court's convenience, we have attached the Exhibit to this declaration as well.

22    8.    Attached hereto as Exhibit 7 is a true and correct copy of a chart prepared by the

23    University of California Berkeley Center for Social Services Research regarding Distance from

24    Home Address for 2006, accessed September 2, 2008.

25    9.    Attached hereto as Exhibit 8 is a true and correct copy of Defendants' Rule 26

26    Initial Disclosures, dated January 9, 2008.

27    10.    Attached hereto as Exhibit 9 is a true and correct copy of Defendants' Rule 26

28    Initial Disclosures, Supplemental Set, dated January 31, 2008.

1     11.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the

2  Deposition of Patricia Aguiar, taken April 28, 2008.

3     12.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the

4  Deposition of Wesley Beers, taken April 16, 2008.

5     13.     Attached hereto as Exhibit 12 is a true and correct copy of a chart prepared by the

6  University of California Berkeley Center for Social Services Research regarding Child Welfare

7  Supervised Foster Home Placements for 2007.

8     14.     Attached hereto as Exhibit 13 is a true and correct copy of a chart prepared by the

9  University of California Berkeley Center for Social Services Research regarding Child Welfare

10  Supervised Foster Home Placements for 2000.

11     15.     Attached hereto as Exhibit 14 is a true and correct copy of Defendants' Opposition

12  to Plaintiff's Motion for Summary Judgment filed as Docket No. 38 in *California Alliance of*

13  *Child and Family Services v. Allenby*, Case No. C 06-4095 MHP, dated September 4, 2007.

14     16.     Attached hereto as Exhibit 15 is a true and correct copy of Foster Parents' First Set

15  of Requests for Admissions to Defendants, dated June 12, 2008.  Plaintiffs never received any

16  objections or response to these Requests for Admission.

17     17.     Attached hereto as Exhibit 16 is a true and correct copy of an email from George

18  Prince to me, dated June 13, 2008.

19     18.     Attached hereto as Exhibit 17 is a true and correct copy of Foster Parents' Second

20  Set of Interrogatories to Defendants, which were hand-delivered to Defendants' counsel on July

21  9, 2008.  Plaintiffs never received any objections or response to these Interrogatories.

22     19.     Attached hereto as Exhibit 18 is a true and correct copy of Title 42 of the U.S.

23  Code §§ 671-675.

24     20.     Attached hereto as Exhibit 19 is a true and correct copy of 45 C.F.R. §§ 233.110,

25  1355.21, 1355.34, 1355.36, 1356.21.

26  //

27  //

28  //

DECLARATION OF KIMBERLY N. VAN VOORHIS ISO PLAINTIFFS' MOTION FOR SUMMARY
JUDGMENT
pa-1280086

3

1

21.     Attached hereto as Exhibit 20 is a true and correct copy of Cal. Welf. & Inst. Code

2

§§ 11229, 11460-62.

3

I declare under the penalty of perjury under the laws of the State of California that the

4

foregoing is true and correct.

5

Executed on September 11, 2008 in Palo Alto, California.

6

7

                                                       /s/ Kimberly N. Van Voorhis

8

                                                      Kimberly N. Van Voorhis

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28