1  changes are warranted to that budget and then they adopt a
2  budget.
3       Q.   Are you aware of the legislature considering cost
4  of living increases as a basis for setting rates paid to
5  foster care parents -- foster care providers?
6            MR. PRINCE:  Objection; foundation and assumes
7  facts.  You may answer.
8            THE WITNESS:  Again, I'm not aware of what
9  legislators think and don't -- I mean, they haven't called
10 me up for consultation so I'm not aware of what they take
11 into consideration in their process.  I'd assume that they
12 would take into consideration the public testimony that's
13 provided to them, as well as their knowledge of the
14 programs.
15 BY MR. TABESH:
16      Q.   And your department -- well, you or anyone you
17 supervise during the period of 2001, 2007, you never
18 provided any information concerning the -- well, strike
19 that.
20           So just to finalize this, between 2001, 2007 while
21 you were chief of the ~~FRCB~~ [FCRB], are you aware of any instance
22 of you or someone you supervise going to the legislature
23 with a recommendation that foster care rates should be
24 increased based on an increase in the cost of living?
25      A.   Neither myself nor my staff would have gone to the

101

```
 1   legislature and done that.
 2        Q.  Okay.  And, as far as payment of foster care
 3   rates, it's your -- it's the case that your department
 4   simply pays the rates to foster care family -- foster
 5   family homes based on what's mandated by the statute.  The
 6   legislature sets the rates.  You pay the rates.
 7        A.  Yes.
 8        Q.  Is there any discretion involved in the amount
 9   that you would pay?
10        A.  What do you mean is there any discretion in the
11   amount that we would pay?
12        Q.  If -- if your department determined that the cost
13   of living had increased, for example, would you have any
14   discretion to pay a foster care -- a foster family home
15   enough to compensate or reimburse -- enough to compensate
16   for that increase in cost of living?
17            MR. PRINCE:  Well, it calls for speculation and
18   hypothetical, but you may answer.
19            THE WITNESS:  No, we -- we would only pay those
20   rates authorized by statute and authorized by the
21   legislature.
22   BY MR. TABESH:
23        Q.  So if your funding increased by tenfold, you
24   would still pay the same rate?
25            MR. PRINCE:  Again, it calls for conjecture and is
```
                                                           102

1   advocates may have come forward to us and discussed that
2   issue.
3       Q.  Do you remember any such meeting?
4       A.  I don't remember specific dates and that sort of
5   thing.
6       Q.  But you -- but you -- I mean, are you -- do you
7   remember a particular instance, though?
8       A.  I --
9           MR. PRINCE:  Asked and answered.
10          THE WITNESS:  Yeah, I -- I don't remember specific
11  meetings and specific discussions.  I do know we had a -- a
12  variety of meetings with the alliance of group home
13  providers, and we talked about a variety of issues
14  impacting our group home rates.
15  BY MR. TABESH:
16      Q.  Did you have similar meetings with people that
17  represent the interest of foster family homes?
18      A.  Not that I recall.
19          MR. TABESH:  All right.  Thank you very much for
20  your time.  I appreciate it.
21          THE WITNESS:  Sure.
22          THE VIDEOGRAPHER:  This is the end of videotape
23  number four, the end of the deposition at 3:18.
24          THE REPORTER:  Mr. Tabesh, would you like a copy,
25  condensed and disk?

108

INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

This is the final version of your deposition transcript.

Please read it carefully. If you find any errors or changes you wish to make, insert the corrections on the errata sheet beside the page and line numbers.

If you are in possession of the original transcript, do NOT make any changes directly on the transcript.

Do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line.

### ERRATA SHEET

| Page | Line | | |
|---|---|---|---|
| 11 | 6 | Change: | KDA to Katie A. |
| | | Reason: | Correct Title of Lawsuit |
| 14 | 9 | Change: | light heat to LIHEAP Low Income Home Energy Assistance Program |
| | | Reason: | Correct Name of Program |
| 14 | 14 | Change: | light heat to LIHEAP Low Income Home Energy Assistance Program |
| | | Reason: | Correct Name of Program |
| 24 | 18/19 | Change: | Our Seal to RCL |
| | | Reason: | Correct terminology |

| Page | Line | | |
|---|---|---|---|
| 35 | 18 | Change: | Glen Freitas to Glenn Freitas |
| | | Reason: | Correct Spelling of Name |
| 75 | 16 | Change: | 60/40 to 60% County/40% State |
| | | Reason: | Clarify % breakdowns |
| 90 | 4 | Change: | Glen Freitas to Glenn Freitas |
| | | Reason: | Correct Spelling of Name |
| 90 | 5 | Change: | Eden to Eaton |
| | | Reason: | Correct Spelling of Name |
| 90 | 18 | Change: | Aguillar to Aguiar |
| | | Reason: | Correct Spelling of Name |
| 90 | 22 | Change: | Glen Freitas to Glenn Freitas |
| | | Reason: | Correct Name Spelling |
| 90 | 24 | Change: | Barbara Eden to Barbara Eaton |
| | | Reason: | Correct Name Spelling |
| | | Change: | |

_____ Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made. I certify that the transcript is true and correct.

_____   _____
Signature                      Date

| Page | Line | Change / Reason |
|---|---|---|
| Generic Throughout Doc | | Change: FRCB to FCRB (Foster Care Rates Bureau) |
| | | Reason: Correct Acronym |
| Generic Throughout Doc | | Change: 4-E to IV-E |
| | | Reason: Correct Citation |
| Generic Throughout Doc | | Change: CDS's to CDSS |
| | | Reason: Correct Acronym |
| | | Change: |
| | | Reason: |
| | | Change: |
| | | Reason: |
| | | Change: |
| | | Reason: |
| | | Change: |
| | | Reason: |
| | | Change: |

✓ Subject to the above changes, I certify that the transcript is true and correct.

___ No changes have been made. I certify that the transcript is true and correct.

Signature: [signed]          Date: 3/27/08

```
 1          I, SHEILAH DUPUY, hereby declare under penalty of
 2     perjury that the foregoing is my deposition under oath;
 3     that these are the questions asked of me and my answers
 4     thereto; that I have read my deposition and have made the
 5     necessary corrections, additions, or changes to my answers
 6     that I deem necessary.
 7          In witness thereof, I hereby subscribe my name
 8     this 27 day of March, 2008.
 9
10
11
12                                    _____
13                                    SHEILAH DUPUY
```

110