CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07



# CHILD CARE AND DEVELOPMENT FUND PLAN

## FOR

### *FFY 2006-2007*

This Plan describes the CCDF program to be conducted by the State for the period 10/1/05 – 9/30/07. As provided for in the applicable statutes and regulations, the Lead Agency has the flexibility to modify this program at any time, including changing the options selected or described herein.

The official text of the applicable laws and regulations govern, and the Lead Agency acknowledges its responsibility to adhere to them regardless of the fact that, for purposes of simplicity and clarity, the specific provisions printed herein are sometimes paraphrases of, or excerpts and incomplete quotations from, the full text.

Public reporting burden for this collection of information is estimated to average 162.57 hours per response, including the time for reviewing instructions, gathering and maintaining the data needed, and reviewing the collection of information.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

*(Form ACF 118  Approved OMB Number: 0970-0114 expires 05-31-2006)*

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000455

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

# TABLE OF CONTENTS

AMENDMENTS LOG

PART 1     ADMINISTRATION
           1.1     Lead Agency Information
           1.2     State Child Care (CCDF) Contact Information
           1.3     Estimated Funding
           1.4     Estimated Administration Cost
           1.5     Administration of the Program
           1.6     Determining Eligibility
           1.7     Non-Governmental Entities
           1.8     Use of Private Donated Funds
           1.9     Use of State Pre-Kindergarten (Pre-K) Expenditures for CCDF-Eligible
                   Children
           1.10    Improper Payments

PART 2     DEVELOPING THE CHILD CARE PROGRAM
           2.1     Consultation and Results of Coordination
           2.2     Public Hearing Process
           2.3     Public-Private Partnerships

PART 3     CHILD CARE SERVICES OFFERED
           3.1     Description of Child Care Services
           3.2     Payment Rates for the Provision of Child Care
           3.3     Eligibility Criteria for Child Care
           3.4     Priorities for Serving Children and Families
           3.5     Sliding Fee Scale for Child Care Services

PART 4     PROCESSES WITH PARENTS
           4.1     Application Process
           4.2     Records of Parental Complaints
           4.3     Unlimited Access to Children in Child Care Settings
           4.4     Criteria or Definitions Applied by TANF Agency to Determine Inability to
                   Obtain Child Care

PART 5     ACTIVITIES & SERVICES TO IMPROVE THE QUALITY AND
           AVAILABILITY OF CHILD CARE
           5.1     Quality Earmarks and Set-Asides
           5.2     *Good Start, Grow Smart* Planning and Development

Effective Date: October 1, 2005
Amended Effective: October 1, 2006

FP000456

PART 6    HEALTH AND SAFETY REQUIREMENTS FOR PROVIDERS
          (50 States & District of Columbia only)
          6.1    Health and Safety Requirements for Center-based Providers
          6.2    Health and Safety Requirements for Group Home Providers
          6.3    Health and Safety Requirements for Family Providers
          6.4    Health and Safety Requirements for In-Home Providers
          6.5    Exemptions to Health and Safety Requirements
          6.6    Enforcement of Health and Safety Requirements
          6.7    Exemptions from Immunization Requirements

PART 7    HEALTH AND SAFETY REQUIREMENTS IN THE TERRITORIES
          7.1    Health and Safety Requirements for Center-based Providers in the
                 Territories
          7.2    Health and Safety Requirements for Group Home Providers in the
                 Territories
          7.3    Health and Safety Requirements for Family Providers in the Territories
          7.4    Health and Safety Requirements for In-Home Providers in the Territories
          7.5    Exemptions to Territorial Health and Safety Requirements
          7.6    Enforcement of Territorial Health and Safety Requirements
          7.7    Exemptions from Territorial Immunization Requirements

APPENDIX 1 -- PROGRAM ASSURANCES AND CERTIFICATIONS

APPENDIX 2 -- ELIGIBILITY AND PRIORITY TERMINOLOGY

APPENDIX 3 -- ADDITIONAL CERTIFICATIONS (on file - not included here)

REQUIRED ATTACHMENTS

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000457

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

### AMENDMENTS LOG
Child Care and Development Services Plan for
For the period: 10/1/05 -- 9/30/07

| SECTION AMENDED | EFFECTIVE/ PROPOSED EFFECTIVE DATE | DATE SUBMITTED TO ACF | DATE APPROVED BY ACF |
|---|---|---|---|
| 5.1.4.6(c), 5.1.4.8(c), 5.1.4.9(b), and 5.1.5 | October 1, 2005 | December 2005 | December 16, 2005 |
| 6.1.3 | October 1, 2005 | December 2005 | December 16, 2005 |
| 3.2 | October 1, 2006 | October 2006 | November 6, 2006 |
| 3.3 | July 1, 2006 | October 2006 | November 6, 2006 |
| 3.5 | January 1, 2007 | October 2006 | November 6, 2006 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Instructions:**
1)    Lead Agency completes the first 3 columns and sends a photocopy of this Log (showing the latest amendment sent to ACF) <u>and</u> the amended section(s) to the ACF Regional contact. A copy of the Log, showing the latest amendment pending in ACF, is retained in the Lead Agency's Plan.
2)    ACF completes column 4 and returns a photocopy of the Log to the grantee.
3)    The Lead Agency replaces this page in the Plan with the copy of the Log received from ACF showing the approval date.

Note:  This process depends on repeated subsequent use of the <u>same</u> Log page over the life of the Plan. At any time the Log should reflect all amendments, both approved and pending in ACF. The Lead Agency is advised to retain those "old" plan pages that are superseded by amendments in a separate appendix to its Plan.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000458

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

# PART 1
# ADMINISTRATION

The agency shown below has been designated by the Chief Executive Officer of the State (or Territory), to represent the State (or Territory) as the Lead Agency. The Lead Agency agrees to administer the program in accordance with applicable Federal laws and regulations and the provisions of this Plan, including the assurances and certifications appended hereto. (658D, 658E)

## 1.1    Lead Agency Information (as designated by State chief executive officer)

Name of Lead Agency:        California Department of Education (CDE)
Address of Lead Agency:     1430 N Street, Sacramento, California 95814
Name and Title of the Lead Agency's Chief Executive Officer: Jack O'Connell,
                            State Superintendent of Public Instruction
Phone Number:               (916) 319-0800
Fax Number:                 (916) 319-0100
E-Mail Address:             jo@cde.ca.gov
Web Address for Lead Agency (if any): http://www.cde.ca.gov

## 1.2    State Child Care (CCDF) Contact Information (day-to-day contact)

Name of the State Child Care Contact (CCDF): Michael Jett
Title of State Child Care Contact:     Child Development Division Director
Address:                    1430 N Street, Suite 3410, Sacramento, California 95814
Phone Number:               (916) 322-6233
Fax Number:                 (916) 323-6853 fax
E-Mail Address:             mjett@cde.ca.gov
Phone Number for child care subsidy program information (for the public) (if any):
                            (916) 322-6233
Web Address for child care subsidy program information (for the public) (if any):
                            http://www.cde.ca.gov/sp/cd/

## 1.3    Estimated Funding

The Lead Agency estimates that the following amounts will be available for child care services and related activities during the 1-year period: October 1, 2005 through September 30, 2006. (§98.13(a))

| | |
|---|---:|
| CCDF: | $  509,416,600 |
| Federal TANF Transfer to CCDF: | $  384,250,000 |
| Direct Federal TANF Spending on Child Care: | $  351,300,000 |
| State CCDF Maintenance of Effort Funds: | $    85,593,200 |
| State Matching Funds: | $  194,509,900 |
| Total Funds Available: | $ 1,525,069,700 |

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000459

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

## 1.4    Estimated Administration Cost

The Lead Agency estimates that the following amount (and percentage) of Federal CCDF and State Matching Funds will be used to administer the program (not to exceed 5 percent): $  13,676,000    (1.1%). (658E(c)(3), §§98.13(a), 98.52)

## Administration of the Program

Does the Lead Agency directly administer and implement all services, programs and activities funded under the CCDF Act, including those described in Part 5.1 – Activities & Services to Improve the Quality and Availability of Child Care, Quality Earmarks and Set-Aside?

☐    Yes. Skip questions 1.6 and 1.7. Go to Section 1.8.

☒    No, and the following describes how the Lead Agency maintains overall control when services or activities are provided through other agencies: (658D(b)(1)(A), §98.11)

The California Department of Education (CDE) maintains overall administrative control and the following oversight responsibilities:

Negotiation, issuance, and execution of contracts, grants, or interagency agreements

Provision of technical assistance to contractors, grantees, and public agencies

Monitoring of fiscal and service data reports required to be submitted by contractors, grantees, or public agencies

Reviews of fiscal and compliance audits required to be submitted by contractors, grantees, or other public agencies for final close-out of contracts and grants. State agencies are audited by the Bureau of State Audits.

Contractor reviews

1.  Review of each child care and development service contractor at the local level by the CDE or other authorized representatives using the following procedures:

    Agency annual self-review
    Coordinated Compliance Reviews (CCRs)/Contract Monitoring Reviews (CMRs) of each school or contracted program every three years
    Enforcement of requirements interagency agreements

2.  Review of contractors or grantees providing quality improvement activities encompass the following tasks:

    Review of monthly invoices and progress reports
    For those producing materials, review and approval of materials during development and prior to final production

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000460

For those conducting training, review of training plan, observation of training
activities, and review of client evaluations of training activities
Contract for periodic independent evaluations of the efficiency and effectiveness
of all major quality improvement activities

3.  Reviews of Alternative Payment Program contractors by the Program Integrity
and Monitoring Unit on an annual basis

## Determining Eligibility

For child care services funded under §98.50 (e.g., certificates, vouchers, grants/contracts
for slots based on individual eligibility), does the Lead Agency itself: (§98.11)

Determine individual eligibility of non-TANF families?
- ☐ Yes.
- ☒ No. If no, identify the name and type of agency that determines eligibility
of non-TANF families for child care: Eligibility for services of non-TANF
families is determined by the local child care and development agency
that is under contract with the CDE.

Determine individual eligibility of TANF families?
- ☐ Yes.
- ☒ No. If no, identify the name and type of agency that determines eligibility
of TANF families for child care: Eligibility for services of TANF families is
determined by the local child care and development agency that is under
contract with the CDE.

Assist parents in locating child care?
- ☐ Yes.
- ☒ No. If no, identify the name and type of agency that assists parents: Child
care resource and referral (R&R) agencies located in every county of
California.

Make payments to providers and/or parents?
- ☒ Yes. To contracted direct services providers.
- ☒ No. If no, identify the name and type of agency that makes payments: For
certificate programs, agencies that make payments to providers include
Alternative Payment Programs (APPs), including county welfare
departments (CWDs) under contract with the CDE.

## Non-Governmental Entities

Is any entity named in response to section 1.6 a non-governmental entity?  (658D(b),
§§98.10(a), 98.11(a))

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000461

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

☒ Yes, and the following entities named in 1.6 are non-governmental: Private nonprofit and private for-profit contractors, including direct service providers, APP agencies, and R&R agencies.

☐ No.

## 1.8    Use of Private Donated Funds

Will the Lead Agency use private donated funds to meet a part of the matching requirement of the CCDF pursuant to §98.53(e)(2) and (f)?

☐ Yes, The name and type of entity designated to receive private donated funds is:
Name:
Address:
Contact:
Type:

☒ No.

## 1.9    Use of State Pre-Kindergarten (Pre-K) Expenditures for CCDF-Eligible Children

1.9.1  During this plan period, will State expenditures for Pre-K programs be used to meet any of the CCDF maintenance of effort (MOE) requirement?

☐ Yes, and:
(    ) The State assures that its level of effort in full day/full year child care services has not been reduced, pursuant to §98.53(h)(1).

(  %) Estimated % of the MOE requirement that will be met with pre-K expenditures.

If the State uses Pre-K expenditures to meet more than 10% of the MOE requirement, the following describes how the State will coordinate its Pre-K and child care services to expand the availability of child care (§98.53(h)(4)):

☒ No.

1.9.2  During this plan period, will State expenditures for Pre-K programs be used to meet any of the CCDF Matching Fund requirement? (§98.53(h))

☐ Yes, and
(  %) Estimated % of the Matching Fund requirement that will be met with pre-K expenditures.

If the State uses Pre-K expenditures to meet more than 10% of the Matching Fund requirement, the following describes how the State will coordinate its Pre-K and child care services to expand the availability of child care (§98.53(h)(4)):

☒ No.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000462

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

1.9.3   If the State answered yes to 1.9.1 or 1.9.2, the following describes State efforts to
ensure that pre-K programs meet the needs of working parents: (§98.53(h)(2))

## 1.10   Improper Payments

1.10.1  How does the Lead Agency define improper payments?

Although the CDE does not have a statutory definition of improper payments,
there are program rules with which failure to comply could result in an error. For
the Error Rate Study (see §1.10.3 below), improper payments were under- or
overpayments caused by an error in the determination of eligibility, need, or
provider reimbursement.

1.10.2  Has your State developed strategies to prevent, measure, identify, reduce and/or
collect improper payments? (§98.60(i), §98.65, §98.67)

☒ Yes, and these strategies are: The CDE conducts program monitoring and
reviews as indicated in §1.5 above that are intended to prevent and
reduce improper payments. Currently, there are limited strategies for
collection (e.g., small claims court and judgments from prosecution).

☐ No. If no, are there plans underway to determine and implement such
strategies?

☐ Yes.
☐ No.

1.10.3  Has your State developed strategies to identify errors in the determination of
client eligibility?

☒ Yes, and these strategies are:  Best practices were compiled from a survey
of stakeholders, examining current program integrity practices. The
report, posted in March 2005, can be found at
http://www.cde.ca.gov/sp/cd/ci/bestpractices.asp.

The CDE conducted an Error Rate Study in the winter of 2004-05. The
Error Rate Study focused on errors in determining eligibility and the need
for care in determining family fee (co-payment) and provider payment.
Recommendations for reducing the error rates in those areas were
presented to the Legislature. Some of the strategies for reducing the error
rates include regulatory improvements and provider visits, contingent
upon the appropriation of funds, similar to those required by the Child and
Adult Care Food Program. The CDE has also established a Program
Monitoring and Integrity Unit to conduct annual reviews of alternative
payment programs.

☐ No. If no, are there plans underway to determine and implement such
strategies?

☐ Yes.
☐ No.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000463

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

# PART 2
## DEVELOPING THE CHILD CARE PROGRAM

## 2.1    Consultation and Coordination

2.1.1    Lead Agencies are required to *consult* with appropriate agencies and *coordinate* with other Federal, State, local, tribal (if applicable) and private agencies providing child care and early childhood development services (§98.12, §98.14(a),(b), §98.16(d)). Indicate the entities with which the Lead Agency has consulted or coordinated (as defined below), by checking the appropriate box(es) in the following table.

*Consultation* involves the participation of an appropriate agency in the development of the State Plan. At a minimum, Lead Agencies must consult with representatives of general purpose local governments (noted by the asterisk in the chart below).

*Coordination* involves the coordination of child care and early childhood development services, including efforts to coordinate across multiple entities, both public and private (for instance, in connection with a State Early Childhood Comprehensive System (SECCS) grant or infant-toddler initiative). At a minimum, Lead Agencies must coordinate with (1) other Federal, State, local, Tribal (if applicable), and/or private agencies responsible for providing child care and early childhood development services, (2) public health (including the agency responsible for immunizations and programs that promote children's emotional and mental health), (3) employment services / workforce development, (4) public education, and (5) Temporary Assistance for Needy Families (TANF), and (5) any Indian Tribes in the State receiving CCDF funds (noted by the asterisks in the chart below).

|  | Consultation | Coordination |
|---|---|---|
| • Representatives of local government | ☒ * | ☐ |
| • Indian Tribes/Tribal Organizations, when such entities exist within the boundaries of the State | ☐ | ☒ |
| • Other Federal, State, local, Tribal (if applicable), and private agencies providing child care and early childhood development services. | ☐ | ☒ * |
| State/Tribal agency (agencies) responsible for | | |
| Public health | ☐ | ☒ * |
| Employment services / workforce development | ☐ | ☒ * |
| Public education | ☐ | ☒ * |
| TANF | ☐ | ☒ * |
| State pre-kindergarten programs | ☐ | ☒ |
| Head Start programs | ☐ | ☒ |
| Programs that promote inclusion for children with special needs | ☐ | ☒ |
| • Other: California First 5 Commission | ☐ | ☒ |

*Required.*

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000464

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

For each box checked above, (a) identify the agency providing the service and (b) describe the consultation and coordination efforts, if any. Descriptions must be provided for any consultation or coordination required by statute or regulation.

Representatives of Local Government:

The CDE consults with local governments by means of its Child Care and Development Local Planning Councils (LPCs). The CDE supports the overall coordination of child care services at the local level through established LPCs in each of the 58 counties, under the auspices of county boards of supervisors and county superintendents of schools. Membership, as determined by local government, consists of 20 percent of each of the following categories: child care providers, community representatives, consumers, public agency representatives, and persons at the discretion of the appointing agency. The LPCs are mandated to conduct county child care needs assessments and to prepare plans to address identified needs. These assessments must include information on the supply and demand for child care, including the need for both subsidized and nonsubsidized care. The CDE provides guidance and technical assistance to the LPCs as they develop their needs assessments. The CDE utilizes all of the collected data from the needs assessments to obtain a statewide picture of child care need.

The LPCs are increasingly becoming an integrated component of county government. Over three-quarters are housed within a county government agency, and LPC coordinators often commented on the importance of collaboration with county officials and community stakeholders. LPCs are coordinating activities with as many as 41 different agencies and have formed close working partnerships with all of the First 5/Children and Families county commissions and many other agencies.

Indian Tribes/Tribal Organizations:

The CDE has established an ongoing communication mechanism with tribes in California, both CCDF-funded and otherwise, to facilitate and consult on the delivery of services to all children and families in the State. Tribal representatives fully participate in the Head Start-State Collaboration Advisory Committee to identify child care issues and overcome barriers. The CDE coordinates child care and development services with tribal organizations by providing information and access to the State's child care and development services and training programs, complimentary dissemination of training materials, and use of the TrustLine clearance of license-exempt tribal child care providers.

Other Federal, State, local, Tribal, and private agencies providing child care and early childhood development services:

The CDE consults with several child care associations to facilitate the delivery of child care and development services and the development of regulations. The organizations include the Child Development Administrators Association, the

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000465

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

California Child Care Resource and Referral Network, the California Alternative Payment Programs Association, and the California Welfare Directors Association.

Public Health:

The CDE understands the importance of linking children and families with continuous and accessible health care services. For this reason, the CDE works closely with the California Department of Health Services (CDHS) to create and maintain the linkage between child care and health care. In California, the state provides services for pregnant women and children through various programs: Medi-Cal (California's Medicaid program) BabyCal, Access for Infants and Mothers, and the Healthy Families Program. Together, those three programs cover children up to 250 percent of the federal poverty level and pregnant women and their infants up to 300 percent of the federal poverty level.

The link between health care and child care is made even stronger by the requirement that children be immunized at the appropriate age before being enrolled in child care settings. Because of the growing concern about the proper immunization of children, the CDHS, the CDE, and the California Department of Social Services (CDSS) have worked to achieve higher immunization rates among children.

The CDE, through a contract with the University of California, San Francisco, maintains a partnership between the child care community and the health care community and provides funding for the California Child Care Healthline, a toll-free telephone line providing consultation on children's health and safety issues to parents and child care providers. Pediatric health professionals answer this telephone line.

The CDE also recognizes the importance of children's emotional and mental health. California's Infant, Preschool, and Family Mental Health Initiative (CIPFMHI) is funded by the First 5/Children and Families Commission, administered through the California Department of Mental Health, coordinated by the WestEd Center for Prevention and Early Intervention, and implemented in cooperation with eight county departments of mental health and interagency partners. This initiative hopes to expand and enhance relationship-based approaches to service and the delivery of mental health treatment services to children prenatal to age five and their families. The CDE coordinates with the initiative through its Beginning Together Project, which is administered by Sonoma State University. Outreach sessions are conducted in 10 to 20 areas of California each year to bring together early childhood education staff, family child care providers, early interventionists, and other professionals working with infants and toddlers. The purpose of the sessions is to discuss how to better coordinate services for children from birth to three years of age who have disabilities or other exceptional needs. Representatives from the counties with CIPFMHI pilot projects will be included in these meetings when they are held in their areas so that mental health services are considered in the discussions. In other areas of the state, efforts will be made to include representatives from mental health agencies and organizations providing services for children.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000466

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

Employment Services/Workforce Development:

The CDE has worked with the state Employment Development Department and the U.S. Department of Labor to build bridges between the First 5/Children and Families county commissions, the LPC, and the local Workforce Investment boards. Current discussion includes the apprenticeship standards and the importance of building a career ladder for people working in the early care and education field.

