```
 1              UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA        Certified Copy
 3                 SAN FRANCISCO DIVISION
 4      ------------------------------------
 5      CALIFORNIA FOSTER PARENT            )
 6      ASSOCIATION, CALIFORNIA STATE       )
 7      CARE PROVIDERS ASSOCIATION, AND     )
 8      LEGAL ADVOCATES FOR PERMANENT       )
 9      PARENTING,                          )
10              PLAINTIFFS,                 )   No. C 07 5086 WHA
                vs.                         )
11      JOHN A. WAGNER, DIRECTOR OF THE     )
12      CALIFORNIA DEPARTMENT OF SOCIAL     )
13      SERVICES, IN HIS OFFICIAL           )
14      CAPACITY; MARY AULT, DEPUTY         )
15      DIRECTOR OF THE CHILDREN AND        )
16      FAMILY SERVICES DIVISION OF THE     )
17      CALIFORNIA DEPARTMENT OF SOCIAL     )
18      SERVICES, IN HER OFFICIAL           )
19      CAPACITY,                           )
20              DEFENDANTS.                 )
21      ------------------------------------
22          VIDEOTAPED DEPOSITION OF GLENN FREITAS
23                 THURSDAY, MAY 8, 2008
24
25      PAGES 1 - 98
```

1

```
 1              You may answer.                              11:53:20a
 2   BY MR. TABESH:                                          11:53:21a
 3      Q    Would the legislature ask your                  11:53:22a
 4   department to do that?                                  11:53:23a
 5      A    It could come about in a variety of             11:53:24a
 6   ways.  It could come about initiated by the             11:53:26a
 7   administration; it could come about initiated by        11:53:31a
 8   the legislature.  So I don't recall at that time        11:53:33a
 9   how that was initiated.                                 11:53:37a
10      Q    Do you remember if any of your staff            11:53:39a
11   members ever tried to initiate new legislation          11:54:02a
12   that would result in higher payments to foster          11:54:16a
13   care providers?                                         11:54:19a
14        MR. PRINCE:  Objection.  Assumes facts,            11:54:22a
15   compound.                                               11:54:24a
16             You may answer.                               11:54:25a
17        THE WITNESS:  Not independently.                   11:54:27a
18   BY MR. TABESH:                                          11:54:32a
19      Q    What do you mean "not independently"?           11:54:32a
20      A    Well, there's a protocol for doing              11:54:34a
21   anything that suggests increases to the general         11:54:37a
22   fund.                                                   11:54:44a
23      Q    Can you explain this protocol to me?            11:54:44a
24      A    I'll try.                                       11:54:46a
25      Q    Okay.  Just do the best of your                 11:54:46a
```

30

| | | |
|---|---|---|
| 1 | staff members made proposals that the rates | 11:56:50a |
| 2 | should increase? | 11:56:55a |
| 3 | A    I think we made -- we did analyses | 11:56:55a |
| 4 | around what the rate would look like if this was | 11:56:59a |
| 5 | an increase.  But I can't exactly recall whether | 11:57:02a |
| 6 | or not on an annualized basis we developed full | 11:57:07a |
| 7 | proposals, for example, to bring it forward as a | 11:57:12a |
| 8 | budget item, let's say.  But we certainly | 11:57:19a |
| 9 | recognized the CNI movement. | 11:57:22a |
| 10 | You have to remember at that time or | 11:57:33a |
| 11 | soon thereafter California was in -- well, it was | 11:57:34a |
| 12 | in a similar budget situation as it is now.  So | 11:57:40a |
| 13 | there weren't a lot of proposals with significant | 11:57:43a |
| 14 | impact to the general fund that were moving | 11:57:46a |
| 15 | forward and, in particular, those that cost a | 11:57:49a |
| 16 | significant amount of general fund. | 11:57:56a |
| 17 | But we certainly did -- in one year, I | 11:58:00a |
| 18 | do not recall the year, propose a schedule | 11:58:07a |
| 19 | somewhat different than we had at the time in | 11:58:15a |
| 20 | terms of varying the level of increase depending | 11:58:19a |
| 21 | on the placement. | 11:58:25a |
| 22 | ==In other words,== ==we recognize that what== | 11:58:27a |
| 23 | ==we would typically call lower levels of care or== | 11:58:31a |
| 24 | ==care by relatives or foster homes,== ==if we cannot== | 11:58:36a |
| 25 | ==reunify a child with a== ==family,== ==that those were== | 11:58:41a |

