```
 1    the foster care maintenance payments were              12:44:29p
 2    sufficient to cover care and supervision of            12:44:32p
 3    foster children?                                       12:44:34p
 4         MR. PRINCE:  Assumes facts.                       12:44:36p
 5              You may answer.                              12:44:37p
 6    BY MR. TABESH:                                         12:44:38p
 7         Q    From '99 to 2006.                            12:44:38p
 8         A    Whether I personally ever questioned         12:44:40p
 9    that?                                                  12:44:43p
10         Q    Yeah.                                        12:44:44p
11         MR. PRINCE:  Also vague, but go ahead.            12:44:44p
12         THE WITNESS:  You know, I was in a position       12:44:46p
13    through much of that time where I heard from both     12:44:52p
14    sides.  And on balance, certainly I recognized        12:44:56p
15    that there was not -- there were not                   12:45:02p
16    appropriations always for the cost of living          12:45:08p
17    increase.                                              12:45:10p
18              So I acknowledged that because I simply     12:45:10p
19    acknowledged that my paycheck also reflected some     12:45:13p
20    of that not having a cost of living increase.  So     12:45:15p
21    there's a reasonable person's assumption that you     12:45:18p
22    could get to around that.                              12:45:20p
23              But in my position, I really didn't         12:45:22p
24    analyze because I didn't have those tools to          12:45:26p
25    analyze the appropriateness of the rate               12:45:28p
```

56

| | | |
|---|---|---|
| 1 | necessarily, one way or another. | 12:45:31p |
| 2 | But certainly I was in enough | 12:45:33p |
| 3 | conversations with folks about perspectives about | 12:45:34p |
| 4 | those that suggested that it wasn't and those | 12:45:38p |
| 5 | that suggested maybe it was. | 12:45:40p |
| 6 | BY MR. TABESH: | 12:45:49p |
| 7 | Q    Now, when you say you've heard from both | 12:45:49p |
| 8 | sides and those that suggested it was and those | 12:45:52p |
| 9 | who suggested it was, the people who suggested | 12:45:55p |
| 10 | that the payments were sufficient, were they | 12:45:57p |
| 11 | speaking about payments to group homes or -- | 12:46:01p |
| 12 | A    Mostly.  Mostly. | 12:46:05p |
| 13 | Q    How about with respect to payments to | 12:46:08p |
| 14 | foster family homes? | 12:46:09p |
| 15 | A    Foster family homes, not as much | 12:46:12p |
| 16 | discussion about -- I heard more -- back up.  I | 12:46:15p |
| 17 | heard more about proponents representing foster | 12:46:18p |
| 18 | parents and probably be the association in this | 12:46:27p |
| 19 | case, about the failure to keep up with the cost | 12:46:29p |
| 20 | of living.  Less about that being enough, for | 12:46:32p |
| 21 | example, or more than enough; not so much in that | 12:46:39p |
| 22 | area. | 12:46:41p |
| 23 | Q    Do you remember any of your staff | 12:46:42p |
| 24 | members, particularly -- well, do you remember | 12:46:46p |
| 25 | any of your staff members advocating for | 12:46:50p |

57

```
 1   increases in foster care maintenance payments to         12:46:54p
 2   foster family homes?                                     12:46:58p
 3       MR. PRINCE:  Assumes facts.                          12:46:59p
 4            You may answer.                                 12:47:00p
 5            Also vague.                                     12:47:01p
 6       THE WITNESS:  Well, the proposal -- one of           12:47:02p
 7   the proposals we talked about earlier about a            12:47:04p
 8   schedule that would increase lower-level foster          12:47:08p
 9   parent versus a lesser increase as you go up the         12:47:15p
10   care, level of care, certainly we talked about it        12:47:19p
11   in that context.  So I would say yes, we did talk        12:47:21p
12   about that.                                              12:47:24p
13   BY MR. TABESH:                                           12:47:24p
14       Q   Do you remember which staff members?             12:47:24p
15       A   I think Greg Lim was part of that as             12:47:26p
16   well.  He was the primary staff person on the            12:47:29p
17   rates policy side, which is probably why he's the        12:47:33p
18   only name I can really remember.                         12:47:35p
19       MR. TABESH:  How much time do we have left on        12:47:58p
20   the tape?                                                12:48:00p
21       THE VIDEOGRAPHER:  About seven minutes.              12:48:01p
22       MR. TABESH:  Do you want to take a short             12:48:04p
23   break for lunch?                                         12:48:06p
24       MR. PRINCE:  That's fine.                            12:48:06p
25       MR. TABESH:  We won't be going to 4:30.              12:48:07p
```

