Center for Social Services Research
University of California at Berkeley
**January 1, 2006 to December 31, 2006 First Entries: Distance from Home Address to First Spell Placement Address For Children Still in Care 12 Months After Entry**
**Stratified by Placement at 12 Months with Kin or Non-Kin**
**(Placement with guardian or missing excluded.)**

**Summary**

|  |  | Distance from Home Address ||||||||||| 
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | < 1 mile || 1-5 miles || 6-10 miles || 11+ miles || *Unknown || Total ||
|  |  | n | % | n | % | n | % | n | % | n | % | n | % |
| All Counties | Kin | 1,821 | 32.7 | 1,659 | 29.8 | 608 | 10.9 | 1,476 | 26.5 | 2,201 |  | 7,765 | 100.0 |
|  | Non-Kin | 243 | 4.8 | 1,504 | 29.5 | 986 | 19.4 | 2,359 | 46.3 | 2,145 |  | 7,237 | 100.0 |
| Alameda | Kin | 14 | 18.9 | 25 | 33.8 | 7 | 9.5 | 28 | 37.8 | 97 |  | 171 | 100.0 |
|  | Non-Kin | 6 | 7.2 | 13 | 15.7 | 16 | 19.3 | 48 | 57.8 | 94 |  | 177 | 100.0 |
| Alpine | Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 |  | 0 | 0.0 |
|  | Non-Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 |  | 0 | 0.0 |
| Amador | Kin | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 |  | 2 | 100.0 |
|  | Non-Kin | 0 | 0.0 | 1 | 33.3 | 0 | 0.0 | 2 | 66.7 | 0 |  | 3 | 100.0 |
| Butte | Kin | 5 | 15.6 | 12 | 37.5 | 3 | 9.4 | 12 | 37.5 | 10 |  | 42 | 100.0 |
|  | Non-Kin | 4 | 4.7 | 26 | 30.6 | 13 | 15.3 | 42 | 49.4 | 17 |  | 102 | 100.0 |
| Calaveras | Kin | 3 | 27.3 | 0 | 0.0 | 5 | 45.5 | 3 | 27.3 | 3 |  | 14 | 100.0 |
|  | Non-Kin | 0 | 0.0 | 0 | 0.0 | 1 | 12.5 | 7 | 87.5 | 1 |  | 9 | 100.0 |
| Colusa | Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 |  | 1 | 100.0 |
|  | Non-Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 2 | 100.0 | 8 |  | 10 | 100.0 |
| Contra Costa | Kin | 17 | 16.7 | 23 | 22.5 | 15 | 14.7 | 47 | 46.1 | 27 |  | 129 | 100.0 |
|  | Non-Kin | 7 | 7.4 | 20 | 21.1 | 11 | 11.6 | 57 | 60.0 | 41 |  | 136 | 100.0 |
| Del Norte | Kin | 2 | 20.0 | 6 | 60.0 | 2 | 20.0 | 0 | 0.0 | 2 |  | 12 | 100.0 |
|  | Non-Kin | 2 | 22.2 | 2 | 22.2 | 2 | 22.2 | 3 | 33.3 | 3 |  | 12 | 100.0 |
| El Dorado | Kin | 2 | 18.2 | 2 | 18.2 | 1 | 9.1 | 6 | 54.5 | 14 |  | 25 | 100.0 |
|  | Non-Kin | 3 | 11.1 | 4 | 14.8 | 3 | 11.1 | 17 | 63.0 | 14 |  | 41 | 100.0 |
