EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN M. CARSON
Supervising Deputy Attorney General
GEORGE PRINCE, State Bar No. 133877
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5749
  Fax: (415) 703-5480

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>                              Plaintiffs,<br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family services Division of the California Department of Social Services, in her official capacity,<br>                              Defendants. | C 07-5086 WHA<br><br>DEFENDANTS' RULE 26 INITIAL DISCLOSURES |

       In accord with Rule 26 (a)(1)(A) of the Federal Rules of Civil Procedure, defendants hereby disclose the following information. This action is in its early stages, and formal discovery has yet to commence. Defendants reserve the right to amend, supplement, or correct the information set forth below.

1. DISCLOSURES OF INDIVIDUALS

       In accord with Rule 26 (a)(1)(A)(i), below please find the names, in alphabetical order, of Department of Social Services' staff members likely to have discoverable information. This list cannot be and is not meant to be all-inclusive, as there are additional individuals at the

Department and elsewhere who have or may have discoverable information in the broad sense of Rule 26. The individuals listed here are the Department branch and bureau chiefs who supervise departmental staff in the key areas of foster care rates matters.

The general address and telephone number for these individuals is as follows, but as all are employed by the Department under the general authority official-capacity defendants John Wagner and Mary Ault, any efforts to contact them should be directed to the Office of the Attorney General, their counsel of record in this action.

Department of Social Services

744 P Street

Sacramento, CA 95814

(916) 651-8848

Cora Dixon, Chief

Program & Financial Audits Bureau

Foster Care Audits and Rates Branch

Topic: In her current position as Chief of the Program and Financial Audits Bureau, Ms. Dixon has primary responsibility for conducting on-site program rate audits of group home providers, reviewing Financial Audit Reports submitted by non-profit corporations who operate group homes and foster family agencies, and conducting on-site fiscal audits of non-profit corporations.

Sheilah Dupuy, Chief

Children's Services Operations Bureau

Children's Services Operations & Evaluation Branch

Topic: In her previous position as Chief of the Foster Care Rates Bureau, Ms. Dupuy had responsibility for oversight of policy interpretation and implementation for foster care rates, funding, and eligibility, and for oversight of rate-setting for individual group home programs and foster family agencies in California.

Barbara Eaton, Branch Chief

Foster Care Audits and Rates Branch

Topic: Ms. Eaton is the Chief of the Department's Foster Care Audits and Rates Branch, with general responsibility for the foster care rates programs.

Karen Gunderson, Chief

Child and Youth Permanency Branch

Topic: As Chief of the Department's Child and Youth Permanency Branch, Ms. Gunderson has general responsibility for services to support out-of-home care, permanency, and transitional services, and resources for children, youth, and families, including supervision of the specialized care rate system.

Linda Shill, Chief

Permanency Policy Bureau

Child and Youth Permanency Branch

Topic: In her previous position as manager of the Foster Care Funding and Eligibility Unit, Ms. Shill had responsibility for interpretation of policies and regulations supporting eligibility for out-of-home care resources and services, monitoring standards for the AFDC-FC program, technical assistance to counties, courts, other departments, preparing and administrating the Title IV-E Plan, and coordinating federal review of the Title IV-E AFDC-FC program.

Sonya St. Mary, Chief

Foster Care Support Services Bureau

Topic: As Chief of the Foster Care Support Services Bureau, Ms. St. Mary has general responsibility for services to support out-of-home care, and transitional services, and resources for children, youth, and families, including supervision of the specialized care rate system.

//

Defendants' Rule 26 Initial Disclosures          California State Foster Parent Association, et al. v. Wagner
                                                                                                                  C 07-5086 WHA

3

1 | Debra Williams, Chief
2 | Foster Care Rates Bureau
3 | Foster Care Audits and Rates Branch
4 | Topic: In her current position as Chief of the Foster Care Rates Bureau, Ms. Williams has
5 | primary responsibility for oversight of policy interpretation and implementation for foster care
6 | rates, funding, and eligibility, and for oversight of rate-setting for individual group home
7 | programs and foster family agencies in California.

2. DISCLOSURES OF DOCUMENTS

    In accord with Rule 26 (a)(1)(A)(ii), the categories and locations of documents and other materials in the possession, custody, or control of defendants (or their staff) that may be used to support their defenses would include any and all non-privileged documents used in the supervision of the foster care programs at issue or administration of the State Plan submitted to the federal government regarding the programs. Such documents may be located at the Department's Sacramento headquarters or at its field operations throughout the State, in paper or non-paper form.

    Many of the operative documents can be found in electronic form through the Department's web site ( http://www.dss.cahwnet.gov/cdssweb/Default.htm). Other documents can be provided in the course of formal discovery.

//
//

Defendants' Rule 26 Initial Disclosures    California State Foster Parent Association, et al. v. Wagner
C 07-5086 WHA

3. OTHER DISCLOSURES

There are no Rule 26 (a)(1)(A)(iii) or (iv) disclosures applicable in this matter.

Dated: January 9, 2008

> Respectfully submitted,
>
> EDMUND G. BROWN JR.
> Attorney General of the State of California
>
> SUSAN M. CARSON
> Supervising Deputy Attorney General
>
> */s/ George Prince*
>
> GEORGE PRINCE
> Deputy Attorney General
>
> Attorneys for Defendants

Defendants' Rule 26 Initial Disclosures

California State Foster Parent Association, et al. v. Wagner
C 07-5086 WHA