EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN M. CARSON
Supervising Deputy Attorney General
GEORGE PRINCE, State Bar No. 133877
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5749
  Fax: (415) 703-5480

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>                                          Plaintiffs,<br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family services Division of the California Department of Social Services, in her official capacity,<br>                                          Defendants. | C 07-5086 WHA<br><br>DEFENDANTS' RULE 26 INITIAL DISCLOSURES, SUPPLEMENTAL SET |

      In accord with Rule 26 (a)(1)(A) of the Federal Rules of Civil Procedure, defendants hereby disclose the following information to supplement what was previously submitted. This action is in its early stages, and formal discovery has yet to commence. Defendants reserve the right to amend, supplement, or correct the information set forth below.

1. ADDITIONAL DISCLOSURES OF INDIVIDUALS

      In accord with Rule 26 (a)(1)(A)(i), below please find three names, in alphabetical order, of additional one current and two former Department of Social Services' staff members likely to have discoverable information. This list cannot be and is not meant to be all-inclusive,

1  as there are additional individuals at the Department and elsewhere who have or may have
2  discoverable information in the broad sense of Rule 26. The individuals listed here are or were
3  the Department branch and bureau chiefs who supervise departmental staff in the key areas of
4  foster care rates matters.
5      The general address and telephone number for Mr. Freitas follows, and as he remains
6  employed by the Department under the general authority official-capacity defendants John
7  Wagner and Mary Ault, any efforts to contact him should be directed to the Office of the
8  Attorney General, their counsel of record in this action. The contact information for Ms. Aguiar
9  will be provided separately. Mr. Beers is currently a council member for the City of West
10 Sacramento; his address is 1110 West Capitol Avenue, West Sacramento, CA 95691, and
11 telephone number is (916) 617-4500.
12
13 Department of Social Services
14 744 P Street
15 Sacramento, CA 95814
16 (916) 651-8848
17
18 Glenn Freitas, Branch Chief
19 Childrens' Services, Operations and Evaluations Branch
20 Mr. Freitas is a former Chief of the Department's Foster Care Audits and Rates Branch, with
21 general responsibility for the foster care rates programs.
22
23 Patricia Aguiar, Chief (retired)
24 Child and Youth Permanency Branch
25 As a former Chief of the Department's Child and Youth Permanency Branch, Ms. Aguiar had
26 general responsibility for services to support out-of-home care, permanency, and transitional
27 services, and resources for children, youth, and families, including supervision of the specialized
28 care rate system.

Wes Beers, Chief (retired)

Childrens' Services, Operations and Evaluations Branch

In his position as manager of the Childrens' Services, Operations and Evaluations Branch, Mr. Beers had responsibility for the Adoption Services Bureau, which provided direct adoption services and post adoption services, the Childrens' Services Operations Bureau, which was responsible for supervising county administration of the child welfare services program, and the out-of-state-placement policy unit, which was responsible for developing and implementing policies related to the placement of California children in other states pursuant to the interstate compact on the placement of children.

Dated: January 31, 2008

        Respectfully submitted,

        EDMUND G. BROWN JR.
        Attorney General of the State of California

        SUSAN M. CARSON
        Supervising Deputy Attorney General

        */s/ George Prince*

        GEORGE PRINCE
        Deputy Attorney General

        Attorneys for Defendants

Defendants' Rule 26 Initial Disclosures, Supp. Set     California State Foster Parent Association, et al. v. Wagner
C 07-5086 WHA

3