```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4   CALIFORNIA STATE FOSTER       )
     PARENT ASSOCIATION,           )
 5   CALIFORNIA STATE CARE         )
     PROVIDERS ASSOCIATION, AND    )
 6   LEGAL ADVOCATES FOR           ) Case No.
     PERMANENT PARENTING,          ) C 07 086 WHA
 7                                 )
                                   )
 8                 Plaintiffs,     )
                                   )
 9       -vs-                      )
                                   )
10   JOHN A. WAGNER, Director      )
     of the California             )
11   Department of Social          )
     Services, in his official     )
12   capacity; MARY AULT,          )
     Deputy Director of the        )
13   Children and Family           )
     Services Division of the      )
14   California Department of      )
     Social Services, in her       )
15   official capacity,            )
                                   )
16                                 )
                 Defendants.       )
17   _____)
18
          VIDEOTAPED DEPOSITION OF PATRICIA AGUIAR,
19
          at 400 Capitol Mall, Suite 2600,
20
          Sacramento, California, commencing
21
          at 10:09 a.m., Monday, April 28, 2008,
22
          before WENDY E. ARLEN, CSR No. 4355, RMR,
23
          CRR.
24
25   Pages 1 - 129
                                                              1
```

| | | |
|---|---|---|
| 1 | Q.       Right. | 11:39:01 |
| 2 | A.       That's the most significant one.  There were | 11:39:02 |
| 3 | others that looked at specific subgroups of | 11:39:15 |
| 4 | categories.  An example would be community treatment | 11:39:23 |
| 5 | facilities, which was a new category. | 11:39:28 |
| 6 | Q.       Did any ever look at the specific subgroup of | 11:39:35 |
| 7 | foster family homes? | 11:39:40 |
| 8 | A.       You mean by itself? | 11:39:42 |
| 9 | Q.       Yes. | 11:39:45 |
| 10 | A.       Not to my knowledge.  I mean, I can't | 11:39:46 |
| 11 | remember it being specific to just that population. | 11:39:51 |
| 12 | Q.       Okay.  Would -- would the foster family | 11:39:53 |
| 13 | homes, the rates relating to foster family homes have | 11:40:01 |
| 14 | been combined with, let's say, a task force on group | 11:40:06 |
| 15 | homes and/or foster family agencies? | 11:40:09 |
| 16 |          MR. PRINCE:  Objection, ambiguous and vague. | 11:40:12 |
| 17 | You may answer. | 11:40:16 |
| 18 |          THE WITNESS:  Combined, I'm not sure what you | 11:40:18 |
| 19 | mean. | 11:40:20 |
| 20 | Q.       MS. MARSHACK:  Okay.  Well, you said you | 11:40:20 |
| 21 | don't remember any specifically relating to only | 11:40:22 |
| 22 | foster family homes, but were there any task forces | 11:40:25 |
| 23 | relating to foster care rates provided to foster | 11:40:28 |
| 24 | family homes at any time in the context, you know, | 11:40:33 |
| 25 | not alone.  Together with -- | 11:40:36 |

43

| | | |
|---|---|---|
| 1 | outcomes for children.  There were folks -- I mean, | 11:49:19 |
| 2 | people that said, just raise the rates and you'll get | 11:49:22 |
| 3 | good incentives.  You know, that will be incentive | 11:49:25 |
| 4 | enough. | 11:49:29 |
| 5 | So I'm saying there are so many different | 11:49:30 |
| 6 | perspectives, so many things that were on the table. | 11:49:32 |
| 7 | So... | 11:49:36 |
| 8 | Q.    Did the task force take a position as far as | 11:49:37 |
| 9 | whether raising rates would be an effective | 11:49:40 |
| 10 | incentive? | 11:49:42 |
| 11 | A.    Well, everyone had, you know, different | 11:49:43 |
| 12 | opinions on that.  But I can't remember a specific | 11:49:46 |
| 13 | recommendation to raise the rates.  The | 11:49:52 |
| 14 | recommendations were mostly around changing the way | 11:49:55 |
| 15 | we established the rates, the way we, you know, pay | 11:49:59 |
| 16 | people, but just a recommendation just to raise all | 11:50:05 |
| 17 | rates, I don't remember that as being an overall | 11:50:11 |
| 18 | recommendation that was moved forward. | 11:50:15 |
| 19 | Q.    Did you have a personal opinion as to whether | 11:50:19 |
| 20 | raising rates would be an appropriate incentive? | 11:50:21 |
| 21 | MR. PRINCE:  Objection, relevance.  You may | 11:50:23 |
| 22 | answer. | 11:50:27 |
| 23 | THE WITNESS:  It's never relevant. | 11:50:27 |
| 24 | Q.    MS. MARSHACK:  The raising rates is not | 11:50:30 |
| 25 | relevant? | 11:50:32 |

