| | | |
|---|---|---|
| 1 | Q.    Okay.  But I'm not sure that you answered my | 14:34:01 |
| 2 | question about beyond the director and the deputy | 14:34:06 |
| 3 | director.  Did the branch -- would the branch have | 14:34:10 |
| 4 | ever given any of these proposals to anyone outside | 14:34:13 |
| 5 | of the department? | 14:34:16 |
| 6 | A.    No. | 14:34:17 |
| 7 | Q.    Did you ever or the branch ever follow any of | 14:34:18 |
| 8 | these procedures or processes to try and get rates | 14:34:27 |
| 9 | increased? | 14:34:30 |
| 10 | A.    I mean, I'm -- I'm sort of -- I'm not | 14:34:31 |
| 11 | hesitating to respond.  I'm trying to think about | 14:34:48 |
| 12 | what -- what have we put forward.  Certainly | 14:34:51 |
| 13 | providing a COLA, you know, would be sort of a no | 14:34:54 |
| 14 | brainer, but for most of the time that -- that we're | 14:34:58 |
| 15 | talking about, the span of time that we're talking | 14:35:06 |
| 16 | about, there were many different task forces and | 14:35:09 |
| 17 | redesign and other things going on to look at the | 14:35:12 |
| 18 | whole system. | 14:35:16 |
| 19 | ==While I was there, we did not have a== | 14:35:18 |
| 20 | ==comprehensive rate restructuring proposal.  It was== | 14:35:21 |
| 21 | just so complicated, you know, complex that we hadn't | 14:35:28 |
| 22 | reached that goal line yet. | 14:35:34 |
| 23 | Q.    Okay.  But you said that, of course, | 14:35:36 |
| 24 | providing a COLA increase. | 14:35:40 |
| 25 | A.    This is pretty standard across all programs. | 14:35:44 |

107

| | | |
|---|---|---|
| 1 | from there it would go into executive session. | 14:38:28 |
| 2 | Q.    Okay.  You earlier referred to COLAs as a no | 14:38:32 |
| 3 | brainer. | 14:38:36 |
| 4 | A.    I shouldn't have. | 14:38:37 |
| 5 | Q.    Well, can you explain what you meant by that? | 14:38:38 |
| 6 | A.    I mean, in our life we're looking -- you | 14:38:42 |
| 7 | know, your own salaries you're thinking about cost of | 14:38:47 |
| 8 | living.  So what I'm saying is that I don't think | 14:38:50 |
| 9 | there's any advocacy group out there for any | 14:38:52 |
| 10 | organization who would not be bringing forward they | 14:38:58 |
| 11 | need to get a cost of living increase.  That was my | 14:39:00 |
| 12 | comment.  Doesn't matter what context it's in.  It's | 14:39:04 |
| 13 | like everyone, you know, assumes a cost of living | 14:39:08 |
| 14 | increase is something that should be looked at. | 14:39:09 |
| 15 | So... | 14:39:12 |
| 16 | Q.    I'm going to ask a more specific version of | 14:39:13 |
| 17 | question that I asked generally.  Did you ever | 14:39:29 |
| 18 | personally recommend a particular set of foster care | 14:39:37 |
| 19 | maintenance payment rates? | 14:39:41 |
| 20 | A.    No. | 14:39:43 |
| 21 | Q.    Did you ever supervise staff in the | 14:39:43 |
| 22 | investigation of the adequacy of foster care | 14:39:58 |
| 23 | maintenance payments rates? | 14:40:02 |
| 24 | A.    No. | 14:40:03 |
| 25 | Q.    Are you aware of any DSS investigation of the | 14:40:04 |

