**Van Voorhis, Kimberly N.**

**From:** George Prince [George.Prince@doj.ca.gov]
**Sent:** Friday, June 13, 2008 2:48 PM
**To:** Van Voorhis, Kimberly N.
**Cc:** Lontayao, Loraine
**Subject:** RE: letter of June 13, 2008

This is an accurate reflection, Kim. Thank you.

>>> "Van Voorhis, Kimberly N." <KVanVoorhis@mofo.com> 6/13/2008 2:28 PM >>>
George,

As a follow up to our call today, defendants expect to serve their answer the week of June 23rd. I am estimating that a 30-day extension of fact/expert discovery will be sufficient, but we will need to see the answer before confirming this.

Also, you have agreed that plaintiffs' first set of requests for admission and first set of interrogatories, served yesterday, are timely and that plaintiff will provide substantive responses when they are due.

I will review the case schedule and, to the extent a stipulation is necessary, I will prepare it for your review.

Please let me know right away if this does not reflect your understanding.

Thanks,

Kim


**Kimberly Van Voorhis**
Morrison & Foerster
755 Page Mill Road
Palo Alto, CA 94304
650-813-4262 tel
650-494-0792 fax
kvanvoorhis@mofo.com
www.mofo.com


**From:** George Prince [mailto:George.Prince@doj.ca.gov]
**Sent:** Friday, June 13, 2008 12:25 PM
**To:** Van Voorhis, Kimberly N.
**Subject:** letter of June 13, 2008

Hello Kim,
We have received your letter of today, and I have conferred with DSS as to it. Defendants appreciate your offer of compromise and will agree to extend fact and expert discovery by a reasonable time to allow plaintiffs to conduct discovery relevant to the answer.
If defendants were to get their answer on file by July 3rd, how much time after that would you expect to need to complete discovery?
Please let me know.

Thanks,
George

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
================================================================

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

9/10/2008