CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
Robert C. Fellmeth (CA SBN 49897)
Edward Howard (CA SBN 151936)
Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
5998 Alcala Park
San Diego, California 92110
Telephone: 619.260.4806
Facsimile: 619.260.4753
cpil@sandiego.edu

MORRISON & FOERSTER LLP
Kimberly N. Van Voorhis (CA SBN 197486)
Marc David Peters (CA SBN 211725)
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

MORRISON & FOERSTER LLP
Steve Keane (CA SBN 247588)
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | Case No. C 07-5086 WHA<br><br>**FOSTER PARENTS' SECOND SET OF INTERROGATORIES TO DEFENDANTS** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiffs California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting (collectively referred to as "Foster Parents") request that Defendants JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity; GREG ROSE, Acting Deputy Director of the Children and Family Services Division of the California Department of Social Services, in his official capacity (collectively, "Defendants"), serve a written response to this set of interrogatories within thirty (30) days of service, in accordance with the definitions and instructions provided below. Defendants are subject to a duty to supplement all responses to these interrogatories in accordance with Federal Rule of Civil Procedure 26(e).

## DEFINITIONS

As used herein and in all further discovery requests, unless specified otherwise, the terms listed below shall be defined as follows:

A. The terms "Foster Parents" and "Plaintiffs" refers to California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting, and any subsidiary, affiliate or division thereof, and includes any present and former directors, agents, representatives, executives, officers, employees, attorneys or any other persons acting or purporting to act on behalf of Plaintiffs.

B. The term "Defendants" "You" or "Yours" refer to JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, former Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity; GREG ROSE, Acting Deputy Director of the Children and Family Services Division of the California Department of Social Services, in his official capacity; the California Department of Social Services and any present and former directors, agents, representatives, executives, officers, employees, attorneys or any other persons acting or purporting to act on behalf of Defendants or the California Department of Social Services.

1        C.    The term "document" is defined broadly to give the full scope of that term as contemplated by Rule 34 of the Federal Rules of Civil Procedure, and includes any writing, recording or photograph as defined by Rule 1001 of the Federal Rules of Evidence, and specifically includes, without limitation, the following items, whether printed or recorded or reproduced by any process, or written and/or produced by hand, namely: letters; reports; agreements; communications, including internal company communications; notes; correspondence; electronic mail (e-mail); telegrams; memoranda; translations; summaries or records of telephone conversations; routing slips or memoranda; reproducible recordings on tape, discs, or the like; summaries or records of personal interviews and conversations; diaries; statistical statements; graphs; laboratory and research reports and records; notebooks of any character; specifications; instructions; motion or still pictures; minutes or records of conferences and meetings; lists of persons attending meetings or conferences; expressions of statements of policy; reports or summaries of interviews; reports or summaries of investigations; opinions, reports or studies by employees or consultants; patent appraisals; reports of patent searches; opinions of counsel; records or summaries of negotiations; contracts and agreements, including all modifications, drafts, memoranda, correspondence and any other document relating to said contracts; advertisements; circulars; trade letters; press releases; books; accounts; statements of account; calendars; appointment books; telephone logs; computer printouts and storage on computer-related media of all kinds (including, but not limited to, information stored on computer disks, tapes and/or drives); microfilm; handbooks; manuals; drafts of any Documents; and revisions of drafts of any Documents. Any such document bearing on any sheet, side or margin thereof any marks (such as initials, stamped indicia, comments or notations of any kind) that are not a part of the original text or photographic reproduction thereof is to be considered a separate document.

      D.    "Basic rates paid to foster parents" means the rates authorized by state law for licensed family foster care providers and excluding any differentiated county addition or special allowance for special needs or other augmentation.

E. "Answer" means the Defendants' Answer to Complaint for Declaratory and Injunctive Relief dated July 1, 2008, and any subsequent or amended answer.

## INSTRUCTIONS

A. These interrogatories shall be deemed to seek answers as of the date of service thereof and to the full extent of the Federal Rules of Civil Procedure. These interrogatories are of a continuing nature and Defendants are required to file and serve supplemental responses promptly if Defendants obtain further or different information after the date of its initial answer and before this investigation is completed.

B. The singular form of a word should be interpreted in the plural as well. Any pronoun shall be construed to refer to the masculine, feminine, or neutral gender as in each case is most appropriate. The words "and" and "or" shall be construed conjunctively or disjunctively, whichever makes the interrogatories most inclusive.

C. These interrogatories seek all information that is known to Defendants, Defendants' representatives, agents, employees, investigators, consultants and, unless otherwise privileged, their counsel.

D. If possible, supply all annual data requested on a calendar year basis. However, if fiscal year data is provided, please specify the month in which the fiscal year begins and terminates. Whenever information is requested "for each year," include the requested information for all prior years and all the requested information available for the current year and specify what portion of the current year (e.g., January 1, 2002 through June 30, 2002) is covered by such information.

E. If information requested is not readily available from Defendants' records in exactly the form requested, furnish carefully prepared estimates, designated as such and attach explanations of any estimate used.

