1  CHILDREN'S ADVOCACY INSTITUTE
   University of San Diego School of Law
2  Robert C. Fellmeth (CA SBN 49897)
   Edward Howard (CA SBN 151936)
3  Christina McClurg Riehl (CA SBN 216565)
   Elisa D'Angelo Weichel (CA SBN 149320)
4  5998 Alcala Park
   San Diego, California 92110
5  Telephone: 619.260.4806
   Facsimile: 619.260.4753
6  cpil@sandiego.edu

7  MORRISON & FOERSTER LLP
   Kimberly N. Van Voorhis (CA SBN 197486)
8  Marc David Peters (CA SBN 211725)
   755 Page Mill Road
9  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
10 Facsimile: 650.494.0792

11 MORRISON & FOERSTER LLP
   Steve Keane (CA SBN 247588)
12 12531 High Bluff Drive, Suite 100
   San Diego, California 92130-2040
13 Telephone: 858.720.5100
   Facsimile: 858.720.5125
14
   **Attorneys for Plaintiffs**
15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19 | California State Foster Parent Association,         | Case No. C 07-5086 WHA
   | California State Care Providers Association, and    |
20 | Legal Advocates for Permanent Parenting,            | **DECLARATION OF DIANE DEPANFILIS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**
   |                                                     |
21 |                    Plaintiffs,                      |
   |                                                     |
22 |         v.                                          |
   |                                                     |
23 | JOHN A. WAGNER, Director of the California          |
   | Department of Social Services, in his official      | Date: October 9, 2008
24 | capacity; MARY AULT, Deputy Director of the         | Time: 8:00 a.m.
   | Children and Family Services Division of the        | Place: Courtroom 9, 19th Floor
25 | California Department of Social Services, in her    | Judge: Honorable William H. Alsup
   | official capacity,                                  |
26 |                                                     |
   |                    Defendants.                      |
27

28

DECLARATION OF DIANE DEPANFILIS IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT -- Case No. C 07-5086 WHA
pa-1280107

I, Diane DePanfilis, hereby declare:

1. I am a Professor in the School of Social Work at the University of Maryland. I have personal knowledge of all the facts contained herein and, if called to testify, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Diane DePanfilis, Ph.D., M.S.W. dated August 12, 2008.

I declare under the penalty of perjury that the foregoing is true and correct.

*[signature]*

Dated:   September 10, 2008            Dr. Diane DePanfilis, Ph.D., M.S.W.

I, KIMBERLY N. VAN VOORHIS, am the ECF User whose ID and password are being used to file this DECLARATION OF DIANE DePANFILIS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF. In compliance with General Order 45, X.B., I hereby attest that DIANE DePANFILIS has concurred in this filing.

Dated: September 10, 2008       By:   s/ Kimberly N. Van Voorhis
                                      Kimberly N. Van Voorhis