Public Education:

The CDE works with county offices of education, school districts, and private schools to coordinate the delivery of child care and development services throughout the state. The CDE works closely with local educational agencies (LEAs) to both gain ideas and disseminate information because school systems represent a large portion of the child care delivery system. The Desired Results child and family outcomes and the *Prekindergarten Learning and Development Guidelines* have been articulated with the content standards for kindergarten through twelfth grade (K–12). The CDE is a collaborative partner in the California Preschool Instructional Network (CPIN) with the California County Superintendents Educational Services Association Curriculum and Instruction Steering Committee. The CPIN provides consistent and high-quality professional development for teachers and administrators and focuses on school readiness and transition from prekindergarten to kindergarten and first grade. The CPIN supports the State Superintendent of Public Instruction's Preschool for All: A First-Class Learning Initiative.

Besides the general child care and development programs that can provide for the needs of school-age children, the CDE also offers contracts for child care specifically for school-age children that is provided at or near school sites wherever possible. Other complementary programs include the After-School Education and Safety Program (ASESP) and the 21st Century Community Learning Centers (21st CCLC) program authorized under the No Child Left Behind Act. Both programs, while not necessarily meeting the full child care needs of families, do provide high-quality before- and after-school educational and enrichment programs.

The ASESP encompasses the previously legislated Before- and After-School Learning and Safe Neighborhoods Partnerships Program to provide literacy and academic enrichment and to support safe, constructive alternatives for students in kindergarten through ninth grade and requires that:
Local law enforcement agencies are included as part of the local collaborative.
Computer training, fine arts, and physical fitness are added as possible enrichment components.
Programs may be in locations other than school sites.
However, funds for full implementation of ASESP will be available only in any year beyond 2004 that the State Budget is at least $1.5 billion over the prior year's budget. The ASESP conforms to the new programmatic requirements.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006
FP000467

The planning and development of each local program involves collaboration among parents, youths, and representatives from schools and governmental agencies, such as city and county parks and recreation departments, community-based organizations, and the private sector. These programs provide an opportunity to merge school reform strategies with activities offered by other parts of the community to improve assistance to students and their families and to broaden the base of support for education. Grantees include LEAs, cities, counties, charter schools, or nonprofit organizations in partnership with an LEA and with the approval of an LEA.

Similarly, the 21st CCLC program provides funds to establish or expand after-school programs that provide students, particularly students who attend schools in need of improvement, with academic enrichment opportunities and supportive additional services necessary to help the students meet state and local standards in the core content areas. The 21st CCLC program focuses on:
Improved academic achievement
Enrichment services that reinforce and complement the academic program
Family literacy and related educational development services

Entities eligible to apply for funding include LEAs, cities, counties, community-based organizations, other public or private entities (which may include faith-based organizations), or a consortium of two or more such agencies, organizations, or entities.

TANF:

Since the passage of the Personal Responsibility and Work Opportunity Reconciliation Act in 1996 and the California Work Opportunity and Responsibility to Kids (CalWORKs) statute (AB 1542, Chapter 270 of the Statutes of 1997), the CDE has enhanced its ongoing consultative relationships with various state and local agencies affected by the State Plan. The CDE maintains an ongoing, collaborative relationship with the CDSS, which is the state TANF agency, to establish consistent state policies for a seamless system of welfare-related child care services in California. The CDSS, through the county welfare departments (CWDs) in all 58 counties in the state, coordinates with the Employment Development Department, which is the agency responsible for providing employment-related services in California.

At a policy level, a CalWORKs Principals Group was established and continues to meet regularly to address funding, programmatic, and quality issues. The recent focus has been on improper payments and the Error Rate Study. Participants includes management staff from the:
CDE, Child Development Division
CDSS, Welfare to Work Division, Child Care Programs Bureau
CDSS, Community Care Licensing Division
Chancellor's Office of the California Community Colleges

At the program level, the CalWORKs Child Care Advisory Group consists of representatives from the CDE, the CDSS, six representatives from the California Alternative Payment Program Association, six representatives from the California

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000468

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

Welfare Directors Association, and a representative of the Community Colleges from the Chancellor's Office. This advisory group meets regularly to provide a statewide perspective on the local administration of CalWORKs child care. It also plays a critical role in providing ideas on program and policy issues and in identifying CalWORKs child care problems for possible resolution.

State Pre-kindergarten Programs:

The CDE has been providing a state prekindergarten program for more than 60 years through its contracts with school districts, colleges, and private nonprofit agencies, including community action agencies, and churches and other faith-based organizations. State Preschools are a part-day comprehensive developmental program for three- to five-year-old children from low-income families. The program emphasizes parent education and encourages parental involvement. In addition to basic preschool education activities, other components include health, nutrition, social services, and staff development.

Center-based programs under a contract with the CDE must meet the same program standards as the State Preschool programs. Services in these programs are monitored by the same CDE field consultants.

Head Start Programs:

The CDE collaborates with the California Head Start Association through the activities of the California Head Start–State Collaboration Office (CHSSCO), housed within the CDE. Members of the Head Start Collaboration Office Advisory Committee, which is convened by the CDE, include representatives of the:
CDSS, Welfare to Work and Community Care Licensing Divisions
California Department of Health Services
California Department of Developmental Services
CDE, Child Nutrition Programs and Special Education Division
Head Start Quality Improvement Center and Quality Improvement Center for
    Disability Services contractors
Tribal and migrant Head Start programs
California Head Start Association

Programs that promote inclusion for children with special needs:

Coordination with the Map to Inclusive Child Care Project began in state fiscal year 1998-99 with a technical assistance grant designed to support a statewide initiative to expand opportunities for inclusion of children with disabilities and other exceptional needs in child care settings. Participants include representatives from Head Start, CDE's Special Education Division, key state agencies such as the California Departments of Developmental Services, Social Services, and Mental Health, and professional organizations providing support services for children with disabilities and their families. Efforts of the Map Project are also coordinated with the Community College Pilot Project fund by the First 5/Children and Families Commission and administered by WestEd. This project works with California community colleges to establish a certificate program for early interventionists. In addition, early childhood education classes at many

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000469

campuses use the opportunity to explore integrated ways to meet the needs of children with disabilities and other exceptional needs.

<u>Other: First 5 California Commission</u>:

The Children and Families Act of 1998, known as Proposition 10, added a 50 cent tax per pack of cigarettes and created the Children & Families First program to allocate the revenues to corresponding state and county commissions for early childhood development programs. The CDE has established an ongoing relationship with the California Children and Families Commission, now known as the First 5 California Commission. The CDE is formally represented at the commission meetings.

2.1.2    State Plan for Early Childhood Program Coordination. Good Start, Grow Smart encourages States to develop a plan for coordination across early childhood programs. Indicate which of the following best describes the current status of the State's efforts in this area.

☐ **Planning**. Indicate whether steps are under way to develop a plan. If so, describe the time frames for completion and/or implementation, the steps anticipated, and how the plan is expected to support early language, literacy, pre-reading and early math concepts.

☐ **Developing**. A plan is being drafted. The draft is included as Attachment ___

☐ **Developed**. A plan has been written but has not yet been implemented. The plan is included as Attachment ___

☐ **Implementing**. A plan has been written and is now in the process of being implemented. The plan is included as Attachment ___

☒ **Other (describe)**: California has been coordinating across early childhood programs for many years. In 1980, the Legislature passed the Child Care and Development Services Act as part of the Education Programs – Master Plan section of the *Education Code. Education Code* Section 8201 states:
"The purpose of this chapter is as follows:
To provide a comprehensive, coordinated, and cost-effective system of child care and development services for children to age 13 and their parents, including a full range of supervision, health, and support services through full- and part-time programs.
To encourage community-level coordination in support of child care and development services.
To provide an environment that is healthy and nurturing for all children in child care and development programs.
To provide the opportunity for positive parenting to take place through understanding of human growth and development.
To reduce strain between parent and child in order to prevent abuse, neglect, or exploitation.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000470

To enhance the cognitive development of children, with particular emphasis upon those children who require special assistance, including bilingual capabilities to attain their full potential.
To establish a framework for the expansion of child care and development services.
To empower and encourage parents and families of children who require child care services to take responsibility to review the safety of the child care program or facility and to evaluate the ability of the program or facility to meet the needs of the child."

Head Start was added to the Master Plan section in 2001.

Describe the progress made by the State planning for coordination across early childhood programs since the date of submission of the 2004-2005 State Plan.

The CDE has promoted extensive coordination across different program types, funding streams, and state agencies regarding professional development; content standards; child and family outcomes; assessment, evaluation, and accountability; and curriculum.

Indicate whether there is an entity that is responsible for ensuring that such coordination occurs. Indicate the four or more early childhood programs and/or funding streams that are coordinated and describe the nature of the coordination.

The CDE, as Lead Agency, plays a key role in coordinating across early childhood programs. Several programs are under its scope of responsibility: the Child Care and Development Fund, State Preschool, the Head Start-State Collaboration Office, and public school programs such as Even Start, Title I preschool, and Early Reading initiatives. Direct child development contractors funded by CCDF and funded by state General Fund have the same teacher qualifications, adult-to-child ratios, quality standards, and the Child Development Division (CDD) Desired Results system, including its related materials and assessment and evaluation tools, as do State Preschool programs. There are programs that use many of the same Desired Results components: special education day classes and children served in inclusive programs; Even Start; Head Start programs in California; and the state-funded Cal-SAFE program for teen parents and their children. The state Head Start-State Collaboration Office, staffed by the CDD, facilitated the development of Desired Results Developmental Profile (DRDP) Plus, an outcome-based tool that addresses both state and Head Start assessment requirements. The CDD and the Head Start-State Collaboration Office, in conjunction with several state partners, published *Collaborative Partnerships*, a tool for facilitating full-day, full-year child development services provided by Head Start and local partner agencies.

Another significant area of coordination is with the state TANF agency, the CDSS. The CDE maintains an ongoing, collaborative relationship with the CDSS to establish consistent state policies for a seamless system of welfare-related child care services in California. At a policy level, the CalWORKs Principals Group was established and continues to meet regularly to address funding,

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000471

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

programmatic, and quality care issues. At the program level, the CalWORKs Child Care Advisory Group consists of representatives from the CDE, the CDSS, six representatives from the California Alternative Payment Program Association, six representatives from the California Welfare Directors Association, and a representative of the Community Colleges from the Chancellor's Office.

The CDE also coordinates with agencies and programs addressing children's other developmental needs. California's Infant, Preschool, and Family Mental Health Initiative is funded by the First 5/Children and Families Commission, administered through the California Department of Mental Health, coordinated by WestEd Center for Prevention and Early Intervention and implemented in cooperation with eight county departments of mental health and interagency partners. This initiative was designed to expand and enhance relationship-based approaches to service and the delivery of mental health treatment services to children prenatal to age five and their families. The CDE coordinates with this initiative through its Beginning Together Project, which is administered by Sonoma State University.

The CDE/CDD has promoted coordination regarding the child outcomes, professional development, curriculum, assessment, and evaluation through a variety of direct service program types:
CDD-funded center-based programs and Family Child Care Home Education Networks, including state preschool programs, child development centers, and private programs
Even Start
Head Start co-located with State Preschool programs
Early childhood special education programs or child development programs serving children with individual family service plans (IFSPs) or individualized education programs (IEPs) (involving CDE funds)
Private preschool programs with no state funds
Montessori programs
Some tribal agencies with CDE funds
First 5 school readiness grants through the First 5 California Commission
Los Angeles Universal Preschool (LAUP), the universal preschool program funded by the Los Angeles County First 5 Commission

In addition to these direct service programs, other CDD-funded program types are involved in adopting some aspects of the CDE's professional development system, child outcomes, standards, assessment and evaluation, and curriculum. These program types include the Resource and Referral agencies that plan on training staff in Alternative Payment Programs, family child care providers, or staff in private programs on the CDE quality components mentioned above. The CDE's Local Planning Councils also convey information on the quality components to agencies and constituents other than the groups mentioned above. When the CDE Desired Results system began in 1996, these requirements were established for CDD-funded center-based programs and family child care home education networks that serve children, birth to thirteen years of age. Head Start programs in California have developed a DRDP Plus document that combines both state and Head Start requirements. Many other

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000472

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

child care programs have begun to adopt these quality components on a voluntary basis.

Describe the **results** or expected results of this coordination. Discuss how these results relate to the development and implementation of the State's early learning guidelines, plans for professional development, and outcomes for children.

The CDE is in the process of developing prekindergarten content standards in language and literacy and mathematics. These sets of standards will be complete by September 2005. In July 2005 the CDE will begin development of prekindergarten content standards in science and history–social science. The draft of these standards is expected to be completed by May 2006.

In the previous 2004-2005 State Plan, the CDE viewed its DRDP measures as early learning guidelines. Since that time it has been determined that the prekindergarten content standards will be considered as early learning guidelines, and the DRDP measures will become the assessment tool for those standards. The CDE is currently working with the University of California, Berkeley (UC Berkeley), and other nationally recognized researchers and California preschool practitioners to conduct a DRDP calibration study with 2,700 children throughout the state based on a revised DRDP. In revising the prekindergarten DRDP for three- to five-year-old children, UC Berkeley worked with many nationally recognized researchers. Next year the CDE and UC Berkeley will add items to assess English-language proficiency and Spanish-language proficiency.

In developing its prekindergarten content standards, the CDE and UC Berkeley initially developed draft standards after a thorough review of the literature. Then, the CDE and UC Berkeley brought together two expert panels composed of nationally recognized researchers and early childhood practitioners who reviewed the drafts and provided ideas. These two panels were composed of experts in language and literacy and mathematics. The prekindergarten content standards include separate standards for three- and four-year-olds, with a continuum between them. The standards are precursors to the existing kindergarten content standards. The content standards that are being finalized will be based on evidence from current research. Once completed, staff will determine changes needed in the prekindergarten DRDP so it is aligned. Another calibration study will then need to be completed. Upon completion of all of this work, the CDE will have a validated DRDP for prekindergarten.

The Desired Results system has already affected delivery systems outside the CCDF. Over 60 percent of Head Start grantees are also state child care and development program contractors. Through the Lead Agency's collaborative efforts, California Head Start has aligned the DRDP with Head Start Performance Standards, creating DRDP Plus. Collaboration is also expected to result in enhanced quality across other systems, most notably in TANF-related child care provided by county welfare departments. Collaboration with other systems will enable TANF clients to have greater opportunities for obtaining access to higher-quality care. In addition, non-CCDF programs operated through the public education system, including Title I preschool and Even Start, have agreed to

Effective Date: October 1, 2005
Amended Effective: October 1, 2006

FP000473

adopt the DRDP in their programs. As the system becomes better known and collaborative efforts continue, even wider use is anticipated. The CDE's Desired Results system is being used by a wide array of programs beyond its child development programs. Other agencies and programs are using the DRDP and the Environment Rating Scales, including the state First 5/Children and Families Commission, school readiness grants, and county universal preschool pilot programs. Likewise, private preschool programs, including Montessori programs, and family child care providers are also voluntarily implementing the Desired Results requirements. Apparently, the CDE's Desired Results system will be utilized for most California preschool programs.

Because development of the DRDP specifically included collaborative efforts with service providers for, and experts in, children with exceptional needs, the DRDP is expected to be widely used with that special population. The CDE, in collaboration with UC Berkeley, is in the process of developing English-language learner (ELL) measures to accompany the language development items in the DRDP. The DRDP will measure all children's development in English. It will also measure the acquisition of English by ELL children. It will also measure Spanish speakers' acquisition of Spanish (or other language). All the new measures will be important because of the large ELL population in California.

Professional development has been a vehicle for both developing and implementing California's early learning guidelines. As described in this Plan, the multiyear effort to develop the DRDP has included participation from public and private entities within the early care and education community to organizations and institutions of higher education. In the future, extensive professional development efforts will be informed by the early learning guidelines, and these efforts will continue to be available to the broad community.

Because the CDE is in the process of developing prekindergarten content standards that will become the new early learning guidelines, professional development on them will be necessary. This professional development begins in June 2005 when the draft standards are reviewed in the field. Feedback about the draft standards will be gathered through focus groups, meetings, and a standard survey included on the CDE's Web site. Early childhood professional organizations will also be asked to share comments about the draft standards at a meeting. Then, in October and November 2005, information sessions on the content standards will be conducted throughout the state.

Describe how the State's plan supports or will support continued coordination among the programs. Are changes anticipated in the plan?

The State Plan clearly identifies multiple ways in which continued coordination will occur. Many of the collaborative partners are, in fact, entities within CDE or are obligated by statute to collaborate with the CDE. The Lead Agency has demonstrated its strong philosophical commitment to the benefits of collaboration.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000474

## 2.2    Public Hearing Process

Describe the Statewide public hearing process held to provide the public an opportunity to comment on the provision of child care services under this Plan. (658D(b)(1)(C), §98.14(c))  At a minimum, the description must provide:

Date(s) of statewide notice of public hearing: April 20, 2005

Manner of notifying the public about the statewide hearing:  The CDE employed two methods to notify the public of the required public hearing and provide a wide distribution of information regarding the draft 2006–07 CCDF State Plan and the process. The public hearing notice and a brief summary of the State Plan were made available online at *http://www.cde.ca.gov/sp/cd/re/stateplan.asp.*

A separate announcement of the locations, dates, and times of the public hearings, together with the summary of the State Plan and notification of the Web address for the complete draft Plan was sent to the following interested parties:

Resource and Referral agencies
Child Care and Development Local Planning Councils
Child Development Division direct service contractors
CalWORKs child care coordinators at county welfare departments
County offices of education
School districts
Tribal organizations
Community college early childhood education departments
State and county First 5/Children and Families Commissions
Early Start programs
Head Start grantees within California
Parent-Teacher Association district offices
Child development professional organizations
Educational organizations
A list of other interested parties

Date(s) of public hearing(s):  May 20, 23, 24, and 26, 2005

| | |
|---|---|
| Hearing site(s): May 20, 2005: | Every Child Counts, Suite 120<br>1100 San Leandro Blvd., San Leandro, CA  94577 |
| May 23, 2005: | Los Angeles County Office of Education, Rm. T109<br>10100 Pioneer Blvd., Santa Fe Springs, CA  90670 |
| May 24, 2005: | California Department of Education, Room 1101<br>1430 N Street, Sacramento, CA  95814 |
| May 26, 2005: | Supportive Services, Suite 102<br>2455 W. Shaw Avenue, Fresno, CA  93711 |

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000475

How the content of the plan was made available to the public in advance of the public hearing(s): The draft of the complete proposed 2006-07 CCDF State Plan was posted on the CDE Web site at *http://www.cde.ca.gov/sp/cd/re/stateplan.asp*. The public hearing notice and a brief summary of the State Plan were also made available on the Web site. Announcement of the dates and locations of the public hearings also included an invitation to submit comments by mail, fax, or e-mail for those persons who were unable to attend one of the public hearings.

A brief summary of the public comments from this process is included as Attachment A.

## 2.3    Public-Private Partnerships

Describe (1) the activities, including planned activities, to encourage public-private partnerships that promote private-sector involvement in meeting child care needs, and (2) the results or expected results of these activities. (658D(b)(1), §98.16(d))

The state has a wide range of public-private partnerships.

### 2.3.1    Child Care Initiative Project

The Child Care Initiative Project was created in 1985 to address the shortage of licensed, quality family child care in California. The project is conducted by the nonprofit California Child Care Resource and Referral Network through state and federally funded R&R agencies throughout the state. State general funds are matched on a 2:1 basis with private corporate or foundation funds. The funds from the project are used to build the supply of family child care in the following stages:

> Assess local supply and demand for child care services to pinpoint specific geographic areas in need of additional services.
> Recruit interested individuals who have the potential to become licensed family child care home providers.
> Train these individuals to provide quality care and to manage a small business effectively.
> Provide technical assistance to help individuals get licensed and begin operation.
> Provide ongoing support so the providers can stay in operation.