                                                                32

```
 1   preferable.                                              11:58:43a
 2           And so we talked about whether or not            11:58:44a
 3   there was a fee schedule that could provide some         11:58:48a
 4   incentive structure to those lower level of care         11:58:51a
 5   homes.                                                   11:58:55a
 6      Q    And you did make a proposal?                     11:58:57a
 7      A    We made a proposal, although that, I             11:59:00a
 8   don't recall if it got out of the department or          11:59:05a
 9   got out of finance.  I can't remember where that         11:59:06a
10   got stalled.                                             11:59:09a
11      Q    So once you prepared the proposal, to            11:59:10a
12   whom would the proposal be submitted?                    11:59:12a
13      A    It would go through the chain of command         11:59:14a
14   through our deputy director, discussions with our        11:59:16a
15   chief deputy and ultimately director.  And pass          11:59:23a
16   that, once clearing those areas, it would have           11:59:27a
17   ended up going through our agency and then to the        11:59:30a
18   Department of Finance.  And in that particular           11:59:34a
19   case, I just don't recall where that stopped.            11:59:37a
20      Q    Are you aware of a proposal that went            11:59:45a
21   through this process all the way to the                  11:59:48a
22   Department of Finance?                                   11:59:50a
23      MR. PRINCE:  Asked and answered.  He just             11:59:53a
24   described it.                                            11:59:55a
25   BY MR. TABESH:                                           11:59:56a
```

33

| | | |
|---|---|---|
| 1 | aware providers had made complaints about the | 12:18:24p |
| 2 | inadequacy of the rates they were being paid.  Is | 12:18:29p |
| 3 | it fair to say that, you know, the inadequacy | 12:18:34p |
| 4 | would suggest that those rates were insufficient | 12:18:37p |
| 5 | to cover these categories? | 12:18:39p |
| 6 | MR. PRINCE:  Objection.  Mischaracterizes his | 12:18:44p |
| 7 | testimony, compound, calls for conjure and | 12:18:47p |
| 8 | ambiguous. | 12:18:50p |
| 9 | You may answer. | 12:18:51p |
| 10 | Also assumes facts. | 12:19:00p |
| 11 | THE WITNESS:  Can you ask that again? | 12:19:02p |
| 12 | BY MR. TABESH: | 12:19:03p |
| 13 | Q   Okay.  So you were aware that there were | 12:19:04p |
| 14 | complaints from foster care providers that the | 12:19:09p |
| 15 | rates that they were being paid were inadequate; | 12:19:10p |
| 16 | is that correct? | 12:19:14p |
| 17 | A   Yes.  And it would be more in terms of | 12:19:15p |
| 18 | -- the complaints had more to do with not keeping | 12:19:20p |
| 19 | up with the cost of living. | 12:19:24p |
| 20 | Q   Okay. | 12:19:25p |
| 21 | A   Generally. | 12:19:26p |
| 22 | Q   In terms of not keeping up with cost of | 12:19:27p |
| 23 | living, is it your understanding that the types | 12:19:33p |
| 24 | of -- let me strike that, please. | 12:19:41p |
| 25 | Was it your understanding that the | 12:19:45p |

39

```
 1  failure to keep up with the increase in cost of            12:19:54p
 2  living were impacting the provider's ability to            12:19:58p
 3  provide these categories of services to their              12:20:01p
 4  foster children?                                           12:20:05p
 5       MR. PRINCE:  Objection.  Foundation, calls            12:20:07p
 6  for conjecture, compound.                                  12:20:11p
 7          You may answer.                                    12:20:14p
 8       THE WITNESS:  I don't know -- generally, yes.         12:20:14p
 9  BY MR. TABESH:                                             12:20:26p
10     Q   Okay.                                               12:20:26p
11     A   Having said that, caregivers have                   12:20:27p
12  different -- live in different parts of the                12:20:42p
13  state.  Cost factors vary throughout the state,            12:20:44p
14  yet the state has a single cost structure, if you          12:20:48p
15  will.                                                      12:20:51p
16     Q   Yes.                                                12:20:54p
17     A   So without trying to analyze where                  12:20:55p
18  someone lives in the context of being able to              12:21:00p
19  provide these services on the current rate,                12:21:02p
20  there's a fair amount of analysis that probably            12:21:05p
21  would need to go into that.  But generally                 12:21:07p
22  speaking, these would be the factors that would            12:21:09p
23  be -- yeah, included as that maintenance payment           12:21:11p
24  and related to the cost of living.                         12:21:15p
25     Q   During the period of 19 -- I'm sorry,               12:21:18p
```

40

```
 1    1999 to 2006, were you aware of any studies that          12:21:21p
 2    were done by your department that would determine          12:21:26p
 3    whether the foster care maintenance payments were          12:21:36p
 4    sufficient to cover, for example, food?                    12:21:41p
 5        A    Not that I'm aware of.                            12:21:43p
 6        Q    How about for clothing?                           12:21:44p
 7        A    Not that I'm aware of.                            12:21:51p
 8        Q    Shelter?                                          12:21:52p
 9        A    No.                                               12:21:52p
10        Q    Is it fair to say that for each of these          12:21:53p
11    categories, you're not aware of a study done by            12:21:56p
12    your department to determine whether the foster            12:21:58p
13    care maintenance payments were sufficient to               12:22:01p
14    cover any particular category?                             12:22:04p
15        A    Not by my department.  And I'm not                12:22:07p
16    familiar with -- because of the timing in 1999,            12:22:12p
17    my start, what the department utilized to                  12:22:17p
18    construct the rate structure to begin with.                12:22:20p
19        Q    Uh-huh.  Are you aware of any studies             12:22:23p
20    relied upon by your department but not generated           12:22:28p
21    by your department that would have determined              12:22:32p
22    whether foster care maintenance payments were              12:22:35p
23    sufficient to cover any single category?                   12:22:37p
24        MR. PRINCE:  Assumes facts.                            12:22:41p
25        You may answer.                                        12:22:42p
                                                                        41
```