58

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: Change tapes? | 12:48:10p |
| 2 | MR. TABESH: Yeah. | 12:48:11p |
| 3 | THE VIDEOGRAPHER: This is the end of | 12:48:12p |
| 4 | Videotape Number 1. Off the record at 12:48. | 12:48:13p |
| 5 | (Luncheon recess was taken from 12:48 p.m. to | 01:37:25p |
| 6 | 1:39 p.m.) | 01:37:25p |
| 7 | THE VIDEOGRAPHER: This is the beginning of | 01:38:35p |
| 8 | Videotape Number 2. Returning from our lunch | 01:39:04p |
| 9 | break. Back on the record at 1:39. | 01:39:06p |
| 10 | BY MR. TABESH: | 01:39:08p |
| 11 | Q   Good afternoon, Mr. Freitas. | 01:39:10p |
| 12 | A   Hi. | 01:39:11p |
| 13 | Q   Are you aware of any task force | 01:39:13p |
| 14 | promulgated by the TSS in the early to mid-2000 | 01:39:20p |
| 15 | done for the purpose of reviewing the foster care | 01:39:23p |
| 16 | system? | 01:39:27p |
| 17 | A   Not the entire foster care system. | 01:39:27p |
| 18 | There was a task force that looked at the role of | 01:39:29p |
| 19 | group care in the foster care system. But I | 01:39:37p |
| 20 | don't recall the entire foster care, you know, in | 01:39:39p |
| 21 | that context. | 01:39:45p |
| 22 | Q   So the task force was specific to group | 01:39:47p |
| 23 | homes? | 01:39:51p |
| 24 | A   It was specific to group homes. The | 01:39:52p |
| 25 | role group home providers have and responsibility | 01:39:54p |

59

```
 1   and care for children under their charge.  It was          01:39:58p
 2   basically a reexamination of group care and it              01:40:02p
 3   was prompted by Senate Bill, it was 933, that had           01:40:07p
 4   passed -- I forget the year, but I think late               01:40:11p
 5   '90s.                                                        01:40:16p
 6        Q    When the senate bill passed?                      01:40:16p
 7        A    Yes.                                              01:40:19p
 8        Q    How long did the task force study the             01:40:19p
 9   problem or study the issue?                                 01:40:22p
10        A    Probably a year and a half.  It was just         01:40:27p
11   -- it had already begun when I started in 1999 in           01:40:32p
12   the division.                                               01:40:35p
13        Q    Okay.                                             01:40:36p
14        A    And then that gave way to some                    01:40:37p
15   examination of the rate system tied to group care           01:40:41p
16   as well.  Although, as I recall, that report was            01:40:44p
17   sort of less than conclusive about what a new               01:40:50p
18   rate system should look like.  It essentially               01:40:53p
19   made some recommendations that called for                   01:40:57p
20   continued examination of the rate system.                   01:41:00p
21        Q    Did the task force make any                       01:41:11p
22   investigations into the adequacy of rates paid to           01:41:12p
23   foster family homes?                                        01:41:21p
24        A    Not that I recall.                                01:41:23p
25        Q    Did it have anything to do with foster            01:41:23p
```

60

| | | |
|---|---|---|
| 1 | family homes? | 01:41:25p |
| 2 | A    No, it was aimed at group care. | 01:41:27p |
| 3 | Q    Group care.  And this is the only task | 01:41:30p |
| 4 | force that you remember in the -- is this the | 01:41:32p |
| 5 | only task force that you remember? | 01:41:36p |
| 6 | A    Related to rates. | 01:41:37p |
| 7 | Q    Related to rates? | 01:41:40p |
| 8 | A    Yes. | 01:41:41p |
| 9 | Q    What other task force can you recall | 01:41:42p |
| 10 | during the -- | 01:41:44p |
| 11 | A    During -- | 01:41:45p |
| 12 | Q    '99-2006? | 01:41:46p |
| 13 | A    Yeah.  During the early 2000's, our | 01:41:50p |
| 14 | deputy director at the time oversaw child welfare | 01:41:54p |
| 15 | services' redesign effort and that included a | 01:42:03p |
| 16 | number of stakeholders and work group meeting to | 01:42:06p |
| 17 | look at improving child welfare across the | 01:42:13p |
| 18 | state. | 01:42:16p |
| 19 |         And they broke it up into a number of | 01:42:16p |
| 20 | areas, topical areas, and they produced probably | 01:42:18p |
| 21 | four reports from a preliminary process report up | 01:42:25p |
| 22 | to a final report, and I believe all of those are | 01:42:32p |
| 23 | posted on our website.  And some of those | 01:42:36p |
| 24 | recommendations out of that effort have been, in | 01:42:39p |
| 25 | fact, adopted by the state. | 01:42:42p |