| Fresno | Kin | 30 | 32.3 | 30 | 32.3 | 17 | 18.3 | 16 | 17.2 | 50 |  | 143 | 100.0 |
|  | Non-Kin | 8 | 5.3 | 51 | 34.0 | 33 | 22.0 | 58 | 38.7 | 81 |  | 231 | 100.0 |
| Glenn | Kin | 2 | 20.0 | 0 | 0.0 | 0 | 0.0 | 8 | 80.0 | 4 |  | 14 | 100.0 |
|  | Non-Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 6 | 100.0 | 2 |  | 8 | 100.0 |
| Humboldt | Kin | 4 | 23.5 | 3 | 17.6 | 2 | 11.8 | 8 | 47.1 | 10 |  | 27 | 100.0 |
|  | Non-Kin | 1 | 4.8 | 5 | 23.8 | 8 | 38.1 | 7 | 33.3 | 3 |  | 24 | 100.0 |
| Imperial | Kin | 10 | 25.0 | 16 | 40.0 | 6 | 15.0 | 8 | 20.0 | 16 |  | 56 | 100.0 |
|  | Non-Kin | 1 | 5.0 | 0 | 0.0 | 6 | 30.0 | 13 | 65.0 | 5 |  | 25 | 100.0 |
| Inyo | Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 |  | 1 | 100.0 |
|  | Non-Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 2 | 100.0 | 0 |  | 2 | 100.0 |
| Kern | Kin | 51 | 35.2 | 42 | 29.0 | 19 | 13.1 | 33 | 22.8 | 107 |  | 252 | 100.0 |
|  | Non-Kin | 3 | 2.4 | 39 | 31.2 | 28 | 22.4 | 55 | 44.0 | 123 |  | 248 | 100.0 |
| Kings | Kin | 27 | 37.0 | 23 | 31.5 | 5 | 6.8 | 18 | 24.7 | 17 |  | 90 | 100.0 |
|  | Non-Kin | 2 | 8.3 | 5 | 20.8 | 6 | 25.0 | 11 | 45.8 | 6 |  | 30 | 100.0 |

| County | Type | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lake | Kin | 5 | 55.6 | 0 | 0.0 | 1 | 11.1 | 3 | 33.3 | 1 | | 10 | 100.0 |
| | Non-Kin | 1 | 5.6 | 4 | 22.2 | 2 | 11.1 | 11 | 61.1 | 10 | | 28 | 100.0 |
| Lassen | Kin | 2 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | | 3 | 100.0 |
| | Non-Kin | 0 | 0.0 | 1 | 16.7 | 1 | 16.7 | 4 | 66.7 | 3 | | 9 | 100.0 |
| Los Angeles | Kin | 844 | 37.7 | 655 | 29.2 | 235 | 10.5 | 507 | 22.6 | 661 | | 2,902 | 100.0 |
| | Non-Kin | 48 | 3.3 | 449 | 31.1 | 280 | 19.4 | 665 | 46.1 | 428 | | 1,870 | 100.0 |
| Madera | Kin | 7 | 33.3 | 3 | 14.3 | 0 | 0.0 | 11 | 52.4 | 10 | | 31 | 100.0 |
| | Non-Kin | 1 | 3.1 | 11 | 34.4 | 5 | 15.6 | 15 | 46.9 | 30 | | 62 | 100.0 |
| Marin | Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | | 0 | 0.0 |
| | Non-Kin | 0 | 0.0 | 2 | 50.0 | 1 | 25.0 | 1 | 25.0 | 5 | | 9 | 100.0 |
| Mariposa | Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 100.0 | 4 | | 5 | 100.0 |
| | Non-Kin | 0 | 0.0 | 1 | 25.0 | 1 | 25.0 | 2 | 50.0 | 3 | | 7 | 100.0 |
| Mendocino | Kin | 3 | 13.0 | 8 | 34.8 | 3 | 13.0 | 9 | 39.1 | 6 | | 29 | 100.0 |