48

```
 1   A.      My personal opinion is not relevant.              11:50:32
 2   Q.      Well, I'm asking for your personal opinion         11:50:35
 3   because you have knowledge in this area.  So I'm           11:50:39
 4   entitled to understand your personal opinion.              11:50:42
 5           MR. PRINCE:  Same objection.  You may answer.     11:50:44
 6           THE WITNESS:  I represented a department.  My     11:50:47
 7   personal opinion was not, you know, was not relevant,      11:50:52
 8   is not relevant.                                           11:50:56
 9   Q.      MS. MARSHACK:  But as part of your job             11:50:57
10   duties, you could be part of these task forces to         11:50:59
11   make recommendations, correct?                            11:51:05
12   A.      Correct.                                          11:51:06
13   Q.      So you would give ideas that could possibly       11:51:06
14   improve outcomes for children, correct?                   11:51:13
15   A.      Correct.                                          11:51:16
16   Q.      And these ideas would come from your              11:51:16
17   experience and understanding that had come through        11:51:20
18   your job duties, correct?                                 11:51:27
19   A.      Yes.                                              11:51:29
20   Q.      And so what you believed to be effective in       11:51:31
21   terms of improving outcomes would be relevant.            11:51:38
22           MR. PRINCE:  Objection, same objection.           11:51:44
23   Still irrelevant and argumentative and asked and          11:51:46
24   answered.  You may respond.                               11:51:50
25           THE WITNESS:  I mean, my response is that I       11:51:54
                                                                    49
```

| | | |
|---|---|---|
| 1 | had an official responsibility as a representative of | 11:51:56 |
| 2 | the department. My personal opinion is not relevant | 11:51:59 |
| 3 | as much as a personal opinion of someone who's | 11:52:09 |
| 4 | running a group home association is not as important | 11:52:13 |
| 5 | as what their constituents want. | 11:52:16 |
| 6 | Q.     MS. MARSHACK: Well, then let's talk about | 11:52:19 |
| 7 | your professional opinion. As a representative of | 11:52:21 |
| 8 | the Department of Social Services, were you of the | 11:52:24 |
| 9 | opinion that raising rates could provide an effective | 11:52:30 |
| 10 | incentive? | 11:52:35 |
| 11 |         MR. PRINCE: Objection. Ms. Aguiar is not | 11:52:36 |
| 12 | here as a spokesperson for the department or as an | 11:52:39 |
| 13 | expert. | 11:52:44 |
| 14 | Q.     MS. MARSHACK: But you can answer. | 11:52:47 |
| 15 | A.     I mean, my answer is the same. In my | 11:52:48 |
| 16 | official duties with the department, I was | 11:52:52 |
| 17 | responsible for the task force doing its job, and my | 11:52:54 |
| 18 | personal opinion one way or the other or how many | 11:53:03 |
| 19 | ways was not relevant. | 11:53:06 |
| 20 | Q.     All right. Well, then we will move on. One | 11:53:10 |
| 21 | of the things you mentioned were -- was a suggestion | 11:53:19 |
| 22 | as far as improving positive outcomes was giving more | 11:53:26 |
| 23 | dollars in the early part of the case. Can you | 11:53:30 |
| 24 | explain what that means? | 11:53:33 |
| 25 | A.     There were some advocates who believed that | 11:53:34 |