110

```
1    adequacy of foster care rates?                              14:40:10
2    A.      No.                                                 14:40:11
3    Q.      Okay.  What is your understanding of how the        14:40:13
4    rate setting process works for increases in foster          14:40:25
5    family home rates?                                          14:40:28
6    A.      The foster family home rates are in statute,        14:40:29
7    the actual amount that a family gets for a child            14:40:38
8    based on age, and if a -- if a COLA is given for that       14:40:42
9    year, then the rates are adjusted in statute, usually       14:40:52
10   through the budget trailer bill.  So that's how             14:40:57
11   foster family home rates are set.                           14:41:02
12   Q.      Okay.  And you've suggested that everybody          14:41:04
13   knows that the cost of living increases every year.         14:41:15
14   A.      No, that's not what I said.  What I said is         14:41:19
15   that everybody is interested in a cost of living            14:41:22
16   increase every year.                                        14:41:25
17   Q.      Okay.                                               14:41:29
18   A.      Okay.                                               14:41:29
19   Q.      Do you know why the foster family home rates        14:41:30
20   have not increased according to the cost of living          14:41:34
21   every year?                                                 14:41:37
22   A.      Those are budgetary decisions made -- made at       14:41:38
23   the Capitol.                                                14:41:46
24   Q.      During your tenure in the branch, did the           14:42:11
25   branch calculate the cost of providing food to a            14:42:25
                                                                     111
```

```
 1   foster child?                                              14:42:29
 2   A.     Not that I'm aware of.                              14:42:31
 3   Q.     How about the cost of providing shelter?            14:42:34
 4   A.     No.                                                 14:42:40
 5   Q.     The cost of providing clothing?                     14:42:41
 6   A.     We did look at clothing allowances and during       14:42:43
 7   Governor Davis's time, somewhere in his time we            14:42:53
 8   established a hundred dollar clothing allowance for        14:43:00
 9   all counties because some counties didn't have a           14:43:04
10   clothing allowance.                                        14:43:08
11   Q.     Do you remember how the $100 allowance was          14:43:09
12   arrived at?                                                14:43:13
13   A.     It -- it was to establish a base for all            14:43:13
14   counties.  As I said, some counties did not have any       14:43:20
15   clothing allowance separate from the foster care           14:43:24
16   maintenance payment.  So in order to bring -- to have      14:43:27
17   a threshold for all counties, we established it at a       14:43:30
18   hundred dollars.                                           14:43:34
19   Q.     Do you know why it was established for              14:43:34
20   clothing versus food, let's say?                           14:43:37
21   A.     Because some counties did not have a clothing       14:43:41
22   allowance.                                                 14:43:44
23   Q.     But others did.                                     14:43:45
24   A.     Yes.                                                14:43:46
25   Q.     So you were trying to equalize?                     14:43:47
                                                                    112
```

| | | |
|---|---|---|
| 1 | A. We're just trying to have a clothing | 14:43:49 |
| 2 | allowance across the state. | 14:43:52 |
| 3 | Q. Did the branch calculate the cost of | 14:43:54 |
| 4 | providing daily supervision for a foster child? | 14:44:07 |
| 5 | A. No. | 14:44:09 |
| 6 | Q. How about school supplies? | 14:44:10 |
| 7 | A. No. | 14:44:12 |
| 8 | Q. A child's personal incidentals? | 14:44:12 |
| 9 | A. No. | 14:44:16 |
| 10 | Q. Liability insurance with respect to a child? | 14:44:16 |
| 11 | A. Well, we have the Foster Parent Insurance | 14:44:19 |
| 12 | Fund funded by the state. But we didn't, no, I don't | 14:44:23 |
| 13 | remember doing one. I know -- I know that we | 14:44:27 |
| 14 | established a Foster Parent Insurance Fund many years | 14:44:29 |
| 15 | ago for liability purposes. | 14:44:32 |
| 16 | Q. But you don't remember the branch calculating | 14:44:33 |
| 17 | the cost of liability insurance? | 14:44:38 |
| 18 | A. Of separate liability insurance, no. | 14:44:39 |
| 19 | Q. How about calculate the cost of travel to the | 14:44:42 |
| 20 | child's home from its location. | 14:44:45 |
| 21 | A. No. | 14:44:51 |
| 22 | Q. When you were part of the task force that | 14:44:51 |
| 23 | we've spoken about earlier, do you remember the task | 14:44:53 |
| 24 | force looking at the actual costs of any of the | 14:44:56 |
| 25 | items? | 14:44:59 |