F. If you do not answer any interrogatory, or part thereof, because of a claim of privilege or any other claim, set forth the privilege claimed, the facts upon which Defendants rely

to support the claim or privilege, and furnish a list identifying each item of information for which privilege is claimed, including:

    a.    A brief description of the nature and subject matter;

    b.    The date the information was acquired or came into existence; and

    c.    The name and title of the individual(s) who generated, provided, and received the information.

    G.    If any Document is withheld because of a claim of privilege or any other claim, provide a "Privileged Document List" which identifies each Document separately and specifies for each Document at least the following:

    a.    The date;

    b.    The sender(s) identified by position and entity with which they are employed or associated and, if any sender is an attorney, a statement so stating;

    c.    The recipient(s), including copy recipients, identified by position and entity with which they are employed or associated and, if any recipient is an attorney, a statement so stating;

    d.    The general subject matter of the Document;

    e.    The portion(s) of the Document as to which the privilege is claimed;

    f.    The type of privilege asserted as well as a certification that all elements of the claimed privilege have been met and not waived.

## INTERROGATORIES

**INTERROGATORY NO. 4:**

State all facts, including identifying any specific documents, that support your denial in Paragraph 12 of the Answer that the basic rates paid to foster parents by the State of California do not cover the actual cost of (and cost of providing) food, clothing, shelter, daily supervision, school supplies, a child's personal incidentals, liability insurance with respect to a child, and reasonable travel to the child's home for visitation.

**INTERROGATORY NO. 5:**

State all facts, including identifying any specific documents, that support your denial in Paragraph 16 of the Answer that California counties have experienced an average decline of 30 percent in licensed foster family homes, that Sacramento, Santa Clara, San Mateo, and Sonoma Counties reported losses as high as 45 to 50 percent, and that San Bernardino County reported a decline of 61 percent.

**INTERROGATORY NO. 6:**

State all facts, including identifying any specific documents, that support your denial in Paragraph 16 of the Answer that foster family agencies and group homes are more costly than foster family homes.

**INTERROGATORY NO. 7:**

State all facts, including identifying any specific documents, that support your affirmative defense that Defendants did not deprive plaintiff of any right or privilege guaranteed by the Constitution or laws of the United States.

**INTERROGATORY NO. 8:**

State all facts, including identifying any specific documents, that support your affirmative defense that "the relief sought substantially would require the defendants to alter, fundamentally, substantial portions of California's services and programs."

**INTERROGATORY NO. 9:**

State all facts, including identifying any specific documents, that support your affirmative defense that Plaintiffs have failed to exhaust their other remedies, including an identification of those alleged other remedies.

**INTERROGATORY NO. 10:**

State all facts, including identifying any specific documents, that support your affirmative defense that "California has a comprehensive system or plan which is effectively providing appropriate services to plaintiffs."

1  **INTERROGATORY NO. 11:**

2      State all facts, including identifying any specific documents, that support your affirmative
3  defense that the violations of law alleged in the Complaint are not the result of conduct or
4  omissions of the defendants and cannot be attributed to defendants, including an identification of
5  the party or parties that you contend committed the alleged violations of law, if not the
6  defendants.

7  **INTERROGATORY NO. 12:**

8      State all facts, including identifying any specific documents, that support your affirmative
9  defense that the Complaint is barred by the Tenth and Eleventh Amendments to the Constitution
10 of the United States and that Defendants have not waived their sovereign immunity.

12 **INTERROGATORY NO. 13:**

13     Describe in detail any methodology, including identifying documents reflecting this
14 methodology, applied or used by the State in setting foster care maintenance payments from the
15 1990-91 fiscal year to the present, including, but not limited to, how the initial rate was
16 determined.

19 Dated: July 9, 2008                    MORRISON & FOERSTER LLP

21                                         By: _____/s/_____
                                               Kimberly N. Van Voorhis

23                                         Attorneys for Plaintiffs
                                           California State Foster Parent
                                           Association, California State Care
24                                         Providers Association, and Legal
                                           Advocates For Permanent Parenting

Foster Parents' Second Set Of Interrogatories To Defendants
Case No. C 07-5086 WHA                                                                          7
pa-1267452

**CERTIFICATE OF PERSONAL DELIVERY**
**(Fed. R. Civ. Proc. Rule 5(b))**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California, 94304-1018; I am not a party to the within cause; I am over the age of eighteen years; and I am readily familiar with Morrison & Foerster's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster's business practice the document(s) described below will be taken from Morrison & Foerster's reception desk and hand delivered to the document's(s') addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster's reception desk.

I further declare that on the date hereof I served a copy of:

**FOSTER PARENTS' SECOND SET OF INTERROGATORIES TO DEFENDANTS**

on the following, by placing a true copy thereof enclosed in a sealed envelope addressed as follows at the reception desk of Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California, 94304-1018, in accordance with Morrison & Foerster's ordinary business practices:

George Prince
Deputy Attorney General
State of California, Dept. of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

I declare under penalty of perjury that the above is true and correct.

Executed at Palo Alto, California, this 9th day of July, 2008.

_____Loraine Lontayao_____        _____/s/ Loraine Lontayao_____
(typed)                                (signature)

Foster Parents' Second Set Of Interrogatories To Defendants
Case No. C 07-5086 WHA
pa-1267452

8