*Expected results*: The number of licensed family child care homes will be increased, creating at least 2,000 new child care slots.

### 2.3.2    Program for Infant/Toddler Caregivers

There is a comprehensive, multimedia program for trainers of infant/toddler caregivers. The Program for Infant/Toddler Caregivers (PITC) has been developed and is being implemented through a long-term collaborative partnership between the CDE and WestEd to improve the quality and quantity of child care services for children from birth to three years of age. WestEd is a nonprofit research, development, and service agency dedicated to improving education and other opportunities for children, youths, and adults. It serves as the regional education laboratory for Arizona, California, Nevada, and Utah. Funds used to develop the PITC included state general fund carryover dollars,

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000476

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

WestEd funds, and grants from several private foundations, including the Carnegie Foundation, Ford Foundation, and Irving Harris Foundation. PITC training materials are jointly owned by the CDE and WestEd. Proceeds from the sale of the products are used by the PITC to update existing materials, create additional training resources, and support training activities. CCDF dollars are used in California to support annual training of new trainers and to conduct graduate seminars for endorsed PITC trainers every two years. PITC training participants and graduates receive online support through an Internet distribution list. A PITC Web site features current articles, PowerPoint presentations, copies of all the materials used in the institutes, a list of certified trainers, and other pertinent resources. Recently, several of the First 5/Children and Families county commissions established a contract with WestEd to provide additional training and technical assistance in their counties to improve the quality of services for infants and toddlers in child care settings. Approximately 15 other states and the migrant Early Head Start programs have also benefited from the PITC training over the past several years.

_Expected results_: Development and maintenance of a comprehensive statewide system for improving the quality of services for children from birth to three years of age in child care settings.

### 2.3.3   Child Care Apprenticeship Standards

The CDE has been actively engaged with the staff from the First 5/Children and Families Commission, Employment Development Department, and the Department of Industrial Relations to develop child care apprenticeship standards for California that are based on the Child Development Permit Matrix, a career ladder approach. The program is designed to increase the number of trained professionals working in the field.

_Expected results_: The federal campaign to promote and expand apprenticeship in the child care field through the National Apprenticeship Program will bring new resources to the child care field. The apprentice will earn a certificate of completion of apprenticeship recognized throughout the United States and internationally.

### 2.3.4   PBS _Ready to Learn_

Public television stations in Eureka, Fresno, Los Angeles, Sacramento, San Diego, San Francisco, San Jose, and Redding provide training for family child care home providers and parents through the Public Broadcasting Preschool Education Project, California's _Ready to Learn_ partnership. A network of trainers provides information on how to use television appropriately in the education of young children. Funding partners include the national PBS _Ready to Learn_ and various First 5/Children and Families county commissions.

_Expected results_: Approximately 2,500 family child care home providers and parents will receive training, affecting more than 90,000 children.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000477

## PART 3
## CHILD CARE SERVICES OFFERED

### 3.1    Description of Child Care Services

Certificate Payment System

Describe the overall child care certificate process, including, at a minimum:

(1) a description of the form of the certificate (98.16(k));

(2) a description of how the certificate program permits parents to choose from a variety of child care settings by explaining how a parent moves from receipt of the certificate to choice of the provider; (658E(c)(2)(A)(iii), 658P(2), 98.2, 98.30(c)(4) & (e)(1) & (2)) and

(3) if the Lead Agency is also providing child care services through grants and contracts, estimate the <u>mix of §98.50 services available through certificates versus grants/contracts,</u> and explain how it ensures that parents offered child care services are given the option of receiving a child care certificate. (98.30(a) & (b))  This may be expressed in terms of dollars, number of slots, or percentages of services.

Local certificate programs, administered by APPs, including CWDs, are allowed to determine the exact form(s) of the certificate as long as the certificates are provided directly to the parent, allow broad parental choice including sectarian and in-home providers, carry the value of the care selected by the parent (up to the applicable payment ceilings), and can be used as flexibly as cash between the parent and the provider; and the program is intended to ensure prompt issuance of the certificate and timely and accurate reimbursement to either the parent or the provider of child care services while discouraging fraud and abuse. These certificates usually identify parent, child, the certified hours, the corresponding provider rate or state maximum payment amount (whichever is lower), and the effective date.

When parents are enrolled by a certificate program, they are asked if they have selected a child care provider. Potential child care providers include centers; family child care homes; large family child care homes; and license-exempt care in the home of a relative, in the home of a friend or neighbor, or in the child's own home. If parents have not selected a child care provider, they are referred to the local R&R agency. (In many counties, the certificate program and the R&R program are operated by the same agency.)  The R&R agency provides counseling on how to select a child care provider that best meets the family's needs and a list of providers who meet those needs and whom the parent can visit. Once the parent has identified a provider, the certificate program works with the provider to determine the provider's fee for the services that the family is eligible to receive. The certificate program then compares the provider's fee with the appropriate market rate ceiling to determine if the parent will need to pay an amount to cover any cost above the applicable market rate ceiling. The provider is informed about the certificate program's policies and procedures for receiving invoices and processing payments. The provider is required to provide the

certificate program with evidence of licensure or, if the provider is license-exempt, he/she must submit a TrustLine Application with fingerprints and a Health and Safety Self-Certification that is signed by both the parent and the provider. Grandparents, aunts, and uncles are exempt from this requirement.

In state fiscal year (SFY) 2004-05, of the federal funding (CCDF plus TANF transfer) and the state maintenance of effort and state matching funds for direct child care services, approximately 65.5 percent of the $1.093 billion was budgeted through contracts with APPs (i.e., certificate programs). The remaining 34.5 percent was expended through contracts with centers and family child care home education networks.

When parents place their name on a waiting list for child care services, they are expressing their choice for selecting the type of care that best meets the needs of the family. At the present time in most counties, parents can place their name on multiple waiting lists, including those for direct service programs and certificate programs. If a family has placed its name on multiple waiting lists and its name comes up on a direct service program waiting list first, the family can elect to enroll their child in the direct service program and remain on the certificate program waiting list, or the family can decline to enroll their child in the direct service program and wait for their name to come up on the certificate program's waiting list.

3.1.2    In addition to offering certificates, does the Lead Agency also have grants or contracts for child care slots?

☒    Yes, and the following describes the types of child care services, the process for accessing grants or contracts, and the range of providers that will be available through grants or contracts: (658A(b)(1), 658P(4), §§98.16(g)(1), 98.30(a)(1) & (b)) The CDE contracts with centers and family child care home education networks to provide child care and development services that meet the same program standards as those in the state preschool program. These contractors meet additional education regulatory requirements beyond licensing requirements. Agencies that wish to establish a contract to provide child care and development services can sign up on the CDE Web site under "Funding" and subscribe to a mailing list to be notified of new postings.

☐    No

3.1.3    The Lead Agency must allow for in-home care but may limit its use. Does the Lead Agency limit the use of in-home care in any way?

☒    Yes, and the limits and the reasons for those limits are: (§§98.16(g)(2), 98.30(e)(1)(iv)) In-home care is limited by state regulations for license-exempt care and to situations where there is a sufficient number of children requiring payment for care to ensure that the federal wage laws are met as specified in the grant approval letter received in October 1997 from the Administration for Children and Families.

☐    No

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000479

3.1.4  Are all of the child care services described in 3.1.1 above (including certificates) offered throughout the State? (658E(a), §98.16(g)(3))

☒  Yes
☐  No, and the following are the localities (political subdivisions) and the services that are not offered:

## 3.2    Payment Rates for the Provision of Child Care

The statute at 658E(c)(4) and the regulations at §98.43(b)(1) require the Lead Agency to establish payment rates for child care services that ensure eligible children equal access to comparable care.
These rates are provided as Attachment B.
The attached payment rates (ceilings) were or will be effective as of October 1, 2006.

The following is a summary of the facts relied on by the State to determine that the attached rates are sufficient to ensure equal access to comparable child care services provided to children whose parents are not eligible to receive child care assistance under the CCDF and other governmental programs. Include, at a minimum:

- The month and year when the local market rate survey(s) was completed: August 2005. (§98.43(b)(2))

- A copy of the Market Rate Survey instrument and a summary of the results of the survey are provided as Attachment C.

- How the payment rates are adequate to ensure equal access based on the results of the above noted local market rate survey (i.e., the relationship between the attached payment rates and the market rates observed in the survey): (§98.43(b))

  The 2005 Regional Market Rate survey of licensed centers and family child care homes based measurements of child care rates on similar socioeconomic conditions, rather than geographic proximity, creating "price profiles" of similar zip codes. The ceilings are established for each county according to estimates of the 85th percentile of child care rates for groups of centers and family child care homes. These ceilings are differentiated by the age of the child (under two years of age, two through five years of age, and six years of age or more), full-time and part-time, and frequency of care (hourly, daily, weekly, and monthly). This methodology allows parents to have access to 85 percent of all licensed providers in their county.

- Additional facts that the Lead Agency relies on to determine that its payment rates ensure equal access include: (§98.43(d)) none

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000480

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

- If the payment rates do <u>not</u> reflect individual rates for the <u>full</u> range of providers -- center-based, group home, family and in-home care -- explain how the choice of the full range of providers is made available to parents. NA

- At what percentile of the current Market Rate Survey is the State rate ceiling set? If it varies across categories of care, please describe. 85th percentile

- Does the State have a tiered reimbursement system (higher rates for child care centers and family child care homes that achieve one or more levels of quality beyond basic licensing requirements)?

    ☐  Yes. If yes, describe:
    ☒  No

## 3.3    Eligibility Criteria for Child Care

3.3.1   <u>Complete column (a) and (b) in the matrix below</u>. Complete Column (c) <u>ONLY IF</u> the Lead Agency is using income eligibility limits <u>lower</u> than 85% of the SMI).

| Family Size | (a) 100% of State Median Income (SMI) ($/month) | (b) 85% of State Median Income (SMI) ($/month) [Multiply (a) by 0.85] | IF APPLICABLE (c) Income Level, lower than 85% SMI, if used to limit eligibility | |
|---|---|---|---|---|
| | | | (d) $/month | (e) % of SMI [Divide (d) by (a), multiply by 100] |
| 1 | $4,515 | $3,838 | $3,386 | 75% |
| 2 | $4,515 | $3,838 | $3,386 | 75% |
| 3 | $4,837 | $4,112 | $3,628 | 75% |
| 4 | $5,375 | $4,569 | $4,031 | 75% |
| 5 | $6,235 | $5,300 | $4,676 | 75% |

If the Lead Agency does not use the SMI from the most current year, indicate the year used: 2005.

If applicable, the date on which the eligibility limits detailed in column (b) became or will become effective: October 1, 2004 and January 1, 2006 were the effective dates for the San Mateo County Pilot and the San Francisco County Pilot, respectively, to use 85 percent of the federal Department of Health and Human Services' California SMI. For 2006-07 that is $4,804 for a family of four.

3.3.2   How does the Lead Agency define "income" for the purposes of eligibility? Is any income deducted or excluded from total family income, for instance, work or medical expenses; child support paid to, or received from, other households; Supplemental Security Income (SSI) payments?  Is the income of all family

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000481

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

members included, or is the income of certain family members living in the household excluded?  Please describe and/or include information as *Attachment NA*. (§§98.16(g)(5), 98.20(b))

Income counted to determine eligibility includes all sources of income to the family except:

Earnings of a child under age eighteen years
Loans, grants, and scholarships obtained under conditions that preclude their use for current living costs
Grants or loans to students for educational purposes made or insured by a state or federal agency
Allowances received for uniforms or other work-required clothing, food, and shelter
Business expenses for self-employed family members
Income of a recipient of federal supplemental security income benefits pursuant to Title XVI of the federal Social Security Act (42 U.S.C. §1381 *et seq.*) and state supplemental program benefits pursuant to Title XVI of the federal Social Security Act and Chapter 3 (commencing with § 12000) of Part 3 of Division 9 of the *Welfare and Institutions Code*

According to California *Education Code* § 8263.1(a) a family is "income eligible" if a family's adjusted monthly income is at or below 75 percent of the SMI, adjusted for family size, and updated annually.

3.3.3   Has the Lead Agency established additional eligibility conditions or priority rules, for example, income limits that vary in different parts of the State, special eligibility for families receiving TANF, or eligibility that differs for families that include a child with special needs? (658E(c)(3)(B), §98.16(g)(5), §98.20(b))

☐   Yes, and the additional eligibility criteria are: (Terms must be defined in Appendix 2)
☒   No

3.3.4   Has the Lead Agency elected to waive, on a case-by-case basis, the fee and income eligibility requirements for cases in which children receive, or need to receive, protective services, as defined in Appendix 2?  (658E(c)(3)(B), 658P(3)(C)(ii), §98.20(a)(3)(ii)(A))

☒   Yes, and the additional eligibility criteria are: (Terms must be defined in Appendix 2), an additional criterion: fees may be waived for up to one year.
☐   No
☐   Not applicable. CCDF-funded child care is not provided in  cases in which children receive, or need to receive, protective services.

Does the Lead Agency allow CCDF-funded child care for children above age 13 but below age 19 who are physically and/or mentally incapable of self-care?

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006
FP000482

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

(Physical and mental incapacity must then be defined in Appendix 2.)
(658E(c)(3)(B), 658P(*3*), §98.20(a)(1)(ii))

☒    Yes, and the upper age is <u>18</u>.
☐    No

Does the Lead Agency allow CCDF-funded child care for children above age 13 but
below age 19 who are under court supervision? (658P(3), 658E(c)(3)(B),
§98.20(a)(1)(ii)

☐    Yes, and the upper age is ___.
☒    No

3.3.7    Does the State choose to provide CCDF-funded child care to children in foster
care whose foster care parents are <u>not</u> working, or who are <u>not</u> in
education/training activities? (§§98.20(a)(3)(ii), 98.16(f)(7))
☐    Yes. (**NOTE**: This means that for CCDF purposes the State considers
these children to be in protective services.)
☒    No

3.3.8    Does the State choose to provide child care to children in protective services?
(§§98.16(f)(7), 98.20(a)(3)(ii)(A) & (B))
☒    Yes
☐    No

## 3.4    Priorities for Serving Children and Families

3.4.1    Describe how the State prioritizes service for the following CCDF-eligible
children:  (a) children with special needs, (b) children in families with very low
incomes, and (c) other. Terms must be defined in Appendix 2. (658E(c)(3)(B))

First Priority – Families whose children are receiving child protective services or
families whose children are at risk of being neglected, abused, or exploited.
Within this priority, children receiving protective services through the local CWD
shall be admitted first.

Second Priority – Families with the lowest per capita income. Within this group, if
there are two or more families with comparable per capita income, the family with
a child with exceptional needs will be served first. If two or more families with
comparable per capita income have children with exceptional needs, the family
that has been on the waiting list the longest will be enrolled first. Within this
group, if there are two or more families with comparable per capita income and
there is no family with a child with exceptional needs, the family that has been on
the waiting list the longest will be enrolled first.

Notwithstanding the above, in order to ensure continuous child care services as a
family moves through the CalWORKs stages (see §3.4.2 below), once a family

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000483

Are there other ways that the Lead Agency addresses situations in which funding is not sufficient to serve all families that are technically eligible under State policies? If so, describe. There are a number of communities in the state in which the funding is not sufficient to serve all eligible families. Each contracted direct service provider and APP keeps a waiting list of eligible families seeking their services. The waiting list process is controlled by state regulations. Refer to §3.4.1 for priorities of which families ca gain access to the child care system.

## 3.5    Sliding Fee Scale for Child Care Services

3.5.1    A sliding fee scale, which is used to determine each family's contribution to the cost of child care, must vary based on <u>income and the size of the family</u>. A copy of this sliding fee scale for child care services and an explanation of how it works is provided as Attachment <u>D</u>.
The attached fee scale was or will be effective as of <u>January 1, 2007</u>.
Will the Lead Agency use additional factors to determine each family's contribution to the cost of child care? (658E(c)(3)(B), §98.42(b))

☐    Yes, and the following <u>describes</u> any additional factors that will be used:
☒    No

3.5.2    Is the sliding fee scale provided in the attachment in response to question 3.5.1 used in <u>all</u> parts of the State? (658E(c)(3)(B))
☒    Yes
☐    No, and other scale(s) and their effective date(s) are provided as Attachment ___.

The Lead Agency may waive contributions from families whose incomes are at or below the poverty level for a family of the same size, (§98.42(c)), and the poverty level used by the Lead Agency for a family of 3 is:  $ <u>1,950</u>.

The Lead Agency must elect ONE of these options:

☒    ALL families with income at or below the poverty level for a family of the same size ARE NOT required to pay a fee.
☐    ALL families, including those with incomes at or below the poverty level for families of the same size, ARE required to pay a fee.
☐    SOME families with income at or below the poverty level for a family of the same size ARE NOT required to pay a fee. The following describes these families:

3.5.4    Does the Lead Agency have a policy that prohibits a child care provider from charging families any unsubsidized portion of the provider's normal fees (in addition to the contributions discussed in 3.5.1)?  (§98.43(b)(3))
☐    Yes. Please describe:
☒    No.

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

3.5.5   The following is an explanation of how the copayments required by the Lead
Agency's sliding fee scale(s) are affordable: (§98.43(b)(3))

The copayments are considered affordable as they fall beneath 10 percent of a
family's earned income for all levels of child care services.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000485

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

## PART 4
## PROCESSES WITH PARENTS

### Application Process

4.1.1   The following describes the process for a family to apply for and receive child care services (658D(b)(1)(A), 658E(c)(2)(D) & (3)(B), §§98.16(k), 98.30(a) through (e)).  If the process varies for families based on eligibility category, for instance, TANF versus non-TANF, please describe.  The description should include:

How parents are informed of the availability of child care services and about child care options
Where/how applications are made
Who makes the eligibility determination
How parents who receive TANF benefits are informed about the exception to individual penalties as described in 4.4
Length of eligibility period including variations that relate to the services provided, e.g., through collaborations with Head Start or pre-kindergarten programs
Any steps the State has taken to reduce barriers to initial and continuing eligibility for child care subsidies

4.1.1.1 How parents are informed of the availability of child care services and about child care options:

California maintains a large system of over 60 resource and referral (R&R) agencies that are located in every county of the state. In large urban counties, multiple R&R agencies are funded. For example, Los Angeles County has 10 R&R agencies.

In addition, the California Child Care Resource and Referral Network maintains a statewide toll-free telephone number (1-800-KIDS 793) that automatically provides the caller with the phone number of the local R&R agency when the caller provides his/her zip code.

A primary role of the R&R programs is to maintain an updated file of all licensed child care programs (centers and family child care homes) in their service delivery area. The R&R programs also maintain records of license-exempt providers who have received TrustLine clearance to assure parents that these providers do not have a history of criminal activities or child abuse or neglect. When a parent calls an R&R agency seeking information about child care choices available to them, he/she is counseled about how to select the most appropriate care to meet the family's needs. At that time he/she is given a list of several child care providers of the types and in the locations (whether near home, work, or place of training) in which he/she has indicated an interest. Parents are given advice on questions to ask their families' potential child care providers and what they should look for as indicators of quality child care services. Parents may be given written consumer education materials or receive an opportunity to view a video regarding the selection of a child care provider. Parents are also advised regarding the types of

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000486

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

subsidized child care and development programs for which their families may be eligible and ways to access those programs. R&R program services are available to all families regardless of the family's income or need for child care.

When a family enters CalWORKs, the county welfare department (CWD) refers the family to a local R&R agency for assistance in finding child care. These services are co-located in or are directly accessible from the CWD office.

4.1.1.2 Where/how applications are made:

When a family contacts a subsidized child care and development program either in person or by telephone, the family is asked a series of questions to determine the subsidized child care programs for which the family may be eligible. Based on the information provided, if the family is eligible and space is available, the family is enrolled. If no space is available, the family is placed on an eligibility-waiting list and enrolled according to the order of priorities for enrollment. A family's enrollment begins with completion of an application, including verification of income and need. In the case of CalWORKs families, funds are available to provide immediate services without waiting.