| | | |
|---|---|---|
| 1 | Q   And so you can see where it says, "Shall | 12:26:40p |
| 2 | be adjusted by the percentage changes in the | 12:26:44p |
| 3 | California Necessities Index.  And can you tell | 12:26:46p |
| 4 | me what your understanding of the California | 12:26:50p |
| 5 | Necessities Index is or what your understanding | 12:26:52p |
| 6 | was during that time period? | 12:26:54p |
| 7 | A   Yeah.  I mean, it's a schedule of | 12:26:56p |
| 8 | changes that are essentially driven by cost of | 12:27:00p |
| 9 | living.  In fact, some folks sort of coined the | 12:27:06p |
| 10 | -- flop those two terms back and forth.  But I | 12:27:12p |
| 11 | don't know what the necessities index includes or | 12:27:15p |
| 12 | entails or how it's constructed. | 12:27:18p |
| 13 | Q   Is that to flop two terms back and | 12:27:20p |
| 14 | forth, which two terms? | 12:27:22p |
| 15 | A   Cost of living. | 12:27:27p |
| 16 | ==Q   Okay.  And it's your understanding that== | 12:27:28p |
| 17 | ==the complaints that you were receiving that you== | 12:27:36p |
| 18 | ==had heard about from providers related to the== | 12:27:40p |
| 19 | ==fact that the foster care maintenance payments== | 12:27:44p |
| 20 | ==were not accounting for increases in the cost of== | 12:27:49p |
| 21 | ==living?== | 12:27:52p |
| 22 | ==A   Correct.== | 12:27:52p |
| 23 | Q   And what's your understanding of the | 12:27:53p |
| 24 | last clause in this sentence, "subject to the | 12:28:00p |
| 25 | availability of funds"?  What was your | 12:28:03p |

44

```
 1   understanding during that time period?  Did you            12:28:05p
 2   have an understanding?                                     12:28:08p
 3       A    Yeah.  My understanding was -- is that            12:28:09p
 4   it's subject to appropriation by the state                 12:28:12p
 5   legislature and the Governor and the budget.               12:28:17p
 6       Q    So basically that basically means that            12:28:26p
 7   in the state legislature and the Governor's                12:28:34p
 8   budget makes the funds available to your                   12:28:36p
 9   department then you provide them as foster care            12:28:40p
10   maintenance payments?                                      12:28:47p
11       A    Yes, to the extent that the states                12:28:49p
12   budget allows for that.                                    12:28:54p
13       Q    What do you mean?                                 12:28:57p
14       A    So for example, the state doesn't make            12:28:57p
15   money out of a machine.                                    12:29:00p
16       Q    Right.                                            12:29:01p
17       A    So if revenues allow the state to                 12:29:02p
18   construct its budget such that there are                   12:29:06p
19   sufficient revenues to cover all of its                    12:29:09p
20   expenditures and this is one of the expenditures,          12:29:13p
21   then yes would be the answer to your question.             12:29:15p
22       Q    Okay.  I'm also going to introduce a new          12:29:53p
23   exhibit.  I think we are 25.                               12:29:56p
24       (Exhibit 25 was marked for identification.)            12:30:20p
25   BY MR. TABESH:                                             12:30:21p
```

45

```
 1   high.                                                             12:43:28p
 2           So on balance I'm not sure about whether                  12:43:28p
 3   there was, you know, how much of that discussion                  12:43:30p
 4   within the administration of a department there                   12:43:32p
 5   was.                                                              12:43:34p
 6   BY MR. TABESH:                                                    12:43:36p
 7       Q    Do you remember people contending that                   12:43:36p
 8   the rate of the foster care payments were                         12:43:40p
 9   sufficient to cover care and supervision of                       12:43:44p
10   foster children?                                                  12:43:45p
11       A    Within my department?                                    12:43:45p
12       Q    Yeah.                                                    12:43:46p
13       A    Certainly in hallway conversations, some                 12:43:49p
14   would question, some of the higher levels about                   12:43:54p
15   seemingly those seemed sufficient.  But having                    12:43:58p
16   said that, I suspect there was no strict analysis                 12:44:03p
17   to --                                                             12:44:07p
18       Q    Sure.                                                    12:44:07p
19       A    -- around that.  But certainly there                     12:44:08p
20   were opinions of folk who suggested, for example,                 12:44:10p
21   that some of the group home providers' rates were                 12:44:12p
22   fairly significant in the context of overall                      12:44:19p
23   costs and just from a general appearance                          12:44:21p
24   standpoint.                                                       12:44:26p
25       Q    Do you remember ever questioning whether                 12:44:26p
```

55