61

```
 1        MR. PRINCE:  Objection.  Foundation.              01:52:59p
 2           You may answer.                                01:53:00p
 3        THE WITNESS:  I don't know.  Typically, I         01:53:02p
 4   don't know.                                            01:53:04p
 5   BY MR. TABESH:                                         01:53:05p
 6      Q   Are you aware of counties ever paying           01:53:05p
 7   higher rates?                                          01:53:09p
 8      A   Not that I can specifically say.  I know        01:53:13p
 9   that option is available, but I don't know which       01:53:16p
10   counties take that option or don't.                    01:53:19p
11      Q   Well, without naming which counties do          01:53:22p
12   or don't, are you aware that some counties have        01:53:24p
13   taken that option?                                     01:53:29p
14      A   Not specifically, no.                           01:53:29p
15      Q   Okay.                                           01:53:34p
16      A   And I would point out that the first            01:53:35p
17   paragraph on that same page carries the same rate      01:53:37p
18   adjustment by half as the other letter did.            01:53:39p
19      Q   Right.  Right.  I just want to go over a        01:53:45p
20   topic we had touched -- we discussed a little bit      01:54:10p
21   before, I just want to follow up on a few              01:54:12p
22   things.                                                01:54:15p
23           We were talking about federal oversight        01:54:15p
24   of the DSS, and I had asked about audits and           01:54:18p
25   reviews.  But I'm also wondering, are you aware        01:54:23p
```

68

| | | |
|---|---|---|
| 1 | of any instances where somebody from your | 01:54:27p |
| 2 | department went forward to the federal government | 01:54:34p |
| 3 | to indicate that the rates paid to foster family | 01:54:39p |
| 4 | providers are not keeping up with the cost of | 01:54:44p |
| 5 | living increases? | 01:54:47p |
| 6 |     A    From my department? | 01:54:49p |
| 7 |     Q    From the DSS. | 01:54:51p |
| 8 |     A    Not that I'm aware of. | 01:54:55p |
| 9 |     Q    Would it surprise you if anyone had done | 01:54:57p |
| 10 | that? | 01:55:00p |
| 11 |     MR. PRINCE:  Objection.  Argumentative, | 01:55:00p |
| 12 | assumes facts. | 01:55:03p |
| 13 |     You may answer. | 01:55:06p |
| 14 |     THE WITNESS:  Would it surprise me?  It might | 01:55:08p |
| 15 | surprise me, but folks in my department can | 01:55:17p |
| 16 | certainly do what they choose to do on their own | 01:55:21p |
| 17 | time as not representing the department, so you | 01:55:24p |
| 18 | have that responsibility, but probably not in the | 01:55:27p |
| 19 | context of representing the department.  None | 01:55:30p |
| 20 | that I am aware of. | 01:55:34p |
| 21 | BY MR. TABESH: | 01:55:34p |
| 22 |     Q    Could they have done so as a | 01:55:35p |
| 23 | representative of the department? | 01:55:37p |
| 24 |     MR. PRINCE:  Objection.  Calls for | 01:55:38p |
| 25 | conjecture, hypothetical. | 01:55:39p |