| | Non-Kin | 2 | 8.3 | 10 | 41.7 | 0 | 0.0 | 12 | 50.0 | 8 | | 32 | 100.0 |
| Merced | Kin | 19 | 42.2 | 15 | 33.3 | 4 | 8.9 | 7 | 15.6 | 15 | | 60 | 100.0 |
| | Non-Kin | 1 | 2.6 | 12 | 30.8 | 12 | 30.8 | 14 | 35.9 | 20 | | 59 | 100.0 |
| Modoc | Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | | 0 | 0.0 |
| | Non-Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 100.0 | 0 | | 1 | 100.0 |
| Mono | Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | | 0 | 0.0 |
| | Non-Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | | 0 | 0.0 |
| Monterey | Kin | 8 | 32.0 | 10 | 40.0 | 1 | 4.0 | 6 | 24.0 | 19 | | 44 | 100.0 |
| | Non-Kin | 1 | 3.3 | 7 | 23.3 | 6 | 20.0 | 16 | 53.3 | 15 | | 45 | 100.0 |
| Napa | Kin | 2 | 50.0 | 1 | 25.0 | 0 | 0.0 | 1 | 25.0 | 3 | | 7 | 100.0 |
| | Non-Kin | 0 | 0.0 | 0 | 0.0 | 1 | 25.0 | 3 | 75.0 | 4 | | 8 | 100.0 |
| Nevada | Kin | 0 | 0.0 | 2 | 40.0 | 0 | 0.0 | 3 | 60.0 | 0 | | 5 | 100.0 |
| | Non-Kin | 0 | 0.0 | 1 | 16.7 | 1 | 16.7 | 4 | 66.7 | 2 | | 8 | 100.0 |
| Orange | Kin | 102 | 29.5 | 117 | 33.8 | 48 | 13.9 | 79 | 22.8 | 235 | | 581 | 100.0 |
| | Non-Kin | 11 | 5.0 | 80 | 36.4 | 50 | 22.7 | 79 | 35.9 | 133 | | 353 | 100.0 |
| Placer | Kin | 7 | 25.0 | 10 | 35.7 | 2 | 7.1 | 9 | 32.1 | 8 | | 36 | 100.0 |
| | Non-Kin | 1 | 3.0 | 6 | 18.2 | 3 | 9.1 | 23 | 69.7 | 8 | | 41 | 100.0 |
| Plumas | Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 100.0 | 3 | | 4 | 100.0 |
| | Non-Kin | 0 | 0.0 | 3 | 15.8 | 1 | 5.3 | 15 | 78.9 | 7 | | 26 | 100.0 |
| Riverside | Kin | 196 | 33.4 | 156 | 26.6 | 46 | 7.8 | 189 | 32.2 | 110 | | 697 | 100.0 |
| | Non-Kin | 14 | 2.6 | 104 | 19.4 | 65 | 12.1 | 354 | 65.9 | 198 | | 735 | 100.0 |
| Sacramento | Kin | 48 | 25.4 | 66 | 34.9 | 27 | 14.3 | 48 | 25.4 | 73 | | 262 | 100.0 |
| | Non-Kin | 13 | 3.8 | 128 | 37.1 | 103 | 29.9 | 101 | 29.3 | 135 | | 480 | 100.0 |
| San Benito | Kin | 5 | 50.0 | 2 | 20.0 | 1 | 10.0 | 2 | 20.0 | 1 | | 11 | 100.0 |
| | Non-Kin | 0 | 0.0 | 1 | 8.3 | 1 | 8.3 | 10 | 83.3 | 2 | | 14 | 100.0 |
| San Bernardino | Kin | 68 | 26.4 | 60 | 23.3 | 23 | 8.9 | 107 | 41.5 | 77 | | 335 | 100.0 |
| | Non-Kin | 8 | 2.6 | 86 | 27.5 | 57 | 18.2 | 162 | 51.8 | 85 | | 398 | 100.0 |
| San Diego | Kin | 102 | 29.7 | 122 | 35.5 | 44 | 12.8 | 76 | 22.1 | 236 | | 580 | 100.0 |