50

```
1    result, some of this is being tested -- that if you      11:55:47
2    provide more money in the initial part of engaging       11:55:51
3    with a child you can provide higher level, more          11:55:57
4    intense services, therefore allowing the child to        11:56:02
5    then be out of care or be placed in lower levels or      11:56:07
6    lower cost care faster.                                  11:56:13
7    Q.    MS. MARSHACK:  Okay.  Thank you.  That helped      11:56:16
8    me a lot.  All right.  Now, we're going way back.        11:56:18
9    You said you were staff services manager I in the        11:56:34
10   Foster Care Rates Bureau and that you supervised 11      11:56:39
11   rates analysts.  Can you tell me what the rates          11:56:42
12   analysts did?                                            11:56:45
13         MR. PRINCE:  I think that mischaracterizes         11:56:46
14   her testimony, but you may answer.                       11:56:48
15         THE WITNESS:  Rates analysts are assigned,         11:56:50
16   usually geographically, group homes and foster family    11:56:55
17   agencies.  When I was in the rates bureau, we            11:57:04
18   reviewed group home and FFA, foster family agencies,     11:57:15
19   FFA rate applications on an annual basis consistent      11:57:23
20   with the law and regulations related to rate setting;    11:57:27
21   and so they receive these annual applications,           11:57:37
22   review -- reviewed the applications based upon a         11:57:41
23   history of their spending and various categories and     11:57:44
24   that kind of thing and then established the rate for     11:57:48
25   the coming year.                                         11:57:52
                                                              52
```

Veritext National Deposition & Litigation Services
866 299-5127

| | | | |
|---|---|---|---|
| 1 | Q. | MS. MARSHACK: Okay. Based -- | 11:57:53 |
| 2 | A. | Based on the regulations and -- | 11:57:55 |
| 3 | Q. | Okay. They would -- but they would follow -- | 11:58:00 |
| 4 | | would they follow rate classification levels that | 11:58:03 |
| 5 | | were established and find out where along -- where in | 11:58:06 |
| 6 | | the chart basically the group home fell? | 11:58:10 |
| 7 | A. | Yeah, exactly. | 11:58:13 |
| 8 | Q. | Okay. Did the rate analysts have any | 11:58:14 |
| 9 | | responsibility for foster family homes? | 11:58:18 |
| 10 | A. | Not in -- no. | 11:58:20 |
| 11 | Q. | No. | 11:58:23 |
| 12 | A. | Not in that bureau. | 11:58:23 |
| 13 | Q. | Not in this bureau. Did they in any bureau, | 11:58:26 |
| 14 | | as far as you're aware? | 11:58:31 |
| 15 | A. | It was -- I mean, I'm closing my eyes here | 11:58:32 |
| 16 | | trying to think. | 11:58:35 |
| 17 | Q. | Right. | 11:58:36 |
| 18 | A. | That responsibility moved around and things | 11:58:37 |
| 19 | | got organized -- reorganized. Primarily the foster | 11:58:39 |
| 20 | | family home rates are in statute. | 11:58:42 |
| 21 | Q. | Okay. So would the rates -- so would the | 11:58:45 |
| 22 | | rates that were paid to foster family homes follow | 11:58:58 |
| 23 | | the statute? | 11:59:02 |
| 24 | A. | Yes. | 11:59:03 |
| 25 | Q. | Okay. So now we can move forward, and we can | 11:59:04 |