113

| | | |
|---|---|---|
| 1 | A. No. | 14:44:59 |
| 2 | Q. Okay. When you were part of -- well, I guess | 14:44:59 |
| 3 | I should establish the foundation. For Exhibit 23, | 14:45:02 |
| 4 | the CWS redesign, were you a part of this task force? | 14:45:06 |
| 5 | A. Yes. | 14:45:10 |
| 6 | Q. Okay. So did this redesign committee | 14:45:11 |
| 7 | calculate the cost of providing the items that I have | 14:45:19 |
| 8 | listed? | 14:45:23 |
| 9 | A. No. | 14:45:23 |
| 10 | Q. Okay. Do you remember anyone raising these | 14:45:24 |
| 11 | costs as a concern? | 14:45:27 |
| 12 | A. Specific costs, no. Overall rates, yes. | 14:45:29 |
| 13 | Q. Do you remember who raised concerns about | 14:45:34 |
| 14 | overall rates? | 14:45:39 |
| 15 | A. The group home industry. | 14:45:40 |
| 16 | Q. Okay. I understand that no -- that these | 14:45:44 |
| 17 | task forces in the branch didn't calculate the cost | 14:46:03 |
| 18 | of providing these items, but did anyone, to your | 14:46:06 |
| 19 | knowledge, provide this information to the branch? | 14:46:10 |
| 20 | A. I -- I mean, I know the group home industry | 14:46:14 |
| 21 | continually provides some kind of data that they | 14:46:24 |
| 22 | believe is what it costs for them to care for | 14:46:28 |
| 23 | children. | 14:46:31 |
| 24 | Q. Okay. Specifically related to foster family | 14:46:32 |
| 25 | homes, do you remember anybody? | 14:46:35 |

114

```
 1   speculation, foundation.  You may answer.              14:49:56
 2           THE WITNESS:  The foster -- the foster family  14:50:03
 3   home rates, as I said before, were established quite   14:50:14
 4   a while ago and -- and increased over time based on    14:50:19
 5   so COLAs or whatever.  I cannot argue why one year     14:50:23
 6   they would get a COLA and another year they wouldn't.  14:50:29
 7   Again, I just say that's part of the budgetary         14:50:32
 8   process.                                               14:50:35
 9           So at one point in time when the rates were    14:50:36
10   established obviously they did look at the costs to    14:50:40
11   establish the rates initially.  I wasn't involved in   14:50:45
12   that.                                                  14:50:48
13   Q.      MS. MARSHACK:  So do you know for certain      14:50:51
14   that the department looked at costs to establish       14:50:52
15   these rates --                                         14:50:58
16   A.      I --                                           14:50:58
17   Q.      -- initially?                                  14:51:01
18   A.      I don't have knowledge of exactly how that     14:51:02
19   was established.  My, you know, way before I probably  14:51:04
20   even came to Sacramento.  So I don't -- I don't know.  14:51:09
21   I don't know how that was established originally.      14:51:12
22           MS. MARSHACK:  Why don't we take just a short  14:51:44
23   break so I can go over my outline and see whether I    14:51:46
24   have any other questions.                              14:51:49
25           VIDEOGRAPHER:  We're off the record at 2:52    14:51:52
```

117

| | | |
|---|---|---|
| 1 | A.         Well, as I testified or earlier, we tried to | 15:17:48 |
| 2 | find out what the reasons for it were, and certainly | 15:17:55 |
| 3 | there were some good reasons and there were others, | 15:18:00 |
| 4 | you know, we needed to delve deeper into. | 15:18:02 |
| 5 | Q.         Okay.  Would the -- would the branch try to | 15:18:07 |
| 6 | recruit new foster parents? | 15:18:15 |
| 7 | A.         We would work with the counties around | 15:18:17 |
| 8 | recruitment ideas. | 15:18:19 |
| 9 | Q.         Would the branch advocate an increase in the | 15:18:22 |
| 10 | foster care maintenance payments? | 15:18:33 |
| 11 |             MR. PRINCE:  Objection, asked and answered. | 15:18:35 |
| 12 |             THE WITNESS:  I've answered that before. | 15:18:37 |
| 13 | Q.         MS. MARSHACK:  You can answer it again. | 15:18:38 |
| 14 | A.         ==We don't advocate for rate increases.  I== | 15:18:40 |
| 15 | ==mean, we don't -- that's not -- our role is not== | 15:18:43 |
| 16 | ==advocacy.== | 15:18:46 |
| 17 | Q.         Okay.  Would you propose, I should say, | 15:18:48 |
| 18 | suggest rate increases? | 15:18:54 |
| 19 |             MR. PRINCE:  Again, asked and answered. | 15:18:56 |
| 20 |             THE WITNESS:  Yeah, I feel like I've answered | 15:18:58 |
| 21 | that. | 15:19:00 |
| 22 | Q.         MS. MARSHACK:  You can answer it again. | 15:19:01 |
| 23 | A.         Okay.  Our proposals are part of our internal | 15:19:02 |
| 24 | deliberative process.  Building the Governor's budget | 15:19:09 |
| 25 | is -- is an internal administration process.  It's | 15:19:12 |