4.1.1.3 Who makes the eligibility determination:

The direct service contractor or the Alternative Payment Program (APP) makes the eligibility determination based on the written documentation that verifies that the family meets both income eligibility and need criteria for subsidized child care services.

4.1.1.4 How parents who receive TANF benefits are informed about the exception to individual penalties as described in 4.4:

In accordance with the *California Department of Social Services (CDSS) Manual of Policies and Procedures (MPP)* (§42-711.522), counties must, prior to or at CalWORKs appraisal, provide clients with specified information, in writing, regarding CalWORKs Welfare-to-Work activities. The information must include the "good cause" criteria in MPP (§42-713), which excuses a recipient from participation in Welfare-to-Work activities for lack of necessary supportive services, including the lack of appropriate and/or available child care.

4.1.1.5 Length of eligibility period including variations that relate to the services provided, e.g., through collaborations with Head Start or pre-kindergarten programs:

Once certified as eligible and enrolled, families can remain in the program as long as they continue to meet all eligibility and need criteria, are within the ages served, and their family income does not exceed 75 percent of the state median income (SMI).

Contractors must update a family's application to document continued need and eligibility and determine any change to fee assessment as follows:

a.  For changes:

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000487

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

(1) For migrant and other seasonally employed families, the application shall be updated within 30 days whenever there is a change in family size or need, or if need is based on training or incapacity of the parent.

(2) For all other families, the application shall be updated within 30 days whenever there is a change in family size, income, public assistance status, or need.

b.  For periodic recertification:

(1) For families receiving child protective services because of family preservation or family maintenance, the application shall be updated at intervals not to exceed 12 months.

(2) For families receiving child protective services because of the risk of abuse, neglect, or exploitation, the application shall be updated within three months of at-risk referral. Recertified at-risk families can continue to receive services if they meet other eligibility and need criteria or receive a referral from a CWD child welfare services worker for family preservation services or family maintenance services.

(3) For all other families, the application shall be updated at least once each contract period and at intervals not to exceed 12 months.

4.1.1.6 Any steps the State has taken to reduce barriers to initial and continuing eligibility for child care subsidies.

During the past 60 years, the California Department of Education (CDE) has reduced barriers to initial and continuing eligibility, as described in §4.1.5 above. The changes in the late 1990s brought about by Personal Responsibility and Work Opportunity Reconciliation Act, TANF, and state CalWORKs caused new barriers. Regulations were written by the CDSS for CalWORKs Stage 1 families and by the CDE for CalWORKs Stages 2 and 3 families to provide clarification and to minimize barriers.

4.1.2  The following is a detailed description of how the State ensures that parents are informed about their ability to choose from among family and group home care, center-based care and in-home care including faith-based providers in each of these categories.

The state has several ways to ensure parents are informed about the full array of child care options. When a parent calls an R&R agency seeking information about child care choices available, he/she is counseled about how to select the most appropriate care to meet the family's needs. At that time, he/she is given a list of several child care providers of the types and in the locations (whether near home, work, or place of training) in which he/she has indicated an interest. The APPs also offer and explain the full array of child care setting options to parents who are eligible for subsidy and assist them with finding the appropriate care to meet their needs.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000488

## Records of Parental Complaints

The following is a detailed description of how the State maintains a record of substantiated parental complaints and how it makes the information regarding such parental complaints available to the public on request. (658E(c)(2)(C), §98.32))

Complaints against Licensed Centers and Family Child Care Homes:

a.  The provider is required to notify parents of the process for filing a complaint with the CDSS' Community Care Licensing Division (CCLD). The CCLD is responsible for all complaints regarding licensing law or regulation requirements, pursuant to the California *Health and Safety Code* and the *California Code of Regulations,* Title 22. The CCLD investigates complaints and maintains a record of substantiated complaints that is available to the public upon request.

b.  In programs operated by school districts, if a parent has a complaint regarding program operations not covered by licensing requirements, the parent must utilize the uniform complaint procedures established by the school district. Records of substantiated complaints are kept by the school district.

c.  In programs operated by entities other than school districts, parent may file complaints regarding program operations not covered by licensing requirements with the CDE Child Development Division (CDE/CDD). The parent must utilize the uniform complaint procedures established by the CDE/CDD. Records of these parental complaints are maintained at the CDD.

4.2.2   Complaints against License-Exempt Providers:

Certificate programs are required to maintain a record of parental complaints concerning a license-exempt provider's failure to meet the health and safety standards as specified in the Health and Safety Self-Certification that is completed by the parent and the license-exempt provider. These complaints shall be deemed to be substantiated solely by the parent's written declaration. The written declaration shall include the nature of the complaint and address of the provider about whom the complaint is made and shall be signed by the parent. The certificate program shall inform the license-exempt provider of the parent's complaint and inform the provider of his or her right to submit a written rebuttal.

Upon a request about a specific license-exempt provider, the certificate program shall inform the requestor of the general nature of the complaint and whether or not the provider submitted a rebuttal.

Upon receipt of a complaint, the certificate program must notify the parent and the provider that payments will cease in 14 days unless a written declaration signed by both parties has been received by the certificate program stating that the health and safety deficiency has been corrected. The certificate program will also advise parents that serious health and safety concerns should be referred to the appropriate child protection unit of the CWD.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000489

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

## Unlimited Access to Children in Child Care Settings

The following is a detailed description of the procedures in effect in the State for affording parents unlimited access to their children whenever their children are in the care of a provider who receives CCDF funds. (658E(c)(2)(B), §98.31))

Licensed child care providers (centers and family child care homes) are required by statute and regulation to have written admission policies that, among other things, inform parents of their right to unlimited access to their children whenever their children are in the care of the provider. For license-exempt providers, both the providers and parents are required to sign a Health and Safety Self-Certification, which includes a statement regarding the parent's right to unlimited access to their children while they are in the provider's care.

## Criteria or Definitions Applied by TANF Agency to Determine Inability to Obtain Child Care

The regulations at §98.33(b) require the Lead Agency to inform parents who receive TANF benefits about the exception to the individual penalties associated with the work requirement for any single custodial parent who has a demonstrated inability to obtain needed child care for a child under 6 years of age.

In fulfilling this requirement, the following criteria or definitions are applied by the TANF agency to determine whether the parent has a demonstrated inability to obtain needed child care:

*Note:* The TANF agency, not the Child Care Lead Agency, is responsible for establishing the following criteria or definitions. These criteria or definitions are offered in this Plan as a matter of public record. The TANF agency that established these criteria or definitions is the California Department of Social Services.

"appropriate child care":

*Appropriate child care* is defined as child care chosen by the parent that meets the needs of the child and parents and is either licensed for the appropriate age group or special needs category, or is license-exempt and meets TrustLine requirements unless the child care arrangement is exempt from the TrustLine requirements.

"reasonable distance":

*Reasonable distance* is defined as the distance customarily traveled by working families in accessing child care in the community.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000490

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

"unsuitability of informal child care":

Informal child care is unsuitable when the caregiver cannot be TrustLined in accordance with the TrustLine regulations or would otherwise be denied payment for child care services that are exempt from licensure because of a violent felony conviction.

"affordable child care arrangements":

*Affordable child care* is child care where the cost to the family does not exceed the regional market rate plus family fees established by the state in accordance with the family fee schedule.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000491

# PART 5
## ACTIVITIES & SERVICES TO IMPROVE THE QUALITY AND AVAILABILITY OF CHILD CARE

California's commitment to early childhood education and child development spans six decades. Quality child development programs have been continuously available to children and families in California since the passage of the federal Lanham Act in 1943. *The Bulletin of the California State Department of Education*, Volume XI, No. 1, January 1943, states, "The preschool unit serves the child during one of the most important periods of his development. It helps him to learn about his world; to develop more skillful use of his body; to work with people, both children and adults; to acquire appreciation of music, rhythm, color, form, literature; to develop sound attitudes; and to acquire increasingly better control of his emotions and behavior" (p. 33).

California continues to promote a positive child- and family-focused philosophy. Service to low-income families remains a priority, and state program goals demand that high-quality child development programs and services be made available. Child care and development programs have existed and been administered by various state agencies since 1946. In 1972, with the enactment of the Child Development Act, these programs were combined under the administrative authority of the California Department of Education (CDE).

California has also held a strong commitment to the maintenance of basic health and safety standards in group-care settings. The first licensing law was enacted in 1913. The State Board of Charities and Corrections had investigatory and reporting powers over all public charitable, correctional, and penal institutions. Licensing responsibilities became part of the *Health and Safety Code* in 1945, and in 1978 licensing responsibilities for all community care facilities were transferred to the new California Department of Social Services (CDSS).

From 1991 to 2001, the state was engaged in a major expansion of child care and development services as a result of both state and federal legislation, notably the Child Care and Development Block Grant (CCDBG) and the Temporary Assistance to Needy Families. These expansion efforts have significantly increased both the quantity and variety of state and federally subsidized programs throughout California. The state is currently challenged to maintain the activities and services that have improved the quality and availability of child care and development services in the face of an extreme budget shortfall.

During the first two years that CCDBG funds were available, emphasis was placed on funding successful existing programs, including resource and referral agencies, the Child Development Training Consortium, the Program for Infant/Toddler Caregivers (PITC), and the California Early Childhood Mentor Program. Additional focus areas have demonstrated importance in succeeding years: health and safety resource development and training, facilitation and linkage with local communities, and response to legislative mandates. The guiding principles of of selecting programs to fund were as follows:

Do not duplicate existing resources.
Address unmet needs.
Address emerging issues.
Support statewide access.
Maximize and leverage additional public and private resources to enhance the overall
    professional development of the field.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000492

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

With the increased interest in the effectiveness of early education, the CDE's Child Development Division (CDD) has revised its approach to evaluating the child care and development system to focus on the results desired from the system. This Desired Results for Children and Families system is compatible with the CDE's standards and accountability system for elementary and secondary education. The system documents the progress of children and families in achieving desired results and provides information to help practitioners improve their child care and development services. Children's progress is documented by teachers on the Desired Results Developmental Profiles, a developmental continuum used to measure the progress of children from birth to age thirteen.

In addition, prekindergarten content standards are being developed to prepare three- and four-year-old children for kindergarten. These standards include reading/language arts and mathematics, to be followed in the next cycle by history–social science and science. These standards, currently under development, will be fully articulated with California's academic content standards for kindergarten through grade twelve. Emphasis will be placed on intention-based instruction with a results-based accountability system.

The California Preschool Instructional Network, housed in the county offices of education, will provide statewide training for the content standards and will participate in the development of curriculum frameworks based on the content standards in reading/language arts, mathematics, history–social science, and science. This network will involve early childhood stakeholders in the review process and will provide statewide professional development linked to the prekindergarten content standards.

There is also focus on increasing the quality of care for children in license-exempt child care by providing more resources for training through the exempt care outreach training. This training will be designed to improve health and safety and to create appropriate expectations for children at different developmental stages.

The proposed Quality Improvement Plan for 2005–2007 includes the federal mandates for capacity building for infant/toddler care, resource and referral programs, and capacity building for school-age care. It also includes the continuation of California's existing infrastructure for quality activities, the intent to develop and produce materials in languages other than English, and the addition of several innovative new activities. Within each section, activities that receive federal funds will be organized according to the federal state plan numbering system. Each activity in this plan that relies on state funds will be identified by two asterisks (**).

## 5.1    Quality Earmarks and Set-Asides

5.1.1    The Child Care and Development Fund provides earmarks for infant and toddler care and school-age care and resource and referral services as well as the special earmark for quality activities. The following describes the activities; identifies the entities providing the activities; and describes the expected results of the activities.  For the infant and toddler earmark, the State must note in its description of the activities what is the maximum age of a child who may be served with such earmarked funds.

Infants/toddlers are defined as children aged birth to under three years of age.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000493

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

Infants and toddlers:

5.1.1.1(a)  Program for Infant/Toddler Caregivers (PITC)

The Program for Infant/Toddler Caregivers (PITC), a comprehensive multimedia training program for trainers of infant/toddler caregivers, is presented in four separate modules offered in intensive institutes (two modules per institute) for approximately 60 participants per intensive module. These intensive institutes cover the topics of social–emotional development, quality group care, cognitive and language development, and cultural and family issues. Participants usually include program administrators, college faculty, early interventionists, and other professionals who provide training for caregivers. Participants receive copies of all PITC curriculum guides, training manuals, and other print resource materials. They may purchase the videos at discounted prices. Participants who complete the modules and related course work receive certificates to designate them as certified PITC trainers. Certified trainers who receive scholarships for the intensive module institutes are required to conduct a minimum of 25 hours of training in their local area during the following two years using the PITC materials. After completion of the local training requirement, these trainers are eligible to become trainers in the PITC Regional Support Network and receive compensation for providing training in accordance with the policies of that project. Certified trainers may also receive scholarships to attend an annual PITC graduate conference that focuses on new research and updated information related to PITC content and training activities.

In addition to the intensive institutes for trainers that offer PITC certification, one of the four institutes each year may be designed as a special-focus institute for specific audiences to respond to emerging training needs. The purpose of the focused institutes will be to expand the impact of PITC on the quality of care for infants and toddlers throughout California. The primary target audience for the focused institutes will be program administrators; however, early childhood education college faculty and PITC trainers will also attend. These institutes will also function as a source of continuing education for the core group of PITC trainers who provide training and technical assistance to local communities throughout California. The focused institutes will be held in different geographic regions each year to minimize travel for directors and trainers.

*Expected results*: Approximately 100 to 160 individuals will receive the PITC training each year. Approximately 65 to 75 percent of those who participate in the intensive module institutes will become certified and provide 3,000 hours of training in the two years after completing the certification requirements, expanding the quality of care to infants and toddlers. Approximately 75 endorsed trainers will attend the annual PITC graduate conference. Specific audiences, such as program administrators, who attend focused institutes will receive a comprehensive overview of the latest information on infant/toddler development and care, and certified trainers in California will be prepared to continue to deliver cutting-edge training based on current research about infants and toddlers.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000494

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

5.1.1.1(b)  <u>Infant/Toddler Specialists for Healthline</u>

Funds will be allocated to continue to support the presence of an infant/toddler specialist to respond to inquiries from potential, new, and existing family child care, license-exempt, and center-based providers related to health and developmental issues for children from birth to three years of age. An infant health specialist will continue to be available to Healthline service providers and callers. This specialist will provide guidance about health issues in infant and toddler programs.

*Expected results*: Approximately 1,300 parents, child care providers, and other educators are provided with information regarding resources in their communities for infant/toddlers in care. This information includes child illness, advice to advocates for the child with exceptional needs, health management, immunization, and infection control. The parents and child care providers receiving this information will provide a healthier environment for the families they serve.

5.1.1.1(c)  <u>Resource Grants</u>

Funds will be allocated to provide grants to providers to cover the cost of infant/toddler equipment, appropriate educational materials, minor renovation and repairs to meet health and safety requirements, and environmental changes to support small groups and continuity of care, primary caregiving, and following children's individual schedules.

*Expected results*: Agencies receiving these grants will make their environments safer and more accessible for the children and the families being served. The grants will enhance the quality of the infant/toddler programs with the implementation of various improvements to the program, such as the acquisition of materials and improving the level of training that is available to program staff.

5.1.1.1(d)  <u>Child Care Initiative Project with an Infant/Toddler Focus</u>

Funds will be allocated to maintain the Child Care Initiative Project to increase the supply of infant/toddler family child care providers throughout the state by the recruitment, training, and initial support of family child care providers serving infants and toddlers. This effort will focus on those counties with the greatest unmet need for infant/toddler care.

*Expected results*: Approximately 600 licensed family child care homes providers who will be trained in caring for infants and toddlers. This training will provide for potentially 2,400 new infant/toddler slots in licensed settings.

5.1.1.1(e)  <u>PITC Regional Support Network</u>

Funds will be allocated to maintain the PITC Regional Support Network, known as Partners for Quality, for provision of training and technical assistance activities at the local level to improve the quality and increase the quantity of child care services for infants and toddlers. The primary components of this network include

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000495

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

compensation for trainers to provide training at the local level for center-based programs at the site and for small groups of family child care or license-exempt providers; regional training coordinators to coordinate local training and technical assistance efforts; and special outreach sessions, all of which are described below.

Training with an Infant/Toddler Focus and Incentives for Professional Growth
Community-based training and technical assistance and professional growth incentives will be provided to support staff working in infant/toddler center-based programs and to support family child care providers. The Regional Support Network will foster the retention of trainers who have completed PITC trainer-of-trainer modules by employing certified trainers to deliver training and technical assistance services in local communities. Center-based programs, as well as small groups of family child care and license-exempt providers, may receive training and technical assistance through a maximum of three 60-hour training plans. Professional growth incentives may also be provided to participants who have completed at least 28 hours of training specified in a training plan. These incentives include cash stipends when the training is provided outside regular work hours, resource materials, or payment for college units.

These training activities will be evaluated each year on-site using a pre- and post-review methodology. The first evaluations using this approach revealed statistically significant differences between pre-training and post-training overall ratings of quality. Family child care programs were rated lower than centers at the pre-training assessment and moved up in quality at the post-training assessment. The findings in both studies indicated that additional training and technical assistance would likely help centers and family child homes continue to improve the quality of their care. These evaluations show that the training and technical assistance resulted in significant improvements in quality. These results are consistent with findings reported in national studies of child care quality that indicate a strong connection between caregivers' participation in training and the quality of care they provide.

Regional Trainer/Coordinators
Regional trainer/coordinators (RTCs) will be provided to coordinate training and technical assistance in designated regions of California and to support PITC-certified trainers in the provision of training at the local level. The RTCs will be responsible for coordinating the assignment of trainers to local training groups and allocating training resources, including incentives for professional growth; arranging regular meetings with trainers; observing trainers for the quality of training presented; coordinating outreach services to new and existing infant/toddler programs and local policymaking groups; and coordinating PITC training at the community college PITC demonstration programs (discussed below).

Outreach Sessions
Approximately 15-30 outreach training sessions will be provided for existing planning groups to continue to support the implementation of their county infant/toddler capacity plan. Critical topics will include recent brain research and implications of these research findings for administrative policies, results of

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000496

national studies of child care quality, and program practices and caregiving strategies that support optimal infant/toddler development.

The content and length of the targeted sessions will be customized to meet the needs of the unique audiences, including directors, teen parent groups, American Indian tribal groups, First 5/Children and Families county commissions, Child Care and Development Local Planning Councils, and other planning agencies.

*Expected results*: This network will improve local planning groups' understanding of the issues related to infant/toddler care and development and provide necessary resources for training and technical assistance. Fifteen to 30 outreach sessions will be held for specific audiences to support local planning groups and others to increase the quality and quantity of child care services for infants and toddlers. Approximately 14,730 hours of training and technical assistance will be provided to about 4,480 child care staff or providers who provide services to 10,370 infants and toddlers. Approximately 130 certified PITC trainers will be paid to provide PITC on-site training and technical assistance to local child care providers.

5.1.1.1(f)    Inclusion of Infants and Toddlers with Disabilities

Funds will be allocated for the Beginning Together Project to provide training for 110 to 130 certified PITC trainers on strategies, program practices, and models that support inclusion of infants and toddlers with disabilities in child care settings. This activity will create a cadre of qualified trainers who will be available to assist local child care providers in complying with the requirements of the Americans with Disabilities Act by creating inclusive environments.

The PITC regional trainer/coordinators will receive technical assistance to support them in creating linkages with early interventionists and infant/toddler child care programs at the local level. Twelve to 15 outreach sessions will be conducted throughout the State each year to bring together PITC trainers, infant/toddler staff, family child care providers, early interventionists, and other professionals working with children with disabilities and other exceptional needs and their families to discuss strategies for local coordination of services. The PITC demonstration programs will also receive training and technical assistance. Materials will be developed for infant/toddler programs and trainers following a review of existing materials and the identification of gaps that need to be filled to promote program improvement.

*Expected results*: Approximately 100 to 130 PITC-certified trainers and early interventionists will provide training and technical assistance at the local level for the development of more inclusive programs and practices. Twelve to 15 regional training events for about 600 early-care professionals will facilitate the development of service coordination plans for infants and toddlers with disabilities and other exceptional needs. High-quality training materials that address best practice and emerging issues for care of these children in group settings will be developed.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000497

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

5.1.1.1(g)  Community College Demonstration Sites

Funds will be allocated to provide institutes and follow-up technical assistance to interested California community colleges to integrate the PITC philosophy and practices into their existing infant/toddler programs and into the infant/toddler courses. The five existing PITC demonstration programs will receive training and technical assistance as necessary for staff training, equipment, and materials to enhance and maintain the quality of the programs. Funds will also be allocated to the newest of the five demonstration programs for renovation and repair of the site to allow unobtrusive observation of the best practices of the PITC philosophy and to support small groups, continuity of care, primary caregiving, and following children's individual schedules.