| | | |
|---|---|---|
| 1 | THE WITNESS: Could they have done so? They | 01:55:41p |
| 2 | wouldn't have been authorized to do so. | 01:55:42p |
| 3 | BY MR. TABESH: | 01:55:45p |
| 4 | Q    That's what I mean. Could they have | 01:55:45p |
| 5 | been authorized to do so? | 01:55:47p |
| 6 | A    Not by me. | 01:55:48p |
| 7 | Q    So are you aware of any instance where | 01:55:56p |
| 8 | the federal government was informed that the | 01:55:58p |
| 9 | foster care maintenance payments to foster family | 01:56:02p |
| 10 | homes were not increasing commensurate with the | 01:56:06p |
| 11 | cost of living? | 01:56:09p |
| 12 | MR. PRINCE: Objection. Vague. May be asked | 01:56:10p |
| 13 | and answered. | 01:56:15p |
| 14 | You can go ahead and answer again. | 01:56:15p |
| 15 | THE WITNESS: Recent federal review of the | 01:56:17p |
| 16 | state on the performance and outcomes in child | 01:56:21p |
| 17 | welfare included interviews with stakeholders. | 01:56:25p |
| 18 | BY MR. TABESH: | 01:56:28p |
| 19 | Q    Okay. | 01:56:28p |
| 20 | A    And I sat in on some of those interviews | 01:56:29p |
| 21 | with stakeholders at the state level and | 01:56:32p |
| 22 | certainly representatives on behalf of foster | 01:56:35p |
| 23 | parents, group home providers, other providers | 01:56:39p |
| 24 | did speak with federal officials and advised them | 01:56:43p |
| 25 | that they had not received COLAs and that this | 01:56:46p |

70

| | | |
|---|---|---|
| 1 | Have any studies been done to indicate | 02:38:48p |
| 2 | how dramatically the rates would be reduced for | 02:38:51p |
| 3 | foster family homes? | 02:38:55p |
| 4 | MR. PRINCE: Objection. Argumentative, calls | 02:38:56p |
| 5 | for -- and vague. Excuse me. | 02:39:09p |
| 6 | BY MR. TABESH: | 02:39:24p |
| 7 | Q   Did you understand the question? | 02:39:24p |
| 8 | A   I'm not sure -- try it again. | 02:39:26p |
| 9 | Q   Has your department made a determination | 02:39:29p |
| 10 | of what the actual reduction in rates to -- of | 02:39:31p |
| 11 | foster care maintenance payments to foster family | 02:39:34p |
| 12 | homes will be as a result of these budget cuts? | 02:39:37p |
| 13 | A   Mathematically you mean? | 02:39:39p |
| 14 | Q   Yes. | 02:39:41p |
| 15 | A   What the new rates levels would look | 02:39:41p |
| 16 | like? | 02:39:44p |
| 17 | Q   Yeah. | 02:39:44p |
| 18 | A   I'm certain we have. | 02:39:44p |
| 19 | Q   Do you know if you sent them out in an | 02:39:46p |
| 20 | all-county letter or an all-county information | 02:39:49p |
| 21 | notice yet? | 02:39:53p |
| 22 | A   We wouldn't have because they wouldn't | 02:39:53p |
| 23 | yet be effective. | 02:39:55p |
| 24 | Q   Okay. Do you know why there was a | 02:40:07p |
| 25 | budget cut for foster family homes? | 02:40:09p |

89

| | | |
|---|---|---|
| 1 | A    All state agencies were asked to take a | 02:40:13p |
| 2 | cross-the-board reduction proposal for -- we are | 02:40:16p |
| 3 | talking about 2008-2009 budget year, right? | 02:40:22p |
| 4 | Q    Yes.  Yes, we are. | 02:40:25p |
| 5 | A    We are asked to take a cross-the-board | 02:40:28p |
| 6 | reduction of their programs that contain general | 02:40:30p |
| 7 | fund and this is one of our programs that | 02:40:32p |
| 8 | contains general fund. | 02:40:34p |
| 9 | Q    Was there any discretion on your | 02:40:37p |
| 10 | department's part as to, you know, as to how much | 02:40:40p |
| 11 | of a hit each part of your department would take | 02:40:44p |
| 12 | or each program would take? | 02:40:48p |
| 13 | A    Well, if there was, no one advised me. | 02:40:55p |
| 14 | Q    So you're not aware of that. | 02:40:56p |
| 15 | (Exhibit 30 was marked for identification.) | 02:41:57p |
| 16 | BY MR. TABESH: | 02:41:57p |
| 17 | Q    Do you recognize this document? | 02:41:57p |
| 18 | A    I do. | 02:42:25p |
| 19 | Q    What is this document? | 02:42:25p |
| 20 | A    A letter from the federal government | 02:42:28p |
| 21 | reporting -- well, let me make sure before I -- | 02:42:39p |
| 22 | Q    Sure.  Take your time, please. | 02:42:41p |
| 23 | A    Yeah.  This is a letter from the federal | 02:42:52p |
| 24 | government announcing the results of the Title | 02:42:55p |
| 25 | IV-E review of foster care cases in California, | 02:42:57p |