|  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Non-Kin | 25 | 6.4 | 144 | 36.8 | 100 | 25.6 | 122 | 31.2 | 172 |  | 563 | 100.0 |
| San Francisco | Kin | 23 | 34.3 | 17 | 25.4 | 1 | 1.5 | 26 | 38.8 | 51 |  | 118 | 100.0 |
|  | Non-Kin | 7 | 14.3 | 22 | 44.9 | 5 | 10.2 | 15 | 30.6 | 44 |  | 93 | 100.0 |
| San Joaquin | Kin | 25 | 32.5 | 25 | 32.5 | 3 | 3.9 | 24 | 31.2 | 30 |  | 107 | 100.0 |
|  | Non-Kin | 10 | 7.2 | 63 | 45.7 | 30 | 21.7 | 35 | 25.4 | 63 |  | 201 | 100.0 |
| San Luis Obispo | Kin | 17 | 41.5 | 9 | 22.0 | 4 | 9.8 | 11 | 26.8 | 9 |  | 50 | 100.0 |
|  | Non-Kin | 1 | 4.5 | 8 | 36.4 | 4 | 18.2 | 9 | 40.9 | 8 |  | 30 | 100.0 |
| San Mateo | Kin | 7 | 35.0 | 5 | 25.0 | 2 | 10.0 | 6 | 30.0 | 13 |  | 33 | 100.0 |
|  | Non-Kin | 2 | 4.8 | 11 | 26.2 | 7 | 16.7 | 22 | 52.4 | 20 |  | 62 | 100.0 |
| Santa Barbara | Kin | 36 | 40.4 | 23 | 25.8 | 3 | 3.4 | 27 | 30.3 | 9 |  | 98 | 100.0 |
|  | Non-Kin | 9 | 9.0 | 15 | 15.0 | 14 | 14.0 | 62 | 62.0 | 15 |  | 115 | 100.0 |
| Santa Clara | Kin | 37 | 22.2 | 58 | 34.7 | 20 | 12.0 | 52 | 31.1 | 113 |  | 280 | 100.0 |
|  | Non-Kin | 23 | 18.1 | 34 | 26.8 | 22 | 17.3 | 48 | 37.8 | 64 |  | 191 | 100.0 |
| Santa Cruz | Kin | 9 | 34.6 | 9 | 34.6 | 2 | 7.7 | 6 | 23.1 | 8 |  | 34 | 100.0 |
|  | Non-Kin | 2 | 8.7 | 9 | 39.1 | 4 | 17.4 | 8 | 34.8 | 10 |  | 33 | 100.0 |
| Shasta | Kin | 10 | 27.8 | 13 | 36.1 | 3 | 8.3 | 10 | 27.8 | 14 |  | 50 | 100.0 |
|  | Non-Kin | 2 | 2.5 | 40 | 50.0 | 16 | 20.0 | 22 | 27.5 | 29 |  | 109 | 100.0 |
| Sierra | Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 |  | 0 | 0.0 |
|  | Non-Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 |  | 0 | 0.0 |
| Siskiyou | Kin | 3 | 50.0 | 0 | 0.0 | 2 | 33.3 | 1 | 16.7 | 4 |  | 10 | 100.0 |
|  | Non-Kin | 0 | 0.0 | 1 | 9.1 | 1 | 9.1 | 9 | 81.8 | 6 |  | 17 | 100.0 |
| Solano | Kin | 7 | 35.0 | 7 | 35.0 | 2 | 10.0 | 4 | 20.0 | 12 |  | 32 | 100.0 |
|  | Non-Kin | 3 | 12.5 | 10 | 41.7 | 2 | 8.3 | 9 | 37.5 | 19 |  | 43 | 100.0 |
| Sonoma | Kin | 13 | 21.7 | 16 | 26.7 | 8 | 13.3 | 23 | 38.3 | 15 |  | 75 | 100.0 |
|  | Non-Kin | 3 | 3.9 | 17 | 22.1 | 14 | 18.2 | 43 | 55.8 | 22 |  | 99 | 100.0 |
| Stanislaus | Kin | 6 | 18.8 | 15 | 46.9 | 4 | 12.5 | 7 | 21.9 | 19 |  | 51 | 100.0 |
|  | Non-Kin | 4 | 10.8 | 13 | 35.1 | 8 | 21.6 | 12 | 32.4 | 33 |  | 70 | 100.0 |