53

| | | |
|---|---|---|
| 1 | negotiations? | 14:21:29 |
| 2 | A.     I would be involved in discussions with the | 14:21:29 |
| 3 | legislative staff, yes. | 14:21:38 |
| 4 | Q.     What types of discussions? | 14:21:41 |
| 5 | A.     Usually around, as I said, usually technical | 14:21:44 |
| 6 | assistance, helping, you know, staff understand | 14:21:51 |
| 7 | perhaps, you know, effect that a certain way they | 14:21:56 |
| 8 | want to go with a -- with a rate difference or | 14:22:03 |
| 9 | something of that, what kind of effect that it was | 14:22:06 |
| 10 | going to have, how much it cost, you know, just kind | 14:22:09 |
| 11 | of providing technical assistance. | 14:22:13 |
| 12 | Q.     ==Did you or the branch have any input into== | 14:22:15 |
| 13 | ==determining whether the legislature would approve a== | 14:22:25 |
| 14 | ==cost of living increase in the foster care rates?== | 14:22:28 |
| 15 | ==A.==     ==No.== | 14:22:31 |
| 16 | ==Q.==     ==Do you know why not?== | 14:22:32 |
| 17 | ==A.==     ==That's not our role.== | 14:22:36 |
| 18 | Q.     Do you know whose role it was? | 14:22:39 |
| 19 | A.     Primarily agency and the Governor's office. | 14:22:50 |
| 20 | Q.     By agency, you mean Health and -- | 14:22:55 |
| 21 | A.     Agency secretary. | 14:23:00 |
| 22 | Q.     Okay. Well, while we're on the subject of | 14:23:03 |
| 23 | rates, let's talk about foster care payments. Are | 14:23:18 |
| 24 | you familiar with the term foster care maintenance | 14:23:26 |
| 25 | payments? | 14:23:29 |

100

```
1   A.      What -- there is statute that defines how        14:26:51
2   rates are set.                                           14:26:55
3   Q.      So they set rates according to the statute.      14:26:56
4   A.      Correct.                                         14:27:12
5   Q.      Do you know whether the foster care rate         14:27:13
6   branch had any input into the rates mandated by          14:27:18
7   statute?                                                 14:27:23
8           MR. PRINCE:  Objection, asked and answered.      14:27:24
9           THE WITNESS:  I've answered that in terms of     14:27:26
10  our role.                                                14:27:28
11  Q.      MS. MARSHACK:  I believe you answered it with    14:27:30
12  respect to the Child and Youth Permanency Branch.        14:27:31
13  A.      And I would say each branch has same, you        14:27:36
14  know, that's basically our responsibility.  We           14:27:38
15  don't -- we don't negotiate directly the budget          14:27:42
16  process.  We provide technical assistance.               14:27:45
17  Q.      So then who would have input into the foster     14:27:48
18  care maintenance payments rates?                         14:27:59
19  A.      Agency and Governor's office.                    14:28:01
20  Q.      So if the Foster Care Audits and Rates Branch    14:28:04
21  or the Child Youth and Permanency Branch believe that    14:28:31
22  rates should be increased, could you do anything         14:28:34
23  about it?                                                14:28:36
24          MR. PRINCE:  Objection, calls for speculation    14:28:38
25  and is hypothetical, may be argumentative.  You may      14:28:45
                                                             103
```

```
 1   answer.                                                  14:28:50
 2            THE WITNESS:  You know, I don't know how a      14:28:51
 3   branch believes because it's not -- it's a -- how        14:28:52
 4   does -- I don't get that.                                14:28:56
 5            A branch believes that something should         14:28:59
 6   happen.  Are you saying an individual or the branch      14:29:02
 7   chief?  I'm not sure what you're saying.                 14:29:06
 8   Q.       MS. MARSHACK:  Okay.  Well, let's take for      14:29:08
 9   example Exhibit 22, the foster and adopted               14:29:12
10   recruitment and retention reports.  If through a         14:29:15
11   report it became -- it informed the branch that          14:29:21
12   raises rates might help our permanency goals, would      14:29:28
13   you be able -- would the branch be able to               14:29:38
14   communicate that to the legislature?                     14:29:40
15   A.       We would communicate it to our director.       14:29:42
16   Q.       John -- someone like John Wagner.               14:29:45
17   A.       Someone like John Wagner, right.  Is that his   14:29:51
18   name?  What's his name?                                  14:29:55
19            MS. DAVIS:  John Wagner.                        14:29:58
20            THE WITNESS:  He came in after I left.  So I    14:29:59
21   don't know him.                                          14:30:01
22   Q.       MS. MARSHACK:  I'm just trying to distinguish   14:30:01
23   between him and someone in Mary Ault's position.         14:30:04
24   A.       She was the deputy.  We reported to the         14:30:08
25   deputy, deputy reports to the director.                  14:30:12
                                                                  104
```