123

```
 1   not something, you know, we -- when the Governor's      15:19:20
 2   budget comes out, that's -- that's the result of the    15:19:24
 3   internal discussions that go on.                        15:19:27
 4   Q.      Okay.  Would a decline in licensed foster       15:19:29
 5   family homes be a concern to the branch?                15:19:32
 6   A.      Yes.                                            15:19:36
 7           MR. PRINCE:  Objection, vague.  You may         15:19:39
 8   answer.                                                 15:19:41
 9           THE WITNESS:  Yes, as I've answered before,     15:19:42
10   depending on part what the reasons are for that         15:19:44
11   decline.                                                15:19:48
12   Q.      MS. MARSHACK:  Why would a decline in           15:19:48
13   licensed foster care homes be a concern?                15:20:04
14   A.      One of the goals of our organization, in        15:20:07
15   fact, of child welfare services program, is that        15:20:14
16   children be placed in the least restrictive, most       15:20:18
17   family-like setting, and the least restricted, most     15:20:22
18   family-like setting is either the child's extended      15:20:29
19   family -- with an extended family member or with a      15:20:32
20   home, you know, that's a foster family home.            15:20:36
21   Q.      Okay.  In your experience, did the branch       15:20:40
22   perceive an advantage to having more foster family      15:20:47
23   homes available to children?                            15:20:50
24   A.      I think I just answered that with your prior    15:20:51
25   question.                                               15:21:01
                                                                124
```

| | | |
|---|---|---|
| 1 | Q.        So the answer would be yes. | 15:21:01 |
| 2 | A.        Yes. | 15:21:03 |
| 3 | Q.        Okay.  What -- can you explain some of those | 15:21:03 |
| 4 | advantages besides the least restrictive environment? | 15:21:06 |
| 5 | A.        It's -- I believe that it is in the child's | 15:21:08 |
| 6 | best interests that if they can remain with a family | 15:21:19 |
| 7 | and that their needs can be met in a family setting | 15:21:26 |
| 8 | that it will be beneficial to them on, you know, on | 15:21:33 |
| 9 | many levels. | 15:21:37 |
| 10 | Q.        Okay.  In your experience, is the foster | 15:21:39 |
| 11 | family home a more nurturing environment than a group | 15:21:52 |
| 12 | home? | 15:21:58 |
| 13 |           MR. PRINCE:  Objection, foundation and asking | 15:21:58 |
| 14 | for an opinion.  Calls for conjecture.  You may | 15:22:00 |
| 15 | answer. | 15:22:06 |
| 16 |           THE WITNESS:  Yeah, I'm just saying on a -- | 15:22:07 |
| 17 | you know, if we would generalize, I would say yes, a | 15:22:10 |
| 18 | foster family home perhaps would provide more | 15:22:14 |
| 19 | individualized attention, but I also am aware of, you | 15:22:17 |
| 20 | know, homes that foster family agencies have and | 15:22:21 |
| 21 | group homes have.  You know, it comes down really to | 15:22:24 |
| 22 | the people, no matter what setting you're in; but | 15:22:28 |
| 23 | overall, yes, a foster family home would provide a | 15:22:33 |
| 24 | more individualized environment for the child. | 15:22:38 |
| 25 | Q.        Okay.  All right.  We are almost done.  I | 15:22:42 |

125