*Expected results*: Policymakers, program directors, caregivers, college faculty, early interventionists, and others will have an opportunity to observe PITC best practices being incorporated in the care of infants and toddlers in group settings.

5.1.1.1(h)  Revision of Infant/Toddler Guidelines and Development of Standards

Infant/toddler program guidelines and learning content standards are being developed to provide further guidance to early childhood educators, early interventionists, and policymakers about best practices in the provision of services to children birth to three years of age. The guidelines and standards will be aligned with those developed for prekindergarten children.

*Expected results:* Program directors, caregivers, college faculty, early interventionists, policymakers, and others will have current, research-based information about early learning and development and best practices in the care of infants and toddlers in group settings. Approximately 2,000 infant/toddler caregivers and other interested early childhood professionals will participate in a downlink distance-learning training session.

5.1.1.1(i)  Infant/Toddler Curriculum Framework

The Infant/Toddler Curriculum Framework will expand the information presented in the infant/toddler program guidelines and learning content standards to provide more detailed guidance to early childhood educators, early interventionists, and policymakers about best practices in serving children from birth to three years of age. The framework will be aligned with that developed for prekindergarten children.

*Expected results:* Program directors, caregivers, college faculty, early interventionists, policymakers, and others will have current, research-based information about planning and implementing a curriculum for infants and toddlers in group settings.

5.1.1.1(j)  Family Child Care Association Development Project

This project will continue to support the professional development of family child care associations. Nationwide, approximately 70 percent of children under the

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000498

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

age of three years are cared for in family child care settings. Family child care associations offer a unique opportunity to support the professional growth and retention of these providers. The project will focus on recruiting new associations in underrepresented areas of the state, providing grants to the associations for professional development activities and training to assist them as necessary.

*Expected results*: Local family child care associations will continue to be developed and strengthened, reducing isolation, improving professionalism, and stabilizing this segment of the child care workforce. About 150 trainings will be offered to approximately 3,800 family child care providers.

Resource and referral services:

5.1.1.2    <u>Resource and Referral Programs</u>**

Funds will be allocated to support California's system of resource and referral (R&R) programs that are located in every county of the state. These funds support:

Administering the TrustLine fingerprint screening application process
Maintaining up-to-date databases that include information about all licensed providers offering child care in each R&R program's service delivery area
Making referrals for child care services that best meet families' needs
Educating parents about the components of quality child care and disseminating consumer education materials
Developing, gathering, and reporting data from callers and child care providers to the CDE regarding the supply and demand for child care services in the local areas
Carrying out other activities that support center-based, family child care, and license-exempt providers, such as recruiting and training child care providers and offering technical assistance to enhance child care provider skills

*Expected results*: The R&R databases will have information about licensed child care providers in every community; statewide that total amount to more than 9,000 child care centers and 32,000 family child care homes. R&R agencies will respond to more than 225,000 calls from parents about child care options and will assist them by making appropriate referrals and allowing parents to judge for themselves what is appropriate for their children. New child care providers will be recruited, and opportunities for providers to enhance skills will be offered.

School-age child care:

5.1.1.3(a)    <u>Before- and After-School Program Grants</u>

Funds will be used to provide resource grants to new and ongoing providers of before- and after-school programs and to support enhanced school-age quality activities. These grants will cover the cost of enhanced, age-appropriate equipment and supplies; ancillary educational materials; and minor renovation and repair to meet health and safety requirements.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000499

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

_Expected results_: Agencies that continually upgrade and improve their school-age programs ensure that the quality of care increases. The grants will enhance the quality of the programs with the implementation of various improvements to the program, such as the acquisition of materials, improving the level of training that is available to program staff, and training 300 staff members statewide.

5.1.1.3(b)  Training and Stipends for School-Age Program Professionals

This activity establishes a knowledge base for school-age program professionals, supports the retention of trainers for the state-funded training-of-trainers institutes based on _Kids' Time_, and provides community-based training to staff working in before- and after-school programs. The CDE will provide stipends for endorsed trainers to conduct local training sessions and provide on-site consultation for the enhancement of quality in school-age and after-school programs.

Training activities will include such topics as developmentally appropriate practices for school-age programs; behavior management techniques; positive, interpersonal environments for the assessment of children's interests; partnerships with parents; linkages with the child's school; and the importance of community participation. Participants will be provided with resources and a video to support training in their local communities.

_Expected results_: A statewide network of more than 7,000 providers and 300 school-age trainers will offer community-based training institutes that will affect approximately 23,500 after-school and school-age care providers.

5.1.1.3(c)  School-Age Curriculum, Materials Development and Distribution

Program materials will be prepared and disseminated in print and in an electronic format to provide and foster the training and development of staff and promote high-quality school-age and after-school programs. Materials will include several guides, such as a school-age care curriculum framework, a school-age science curriculum guide, and a school-age care literacy guide.

_Expected results_: Ten guides will be produced that will enhance and support high-quality school-age programs by providing information and resources on integrating California's academic content standards into school-age programs. Regional and Web-based training will be developed to accompany the guides and to demonstrate how to use the guides in programs.

5.1.2   The law requires that <u>not less than 4%</u> of the CCDF be set aside for quality activities. (658E(c)(3)(B), 658G, §§98.13(a), 98.16(h), 98.51)  The Lead Agency <u>estimates</u> that the following amount and percentage will be used for the quality activities (not including earmarked funds):

$ ___74,262,854___  ( 6.82 %)

5.1.3   Check either "Yes" or "No" for each activity listed to indicate the activities the Lead Agency will undertake to improve the availability and quality of child care

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

(include activities funded through the 4% quality set-aside as well as the special earmark for quality activities). (658D(b)(1)(D), 658E(c)(3)(B), §§98.13(a), 98.16(h))

|  | Yes | No |
|---|---|---|
| Comprehensive consumer education | ☒ | ☐ |
| Grants or loans to providers to assist in meeting State and local standards | ☒ | ☐ |
| Monitoring compliance with licensing and regulatory requirements | ☒ | ☐ |
| Professional development, including training, education, and technical assistance | ☒ | ☐ |
| Improving salaries and other compensation for child care providers | ☒ | ☐ |
| Activities in support of early language, literacy, pre-reading, and early math concepts development | ☒ | ☐ |
| Activities to promote inclusive child care | ☒ | ☐ |
| Healthy Child Care America and other health activities including those designed to promote the social and emotional development of children | ☒ | ☐ |
| Other quality activities that increase parental choice, and improve the quality and availability of child care. (§98.51(a)(1) and (2)) | ☒ | ☐ |

5.1.4  Describe each activity that is checked "Yes" above, identify the entity(ies) providing the activity, and describe the expected results of the activity.

5.1.4.1  Comprehensive consumer education

5.1.4.1(a)  Consumer Education  - Family Partnership Initiative

Materials for a Family Partnership Initiative have been developed to provide guidance for early childhood staff about how to effectively create partnerships with families enrolled in child care programs. Products include a trainer's manual and guide, as well as handouts for parents about how they can support their children's growth, development, and interest in learning. Training is provided for early childhood staff about the use of the materials.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000501

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

*Expected results*: Approximately 300-500 early childhood staff members will receive training each year on the materials, and all CDD-funded programs will receive copies of the materials as they are published.

5.1.4.1(b)    800-KIDS-793 Phone Line for Parents

A 1-800 telephone system, accessible to the public throughout the state of California, offers assistance to parents and child care providers in obtaining child care and family resource information in their communities. An automated system, using caller zip code information, refers callers to the name and number of the caller's local child care resource and referral agency and can also connect the caller to a live information specialist. This bilingual (Spanish and English) service system is an important component of the comprehensive consumer education campaign.

*Expected results*: This telephone line receives between 580 and 2,100 calls a month, providing a centralized resource for the public seeking information and referral for quality child care.

5.1.4.2    Grants or loans to providers to assist in meeting State and local standards

5.1.4.2(a)    Facilities Renovation and Repair Grants

California *Education Code* § 8278 establishes the authority of the CDD to allocate funds for one-time expenditures for activities that benefit children in subsidized child care and development programs. *Education Code* § 8278(b)(3) authorizes the use of these funds for deferred and major maintenance of existing facilities. Each fiscal year the Governor's budget identifies the amount of funds available for distribution. The 2004 Budget Act authorized $2.5 million for facilities renovations and repairs necessary to meet health and safety standards, to comply with the federal American with Disabilities Act of 1990, and to purchase equipment necessary for the health and safety of enrolled children. Funds may not be used for the purchase or improvement of land, or for the purchase, construction, or major improvement of a facility that increases the value of a child care facility. Only public or private nonprofit agencies currently under contract with the CDD for center-based programs may apply for those funds.

*Expected results*: Funds will be disbursed to center-based child care and development providers under contract with the CDD to repair and/or renovate their facilities to maintain healthy and safe environments and improve access to programs for children participating in state-subsidized child care and development programs.

5.1.4.2(b)    Instructional Materials Grants**

Funds will be used to purchase developmentally appropriate durable or consumable curriculum-related instructional materials. Center-based programs and family child care home networks currently under contract with the CDD may apply for those funds.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000502

*Expected results*: These grants will improve the availability of developmentally appropriate instructional materials to children in care.

5.1.4.3    Monitoring of compliance with licensing and regulatory requirements

5.1.4.3(a)    Desired Results System for Children and Families

Funds will be used to implement an evaluation and accountability system to measure the achievement of the identified desired results for children and families who are receiving state and federally subsidized child care and development services through state-contracted center-based or family child care home programs. With the use of the Desired Results Developmental Profile (DRDP), the system will be a resource and tool for staff and families to monitor the progress of their children and to improve their programs. The DRDP is being revised as part of a large-scale validation study. The system also includes a Desired Results Family (Parent) Survey and the Harms Environment Rating Scales to measure program quality.

*Expected results*: The DRDP will provide child, classroom, program- and state-level data to determine a child's progress and areas for program improvement for approximately 250,000 of the children in CDD-contracted programs. The instrument will be standardized for use in centers and family child care home networks.

5.1.4.3(b)    Evaluation of Quality Improvement Activities

Evaluation activities will focus on examining the early implementation of the Desired Results system for child care and development programs funded by the CDE/CDD. The evaluator will conduct a comprehensive evaluation of the training associated with, and implementation of, the Desired Results system.

*Expected results*: The evaluation results will document the effectiveness of the Desired Results training and early implementation and provide guidance for developing and implementing future Desired Results activities.

5.1.4.3(c)    TrustLine Registry/Self-Certification**

Funds will support the TrustLine Registry to help ensure the safety of California's children. License-exempt child care providers, including nannies and babysitters, who have passed a background screening will be entered into the registry. All exempt caregivers listed with the TrustLine Registry are required to be cleared through a check of fingerprint records at the California Department of Justice, the child abuse central index, and a Federal Bureau of Investigation fingerprint check. The TrustLine Registry also allows parents to verify that a babysitter or a license-exempt child care provider has completed this process.

*Expected results*: The criminal background checks ensure that annually approximately 26,300 applicants are safe and eligible to provide care for children.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000503

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

The registry ensures that license-exempt child care providers paid through CDE/CDD alternative payment programs do not have a criminal background.

5.1.4.3(d)    Subsidized TrustLine Applicant Reimbursement

Funds will be used to continue the support of the TrustLine registration process of state and federally subsidized license-exempt providers. *Health and Safety Code* § 1596.66(c) requires that ". . . if a fee is charged by the local resource and referral agency that takes a provider's fingerprints, the provider shall be reimbursed for this charge by the State Department of Education, through the local child care resource and referral agency, from the federal Child Care and Development Fund to the extent that those funds are available."

Fees associated with the TrustLine process are paid for license-exempt providers serving families who are eligible for subsidized child care or as participants in Stages 2 and 3 of the CalWORKs child care system.

*Expected results*: This reimbursement will ensure that the CDSS is able to conduct criminal background checks on an estimated CDE-TrustLine applicant caseload of 10,000. This will increase the number of alternative payment providers who provide child care to parents receiving governmental child care subsidies who are required by law to register with TrustLine.

5.1.4.3(e)    License Enforcement for Child Care Programs**

This plan includes funds for licensing inspections by the CDSS' Community Care Licensing Division (CCLD) of child day care facilities. The CCLD has responsibility for licensing child care centers and family child care homes under authority of the California *Health and Safety Code* (§§ 1596.70, et seq.) and to enforce minimum standards contained in Title 22, Division 12, of the *California Code of Regulations*. The mission of the CCLD is to protect the health and safety of children in care. This project funds activities and licensing visits that maintain or increase the quality and availability of child care.

*Expected results*: The health and safety of children in licensed child care centers and family child care homes will be protected. The CCLD staff will be responsive to complaints in a timely fashion. Staff will monitor child care centers and family child care homes for compliance with Title 22 regulations and increase licensing inspections as needed.

5.1.4.4    Professional development, including training, education, and technical assistance

5.1.4.4(a)    Child Development Training Consortium

This program provides direct child development training through college-level course work to affect the quality of care. This training creates a pool of qualified staff for child care and development programs and addresses the issues of access to training, career ladder access for providers, staff retention, content flexibility, and cost-effectiveness while reaching out at the local level to assist in

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000504

the recruitment and preparation of underrepresented groups. Participants, currently employed in a child care and development program, earn college units in child development and general education, as required, to attain the Child Development Permit. Students may attend regularly scheduled core curriculum classes. Classes may be offered at off-campus locations so that working students may have greater access.

*Expected results*: Approximately 8,500 students at 94 community colleges are enrolled in more than 60,000 units of course work in early childhood education. The program will provide reimbursement for 46,000 of those units. The success of this program is reflected in a 97 percent student course completion rate.

Career Incentive Grant Program**

This program provides assistance through grants for college course work leading to the attainment of a Child Development Permit at the teacher, master teacher, supervisor, or program director level. Participants in this program must be current employees in a CDE/CDD-funded State Preschool program. This program serves individuals who do not have access to a consortium community college campus or attend a four-year college or university. Applications are processed on a first-come, first-served basis.

*Expected results*: Approximately 700 grants will be awarded to early care and education students for reimbursement of enrollment fees, tuition, and books.

5.1.4.4(b)  Technical Assistance to Child Care Providers for Facilities Financing

Targeted training and technical assistance will be provided to child care providers to assist them in obtaining financing for renovation, expansion, and/or construction of child care facilities.

*Expected results*: About 30 statewide workshops on financing facilities will be offered to child care providers.

5.1.4.4(c)  Desired Results Field Training

Regional trainings on the Desired Results system will be provided to program staff of agencies that are scheduled for a CDE compliance review the following year. This project will also include further development of the system, including training materials and activities, training videos, online classes, CD-ROMs, and other support methods.

*Expected results*: One thousand contractors a year will attend three-day regional training. Two hundred fifty contractors at multiple sites will be trained each year during a four-year phase-in.

5.1.4.4(d)  California Preschool Instructional Network

The California Preschool Instructional Network (CPIN) provides an ongoing statewide child care and development support system based on the 11 regions of

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000505

the California County Superintendents Educational Services Association together with California county offices of education. Each region has a lead staff member who is responsible for establishing and maintaining networks of prekindergarten administrators/teachers/leaders who meet at least three times during each school year. The CPIN is responsible for providing leadership and instructional support in language, literacy, mathematics, and other content areas for educators and providers in various settings. Additionally, the CPIN will design and implement a statewide professional development system based on the content of the Sacramento County Office of Education Language and Literacy Network in collaboration with other agencies. The CPIN will participate in state-level activities, including preschool vocabulary forums, development of content standards and curriculum frameworks, professional development regarding the preschool learning standards, and participate in the review process of commercial curricula for math and literacy that align with state standards/ frameworks.

*Expected results*: Coordinated training and technical assistance will be available on a regular basis at the regional level for all CDD contractors, particularly those that have center-based programs and/or family child care home networks, depending on local needs. This project will also result in local coordination with other programs, such as Head Start and First 5/Children and Families county commissions, and the CDD's age-level curriculum projects.

5.1.4.4(e)  Training TANF Recipients as Child Care Teachers

This project is administered by the Foundation for California Community Colleges. Its purpose is to train TANF recipients in 96 California community colleges to become child care and development teachers through a collaborative project of the Child Development Training Consortium and the California Early Childhood Mentor Program. TANF recipients will be selected, enrolled full time in community college course work with tutorial assistance, and assigned mentor teachers to supervise their field placements and provide assistance throughout the program. At the end of the first year of training, TANF students will have completed 12 units of classroom instruction and work experience, and qualify for an Associate Teacher Permit on the Child Development Permit Matrix. The second year of training will include high-quality practicum experience and continued education for the student to complete 24 units in early childhood education and 16 units in general education. Each successful TANF recipient will qualify for a Child Development Teacher Permit at the end of the two-year training period.

*Expected results*: Training and support services will be provided each year to help 1,000 TANF students at 96 community colleges complete the qualifications for permits at the associate or teacher level of the Child Development Permit Matrix. The project will assist TANF students to become self-sufficient and will build the capacity of the early care and education workforce in California.

5.1.4.4(f)  Child Development Permit Matrix Professional Growth Advisers

Funds will be used to continue to support the Statewide Network of Child Development Permit Matrix Professional Growth Advisers. The Child

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000506

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

Development Training Consortium will be responsible for maintaining a registry of professional growth advisers; providing training for new advisers; providing refresher training for approximately 1,800 existing advisers; and developing and maintaining an electronic system for providing information about the professional growth plan requirements.

*Expected results*: More than 2,400 child development professionals will assist members of the field with their career planning.

5.1.4.4(g)  Family Child Care at Its Best Project – University of California, Davis **

The Family Child Care at Its Best Project offered through the Center for Human Services at University of California, Davis, will provide training and quality improvement services to family child care home providers throughout the state.

*Expected results*: Five hundred training sessions will be delivered to a total of 8,000 family child care providers on an annual basis, covering a broad range of child care topics such as child development, health and safety, language, literacy, and cultural sensitivity.

5.1.4.4(h)  Child Care Initiative Project **

This project, conducted by local R&R agencies, implements a five-stage child care supply-building process. This process includes assessing local supply and demand, recruiting potential licensed family child care providers, providing training in providing quality care and managing a small business effectively, providing technical assistance on licensing procedures, and providing ongoing support to help providers stay in operation.

*Expected results*: The number of licensed family child care homes will be increased, creating at least 2,000 new child care slots. Research-based and translated materials on child care will be distributed to more than 1,500 providers.

5.1.4.5     Improving salaries and other compensation for child care providers

5.1.4.5(a)  California Early Childhood Mentor Program

The mentor program is conducted at approximately 96 community college campuses. The goal of the program is to support experienced teachers or directors and encourage them to remain in the field of early childhood education. This program provides financial compensation and other benefits to child care and development teachers and directors who are selected as mentors. Mentor applicants must complete a self-assessment of their classroom, and their program director must agree to conditions of their participation. Candidates for director mentor undergo a two-day training session and agree to attend subsequent director mentor seminars. A local selection committee convened by the community college chooses mentor teachers and directors. The average stipend per classroom mentor is estimated to be $1,800 per year. More than 2,250 early childhood education students and director protégés will be provided with alternative placements for practicum experiences. Additional salary

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000507

compensation while offered to more than 600 mentor teachers and director mentors.

*Expected results*: More than 600 mentor teachers and 100 director mentors will provide supervision and support to approximately 2,250 students in early childhood education, affecting the quality of care for at least 75,000 children.

5.1.4.5(b)  Stipend for Permit

This program, managed through the Child Development Training Consortium, helps potential teachers in child care and development programs to obtain a Child Development Permit by paying the cost of the application fees. Salaries of child care teaching staff are substantially less than those of workers with similar levels of education. Assistance with the cost of permits provides these staff members with incentives to proceed with completing training related to child development that research has shown to increase the quality of care provided to children. Staff members also benefit from completing the additional course work, because they are able to secure permanent positions as teachers. Implementation of this program continues in collaboration with the California Commission on Teacher Credentialing, which issues these permits.