| Sutter | Kin | 1 | 11.1 | 8 | 88.9 | 0 | 0.0 | 0 | 0.0 | 4 |  | 13 | 100.0 |
|  | Non-Kin | 2 | 13.3 | 3 | 20.0 | 4 | 26.7 | 6 | 40.0 | 7 |  | 22 | 100.0 |
| Tehama | Kin | 4 | 44.4 | 1 | 11.1 | 4 | 44.4 | 0 | 0.0 | 2 |  | 11 | 100.0 |
|  | Non-Kin | 0 | 0.0 | 1 | 4.8 | 5 | 23.8 | 15 | 71.4 | 9 |  | 30 | 100.0 |
| Trinity | Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 5 |  | 5 | 100.0 |
|  | Non-Kin | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 9 |  | 9 | 100.0 |
| Tulare | Kin | 11 | 27.5 | 9 | 22.5 | 10 | 25.0 | 10 | 25.0 | 41 |  | 81 | 100.0 |
|  | Non-Kin | 5 | 8.9 | 14 | 25.0 | 4 | 7.1 | 33 | 58.9 | 48 |  | 104 | 100.0 |
| Tuolumne | Kin | 6 | 35.3 | 1 | 5.9 | 7 | 41.2 | 3 | 17.6 | 3 |  | 20 | 100.0 |
|  | Non-Kin | 0 | 0.0 | 1 | 25.0 | 1 | 25.0 | 2 | 50.0 | 4 |  | 8 | 100.0 |
| Ventura | Kin | 13 | 23.6 | 16 | 29.1 | 13 | 23.6 | 13 | 23.6 | 14 |  | 69 | 100.0 |
|  | Non-Kin | 5 | 7.1 | 16 | 22.9 | 18 | 25.7 | 31 | 44.3 | 16 |  | 86 | 100.0 |
| Yolo | Kin | 3 | 13.6 | 11 | 50.0 | 3 | 13.6 | 5 | 22.7 | 10 |  | 32 | 100.0 |
|  | Non-Kin | 2 | 5.3 | 3 | 7.9 | 4 | 10.5 | 29 | 76.3 | 38 |  | 76 | 100.0 |
|  | Kin | 3 | 25.0 | 7 | 58.3 | 0 | 0.0 | 2 | 16.7 | 2 |  | 14 | 100.0 |

|  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yuba | Non-Kin | 0 | 0.0 | 7 | 41.2 | 5 | 29.4 | 5 | 29.4 | 14 |  | 31 | 100.0 |
| Missing | Kin | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 |  | 1 | 100.0 |
|  | Non-Kin | 0 | 0.0 | 0 | 0.0 | 1 | 100.0 | 0 | 0.0 | 1 |  | 2 | 100.0 |

Data Source: CWS/CMS 2007 Quarter 4 Extract.
*Unknown: Distance not calculable due to missing removal and/or placement address.
**Analysis is stratified by placement type at 12 months, thus total frequencies may differ slightly from those still in care at 12 months in the 'Exits Over Time' analysis.

**CITATIONS:**
The suggested way to cite the above data is as follows:
Needell, B., Webster, D., Armijo, M., Lee, S., Dawson, W., Magruder, J., Exel, M., Zimmerman, K., Simon, V., Putnam-Hornstein, E., Frerer, K., Ataie, Y., Atkinson, L., Blumberg, R., Henry, C., & Cuccaro-Alamin, S. (2008). *Child Welfare Services Reports for California*. Retrieved [month day, year], from University of California at Berkeley Center for Social Services Research website. URL: <http://cssr.berkeley.edu/CWSCMSreports/>