*Expected results*: Processing fees for the Child Development Permit application will be paid for approximately 3,400 permit applicants, and fingerprint processing fees will be paid for approximately 2,700 first-time applicants.

5.1.4.5(c)  Child Development Teacher/Supervisor Grant Program

This program, administered by the California Student Aid Commission, provides assistance through grants for college course work leading to the attainment of a Child Development Permit at the teacher, master teacher, supervisor, or program director level. Participants in this program are selected on the basis of their demonstrated financial need and academic achievement. They must commit to working one full year in a licensed child care center for every year they receive a grant.

*Expected results*: More than 300 students will obtain financial assistance to pursue professional development opportunities leading to employment or promotional opportunities in the child development field. This program will improve the recruitment and retention of qualified child development teachers and supervisors so that quality of child development services provided to California's young children are enhanced.

5.1.4.5(d)  Child Care Salary and Retention Incentives**

Funds are provided to Child Care and Development Local Planning Councils (LPCs) for activities to retain qualified staff that work directly with children in state-subsidized, center-based programs. The LPCs develop countywide plans in accordance with approved guidelines and submit these plans to the CDD for review and approval. The funds are intended to supplement, not supplant,

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000508

existing efforts and investments to retain qualified child care staff at the local level.

<u>CARES (Comprehensive Approaches to Raising Educational Standards)**</u>

The California First 5/Children and Families Commission provides matching state funds to 46 participating county commissions to support local programs that provide incentives to license-exempt providers, family child care home providers, and center-based early care and education (ECE) staff for staying in their jobs and increasing their level of ECE training. The pilot phase ends in June 2005. The results of the pilot program were positive, and the First 5/Children and Families Commission recently voted to fund the program again for another three years. An additional six months was extended for reporting and evaluation.

*Expected results*: A formal research component is part of the two incentives programs. Results from the efforts to date suggest that staff retention is significantly enhanced. Ninety-six percent of program participants still worked in the child development field 12 months after joining the program, and 93 percent remained 18 months later.

5.1.4.6    Activities in support of early language, literacy, pre-reading, and numeracy development

5.1.4.6(a)    <u>English Language Learners Support</u>

The CDE publication, *Assessing and Fostering a First and a Second Language in Early Childhood,* is in the process of being updated. In addition, a training manual, and a companion video using existing and updated materials will be developed. Statewide training-of-trainers sessions will be provided to support staff working with children: preschool teachers, teacher aides, and program coordinators of English language learners in regional areas. Materials dealing with the diverse early learning population will be revised, assisting early educators in their daily work with an increasing number of English-language learners.

*Expected results*: A cohort of trainers will conduct training for 750 trainers who will provide training to preschool teachers, supervisors, and parents on how to give appropriate help to the English-language learners in their care.

5.1.4.6(b)    <u>Public Broadcasting Preschool Education Project</u>

This project will continue to provide training for approximately 2,500 family child care providers and parents and will be conducted within the viewing areas of public television stations in Fresno, San Francisco, San Diego, Eureka, San Jose, Los Angeles, Redding, and Sacramento. A training-of-trainers model will include information on how to use television appropriately in the education of young children. Concepts of emerging literacy will be stressed. Providers will receive a provider handbook, training props, and several storybooks. Each public television station has established a network of trainers in order to offer continued support and to conduct refresher training.

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

*Expected results*: Training on the national PBS *Ready to Learn* curriculum will be provided through more than 270 workshops for more than 5,000 professionals and child care providers, affecting more than 90,000 children.

5.1.4.6 (c) <u>Prekindergarten Program</u>**

In previous plans, the *Prekindergarten Learning and Development Guidelines* were published and support resources were developed. A series of in-service training sessions, based on the *Prekindergarten Learning and Development Guidelines* and focused on teachers who work with children aged three through five, were delivered throughout the state by using facilitated live-feed satellite broadcasts. Plans include adaptation for use by all licensed and license-exempt family child care providers.

<u>Exempt Provider Training</u>

Funds will be allocated to expand the existing training and capacity-building Child Care Initiative Project (CCIP) for licensed providers. This Exempt Care Outreach and Training Project will support increased quality of care provided for children in unlicensed child care settings. Local R&R agencies will train participants using culturally appropriate training techniques for diverse populations. The core curriculum developed by the California Child Care and Resource and Referral Network will utilize the adapted *Prekindergarten Learning and Development Guidelines* for family child care providers and exempt care providers. Certification of attendance will be provided, and data will be collected to evaluate the effectiveness of the outreach strategies implemented.

*Expected results:* Training will be provided in each of the 58 counties in California. R&R agencies will establish relationships with exempt child care providers to improve the quality of child care by providing support and information on health, safety, and age-appropriate methods of discipline.

<u>Publication of Adapted Prekindergarten Guidelines</u>

Activities will include publication of the adapted *Prekindergarten Learning and Development Guidelines* developed under prior funding and the continuation of a comprehensive statewide program of local and regional training based on the guidelines to assist classroom teachers in implementation of the curriculum and related support materials. Adaptations of the materials will support a statewide outreach and training program to exempt providers.

*Expected results*: An adaptation of the *Prekindergarten Learning and Development Guidelines* for family child care and license-exempt providers will be completed and will support comprehensive training programs designed to support children served in all types of settings. Approximately 9,500 participants and facilitators will participate in nine hours of in-service training on three new topics from the *Prekindergarten Learning and Development Guidelines.*

<u>Development/Revision of Prekindergarten Content Standards</u>

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006
FP000510

Funds will be used to develop and implement prekindergarten content standards in reading/language arts, mathematics, history--social science, and science. These content standards, currently under development, will be fully articulated with California academic content standards for kindergarten through grade twelve (K--12) for use in CDE publicly funded preschool programs. The standards will be voluntary in private and other publicly subsidized programs. It is expected that these standards will be accepted for use in most California preschool programs.

*Expected results*: Staff members of CDD-funded center-based programs and family child care home networks will receive training on the prekindergarten content standards once the standards are completed. This training will occur during 2005-06, and 1,000 contractors will be trained each year. In addition, other types of funded early childhood programs, such as Head Start and private programs, will receive training on a voluntary basis.

Development of a Prekindergarten Curriculum Framework

A Prekindergarten Curriculum Framework will be developed and implemented for use by preschool programs in California. This first Prekindergarten Curriculum Framework will focus on reading/language arts and mathematics. It will be modeled after the K--12 curriculum frameworks and will be based on the prekindergarten content standards for reading/language arts and mathematics under development. Once the framework is completed, extensive training on the Prekindergarten Curriculum Framework will be offered to all CDD-funded center-based programs and family child care home networks. After this framework is completed, curriculum frameworks in other content areas will also be developed.

*Expected results*: All CDD-funded center-based programs and family child care home networks will be trained on the Prekindergarten Curriculum Framework once it is completed. This training will occur during 2006, and 1,000 contractors will be trained. In addition, staff in other types of funded early childhood programs, such as Head Start and private programs, will be trained on a voluntary basis.

Prekindergarten Resource Awards

Funds will be allocated to provide grants to providers to support training and professional development for teachers and administrators of prekindergarten child development programs; as well as, the purchase of prekindergarten curriculum materials and supplies. These prekindergarten resource awards will be used to support program quality for CDD-funded child care programs that will benefit children ages three to five years old. This funding will provide support, including the use of substitute teachers, to facilitate staff development and training including attendance at the new and revised *Desired Results Developmental Profile (DRDP)* and *Preschool English Learners Principles and Practices to Promote Language, Literacy, and Learning* statewide trainings.

*Expected results*: Agencies receiving a Prekindergarten Resource Award will be able to increase the knowledge base and training of child care staff. Additionally,

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000511

staff will be able to participate in the latest trainings for the new and revised *DRDP* and the new training on the preschool English language learners guide. This grant will facilitate the purchase and acquisition of curriculum materials and supplies for prekindergarten children.

5.1.4.7    Activities to promote inclusive child care

5.1.4.7(a)    Map to Inclusive Child Care

The Map to Inclusive Child Care Project began in state fiscal year 1998-99 with a federal technical assistance grant designed to support a statewide initiative to expand opportunities for inclusion of children with disabilities and other exceptional needs in child care settings. Major activities will continue to focus on developing linkages among key agencies, groups, and stakeholders to create a service delivery system that better meets the needs of children with disabilities and their families. Activities will also focus on identifying and addressing infrastructure issues, including licensing, that are barriers to inclusion of children with disabilities in child care settings. Training materials for early childhood educators to use in explaining the early intervention and disabilities systems to child care staff will also be developed and disseminated through the Web site maintained by Sonoma State University for the Map Project.

Participants will continue to include representatives from Head Start; key state agencies including the CDE Special Education Division and the California Departments of Developmental Services, Social Services, and Mental Health; and professional organizations providing support services for children with disabilities and their families. Efforts of the Map Project will also be coordinated with the Special Needs School Readiness Project and the Community College Project funded by the California First 5/Children and Families Commission, as well as the Beginning Together Project described in this plan.

*Expected results*: Statewide coordinated leadership will continue to address the barriers facing families who have children with disabilities and other special needs in getting access to quality child care services. Technical assistance will be provided to state and local policymakers and programs to develop and implement policies and practices that ensure quality child care and coordinated services for these children and families. Resources will be developed to assist child care and development staff to better understand the early intervention and special education systems and to be better able to assist parents in obtaining services.

5.1.4.7(b)    Special Needs Training (Inclusion of Children with Disabilities and Exceptional Needs)

Funds will be allocated to provide training for preschool staff on strategies, program practices, program models, and legal requirements regarding inclusion of children with disabilities and children with other exceptional needs in child care settings.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000512

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

*Expected results*: Approximately 200 representatives from child care and development programs and special education will receive training on implementation of local plans to build the capacity for including preschool-age children with disabilities and exceptional needs.

5.1.4.8    Healthy Child Care America and other health activities including those designed to promote the social and emotional development of children

5.1.4.8(a)    Healthline

The California Child Care Healthline is a statewide, toll-free telephone service (800-333-3212) accessible to child care providers and parents. The purpose of the Healthline is to provide information and consultation on children's health and safety issues, including communicable disease management and reporting requirements, immunization, behavioral and nutritional concerns, child abuse, and exceptional needs; and early childhood education and development. Pediatric health professionals answer the Healthline. Referrals to health-related services are made when necessary.

*Expected results*: Advice will be given to more than 1,200 providers and parents annually. The project Web site for health and safety information, products, and services is expected to receive more than 625,000 hits. Healthline staff will train providers on child health and safety issues. Parents and child care providers will create and maintain healthy environments for the children in their care.

5.1.4.8(b)    Health and Safety Training for Licensed and License-Exempt Providers

R&R agencies will receive funds through a contract to arrange for or provide reimbursement to licensed center-based staff, licensed family child care providers, and license-exempt family child care and in-home providers. Reimbursement is for costs associated with completing health and safety training, including pediatric cardiopulmonary resuscitation (CPR), pediatric first aid, prevention and control of communicable disease in child care settings, safe handling of food, nutrition, disaster preparedness and mitigation, and other health- and safety-related subjects. Trainers and curriculum content are reviewed and approved by the Emergency Medical Services Authority.

*Expected results*: Approximately 10,000 child care providers will receive health and safety training, equipment, materials and supplies to create safe environments for children in care. Many of these providers will receive reimbursement to pay for certifications needed for licensing compliance.

5.1.4.8(c)    Improving the Quality of Nutrition Services

The CDE will improve the quality of nutrition services in child care programs through a two-pronged strategy: strategic evaluation and improved support for nutrition education and training.

The CDE will contract with one of the University of California campuses to conduct a strategic evaluation of nutrition education and meal quality in child care

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000513

agencies to determine recommended strategies for improving nutrition education activities and meals/snacks consistent with the latest Dietary Guidelines for Americans and the Food Guide Pyramid recommendations. The CDE will convene a strategic evaluation steering committee consisting of representatives from CDE's Nutrition Services Division and Child Development Division, the Department of Social Services Community Care Licensing Division, and the Department of Health Services' Women, Infants and Children program (and their respective local program stakeholders), in order to ensure that key stakeholders align with the strategic recommendations developed.

Given the long standing unmet need for improved nutrition education and training, the CDE will work with an advisory task force of child care program stakeholders to provide recommendations on which specific nutrition education and training projects to fund this year. Potential projects may include, but not be limited to:

- Developing and updating a variety of nutrition education materials including nutrition education curricula and other nutrition resources that target child care administrators, teachers and food service personnel
- Conducting a nutrition education conference to train and update child care administrators and teachers on various nutrition education topics regarding the young child
- Providing learner centered training on nutrition education through a train-the-trainer format
- Distributing model nutrition service policies to child care providers throughout the state

Expected Results: The strategic evaluation will provide the CDE with valuable information pertaining to the quality of meals, meal service, classroom and parent nutrition education activities in the child care environment. The evaluation results and recommendations will be shared with approximately 1,200 child care administrators, CDE staff and California legislators to raise their awareness of nutrition education issues in child care settings.

5.1.4.9   Other quality activities that increase parental choice, and improve the quality and availability of child care (§98.51(a)(1) and (2))

5.1.4.9(a)   Child Care and Development Local Planning Councils Grant (LPCs)

Child Care and Development Local Planning Councils (LPCs) are appointed by 58 local county boards of supervisors and county superintendents of schools to assess the needs for child care and development services. LPCs identify gaps in the supply and demand of all forms of care. Based on the information obtained through periodic need assessments, the LPCs establish priorities for the use of funds to address the identified needs of unserved and underserved populations within their county. These priorities typically specify the ages of children, family income of target populations, special education needs or circumstances of families, and the geographic areas of service. LPCs encourage ideas from the public in the development of local priorities and hold public hearings. LPCs prepare a comprehensive countywide child care plan that is designed to mobilize

public and private resources to address identified needs. LPCs collaborate with subsidized and nonsubsidized providers, Head Start agencies, county welfare departments, human service agencies, job training programs, employers, integrated child and family service councils, parent organizations, and other interested parties to foster partnerships designed to meet local child care needs.

_Expected results_: The LPCs will provide an effective infrastructure using technology, research, and data to mobilize public and private resources to benefit the child development field.

LPCs will continue to implement child care staff retention programs and to build public and private partnerships with business and the Local Workforce Investment Boards.

5.1.4.9(b)   Emergency Disaster Relief Child Care
Funds are directed to provide up to six months of child care for the families displaced to California by Hurricane Katrina.

    5.1.5   Is any entity identified in sections 5.1.1 or 5.1.4 a non-governmental entity?

       ☒   Yes, the following entities named in this part are non-governmental:
Name: public television stations; WestEd
Type: non-governmental organization
Name: resource and referral agencies
Type: Child Care Resource & Referral Service
       ☐   No.

## 5.2   _Good Start, Grow Smart_ **Planning and Development**

This section of the Plan relates to the President's _Good Start, Grow Smart_ initiative which is envisioned as a Federal-State partnership that creates linkages between CCDF, including funds set-aside for quality, and State public and private efforts to promote early learning. In this section, each Lead Agency is asked to assess its State's progress toward developing voluntary guidelines on language, literacy, pre-reading, and early math concepts and a plan for the education and training of child care providers. The third component of the President's _Good Start, Grow Smart_ initiative, planning for coordination across at least four early childhood programs and funding streams, was addressed in Section 2.1.2.

    5.2.1   **Status of Voluntary Guidelines for Early Learning**. Indicate which of the following best describes the current status of the State's efforts to develop research-based early learning guidelines (content standards) regarding language, literacy, pre-reading, and early math concepts for three to five year-olds.

       ☐   **Planning**. The State is planning for the development of early learning guidelines. Expected date of plan completion: _____

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

☒ **Developing**. The State is in the process of developing early learning guidelines. Expected date of completion: <u>Early learning guideline for language and literacy and mathematics will be completed by September 2005.  Guidelines for science and history–social science will be completed by May 2006.</u>

☐ **Developed**. The State has approved the early learning guidelines, but has not yet developed or initiated an implementation plan. The early learning guidelines are included as Attachment ___

☐ **Implementing**. In addition to having developed early learning guidelines, the State has embarked on implementation efforts which may include dissemination, training or embedding guidelines in the professional development system. The guidelines are included as Attachment ___

☐ **Revising**. A State has previously developed early learning guidelines and is now revising those guidelines. The guidelines are included as Attachment ___

☐ **Other (describe)**:

Describe the progress made by the State in developing voluntary guidelines for early learning since the date of submission of the 2004-2005 State Plan.

In California, the CDE initially viewed the Desired Results Developmental Profile (DRDP) measures as its early learning guidelines. However, the CDE has begun to develop prekindergarten content standards in language and literacy and mathematics. These standards will include standards for three-year-olds and for four-year-olds. These will be completed and required of all prekindergartern children in CDD-contracted programs in fall 2005. In the meantime, work will begin on prekindergarten content standards in science and history–social science, and a draft will be available by May 2006. These content standards will become the CDE's early learning guidelines. The DRDPs will be used to assess the achievement of those standards.

A specific process has been used to develop prekindergarten content standards. The first step was for the CDD's contractor, UC Berkeley, to form a small work group to review current research and develop a set of standards for math and language and literacy. This work group developed rationales for each of the standards. When that task was completed, the CDD and UC Berkeley held two expert panel meetings for math and two expert panel meetings for language and literacy. The panel members included nationally known researchers and California practitioners. They reviewed the draft standards and made further changes based on additional current research and practitioner expertise. They also reviewed other states' content standards.

The CDE decided to initiate the development of standards by basing them on the California K–12 content standards. Development of these standards referred to the existing CDE kindergarten standards. The new prekindergarten content standards will be based on research.

In addition, the CDE is in the process of revising the DRDP. The CDE is working with UC Berkeley, WestEd, Sonoma State University, Mathematica and

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006
FP000516

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

American Institutes for Research to revise and validate the profiles for children, ages birth to thirteen. The revised and validated profile will include one for infant/toddlers (ages birth to three); one for prekindergarten; and two for school-age children (ages five through eight and nine through twelve). The revised DRDPs are based on current research for each age level. Each profile has approximately 37 items. The DRDP validation group has been working closely with the state Head Start organization to ensure that the revised DRDP will meet the Head Start outcomes. This has been accomplished to facilitate the use of one instrument in co-located Head Start/State Preschool programs.

Currently, the CDE with UC Berkeley and the other contractors are conducting a calibration study for the revised instrument. Teachers throughout the state are assessing the skills and knowledge of 2,700 children to determine whether the items are appropriate and accurate.

If developed, are the guidelines aligned with K-12 content standards?

☒    Yes. If yes, describe. The *Prekindergarten Learning and Development Guidelines* are aligned with the K–12 content standards.  The prekindergarten content standards will be aligned with the K–12 content standards.
☐    No.

Please attach a copy of the guidelines. If the guidelines are available on the web, provide the appropriate Web site address:
*http://www.cde.ca.gov/sp/cd/ci/desiredresults.asp*

**5.2.2    Domains of Voluntary Guidelines for Early Learning.** Do the guidelines address language, literacy, pre-reading, and early math concepts?
☒    Yes
☐    No

Do the guidelines address domains not specifically included in *Good Start, Grow Smart*, such as social/emotional, cognitive, physical, health, creative arts, or other domains?
☒    Yes. If yes, describe. The DRDPs address social–emotional development, cognitive development, linguistic development, physical and safe and healthy development. Awareness and acceptance of diversity are included under social-emotional development. These developmental domains are stated in terms of desired results (i.e., outcomes). The guidelines include the following domains:
*"Children are personally and socially competent"* (social–emotional development).
*"Children are effective learners"* (cognitive development).
*"Children show physical and motor competence"* (physical development).
*"Children are safe and healthy"* (safe and healthy development).

The revised DRDP will continue to address all the domains of development. The CDE's prekindergarten first set of content standards will address language and literacy and mathematics, which include the cognitive and linguistic domains. The

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006
FP000517

next standards that will be developed will address science and history–social science, which will include the cognitive and social–emotional domains.

☐　　No

Have guidelines been developed for children in age groups not specifically included in *Good Start, Grow Smart* (children other than those aged three to five)?

☒　　Yes. If yes, describe. Content standards are being developed for infants and toddlers. Content standards for children in K–12 are already established.

☐　　No

**5.2.3**　**Implementation of Voluntary Guidelines for Early Learning.** Describe the process the State used or expects to use in **implementing** its early learning guidelines. How are (or will) community, cultural, linguistic and individual variations, as well as the diversity of child care settings (be) acknowledged in implementation?  Materials developed to support implementation of the guidelines are included as Attachment ____

The CDE is in the process of developing prekindergarten content standards in language and literacy and mathematics. The development of the science and history–social science content standards for prekindergarten children will follow. The draft standards for language and literacy and mathematics will be ready for the field to review in June 2005. The process will include the CDE's new California Preschool Instructional Network and focus groups around the state to seek suggestions about the draft standards. A standard survey will also be used to seek suggestions. In addition, the draft content standards and the survey will be on the CDE Web site. In addition, the draft standards will be shared with a group of early childhood professional organization representatives. The UC Berkeley will then tabulate and analyze this information and prepare a report for the CDE. Any necessary changes to the draft standards will then be made and the CDE will finalize them. Finally, prekindergarten content standards information sessions will be held around the state during the months of October and November 2005.

All CDD-funded preschool programs and family child care home education networks will be required to teach children the prekindergarten content standards. These standards will be voluntary for any other type of preschool programs. It is expected that First 5 school readiness grant programs, new universal preschool programs, Head Start programs, Even Start, and private programs will adopt these standards. In addition, the CDE has begun work with the county superintendents organization to develop a prekindergarten curriculum framework based on the language and literacy and mathematics content standards. The framework will include instructional strategies for working with children with special needs and English-language learners to help them meet the standards. The expectation is that all children will meet the standards.

The CDD's Desired Results accountability system has included a four-year phase-in implementation process. All CDD-funded center-based programs and family child care home education networks have implemented the Desired Results system. When the DRDP revisions are complete, all programs will be

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000518

required to use the revised tool. There will be a one-year transition period for programs to implement the revised tools.

**5.2.4    Assessment of Voluntary Guidelines for Early Learning.** As applicable, describe the State's plan for **assessing** the effectiveness and/or implementation of the guidelines. Written reports of these efforts are included as Attachment ____

The principal goal of *Good Start, Grow Smart* is to support research-based early childhood education strategies that will result in young children having the knowledge, competencies, skills, and dispositions they need to progress and succeed in school. From a review of the early childhood literature, the DRDP researchers identified developmentally appropriate learning and behaviors and the order of difficulty at each level. This information was used in a DRDP field study that was carried out in fall 2003 with 1,800 children at the three age levels (infants/toddlers, preschoolers, and school-age students).

The CDE, UC Berkeley, WestEd, Sonoma State University, Mathematica, and American Institutes for Research are currently conducting a DRDP calibration study. This study involves training teachers to administer the revised DRDP to 2,700 children, ages birth to thirteen, throughout California. The results will be used to revise the instruments. It is expected that there will be one more revision to the instrument when the prekindergarten content standards are completed since the prekindergarten DRDP will be used to assess a child's achievement of the standards. In addition, items about English proficiency will be added to the revised instrument and will become part of the next calibration study.

The researchers are revising the instruments to ensure that developmental levels are sound and they are scaled appropriately for age-level difficulty. After the field testing, the instruments will be revised as necessary for validity and reliability. Content alignment studies will also be conducted to ensure that the items match theoretical frameworks.

The CDD has phased in the new Desired Results system, including the DRDPs. During the four-year phase-in period, the CDD, with UC Berkeley, has built an evaluation component into the training. Focus groups have been convened yearly to evaluate the effectiveness of the training, and modifications will be made as necessary. This practice will lead to continuous improvement of the training of the child development agency staff as well as of the system itself. The CDD will also be evaluating the entire Desired Results system to determine the effectiveness of the Desired Results training and the ease of use of the assessment and evaluation tools for the CDD's early childhood programs. This system evaluation will be conducted over the next two years, beginning in July 2005.

**5.2.5    State Plans for Professional Development.** Indicate which of the following best describes the current status of the State's efforts to develop a professional development plan for early childhood providers that includes all the primary sectors:  child care, Head Start, and public education.

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

☐ **Planning**. Indicate whether steps are under way to develop a plan. If so, describe the time frames for completion and/or implementation, the steps anticipated, and how the plan is expected to support early language, literacy, pre-reading and early math concepts.

☐ **Developing**. A plan is being drafted. The draft is included as Attachment ___

☐ **Developed**. A plan has been written but has not yet been implemented. The plan is included as Attachment ___

☐ **Implementing**. A plan has been written and is now in the process of being implemented. The plan is included as Attachment ___

☒ **Other (describe)**: California's plan for child care provider professional development has evolved since the quality improvement funds first became available to the states. Four guiding principles provided the primary guidance for development of the initial plan and have continued to be considered in the development of subsequent plans, including expansions and revisions. The fifth guiding principle has been added in the past several years. The guiding principles are as follows:

Do not duplicate existing resources.
Address unmet needs.
Address emerging issues.
Support statewide access.
Maximize and leverage additional public and private resources to enhance the overall professional development of the field.

*Do Not Duplicate Existing Resources*

The California Community College system of two-year public institutions, composed of 108 colleges statewide organized into 72 districts, serves more than 2.9 million students and represents the largest system of higher education in the world. This system has provided excellent professional development classes relating to preschool-age children. Although the National Association for the Education of Children has provided a wide variety of resources for the preschool age group, there were almost no resources and training for child care staff and college faculty about developing programs for infants, toddlers, and school-age children. As child care programs began responding to the increasing demands for services for children in these age groups, it was important to identify professional development activities and resources for child care staff and college faculty about how to best meet the needs of these age groups in child care settings. Consequently, California's plan initially focused on infants and toddlers and school-age children when the unique needs of different ages of children in child care settings were considered. In response to school reform, the plan now also addresses the full age range of children birth to thirteen years of age.

*Address Unmet Needs*

Many of the activities in the plan focus on unmet needs of the profession and support the career ladder and professional development matrix presented in the

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000520

Child Development Permit Matrix and the Child Development Permit Matrix with a School Age Emphasis. Two of the quality improvement activities that were part of the initial plan and that remain in place today are the Child Development Training Consortium (CDTC) and the California Early Childhood Mentor Program (CECMP). The CDTC was developed to address the need for having sufficient qualified staff to meet the staffing needs of child development programs. The CECMP was developed to address the need to retain qualified teachers in the child care profession and to provide opportunities for them to mentor students entering the field.

The Child Care Salaries and Retention Incentives, a newer initiative, is used to reduce child care staff turnover in CDD-contracted center-based programs, other center-based programs, and family child care homes. It encourages staff to complete the Child Development Permit Matrix requirements and addresses some of the compensation and recruitment issues facing staff working in the field of child development.

_Address Emerging Issues_

The Desired Results for Children and Families system was developed as part of school reform and to address the concern about ascertaining children's progress while they are enrolled in CDD child development programs. In 2000, the CDE published the _Prekindergarten Learning and Development Guidelines_ to address the recent brain research and emerging interest in the link between preschool experiences and later success in school. The _Prekindergarten Learning and Development Guidelines_ was articulated with the California standards and frameworks for elementary education.

_Support Statewide Access_

One of the strengths of having a quality improvement plan developed at the state level is that provision can be made for geographic equity of access to the activities. Sometimes this access is provided by supporting the implementation of the activity in local areas. Following are several examples of programs that provide or have provided statewide access for child care professionals:

The CDTC offers its programs through 94 community colleges throughout the state.
The Program for Infant/Toddler Caregivers provides on-site training and technical assistance to child care programs and small groups of family child care providers serving children from birth to three years of age. Trainers are recruited for the trainer-of-trainer institutes from all counties so that the trainers are working with programs and providers in their own areas of the state.
The training sessions on the _Prekindergarten Learning and Development Guidelines_ were initially presented through a series of facilitated distance learning sessions at 210 downlink sites in the state.
Regional trainer-of-trainer institutes have been offered to develop a cadre of trainers throughout the state with in-depth knowledge about such topics as

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000521

school-age care, English language learners, and inclusion of children with disabilities and other exceptional needs.

The Desired Results system will provide all programs funded by the CDD with a comprehensive system for documenting child and family outcomes for children birth to thirteen years of age enrolled in CDD child development settings and before- and after-school programs. A set of validated developmental profiles to ascertain progress of each age group will be required of every program that is funded by the CDD. Training about the profiles is being provided in regional sessions to all programs funded by the CDD.

### *Maximize and Leverage Additional Public and Private Resources to Enhance the Overall Professional Development of the Field*

An example of a public-private partnership is the four-year relationship that has developed as part of the Child Care Staff Retention program. The CDE, the First 5/Children and Families Commission, the Packard Foundation, the Center for Health Improvement, and JMPT Associates have funded the development of a standardized database to collect information on the individual participants in the Child Care Staff Retention program. This database was shared with both the First 5/Children and Families county commissions staff and the CDE/CDD Child Care and Development Local Planning Council coordinators. Training and local technical assistance were provided by both the Center for Health Improvement and JMPT Associates. Regional follow-up training provided a forum to discuss program evaluation results and share best practice models.

Describe the progress made by the State in a plan for professional development since the date of submission of the 2004-2005 State Plan.

A new statewide professional development program, the California Preschool Instructional Network, began in July 2004. This new network is designed to train preschool teachers and administrators about curriculum and development and will specifically include training on the newest research about curriculum and instruction in language and literacy and mathematics. Training will eventually also include science and history–social science. The training will be based on the CDE's new prekindergarten content standards. A wide range of people and programs are invited from different types of programs, including CDD-funded programs and other types of programs. The participants also include faculty from two- and four-year colleges. Participants have the opportunity to network and gain the most recent research-based information. The network is organized into 11 regions based on the county superintendents' 11 regions of the state. The CDD and the county superintendents of education are coordinating this network.

| If your State has developed a plan for professional development, does the plan include: | Yes | No |
|---|---|---|
| A link to Early Learning Guidelines | ☒ | ☐ |
| Continuum of training and education to form | ☒ | ☐ |

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000522

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

| | | |
|---|---|---|
| a career path | | |
| Articulation from one type of training to the next | ☒ | ☐ |
| Quality assurance through approval of trainers | ☒ | ☐ |
| Quality assurance through approval of training content | ☒ | ☐ |
| A system to track practitioners' training | ☒ | ☐ |
| Assessment or evaluation of training effectiveness | ☒ | ☐ |
| State Credentials – Please state for which roles (e.g. infant and toddler credential, directors' credential, etc.) | ☒ | ☐ |
| Specialized strategies to reach family, friend and neighbor caregivers | ☒ | ☐ |

For each Yes response, reference the page(s) in the plan and briefly describe the Lead Agency's efforts. *These are the activities identified in the State Plan, not a separate professional development plan.*

A link to Early Learning Guidelines: Both the Desired Results system and the *Prekindergarten Learning and Development Guidelines* are articulated with the state's academic content and performance standards, including mathematics, reading, and language development. The guidelines for infants and toddlers that are currently being developed will be articulated with the *Prekindergarten Learning and Development Guidelines*. The California Preschool Instructional Network will implement a statewide professional development system based on the prekindergarten content standards.

Continuum of training and education to form a career path: Several of the activities form a continuum from services for the license-exempt provider to persons who serve as trainers-of-trainers. Examples include the Child Care Initiative Project, the Program for Infant/Toddler Caregivers, Child Development Training Consortium, Mentor Teacher Program, and the Child Development Permit Matrix Professional Growth Advisers.

Articulation from one type of training to the next: Resource and referral agencies assist providers in their local communities. The Child Development Training Consortium assists providers with college-level training.

Quality assurance through approval of trainers: Several programs are established as trainer-of-trainers programs to ensure consistency in training and content: the Child Care Initiative Project, the Program for Infant/Toddler Caregivers, and the California Preschool Instructional Network.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006
FP000523

Quality assurance through approval of training content: Many of the materials have been developed under contract with the CDE to ensure developmental appropriateness and consistency of content.

A system to track practitioners' training: Through the Child Care Staff Retention program (AB 212) and the Compensation and Retention Encourage Stability (CARES) program, a database tracks the course work and demographic information of child care staff participating in the staff retention stipend programs. Preliminary information about the CDE Child Care Staff Retention program and the Matching Funds for Retention incentive program shows 12,594 center-based and family child care providers have received stipend awards for their participation in the program. Of these providers, 5,181 work with infants and toddlers; 2,856 work with children who have disabilities; 3,873 speak a language other than English.

Assessment or evaluation of training effectiveness: Each of the quality initiatives has a local evaluation component and a system-level evaluation component to assess periodically the effectiveness of the activities.

State Credentials: Through the California Commission of Teacher Credentialing, the state offers the following levels of the Child Development Permit in early childhood education:
Child Development Assistant Permit
Child Development Associate Permit
Child Development Teacher Permit
Child Development Master Teacher
Child Development Site Supervisor Permit
Child Development Program Director Permit
A school-age emphasis can be added to any level of the Child Development Permit. Master teachers can specialize in:
Infant and toddler care
Bilingual and bicultural development
Children with exceptional needs
Preschool programming
Parent–teacher relations
Child health
Specific areas of developmentally appropriate curriculum

For more information, visit *http://www.ctc.ca.gov/credentials/CREDS/child-dev-permits.html*. Some teaching credentials are valid for preschool-age children and up.

Specialized strategies to reach family, friend and neighbor caregivers: Exempt Provider Outreach and Training, Health and Safety Training for Licensed and License-Exempt Providers, and Public Broadcasting Preschool Education Project.

Effective Date: October 1, 2005
Amended Effective: October 1, 2006

FP000524

For each No response, indicate whether the Lead Agency intends to incorporate these components.

| Are the opportunities available: | Yes | No |
|---|---|---|
| Statewide | ☒ | ☐ |
| To Center-based Child Care Providers | ☒ | ☐ |
| To Group Home Providers | ☒ | ☐ |
| To Family Home Providers | ☒ | ☐ |
| To In-Home Providers | ☒ | ☐ |
| Other (describe): *see chart below* | ☒ | ☐ |

| CHILD CARE PROVIDER TRAINING ACTIVITIES | Trainer-of-trainers | Center directors or staff | Family Child Care Homes | License-exempt | For non-English speakers |
|---|---|---|---|---|---|
| California Preschool Instructional Network | X | | | | |
| Child Care Initiative Project | X | | X | | As available by R&R agencies |
| Child Care Initiative Project with an Infant/Toddler Focus | X | | X | | As available by R&R agencies |
| Child Development Permit Matrix Professional Growth Advisers | X | | | | |
| Child Development Training Consortium | | X | X | | |
| Desired Results Field Training | | X | | | |
| English Language Learners Support | X | X | X | | Materials available |
| Exempt Provider Outreach and Training | X | | | X | As available by R&R agencies |
| Family Child Care at Its Best Project | X | | X | | Spanish and Cantonese (Russian being developed) |
| Health and Safety Training for Licensed and License-Exempt Providers | | X | X | X | As available by trainer |
| Inclusion of Infants and Toddlers with Disabilities | | X | X | | |
| Prekindergarten Program | X | X | X | | |
| Program for Infant/Toddler | X | X | X | | Spanish |

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000525

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

| CHILD CARE PROVIDER TRAINING ACTIVITIES | Trainer-of-trainers | Center directors or staff | Family Child Care Homes | License-exempt | For non-English speakers |
|---|---|---|---|---|---|
| Caregivers (PITC) Institutes | | | | | available |
| PITC Regional Support Networks | X | | | | |
| Public Broadcasting Preschool Education Project | X | X | X | X | Spanish available |
| Special Needs Training | X | X | | | |
| Training and Stipends for School-Age Program Professionals | | X | | | |
| Training TANF Recipients as Child Care Teachers | | X | | | |

Describe how the plan addresses early language, literacy, pre-reading, and early math concepts development.

All of the professional development activities, except Health and Safety Training for Licensed and License-Exempt Providers, have components focusing on early language, literacy, pre-reading, and early math concepts development.

Are program or provider-level incentives offered to encourage provider training and education?

☒     Yes. Describe, including any connections between the incentives and training relating to early language, literacy, pre-reading and early math concepts.

☐     No. If no, is there any plan to offer incentives to encourage provider training and education?

The State Plan's Quality Improvement Activities provide incentives to encourage provider training and education. The largest effort is the CDE Child Care Staff Retention program and the Matching Funds for Retention incentive program sponsored by the First 5/Children and Families Commission. The majority of counties are utilizing Compensation and Retention Encourage Stability (CARES) or CARES-based programs that are stipend systems in which monetary incentives are provided to child care staff and family child care providers based on their education levels and continued commitment to their professional development. The CDE and the First 5/ Children and Families Commission help defray the cost of obtaining child development permits and encourage participants to utilize professional growth advisers and mentor teachers in the development of their individual professional growth development portfolios. Participants are also encouraged to participate in training activities funded by the CDE and the First 5/Children and Families Commission. Some of these training activities include, but are not limited to, PITC training, Desired Results training, *Prekindergarten Learning and Development Guidelines* training, Map to Inclusive Child Care Institutes, and Family Child Care at Its Best.

Effective Date: October 1, 2005
Amended Effective: October 1, 2006

FP000526

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

Additional projects provide stipends when participants complete specified activities. The California Early Childhood Mentor Program provides stipends to mentor teachers for mentoring students who complete practicums in their classrooms. The Program for Infant/Toddler Caregivers (PITC) provides stipends to child care staff and family child care providers who complete at least 25 hours of PITC training in the care of children birth to three years of age. The health and safety grants provide health and safety-related resources and materials for child care staff and providers who complete the training. The Child Care Initiative Project provides incentives in the form of resources and materials for participants who complete training about becoming licensed family child care providers.

What are the expected **outcomes** of the State's professional development plan and efforts to improve the skills of child care providers? As applicable, how does (or will) the State assess the effectiveness of its plan and efforts? If so, how does (or will) the State use assessment to help shape its professional development plan and training/education for child care providers?

The two expected outcomes of the state's professional development plan and efforts to improve the skills of child care providers are:

- To encourage child care staff to continue their professional growth and development and to advance through the various levels of the child development permits in order to provide a workforce with the expertise to provide high-quality services for children from birth to fourteen years of age in child care and before- and after-school programs
- To provide training and technical assistance to all types of providers to understand emerging issues in the early care and education field, the impact on group care of children, and appropriate strategies for infusion of best practices into the curriculum

Each year, through the CDE's monitoring of the professional development contracts and preparation of the quality improvement budget, activities are assessed for effectiveness and continued funding.

Effective Date: October 1, 2005
Amended Effective: October 1, 2006

FP000527

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

## PART 6
## HEALTH AND SAFETY REQUIREMENTS FOR PROVIDERS

### *(Only the 50 States and the District of Columbia complete Part 6.)*

> The National Resource Center for Health and Safety in Child Care (NRCHSCC) of DHHS's Maternal and Child Health Bureau supports a comprehensive, current, on-line listing of the licensing and regulatory requirements for child care in the 50 States and the District of Columbia. In lieu of requiring a State Lead Agency to provide information that is already publicly available, ACF accepts this compilation as accurately reflecting the States' licensing requirements. The listing, which is maintained by the University of Colorado Health Sciences Center School of Nursing, is available on the World Wide Web at:  http://nrc.uchsc.edu/.

**6.1    Health and Safety Requirements for Center-Based Providers** (658E(c)(2)(F), §§98.41, §98.16(j))

6.1.1    Are all center-based providers paid with CCDF funds subject to licensing under State law that is indicated in the NRCHSCC's compilation?

☐    Yes. Answer 6.1.2, skip 6.1.3, and go to 6.2.
☒    No. Describe which center-based providers are exempt from licensing under State law and answer 6.1.2 and 6.1.3.

As specified in *Health and Safety Code* §1596.792, the following child care centers are exempt from licensure:
1.  Any public recreation program, operating:
    *   Less than 16 hours per week or
    *   For a total of 12 weeks or less during a 12-month period
2.  Public and private schools that operate a program before and/or after school for school-age children if all the following conditions are met:
    *   The program offered by a school must be operated by the school and run by qualified teachers employed by the school or the school district.
    *   An outside organization or individual using a public or private school site to operate a child care program is subject to licensure even if the program is open only to the children enrolled at that school.
3.  Any child day care program that operates only one day per week for no more than 4 hours on that one day

6.1.2    Have center licensing requirements as relates to staff-child ratios, group size, or staff training been modified since approval of the last State Plan? (§98.41(a)(2)&(3))

☐    Yes, and the changes are as follows:
☒    No

6.1.3    For center-based care that is NOT licensed, and therefore not reflected in

NRCHSCC's compilation, the following health and safety requirements apply to child care services provided under the CCDF for:

The prevention and control of infectious disease (including age-appropriate immunizations)
License-exempt center-based providers consist primarily of school-age (before- and after-school) centers operated by school districts and private schools for their pupils. All staff and children in care must meet the state's regulations for prevention and control of infectious diseases and immunization in both public and private schools. These regulations are included in the California *Health and Safety Code*, §§ 120325-120380. Non-school-based programs are not subject to these requirements.

Building and physical premises safety
License-exempt center-based providers consist primarily of school-age (before- and after-school) centers operated by school districts and private schools for their pupils. Facilities operated by public schools must meet all health and safety regulations governing school facilities and must meet local city or county ordinances, obtain a fire clearance form the State Fire Marshal, and have staff cleared through criminal record identification. Non-school-based programs are subject to local building safety requirements.

Health and safety training
Staff members in license-exempt programs operated by public or private schools are required to meet the same health and safety training standards as staff members in licensed facilities. Non-school-based programs are not subject to these requirements.

**6.2    Health and Safety Requirements for Group Home Providers** (658E(c)(2)(F), §§98.41, 98.16(j))

6.2.1    Are all group home providers paid with CCDF funds subject to licensing under State law that is indicated in the NRCHSCC's compilation?  If:

☒    Yes. Answer 6.2.2, skip 6.2.3, and go to 6.3.
☐    No. Describe which group home providers are exempt from licensing under State law and answer 6.2.2 and 6.2.3.

6.2.2    Have group home licensing requirements that relate to staff-child ratios, group size, or staff training been modified since the approval of the last State Plan? (§98.41(a)(2) & (3))

☒    Yes, and the changes are as follows: For large family child care homes to serve more than 12 children and up to 14 children, one of the conditions allowed for at least two of the children to be at least 6 years of age. The change, based on AB 529, Statutes of 2003, allowed the above condition to be met if at least one child is enrolled in and attending kindergarten or elementary school and a second child is at least 6 years of age.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000529

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

☐   No

6.2.3   For group home care that is NOT licensed, and therefore not reflected in NRCHSCC's compilation, the following health and safety requirements apply to child care services provided under the CCDF for:

The prevention and control of infectious disease (including age-appropriate immunizations)
Building and physical premises safety
Health and safety training

**6.3   Health and Safety Requirements for Family Providers** (658E(c)(2)(F), §§98.41, 98.16(j))

6.3.1   Are all family child care providers paid with CCDF funds subject to licensing under State law that is indicated in the NRCHSCC's compilation?  If:

☐   Yes. Answer 6.3.2, skip 6.3.3, and go to 6.4.
☒   No. Describe which family child care providers are exempt from licensing under State law and answer 6.3.2 and 6.3.3.

6.3.2   Have family child care provider requirements that relate to staff-child ratios, group size, or staff training been modified since the approval of the last State Plan? (§98.41(a)(2) & (3))

☒   Yes, and the changes are as follows: For small family child care homes to serve more than six children and up to eight children, one of the conditions allowed for at least two of the children to be at least 6 years of age. The change, based on AB 529, Statutes of 2003, allowed the above condition to be met if at least one child is enrolled in and attending kindergarten or elementary school and a second child is at least 6 years of age.
☐   No

6.3.3   For family care that is NOT licensed, and therefore not reflected in NRCHSCC's compilation, the following health and safety requirements apply to child care services provided under the CCDF for:

The prevention and control of infectious disease (including age-appropriate immunizations)

Family providers who care for the children of one other family besides their own children are exempt from licensing. These license-exempt family providers, except for aunts, uncles, and grandparents, must self-certify that they have been tested within 12 months prior to employment and were deemed free of tuberculosis. The provider must submit a certification statement that he/she is free of communicable diseases and is physically and mentally capable of caring for children.

Effective Date: October 1, 2005
Amended Effective: October 1, 2006

FP000530

Building and physical premises safety

The exempt provider, except for aunts, uncles, and grandparents, must complete the Health and Safety Self-Certification with the parent of the child to be placed in care. This checklist certifies that the provider's home contains a functioning fire extinguisher and smoke alarm, that poisonous materials are stored away from food and out of the reach of children, that home and yard are free of safety hazards, that the parent(s) will have unlimited access to his/her child(ren) in care, and other similar statements.

The exempt provider, except for aunts, uncles, and grandparents, must submit a TrustLine application and either two fingerprint cards or verification of *Live Scan* submission of fingerprints to the local Resource and Referral (R&R) agency for submission to the California Department of Social Services (CDSS) for criminal record and child abuse registry clearance. Evidence of the submission of the TrustLine application and the fingerprint cards to the R&R agency along with the Health and Safety Self-Certification must be submitted to the certificate program [Alternative Payment Programs (APPs), including county welfare departments (CWDs)] within 14 days of the first date of child care service for payment to the provider to continue beyond 28 days after the first date of service.

Health and safety training

Family providers who care for the children of one other family besides their own children are exempt from licensing. Certificate program (APPs, including CWDs) staff must, except for aunts, uncles, and grandparents, review the contents of the Health and Safety Self-Certification with the provider and must refer the provider to the local R&R agency for training materials and information about available health and safety training opportunities.

**6.4    Health and Safety Requirements for In-Home Providers** (658E(c)(2)(F), §§98.41, 98.16(j))

Are all in-home child care providers paid with CCDF funds subject to licensing under the State law reflected in the NRCHSCC's compilation referenced above?

☐  Yes. Answer 6.4.2, skip 6.4.3, and go to 6.5.

☒  No. Describe which in-home child care providers are exempt from licensing under State law and answer 6.4.2 and 6.4.3.

All in-home providers providing care for the children of only one family are exempt from licensing.

6.4.2  Have in-home health and safety requirements that relate to staff-child ratios, group size, or training been modified since the approval of the last State Plan? (§98.41(a)(2) & (3))

☐  Yes, and the changes are as follows:

FP000531

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

☒    No

6.4.3   For in-home care that is NOT licensed, and therefore not reflected in NRCHSCC's compilation, the following health and safety requirements apply to child care services provided under the CCDF for:

The prevention and control of infectious disease (including age-appropriate immunizations)

Providers who care for children in the child's own home are exempt from licensing. These license-exempt providers, except for aunts, uncles, and grandparents, must certify that they have been tested within 12 months prior to employment and were deemed free of tuberculosis. The provider must submit a certification statement that he/she is free of communicable diseases and is physically and mentally capable of caring for children.

Building and physical premises safety

Providers who care for children in the child's own home are exempt from licensing. The provider, except for aunts, uncles, and grandparents, must complete the Health and Safety Self-Certification with the parent of the child to be placed in care. This checklist certifies that the child's own home contains a functioning fire extinguisher and smoke alarm, that poisonous materials are stored away from food and out of the reach of children, that the home and yard are free of safety hazards, that the parent(s) will have unlimited access to his/her child(ren) in care, and other similar statements.

Within 14 days from the first date of service, the provider, except for aunts, uncles, and grandparents, must submit a TrustLine application and either two fingerprint cards or verification of LiveScan submission of fingerprints to the local R&R agency. The TrustLine application and the fingerprint cards are then submitted to the CDSS for criminal record and child abuse registry clearance. Evidence of the submission of the TrustLine application and the fingerprint cards to the R&R agency along with the Health and Safety Self-Certification must be submitted to the certificate program within 14 days of the first date of child care service in order for payment to the provider to continue beyond 28 days after the first date of service.

Health and safety training

Providers who care for children in the child's own home are exempt from licensing. Certificate program staff must, except for aunts, uncles, and grandparents, review the contents of the Health and Safety Self-Certification with the provider and shall refer the provider to the local R&R agency for training materials and information about available health and safety training opportunities.

**6.5    Exemptions to Health and Safety Requirements**

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000532

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

At Lead Agency option, the following relatives: grandparents, great grandparents, aunts, uncles, or siblings (who live in a separate residence from the child in care) may be exempted from health and safety requirements. (658P(4)(B), §98.41(a)(1)(ii)(A)) Indicate the Lead Agency's policy regarding these relative providers:

☐ **All** relative providers are subject to the same requirements as described in sections 6.1 - 6.4 above, as appropriate; there are **no exemptions** for relatives or different requirements for them.

☐ **All** relative providers are **exempt** from <u>all</u> health and safety requirements.

☒ **Some or all** relative providers are subject to <u>different</u> health and safety requirements from those described in sections 6.1 - 6.4. The following describes those requirements and identifies the relatives they apply to: Adult siblings and great-grandparents are not exempt from the health and safety requirements.

## 6.6    Enforcement of Health and Safety Requirements

Each Lead Agency is required to certify that procedures are in effect to ensure that child care providers of services for which assistance is provided comply with all applicable health and safety requirements. (658E(c)(2)(E), §§98.40(a)(2), 98.41(d))  The following is a description of how health and safety requirements are effectively <u>enforced</u>: The CDSS' Community Care Licensing Division (CCLD) makes unannounced visits to all licensed child care facilities. For major violations, the CCLD can issue a temporary suspension order or revoke a facility's license. For less serious violations, the CCLD can place a facility on probation. The CDE Child Development Division monitors its contractors with visits every three years, reporting any licensing violation to the CCLD. It can also place a contractor on probation or decline to renew a contract for cause.

Are child care providers subject to <u>routine</u> unannounced visits (i.e., not specifically for the purpose of complaint investigation or issuance/renewal of a license)?

☒ Yes, and the following indicates the providers subject to routine unannounced visits and the frequency of those visits: Unannounced visits to licensed center-based programs requirements are specified in California *Health and Safety Code* §§ 1597.08 – 1597.091, and requirements for unannounced visits to licensed family child care homes are specified in California *Health and Safety Code* §§ 1597.55a and 1597.55b. All site visits by the CDSS' Community Care Licensing Division (CCLD) are unannounced except for prelicensing visits. A comprehensive site visit to 10 percent of all licensed child day care centers and family child care homes is made annually and as often as necessary to ensure compliance. An annual comprehensive visit is also made to facilities that meet the following criteria:
Any facility on probation or provisional license status
Any facility on a compliance plan
Any facility that has been referred for and is pending administrative action
Any facility in which the licensee resides and an adult family member has been excluded

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000533

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

Any facility where there is reason to believe that the facility may not have removed an employee who has been excluded

Unannounced visits are also made on the basis of a complaint and a follow-up visit is made whenever necessary to ensure that violations have been corrected. A licensed center or family child care home will be visited at least once every five years. License-exempt providers are not subject to unannounced visits.

☐   No

Are child care providers subject to background checks?

☒   Yes, and the following types of providers are subject to background checks (indicate when such checks are conducted): In accordance with California *Health and Safety Code* § 1596.871, all licensed providers of care in centers and in family child care homes, the adults responsible for administration or direct supervision of staff, any person other than a child residing in the facility, any person who provides care and supervision of the children and any staff member, volunteer, or employee who has regular contact with the children are subject to criminal background checks and child abuse checks.

A volunteer providing time-limited specialized services is exempt from fingerprint requirements, if the volunteer:
Is directly supervised by the licensee or a facility employee who has a criminal record clearance or exemption
Spends no more than 16 hours per week at the facility
Is not left alone with children in care

A student enrolled or participating at an accredited educational institution is exempt from fingerprint requirements, if:
- The student is directly supervised by the licensee or facility employee who has a criminal record clearance or exemption.
- The facility has an agreement with the educational institution.
- The student spends no more than 16 hours per week at the facility.
- The student is not left alone with children in care.

A volunteer who is a relative, legal guardian, or foster parent of a client in the facility is also exempt from fingerprint requirements. In addition, a contracted repair person retained by the facility, if not left alone with the children in care, is exempt from fingerprint requirements.

In accordance with California *Health and Safety Code* § 1596.603, license-exempt providers are also required to submit fingerprints to the state Department of Justice for a background examination. The names of those who are cleared are included in a TrustLine registry. *Health and Safety Code* § 1596.66 exempts grandparents, aunts, and uncles from this requirement.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000534

☐    No

Does the State require that child care providers report serious injuries that occur while a child is in care? ( Serious injuries are defined as injuries requiring medical treatment by a doctor, nurse, dentist, or other medical professional.)

☒    Yes, and the following describes the State's reporting requirements and how such injuries are tracked (if applicable): Licensed child care center providers are required to telephone or fax a serious injury report within the next working day and submit a written report within seven days following the event. The CDSS will track these occurrences and determine if a site visit or other follow-up is warranted.

Licensed family child care home providers are required to report incidents to the licensing agency within the next working day and submit a written report within seven days following the event.

If a local child protective agency receives evidence of a serious injury that occurred at a child care facility because of abuse or willful neglect by the program personnel, the agency will alert the CDSS. The CDSS will temporarily suspend the license if the investigation indicates that there is imminent danger to the children in care.

License-exempt providers are not required to report serious injuries to licensing or any other agency.

☐    No

Other methods used to ensure that health and safety requirements are effectively enforced:

The CDSS, through its 12 regional offices and 200 or so Child Care licensing program Analysts (LPAs), monitors all licensed child care facilities, except for family child care homes licensed by six CWDs under contract with the CDSS.

To ensure the maximum health and safety of children, LPAs monitor compliance with the CDSS laws and regulations by performing the following tasks:

- Conducting group orientations for potential applicants
- Issuing or denying licenses, as well as, suspending or revoking a license on any grounds specified in the California *Health and Safety Code* §§ 1596.885, 1596.886, and 1596.887
- Monitoring child care facilities for compliance with health and safety and personal rights standards
- Citing deficient areas and assessing civil penalties when corrections are not made
- Investigating complaints against facilities
- Providing technical support to help facilities meet health and safety standards
- Initiating or recommending enforcement actions against facilities when compliance cannot be obtained

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000535

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

Fire clearances for child care centers and large (group) family child care homes are provided by the appropriate city or county fire department, the district providing fire protection services, or the State Fire Marshal.

## 6.7    Exemptions from Immunization Requirements

The State assures that children receiving services under the CCDF are age-appropriately immunized, and that the health and safety provisions regarding immunizations incorporate (by reference or otherwise) the latest recommendations for childhood immunizations of the State public health agency. (§98.41(a)(1))

The State exempts the following children from immunization (check all that apply):

☐    Children who are cared for by relatives (defined as grandparents, great grandparents, siblings (if living in a separate residence), aunts and uncles).

☐    Children who receive care in their own homes.

☒    Children whose parents object to immunization on religious grounds.

☒    Children whose medical condition contraindicates immunization.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000536

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

# APPENDIX 1
## PROGRAM ASSURANCES AND CERTIFICATIONS

The Lead Agency, named in Part 1 of this Plan, assures that:

(1)     upon approval, it will have in effect a program that complies with the provisions of the Plan printed herein, and is administered in accordance with the Child Care and Development Block Grant Act of 1990 as amended, Section 418 of the Social Security Act, and all other applicable Federal laws and regulations. (658D(b), 658E(a))

(2)     the parent(s) of each eligible child within the State who receives or is offered child care services for which financial assistance is provided is given the option either to enroll such child with a child care provider that has a grant or contract for the provision of the service; or to receive a child care certificate. (658E(c)(2)(A)(i))

(3)     in cases in which the parent(s) elects to enroll the child with a provider that has a grant or contract with the Lead Agency, the child will be enrolled with the eligible provider selected by the parent to the maximum extent practicable. (658E(c)(2)(A)(ii))

(4)     the child care certificate offered to parents shall be of a value commensurate with the subsidy value of child care services provided under a grant or contract. (658E(c)(2)(A)(iii))

with respect to State and local regulatory requirements, health and safety requirements, payment rates, and registration requirements, State or local rules, procedures or other requirements promulgated for the purpose of the Child Care and Development Fund will not significantly restrict parental choice among categories of care or types of providers. (658E(c)(2)(A), §98.15(p), §98.30(g), §98.40(b)(2), §98.41(b), §98.43(c), §98.45(d))

that children receiving services under the CCDF are age-appropriately immunized, and that the health and safety provisions regarding immunizations incorporate (by reference or otherwise) the latest recommendation for childhood immunizations of the State public health agency. (§98.41(a)(1))

(7)     that CCDF Discretionary funds are used to supplement, not supplant, State general revenue funds for child care assistance for low-income families. (P.L. 106-554)

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000537

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

The Lead Agency also certifies that:

(1)     it has procedures in place to ensure that providers of child care services for which
        assistance is provided under the Child Care and Development Fund afford parents
        unlimited access to their children and to the providers caring for their children during the
        normal hours of operations and whenever such children are in the care of such providers.
        (658E(c)(2)(B))

(2)     it maintains a record of substantiated parental complaints and makes information
        regarding such complaints available to the public on request. (658E(c)(2)(C))

(3)     it will collect and disseminate to parents of eligible children and the general public,
        consumer education information that will promote informed child care choices.
        (658E(c)(2)(D))

(4)     it has in effect licensing requirements applicable to child care services provided in the
        State. (658E(c)(2)(E))

there are in effect within the State (or other area served by the Lead Agency), under State or
        local law, requirements designed to protect the health and safety of children;  these
        requirements are applicable to child care providers that provide services for which
        assistance is made available under the Child Care and Development Fund.
        (658E(c)(2)(E))

procedures are in effect to ensure that child care providers of services for which assistance is
        provided under the Child Care and Development Fund comply with all applicable State
        or local health and safety requirements. (658E(c)(2)(G))

payment rates under the Child Care and Development Fund for the provision of child care
        services are sufficient to ensure equal access for eligible children to comparable child
        care services in the State or sub-State area that are provided to children whose parents are
        not eligible to receive assistance under this program or under any other Federal or State
        child care assistance programs. (658E(c)(4)(A))

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000538

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

# APPENDIX 2
# ELIGIBILITY AND PRIORITY TERMINOLOGY

For purposes of determining eligibility and priority for CCDF-funded child care services, lead agencies must define the following *italicized* terms. (658P, 658E(c)(3)(B))

*attending* (a job training or educational program; include minimum hours if applicable) -

> The parent has certified and submitted documentation of his/her participation in a job training or educational program leading to employment.

*in loco parentis* -

> Any person living with a child who has responsibility for the care and welfare of the child.

*job training and educational program* -

> A vocational training or educational program that will lead directly to a recognized trade, paraprofession, or profession.

*physical or mental incapacity* (if the Lead Agency provides such services to children age 13 and older) -

> The child who is physically or mentally incapable of self-care is a child who has exceptional needs as defined in *Education Code* § 8208 (*l*).

*protective services* -

> Family Maintenance and Family Preservation Services provided through the local County Welfare Department's Child Welfare Services Unit or services to children identified as at risk of abuse, neglect, or exploitation by a legal, medical, or social services agency or an emergency shelter. Protective services include emergency response, assessment, shelter care, and respite care.

*residing with* -

> Living in the same household.

*special needs child* -

> A child who has exceptional needs as defined in *Education Code* § 8208 (*l*) or is receiving child protective services as defined above.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000539

CALIFORNIA STATE PLAN FOR CCDF SERVICES
FOR THE PERIOD 10/1/05 – 9/30/07

*very low income* -

Family income that is adjusted for family size and is at or below 50 percent of the state median income.

*working* (include minimum hours if applicable) -

Being employed or seeking employment by the parent(s) that precludes the supervision of the family's child(ren). The family's period for "seeking employment" is limited to 60 working days during the fiscal year. Service while seeking employment is limited to an average not to exceed five days per week for an average of less than 6½ hours per day. For TANF (CalWORKs) families any limitation is to be identified in their approved Welfare-to-Work plan.

Additional terminology related to conditions of eligibility or priority established by the Lead Agency:

*Incapacity of other adult(s) in the family*

If there is another adult in the family who is neither working nor in job training or an educational program, this person must have documentation by a legally qualified professional of the adult family member's incapacitation that prevents him/her from caring for the child for all or part of the day and probable duration of the incapacitation.

Effective Date:  October 1, 2005
Amended Effective:  October 1, 2006

FP000540