## CURRICULUM VITAE

## DIANE DEPANFILIS, Ph.D., M.S.W.

August 2008

**Education:**

| | | |
|---|---|---|
| Ph.D. | 1996 | University of Maryland, Baltimore; Social Work **DISSERTATION** - DePanfilis, D. E.. (1996). The epidemiology of child maltreatment recurrences. *Dissertation Abstracts International, 56*, (12). |
| M.S.W. | 1982 | University of Wisconsin-Milwaukee; Social Work **THESIS** - Consideration of citizen review: A baseline study of the characteristics and case dynamics of children in foster care and the implications for permanency planning |
| B.A. | 1973 | Villa Maria College; Sociology, Social Welfare |

**Experience in Higher Education:**

| | |
|---|---|
| 2008 – Present | Professor |
| 2000 – 2008 | Associate Professor |
| 2006 – Present | Director, Ruth H. Young Center for Families and Children |
| 2005 – Present | Associate Dean for Research, University of Maryland School of Social Work |
| 2002 – 2005 | Assistant Dean for Research, University of Maryland School of Social Work |
| 2002 – 2006 | Director, University of Maryland, Baltimore Institute for Human Services Policy |
| 2000 – 2006 | Co-Director – University of Maryland Center for Families |
| 1996 – 2000 | Assistant Professor |

**Teaching**

**Doctoral Courses**

1

| | |
|---|---|
| Fall 2003 | SOWK 838 Doctoral Seminar, Special Topics in Social Work: Outcomes Measurement |
| Fall 2000 | SOWK 838 Doctoral Seminar, Special Topics in Social Work: Outcomes Measurement |

**MSW Courses**

| | |
|---|---|
| Fall 2007 | SOWK 777 Research in Child Welfare (classroom) |
| Spring 2007 | SOWK 777 Research in Child Welfare (classroom) |
| Fall 2006 | Sabbatical Leave |
| Spring 2006 | SOWK 777 Research in Child Welfare (classroom) |
| Fall 2005 | SOWK 777 Research in Child Welfare (web-based) |
| Fall 2004 | SOWK 789 Independent Research: Evaluation of a Child Maltreatment Preventive Intervention |
| Spring 2004 | SOWK 777 Research in Child Welfare (web-based) |
| Spring 2003 | SOWK 777 Research in Child Welfare (web-based) |
| Fall 2002 | SOWK 777 Research in Child Welfare (web-based) |
| Spring 2002 | SOWK 777 Research in Child Welfare (2 web-based sections) |
| Fall 2001 | SOWK 630 Social Work Practice with Individuals (1 regular section, 1 partially web-based) |
| Spring 2001 | SOWK 777 Research in Child Welfare |
| Fall 2000 | SOWK 630 Social Work Practice with Individuals |
| Spring 2000 | SOWK 777 Research in Child Welfare |
| Fall 1999 | SOWK 630 Clinical Practice with Individuals |
| Spring 1999 | SOWK 777 Research in Child Welfare |
| Fall 1998 | SOWK 630 Clinical Practice with Individuals SWCL 727 Clinical Practice with Families & Children in Child Welfare |

Spring 1998          SOWK 677 Research in Child Welfare

Fall 1997            SOWK 630 Clinical Practice with Individuals
                     SWCL 627 Clinical Practice with Families & Children in Child Welfare

Spring 1997          SWCL 627 Clinical Practice with Families & Children in Child Welfare
                     SOWK 689 Using Outcome Based Measures of Intervention Effectiveness

Fall 1996            SOWK 630 Clinical Practice with Individuals and Families
                     SWCL 627 Clinical Practice with Families & Children in Child Welfare

1992-1996            **Adjunct Faculty.** School of Social Work, University of Maryland
                     MSW Courses
                            SOWK 670 Social Work Research Methods (1)
                            SOWK 615 Children and Social Services Policy (2)
                            SOWK 689 Independent Research Group Project (7)
                            SOWK 630 Clinical Practice with Individuals and Families (1)
                            SWCL 627 Clinical Practice with Families & Children in Child
                            Welfare (2)

1996-2007            **Ph.D. Dissertations**

                     *Chair:*
                     R. Anna Hayward, Externalizing behaviors in a sample of children
                            at risk for neglect: A structural equation model (2006-
                            2008).

                     Fatima Mirza, Exploring the impact of trauma on risk taking
                            behavior of Muslim youth (2006-2008).

                     Pamela Love, Examining factors that impact transfer of training by
                            Department of Social Services Workers (2002-2007). Ph.D.
                            2007.

                     Clara Daining, Resilience of youth in transition from out-of-home
                            care to adulthood (2002-2004). Ph.D. 2004.

                     Subadra Panchanadeswaran, A longitudinal exploration of the
                            factors that affect the timing of women's decisions to leave
                            abusive relationships (2001-2003). Ph.D. 2003. 1

                     *Committee Member:*

---

1  Received a Society for Social Work and Research Honorable Mention for this dissertation.

Karen Castellanos, Differential impact of a mentoring intervention on educational outcomes. (2008).

Claudietta Johnson, Leadership transformation: The first year leadership experiences of child welfare supervisors in six social services agencies in the State of Maryland. University of Baltimore Doctor of Public Administration Program (2007-2008).

Kate Kent, Developmental sequelae of neglect in early childhood; (2004).

Martha D. Clark, Factors affecting out-of-home placement decisions for drug-exposed newborn infants –Catholic University School of Social Work (2002-2004). Ph.D. 2004.

Pamela L. Smith, Adaptive coping strategies of othermothers: An examination of spirituality, social support, stress and depression among African American Surrogate Mothers (2001-2003). Ph.D. 2003.

Gaynell Simpson, An exploration of social support and coping and the impact on caregiver well-being among African American grandmothers who provide care for their grandchildren.  (2001-2003). Ph.D. 2003.

Deborah A. Mathews, Welfare recidivism: When a job might not be enough (1999-2000). Ph.D. 2000.

Elizabeth Bowman, The Wage Connection Program: A case study of local implementation in a Federal system (1999-2001). Ph.D. 2001.

Pamela J. Caudill, Welfare reform two years later: The impact of caseload decline and development of policies for those still receiving assistance –, University of Maryland, Baltimore County, Department of Psychology (1999-2000). Ph.D. 2000.

Kelly Hyde, Contextual correlates of urban child maltreatment (1996-2002). Ph.D. 2002.

Joy Swanson Ernst, The neighborhood correlates of child maltreatment: Montgomery County, Maryland (1996-1999). Ph.D. 1999.

Robert Fletcher, An examination of alternate causal models of child maltreatment (1996-1998). Ph.D. 1999.

Joan Levy Zlotnik, Using Title IV-E training funds to support social work education: Examining the implementation of federal policy (1997-1998). Ph.D. 1998.

**Ph.D. Independent Study**

2006     Children of Incarcerated Parents in Foster Care: Review of the Literature and Secondary Data Analysis – R. Anna Hayward

2001     Effectiveness of parenting education: An analytical review of theory and research – Clara Daining

2000     Exploring the relationship between alcohol abuse and woman abuse - Subadra Panchanadeswaran

1997     Factors that predict foster care placement - Cynthia Fontanella

**PhD. Teaching Mentor**

2007     Fatima Mirza - SOWK 777 Research in Child Welfare
2004     Mindy Thiel - SOWK 777 Research in Child Welfare

1997-1998     **Ph.D. Post Doctoral Study Mentor**
Provided research consultation as part of a mentoring team for a study of the Air Force Family Advocacy Program

1996-1997     **MSW Field Liaison**
1997-1998     Liaison to approximately 15-20 students in field agencies.
1998-1999
1999-2000

1994-1995     **MSW Field Instructor**
1997-1998     M.S.W. students assigned to the Maryland Chapter of the American Professional Society on the Abuse of Children for part of their internships.

**Research Mentor**
1994     Loyola University sociology student

1993                          Coppin State University, 2 McNair Minority Fellowship Program
                              students

1993-Present        **<u>Guest Lecturer</u>**
                              SWCL 627 - Clinical Social Work Practice with Families and
                                  Children in Child Welfare - for Instructor Christine Risley-
                                  Curtiss
                              SOWK 615 - Children and Social Services Policy - for Professor
                                  Donald Fandetti
                              SWCL 600 - Clinical Social Work Practice in Maternal and Child
                                  Health - for Professor Julia Rauch – Spring 1998
                              SWCL 700 - Clinical Social Work Practice in Maternal and Child
                                  Health
                                  - for Professor Edward Pecukonis – Spring 1999 & 2000
                              Child Abuse Class at Johns Hopkins School of Hygiene and Public
                                  Health Understanding and working with Child Protective
                                  Services. Invited lectures for Dr. Mary Benedict..
                                  Baltimore. April 12, 2000, April, 22, 1998, and May 7,
                                  1996.
                              Child Welfare Class at Goucher College - for Instructor Joanne
                                  Hesmiller-Trego
                              SOWK 670 - Social Work Research Methods - Lecture on
                                  Evaluation Research for Professor Susan Zuravin

## <u>Experience in Other than Higher Education</u>

1990-present     **<u>Private Consultant</u>**. Involved in providing a range of consultation services regarding
                  child welfare practice including: analyzing and reviewing policies; writing and editing
                  publications, curriculum, and proposals; providing training; planning and coordinating
                  national meetings; providing consultation regarding child welfare related reform and
                  litigation; and providing research consultation related to methodology and design.
                  Selected consultations include:

                  2007 – Present  Faculty for the National Breakthrough Series Collaborative (BSC) on
                                  Safety & Risk Assessments in Child Welfare facilitated by the American
                                  Humane Association and Casey Family Programs.

                  2005 - 2006     Consultation regarding child welfare litigation in New York.

                  2005            Consultation to ACTION for Child Protection in their review of the
                                  quality of child welfare practice in New Jersey.

                  2005            Consultation to Annie E. Casey Foundation in their review of the quality
                                  of child welfare practice in New Jersey.

6

2004 – 2006    Consultation to Caliber Associates in their development of a DHHS funded publication on Child Neglect.

2002 - 2003    Consultation regarding child welfare litigation in Oklahoma.

2001 – 2002    **California Department of Social Services, Child Welfare Services Redesigning Child Welfare Stakeholder Group**
Consultation on the redesign of child welfare services in California. Co-facilitated a work group focused on early intervention and differential response systems. Consulted on the overall implementation of system reforms in California.

2001 – 2005    **External Advisory Committee for the Chapin Hall Center for Children evaluation of the Community Partnerships for Protecting Children (CPPC) initiative.**
Consultation on the methods, analysis, and findings from this study funded by the Edna McConnell Clark Foundation. The initiative sought to reduce child maltreatment in four target communities of 30,000-80,000 people within the cities of Cedar Rapids, Iowa; Louisville, Kentucky; Jacksonville, Florida; and St. Louis, Missouri.

2000    **National Data Archive on Child Abuse and Neglect, Family Life Development Center, College of Human Ecology, Cornell University.**
Review of the Archive's products and services over five years and consultation regarding future directions.

2000-2003    Consultation regarding child abuse litigation in Michigan.

1997-2000    Consultation regarding child welfare litigation in West Virginia.

1992-2003    Monitored compliance by court appointment to an expert panel for a federal consent decree pertinent to Ohio child welfare services (**Roe v. Staples**).

1999-2001    Consultation regarding child welfare litigation in Washington state.

1999-2000    Consultation regarding child welfare litigation in North Carolina.

1998    Consultation regarding research design for a study of substantiated and unsubstantiated cases at the **George Warren Brown School of Social Work, Washington University.**

1998    Consultation regarding child welfare litigation in New Mexico.

1997    Served on an Expert Panel – Decision-Making in CPS for the **National Resource Center on Child Abuse and Neglect funded by the National Center on Child Abuse and Neglect.**

| | |
|---|---|
| 1996 | Consultation regarding child welfare litigation in New Mexico. |
| 1995 | Expert Team member provided consultation on the privatization of Milwaukee County child welfare services; served on a subcommittee on needs assessment design with Theresa Costello, Mark Courtney, and Peter Pecora. |
| 1995 | Provided consultation to a Pittsburgh based law firm regarding a civil suit involving a trans-racial adoptive placement. |
| 1994-1995 | Provided consultation to **the Clearinghouse on Child Abuse and Neglect Information** in the implementation of new programs. |
| 1994 | Reviewed curriculum based on a co-authored user manual for Child Protective Services workers for **the American Humane Association's Children Division.** |
| 1994 | Served on an expert panel to review sample child welfare decision-making cases for **Chapin Hall Center for Children's placement decision-making study, University of Chicago.** |
| 1994 | Served as an expert consultant for a Pittsburgh based law firm on behalf of a county children and youth services agency that was involved in malpractice litigation. |
| 1990-1994 | Consulted on the development of two successful proposals to manage the **Clearinghouse on Child Abuse and Neglect Information for Caliber Associates.** |
| 1993-1994 | Reviewed curriculum on interviewing and risk assessment for child welfare workers on behalf of the **Georgia Academy.** |
| 1992 | Served on an advisory panel to curriculum developers on the relationship between parental use of alcohol or other drugs (AOD) and child maltreatment on behalf of **the University of Maryland, School of Social Work, Training Department.** |
| 1991 | Planned and coordinated a meeting for CPS state liaison officers, a national child maltreatment prevention symposium, and a national risk assessment symposium for **the National Center on Child Abuse and Neglect (NCCAN).** |
| 1990 | Developed resource materials for the design of needs assessment instruments for **Hamilton County, Ohio Department of Human Services**. |

*Social Work Practice*

| | |
|---|---|
| 1996-2001 | **Executive Director.** Family Connections, University of Maryland, School of Social |

Work. Facilitated the development of program services to high-risk families in West Baltimore, combining service to the community, education of MSW students, and research. Managed and supervised the work of five clinical instructors, a research director, a research coordinator, two Ph.D. students, and eighteen MSW interns.

1984-1990    **Director, Washington, D.C. Office** for ACTION for Child Protection. Responsible for management of the Washington Office. Activities included: communicating with federal programs; analyzing policies; developing proposals; networking with national organizations; developing training curriculum and other resources; providing training and technical assistance; and evaluating child protective service programs and demonstration projects.

Involved in developing and/or delivering skill based caseworker, supervisory, and/or inter-disciplinary training and/or technical assistance in the development of service programs in the following states: Alabama, Delaware, Georgia, Kentucky, Maine, Maryland, Nebraska, New York, North Carolina, Oklahoma, Ohio, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, Washington, and Wisconsin.

Contributed to the development of a child welfare practice model - The Child at Risk Field Decision-Making System and provided ongoing case consultation to caseworkers and supervisors in multiple states. Case consultation was provided primarily on site, however in one state, caseworkers and supervisors were able to call during working hours for consultation regarding crisis cases.

1982-1984    **Staff Associate.** American Humane Association. Direct responsibility for national advocacy efforts of the association's Children's Division in Washington, D.C. This included monitoring relevant action in U.S. Congress, advocating for policy and programs that served to protect children and strengthen families, analyzing proposed and existing federal regulations, preparing position papers, managing projects that surveyed the status of CPS nationally, and coordinating grass roots lobbying efforts. Also involved in training, program evaluation, and technical assistance projects of the Division.

1982    **Consultant.** Milwaukee County Board of Supervisors. In conjunction with a volunteer steering committee, developed and implemented a pilot project of citizen review boards to review the status of children in foster care in Milwaukee County. This included developing policies and procedures, recruiting and selecting citizen members, and training review board members and foster care staff.

1972-1981    Children's Services of Erie County, 606 West Second Street, Erie, Pennsylvania 15608

1979-1981    **Program Director**. Responsible for administration of the county-wide public Child Protective Services (CPS) Program providing intake and treatment services to children and families experiencing child abuse and neglect problems. Activities included budget preparation, policy development and implementation, program planning and evaluation, and administration of program services provided by approximately forty professional staff.

Wrote three successful funding proposals, including designing and evaluating a service delivery model to encourage parents to self-refer. Community activities included managing a community based case consultation multidisciplinary team and developing and participating in a community council on child abuse and neglect. Maintained on call functions for responding to after-hours child maltreatment reports, on a weekly basis every two months.

1978-1979     **Casework Supervisor**. Supervised the casework activity of a protective services unit of five caseworkers assigned specialized caseloads of families with sexual abuse or serious physical abuse problems. Provided direct services to after hour's reports of child abuse and neglect on a rotation basis.

1974-1978     **Court Coordinator**. Responsible for coordination of all referrals to juvenile court. Prepared witnesses for the court process, developed uniform policies and procedures for court referrals including standards for child removal, and facilitated coordination between agency attorneys, child welfare staff, and the juvenile court.

1973-1974     **Caseworker.** Managed and provided services to a child welfare caseload in the following service areas: child protective services; adolescent/family services; foster care; teenage pregnancy; adoption; custody evaluations; and truancy prevention.

1972-1973     **Student Caseworker**. Maintained a caseload of 20 children in a variety of service areas. This was full time employment during the summer and part-time field during the academic year.

## Honors Nominated and Received and Professional Development

2005     Nominated by the University of Maryland, Baltimore for a University System of Maryland Board of Regents' Faculty Award for Excellence in Scholarship/Research

2004     Awarded University of Maryland, Baltimore Founders Research Lecturer of the Year

2003     Family Connections was accepted as a "Demonstrated Effective Program" by the U.S. Department of Health & Human Services, Administration for Children and families, Administration on Children, Youth and Families, Office on Child Abuse and Neglect.

2003     Participation in an 8-Week Summer Online Continuing Education Course*: Using Web Tools in Your Classroom*, which represented 40 hours of online and offline effort. Harvard University, Graduate School of Education.

2002     Recipient of the APSAC Service Award from the American Professional Society on the Abuse of Children

2001     Acceptance of a University of Maryland Dr. Martin Luther King Diversity Award, on behalf of the Family Connections Program. This award recognizes achievements in the areas of diversity and inclusiveness and represents equality, justice and opportunity for

all peoples.  The recipients serve as models for the entire campus of the personal and professional commitment to the ideals epitomized by the life and work of Dr. King.

2001    Technology in Teaching fellowship.  Institute for Teaching and Learning Through Technology in the Health Sciences and Human Services.  University of Maryland School of Nursing.

2000    Paper selected as one of the top 100-social work research papers. Society for Social Work and Research.  SSWR Annual Conference, Atlanta.

1992    National Data Archive on Child Abuse and Neglect Summer Research Institute on Secondary Data Analysis, Cornell University.

## Research Support

### *Principal Investigator:*

2008 – 2009    Research in Support of Child Welfare Policy & Programs. Funded by the Maryland Department of Human Resources, Social Services Administration (7/1/2008 – 6/30/2009). $622,776. Salary support: 20%.

2008 - 2011    Title IV-E Public Child Welfare Education Program. Funded by the Maryland Department of Human Resources, Social Services Administration FY09-11  $10,032,542 (total contract), $3,257,524 (FY09),  $3,340,657 (FY10), $3,434,361 (FY11)   Salary support: 5%

2008 – 2011    Child Welfare Academy Training Contract.  Funded by the Maryland Department of Human Resources, Social Services Administration . FY09-11 $6,199,623 (total contract), $1,978,490 (FY09), $2,065,214 (FY10), $2, 155, 919 (FY11).  Salary support: 20%

2008 – 2009    Collaborative Research Concerning Truancy Intervention Programs. Funded by the Maryland Judiciary, Administrative Office of the Courts through a grant from the State Justice Institute. $184,000.  Salary support: 5%

2008 – 2009    DHR Family Connections Program. Maryland Department of Human Resources, Social Services Administration (7/1/2008 – 6/30/2009). $194,948  Salary support: None.

2007 - 2008    Maryland Department of Juvenile Services Interagency Youth Services Planning Project. (In collaboration with the School of Medicine – Co-PI -Kenneth Rodgers). $385,008. Salary support: 10%

2007 – 2012    ACTION for Child Protection and Alabama Family Services through grant support from the USDHHS, Children's Bureau – Funding Opportunity HHS-2007-ACF-ACYF-CA-0023. Evaluation of Alabama's Implementation of a Family Centered Comprehensive Assessment Process for Children, Youth, and Families. $746,205. Salary support: 10%.

2007    Lutheran Immigration and Refugee Services, Field Coordination Program. Outcome-Based Evaluation Development. (9/30/07 – 11/30/07). $8,946. Salary support: None.

| | |
|---|---|
| 2007 – 2008 | Baltimore County Office of Community Conservation through support from Baltimore County United Way.  Technical Assistance for Continuous and Comprehensive Services. (10/1/2007 – 3/31/07). $5,000. Salary support: None. |
| 2007 – 2010 | Maryland Judiciary, Administrative Office of the Courts Collaborative Research Program. (6/30/2007 – 6/30/2010). $105,000 (first year). $405,000 (2nd year). Salary support: 5%. |
| 2007 – 2008 | DHR Family Connections Program. Maryland Department of Human Resources, Social Services Administration (7/1/2007 – 6/30/2008). $268,701.  Salary support: None. |
| 2007 - 2008 | Child Welfare Accountability: Efficiency and Effectiveness of Child Welfare Services. Maryland Higher Education Commission (MHEC -1/1/2007 – 12/31/2007. $433,072), (Maryland Department of Human Resources, Social Services Administration - 1/1/2008 – 6/30/2008  $189,852). Salary support: 25%. |
| 2006 - 2007 | Mentoring agreements with seven organizations (Black Family Development – Detroit; Child and Family Tennessee; Children's Institute International – Los Angeles; DePelchin Children's Center – Houston; Respite Care of San Antonio; Special Services for Groups – Los Angeles; Youth Health Services, Inc. – West Virginia) that are replicating Family Connections.  (9/30/2006-9/29/2007). Agreements total $394,646. Salary support: None. |
| 2006 - 2007 | Supplemental grant to contribute to the cross-site evaluation of the replication of Family Connections, US DHHS, Children's Bureau. $87,500.  (9/30/2006-9/29/2007). Salary support: 5%. |
| 2006 - 2007 | DHR Family Connections Program. Maryland Department of Human Resources, Social Services Administration (7/1/2006-6/30/2007). $231,984.  Salary support: None. |
| 2006-2007 | Foster Parent Reimbursement: Establishing Adequate and Reasonable Rates. Children's Rights International . $50,000.  Salary support: 2%. |
| 2005-2008 | Systematic review of the impact of cognitive behavioral therapy with parents of physically abused children.  Nordic Campbell Center (NC-2), Danish National Institute of Social Research. $12,000. Salary support: none. |
| 2005-2006 | Supplemental grant to contribute to the cross-site evaluation of the replication of Family Connections, US DHHS, Children's Bureau. $87,500.  (9/30/2005-9/29/2006). Salary support: 5%. |
| 2005-2006 | Mentoring agreements with seven organizations (Black Family Development – Detroit; Child and Family Tennessee; Children's Institute International – Los Angeles; DePelchin Children's Center – Houston; Respite Care of San Antonio; Special Services for Groups – Los Angeles; Youth Health Services, Inc. – West Virginia) that are replicating Family Connections.  (9/30/2005-9/29/2006). Agreements total $394,646. Salary support: None. |

| | |
|---|---|
| 2005-2006 | DHR Family Connections Project. Maryland Department of Human Resources, Social Services Administration. (7/1/2005-6/30/2006). $227,269. Salary support: None. |
| 2004-2005 | Mentoring agreements with seven organizations (Black Family Development – Detroit; Child and Family Tennessee; Children's Institute International – Los Angeles; DePelchin Children's Center – Houston; Respite Care of San Antonio; Special Services for Groups – Los Angeles; Youth Health Services, Inc. – West Virginia) that are replicating Family Connections. (9/30/2004-9/29/2005) Agreements total $42,000. Salary support: None. |
| 2005 | Foster Parent Reimbursement: Establishing Adequate and Reasonable Rates. Children's Rights International Planning Phase Grant. $24,072. Salary support: 2%. |
| 2004-2005 | DHR Family Connections Project. Maryland Department of Human Resources, Social Services Administration. (7/1/2004-6/30/2006). $213,965 per year. Salary support: None. |
| 2004-2005 | Systematic Review of Research on the Recruitment & Retention of Competent Child Welfare Staff. Institute for the Advancement of Social Work Research (IASWR). $56,650. Salary support: 5%. |
| 2003-2008 | Replication of Family Connections with Intergenerational Families. Funded by the U.S. Department of Health and Human Services, Office on Child Abuse and Neglect for $1,575,000 (90-CW1126). Match of $195,000 provided by Annie E. Casey Foundation. Salary support: 25%  (average). |
| 2003-2004 | Mentoring agreements with seven organizations (Black Family Development – Detroit; Child and Family Tennessee; Children's Institute International – Los Angeles; DePelchin Children's Center – Houston; Respite Care of San Antonio; Special Services for Groups – Los Angeles; Youth Health Services, Inc. – West Virginia) that are replicating Family Connections.  Agreements range between $4,000 and $7,300 for a total of $33,700. (9/30/2003 – 9/29/2004). Salary support approximately 17%. |
| 2003-2008 | Evaluation of Excellence in Child Welfare Supervision Project.  Funded by the U.S. Department of Health and Human Services. $56,500. Salary support variable based on the year of the evaluation (most support is for a junior faculty member and a doctoral student). |
| 2003 | Review of Investigations of Suspected Instances of Child Abuse and Neglect In Out-of-Home Care, Children's Rights. $35,518. Salary support: 10%. |
| 2002-2003 | Healthy Grandparent Families Start-Up Grant, Maryland Department of Human Resources, Social Services Administration. $90, 946. Salary support: 5%. |
| 2002-2003 | Healthy Grandparent Families Saturday Youth Academy, Maryland Children's Trust Fund, Governor's Office for Children, Youth, & Families. $25,000. Salary support: None |
| 2002-2004 | DHR Family Connections Project. Maryland Department of Human Resources, Social Services Administration.  $189,831. Salary support: None. |

| | |
|---|---|
| 2002-2003 | Replication of the Project Healthy Grandparent Family Program. Georgia State University and the Hasbro Foundation. $25,000. Salary support: None |
| 2002-2003 | Designing and Piloting a Protocol for Evaluating Independent Living Outcomes. Baltimore County Department of Social Services.  Award amount: $24,916.  Salary support: 5% |
| 2001-2002 | Using a Family Advocate in the Family Connections Program.  Maryland Children's Trust Fund, Governor's Office for Children, Youth, & Families.  Award amount: $33,190. Salary support:  None. |
| 2001-2002 | Exploring Screened out Reports of Child Abuse and Neglect in Maryland.  Maryland Department of Human Resources. $13,103.  Salary support: None |
| 2001-2003 | Evaluation of Independent Living Outcomes.  Baltimore City Department of Social Services. Award amount: $128,523. Salary support: 10% |
| 2001-2002 | Technical Assistance on the Design and Implementation of an Outcome Evaluation of a Therapeutic Visiting Pilot Project. Baltimore County Department of Social Services. Award amount: $25,000. Salary support: 5% |
| 2001 | Supplementary support to enhance replication of the family strengthening initiative. Funded by the Annie E. Casey Foundation's Baltimore Direct Services Grants Program. One year renewable to two years. Award amount: $17,628. Salary support: none. |
| 1999-2002 | Family Connections' family strengthening initiative.  Funded by the U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration, Center for Substance Abuse Prevention (CSAP), Cooperative Agreement No: 1UD1 SPO8766-01. Two years. Award amount: $192,242. Salary support: 5%. |
| 1999-2000 | Helping families reunify when their children are placed in out of home care.  Funded by the Baltimore City Department of Social Services.  One year. Award amount: $356,399. Salary support: 15%. |
| 1999-2000 | Predicting child maltreatment recurrences: Comparison of models with archival data versus self reported data.  Secondary analysis supported by The Lois and Samuel Silberman Fund. One year. Award amount: $6,000. |
| 1996-2002 | Helping parents prevent neglect.  Funded by the U.S. Department of Health and Human Services, National Center on Child Abuse and Neglect. Grant No.  90-CA1580. Five ½ years.  Award amount:  $750,000. Salary support average of 20% over 5 ½ years. |
| 1979-1981 | Encouraging parents to self-refer to child protective services.  Funded by the U.S. Department of Health and Human Services, National Center on Child Abuse and Neglect. Grant No. 90CA2101.  Two years.  Award amount:  $200,000.  Authored proposal.  No salary support. |

14

*Co-principal Investigator:*

1992-1996    Child Maltreatment Recurrences Among Families Served by Child Protective Services. Funded by U.S. Department of Health and Human Services, National Center on Child Abuse and Neglect. Grant No. 90-CA-1497. Three years. Award amount: $605,103.  Co-authored proposal and shared PI responsibilities with Zuravin.  Salary support: 100% (1992-1993) and 80% (1993-1995).

*Research Project Director:*

1992-1993    Synthesis of the child protective services systems improvement projects. Contract funded to Caliber Associates by the U.S. Department of Health and Human Services, National Center on Child Abuse and Neglect.  Contract No. 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, BOA I, Task Order Two.  Salary support: 20%.

1992-1993    Predicting the recurrence of child maltreatment.  Funded by ACTION for Child Protection. 18 months.  Award amount: $23,323.  Authored proposal.  Salary support: 10%.

1991-1993    Teenage motherhood:  Its relationship to child abuse and neglect.  Funded by the U.S. Department of Health and Human Services, National Center on Child Abuse and Neglect 1988-1993. Grant No. 90CA1376.  Salary support:  50%.

1989-1990    Pilot implementation of the Child At Risk Field decision making system.  Contract funded to ACTION for Child Protection by the Maryland Social Services Administration.  Salary support: 40%.

1987-1989    Pilot implementation of the Child At Risk Field decision making system. Contract funded to ACTION for Child Protection by the New York Department of Social Services.  Salary support: 40%.

1986-1988    Enhancing sexual abuse community intervention and treatment demonstration project. Funded by the U.S. Department of Human Services, National Center on Child Abuse and Neglect and a Sub-Contract to ACTION for Child Protection from the South Carolina Department of Social Services.   Authored federal proposal.  Salary support: 30%.

1986-1888    Pilot study of safety and child placement decisions.  Funded to ACTION for Child Protection by the Edna McConnell Clark Foundation.  Salary support: 30%.

1984    Survey of the Status of Child Protective Services 1984.  Supported by the American Humane Association, Children's Division.

1983    Survey of the Status of Child Protective Services 1983.  Supported by the American Humane Association, Children's Division.

*Research Analyst/Assistant:*

| | |
|---|---|
| 1991 | Teenage motherhood: Its relationship to child abuse and neglect.  Funded by the U.S. Department of Health and Human Services, National Center on Child Abuse and Neglect 1988-1993. Grant No. 90CA1376.  Salary support: 50% for 3 months. |
| 1990 | Survey of the training and technical assistance needs of professionals involved in the protection of drug exposed infants.  Funded to the American Bar Association's Center on Children and the Law by the Robert Wood Johnson Foundation.  Salary support 30% for 2 months. |
| 1985-1986 | Statewide evaluation of Child Protective Services.  Funded to ACTION for Child Protection by the West Virginia Department of Public Welfare.  Salary support:  30%. |
| 1983-1984 | Child abuse and neglect reporting in the state of Virginia.  Funded to the American Humane Association, Children's Division by the Virginia Department of Social Services.  Salary support: 20%. |
| 1983-1984 | A comprehensive assessment of child protective services in South Carolina. Funded to American Humane Association, Children's Division.  Salary support: 30%. |
| 1983 | Assessment of sexual abuse intervention in Marion County, Indiana.  Funded to American Humane Association, Children's Division.  Salary support: 10%. |
| 1983 | Evaluation of the response to family violence.  Funded to the American Humane Association, Children's Division by the U.S. Navy Family Advocacy Program.   Salary support: 10%. |

## **Publications:**

### *Books*

Pecora, P.J., Barth, R. P., Maluccio, A. N., Whittaker, J. K., & DePanfilis, D. (2008, in press). *Child welfare challenge: Policy, practice, and research.* New York: Aldine.

Burry, C.L., & DePanfilis, D. (Under development), Frameworks *for change: Strategies for working with children and families in child welfare.*

### *Edited Books:*

Dubowitz, H., & DePanfilis, D. (Eds.).  (2000). *Handbook for child protection practice*.  Thousand Oaks, CA: Sage.

Dubowitz, H., DePanfilis, D., & Junichi, S. (Eds.).  (2000). *Handbook for child protection practice*.  Thousand Oaks, CA:  Japanese Translation by arrangement with Sage Publications, Inc. through The English Agency (Japan) Ltd.

### *Guest Editor: Peer Reviewed Journals:*

Dubowitz, H., DePanfilis, D., Boyce, C. A., & Runyon, D. (2005). Child neglect research: Initial papers from the NIH and ACYF Neglect Projects – Issue II. *Child Maltreatment, 10.*

Dubowitz, H., DePanfilis, D., Boyce, C. A., & Runyon, D. (2004). Child neglect research: Initial papers from the NIH and ACYF Neglect Projects – Issue I. *Child Maltreatment, 9.*

***Articles in Refereed Journals:***

Hayward, R.A., DePanfilis, D., & Woodruff, K.  (Submitted for review – July 2008). Parental methamphetamine use: Implications for child welfare intervention. *Journal of Public Child Welfare.*

Dubowitz, H., & DePanfilis, D. (Submitted for review – April 2008). Child welfare in the USA: In theory and practice. *International Journal on Child Health and Human Development.*

Girvin, H., DePanfilis, D., & Hayward, R. A., & Mirza, F. (Submitted for review – March 2008). Teaching social work research: Using a multi-method approach to enhance student learning. *Journal of Teaching in Social Work.*

Lindsey, M. A., Morris-Compton, D., & DePanfilis, D. (Submitted for review – January 2008). Targeting risk behaviors among urban, African American boys: The promise of a family-focused preventive intervention. *Research on Social Work Practice.*

Christoffersen, M.N., & DePanfilis, D. (2008, in press). Prevention of child abuse and neglect and child developmental improvements. *Child Abuse Review.*

DePanfilis, D., & Zlotnik, J., (2008). Retention of front-line staff in child welfare:  A systematic review of research. *Children & Youth Services Review, 30*, 995-1008.

DePanfilis, D., Dubowitz, H., & Kunz, J. (2008). Assessing the cost-effectiveness of Family Connections. *Child Abuse & Neglect, 32,* 335-351.

Girvin, H., DePanfilis, D., & Daining, C. (2007). Predicting program completion among families enrolled in a child neglect preventive intervention. *Research on Social Work Practice, 17*, 674-685.

Hayward, R. A., & DePanfilis, D. (2007).  Foster children with an incarcerated parent: Predictors of reunification. *Children & Youth Services Review, 29*, 1320-1334.

Daining, C, & DePanfilis, D. (2007).  Resilience of youth in transition from out-of-home care to adulthood. *Children & Youth Services Review, 29,* 1158-1178.

DePanfilis, D. (2006). Commentary – Compassion fatigue, burnout, and compassion satisfaction: Implications for retention of workers. *Child Abuse and Neglect, 30*, 1067-1069.

DePanfilis, D., & Dubowitz, H. (2005). Family Connections: A program for preventing child neglect. *Child Maltreatment,10,* 108-123.

DePanfilis, D., & Girvin, H. (2005).  Investigating child maltreatment in out-of-home care: Barriers to

good decision-making. *Children & Youth Services Review,27,* 353-374.

Swanson Ernst, J., Meyer, M., & DePanfilis, D. (2004). Housing characteristics and adequacy of physical care of children: An exploratory analysis. *Child Welfare, Special Issue on Housing and Homelessness, 83,* 437-452.

DePanfilis, D., Okundaye, J., Glazer-Semmel, E., Kelly, L., & Swanson-Ernst, J. (2002). Principles of the strengths perspective: Views from families and providers. *Family Preservation Journal, 6*(2), 1-14.

Harrington, D., Zuravin, S. J., DePanfilis, D., Dubowitz, H., & Ting, L. (2002). The Neglect Scale: Confirmatory factor analysis in a low-income sample. *Child Maltreatment, 7,* 359-368.

DePanfilis, D., & Zuravin, S. J. (2002). The effect of services on the recurrence of child maltreatment. *Child Abuse and Neglect, 26*, 187-205.

DePanfilis, D., & Zuravin, S. J. (2001). Assessing risk to determine the need for services. *Children and Youth Services Review, 23,* 3-20.

DePanfilis, D., & Zuravin, S. J. (1999). Predicting child maltreatment recurrences during treatment. *Child Abuse and Neglect, 23* (8), 729-743.

DePanfilis, D., & Zuravin, S. J. (1999). Epidemiology of child maltreatment recurrences. *Social Services Review, 73,* 218-239.

DePanfilis, D., & Zuravin, S. J. (1998). Rates, patterns, and frequency of child maltreatment recurrences among public CPS families. *Child Maltreatment, 3,* 27-42.

Zuravin, S. J., & DePanfilis, D. (1997). Factors affecting foster care placement of children receiving child protective services. *Social Work Research, 21,* 34-42.

Zuravin, S., McMillen, C., DePanfilis, D., & Risley-Curtiss, C. (1996). The intergenerational cycle of child maltreatment continuity versus discontinuity. *Journal of Interpersonal Violence, 11*, 315-334.

DePanfilis, D. (1996). Implementing child mistreatment risk assessment systems: Lessons from theory. *Administration in Social Work, 20*(2), 41-59.

DePanfilis, D. (1996). Social isolation of neglectful families: A review of social support assessment and intervention models. *Child Maltreatment. 1*, 37-52.

DePanfilis, D., and Scannapieco, M. (1994). Assessing the safety of children at risk for maltreatment: Decision-making models. *Child Welfare, 73*, 229-245.

Doueck, H. J., English, D.J., DePanfilis, D., & Moote, G. T. (1993). Decision-Making in Child Protective Services: A comparison of selected risk-assessment systems. *Child Welfare, 72*, 441-452.

DePanfilis, D. (1984). Child abuse and neglect in cults and religious sects. *UPDATE, A Quarterly Journal of New Religious Movements, 8* (3/4), 17-19.

DePanfilis, D. (1982). Clients who refer themselves to Child Protective Services. *Children Today, 11* (2), 21-25.

***Manuscripts in Preparation for Peer Reviewed Journals***

DePanfilis, D., Daining, C., Hayward, R.A., Woodruff, K., & Dubowitz, H.  Predicting the quality of CPS screening decisions.

DePanfilis, D., Daining, C., & Frick, K. Estimating the costs associated with caring for foster children in the United States.

DePanfilis, D., Hayward, R. A., & Daining, C. The impact of prior CPS reports on the efficacy of a neglect prevention program.

Woodruff, K., & DePanfilis, D. Predicting the physical care of children in a high-risk population.

Daining, C., Strieder, F., DePanfilis, D., & Gregory, G. Grandparents caring for their grandchildren: Risk and protective factors for safety and well-being.

Hayward, R. A. DePanfilis, D., Dubowitz, H., & Gregory, Gillian. Father involvement and child behavior problems in a sample of families at risk for child neglect

Ryder, P.T., Daining, C., & DePanfilis, D. Perceived health status in mother and grandmother caregivers in a child neglect prevention program.

***Articles in Refereed Newsletters:***

DePanfilis, D., & Hayward, R. A. (2007. Responding to methamphetamine use, abuse, and addiction by families. *The APSAC Advisor,19*(3), 13-19.

DePanfilis, D., & Wilson. C. (1996). Applying the strengths perspective with maltreating families. *The APSAC Advisor, 9*(3), 15-20.

DePanfilis, D., Daro, D., & Wells, S. (Eds). (1995). Special issue on risk assessment. *The APSAC Advisor, 8*(4), 1-44.

Zuskin, R., & DePanfilis, D. (1995).  Working with CPS families with alcohol or other drug (AOD) problems.   *The APSAC Advisor, 8*(1), 7-11.

Scannapieco, M., & DePanfilis, D. (1994). Keeping maltreated children at home: When is it safe? *The APSAC Advisor, 7*(3), 3-4, 22-23.

***Book Chapters:***

DePanfilis, D. (2007). Risk factors and risk assessment in child welfare.  In P. R.Popple &, F. J. Vecchiolla (Eds). *Child Welfare Social Work* (pp. 85-118). Boston: Allyn & Bacon.

DePanfilis, D. (2006). Therapeutic interventions for children who have experienced neglect and their families in the U.S.. In C. McAuley, P. Pecora. & W. Rose (Eds.) *Enhancing the well being of children and families through effective Interventions- UK and USA evidence for practice* (pp. 131-142)*.* London & Philadelphia: Jessica Kingsley Publishers.

DePanfilis, D. (2005).  Child Protection. In G. P. Mallon & P. M. Hess (Ed.), *Child welfare for the 21st century: A handbook of practices, policies, and programs* (pp. 290-301). New York:  Columbia University Press.

DePanfilis, D. (2005). Using existing child welfare data to answer questions about decision-making. In L.B. Alexander & P. Solomon (Eds.) *The research process in the social services: Myths and realities* (pp. 418-442)*.* Pacific Grove, CA: Brooks/Cole.

DePanfilis, D. (2000). How do I assess the strengths in families? In Dubowitz, H., & DePanfilis, D. (Eds.). *Handbook for child protection practice* (pp. 337-340).  Thousand Oaks, CA: Sage.

DePanfilis, D. (2000). How do I assess a caregiver's motivation and readiness to change? In Dubowitz, H., & DePanfilis, D. (Eds.).  *Handbook for child protection practice* (pp. 324-328).  Thousand Oaks, CA: Sage.

DePanfilis, D. (2000). How do I determine if a child is neglected? In Dubowitz, H., & DePanfilis, D. (Eds.). *Handbook for child protection practice* (pp. 121-126).  Thousand Oaks, CA: Sage.

DePanfilis, D. (2000). How do I develop a helping alliance with the family? In Dubowitz, H., & DePanfilis, D. (Eds.).  *Handbook for child protection practice* (pp. 36-40).  Thousand Oaks, CA: Sage.

DePanfilis, D. (2000). How do I match risks to client intervention outcomes? In Dubowitz, H., & DePanfilis, D. (Eds.).  *Handbook for child protection practice* (pp. 367-372).  Thousand Oaks, CA: Sage.

DePanfilis, D. (2000). How do I use case record keeping to assist with intervention and provide accountability? In Dubowitz, H., & DePanfilis, D. (Eds.).  *Handbook for child protection practice* (pp. 598-603). Thousand Oaks, CA: Sage.

DePanfilis, D. (2000). What is inadequate supervision? In Dubowitz, H., & DePanfilis, D. (Eds.). *Handbook for child protection practice* (pp. 134-136).  Thousand Oaks, CA:  Sage.

DePanfilis, D. (1999). Intervening with families when children are neglected.  In H. Dubowitz (Ed). *Neglected children: Research, practice, and policy* (pp. 211-236) Thousand Oaks, CA: Sage.

Zuravin, S. J., & DePanfilis, D. (1999). Predictors of Child Protective Service intake decisions: Case closure, referral to continuing services, or foster care placement.  In P.A. Curtis & G. Dale (Eds.). *The foster care crisis: Translating research into policy and practice*  (pp. 63-83). Omaha: The Nebraska Press.

***Non-Refereed Publications:***

Faraldi, S., & DePanfilis, D. (December 2007). *Child welfare accountability: Evaluating quality assurance processes in Maryland.* Baltimore, MD: Ruth H. Young Center for Families & Children at the University of Maryland School of Social Work.

Faraldi, S., Ovwigho, P.C., Shaw, T.V., & DePanfilis, D. (December 2007). *Child welfare accountability: Annual report of Maryland performance indicators.* Baltimore, MD: Ruth H. Young Center for Families & Children at the University of Maryland School of Social Work.

DePanfilis, D., Daining, C., Frick, K., Farber, J., & Levinthal, L. (2007). *Hitting the M.A.R.C. Establishing foster care Minimum Adequate Rates for Children, Technical Report.* New York: Children's Rights, Inc.

DePanfilis, D., Daining, C., Frick, K., Farber, J., & Levinthal, L. (2007). *Hitting the M.A.R.C. Establishing foster care Minimum Adequate Rates for Children.* New York: Children's Rights, Inc.

DePanfilis, D., & Hayward, R.A. (2006). *Ongoing child protective services (CPS) with methamphetamine using Families: Implementing promising practices.* Prepared for the National Resource Center for Child Protective Services, A program of the USDHHS, Children's Bureau. Available at http://www.nrccps.org/PDF/Ongoing_CPS_with_Meth_Using_Families_Implementing_Promising_Practice10302006.pdf

DePanfilis, D. (2006). *Child neglect: A guide for prevention, assessment, and intervention.* Washington, DC: U.S. Department of Health and Human Services, Administration on Children and Families, Administration for Children, Youth, and Families, Children's Bureau, Office on Child Abuse and Neglect.

Saarsgard, D., & DePanfilis, D. (2006). Preventing child neglect via Family Connections, *The Child Welfare Compass, 1(1),* 5.

Zlotnik, J. L., DePanfilis, D., Daining, C., & McDermott Lane, M. (2005). Retaining competent child welfare workers: Lessons from research. *IASWR research brief 1 child welfare workforce series.* Washington, DC: Institute for the Advancement of Social Work Research.

Zlotnik, J. L., DePanfilis, D., Daining, C., & McDermott Lane, M. (2005). Professional education for child welfare practice: Improving retention in public child welfare agencies. *IASWR research brief 2 child welfare workforce series.* Washington, DC: Institute for the Advancement of Social Work Research.

Zlotnik, J. L., DePanfilis, D., Daining, C., & McDermott Lane, M. (2005). Understanding retention in child welfare: suggestions for further research and evaluation. *IASWR research brief 3 child welfare workforce series.* Washington, DC: Institute for the Advancement of Social Work Research.

DePanfilis, D., & Salus, M. (2003). *Child Protective Services: A guide for caseworkers.* Washington, DC: U.S. Department of Health and Human Services, Administration on Children and Families,

Administration for Children, Youth, and Families, Children's Bureau, Office on Child Abuse and Neglect.

DePanfilis, D. (2001). Child neglect: The need for differential program strategies. In T.D. Morton, & B. Salovitz (Eds.). *The CPS response to child neglect* (pp. 7-1 through 7-34). Duluth, GA: The National Resource Center on Child Maltreatment.

DePanfilis, D. (2001). Using research to select interventions and measure outcomes. In T.D. Morton, T. D, & B. Salovitz (Eds.). *The CPS response to child neglect* (pp. 8-1 through 8-32). Duluth, GA: The National Resource Center on Child Maltreatment.

DePanfilis, D. (2000). Research on risk factors associated with victimization. *Proceedings: Managing risk in child protection: European perspectives* (pp. 38-46). London, UK. September 15-16, 2000.

DePanfilis, D. (2000). Neighborhood neglect prevention: Interdisciplinary View, Emphasis on strengths: An important ingredient in community outreach. *The APSAC-MD Advisor, 1*(3), pp. 7-8.

Zlotnik, J., Rome, S., & DePanfilis, D. (1998). *Educating for child welfare practice a compendium of exemplary syllabi* Alexandria, VA: Council on Social Work Education.

DePanfilis, D. (1999, August). *Child maltreatment recurrences: Implications for child welfare reform*. Briefing paper prepared for Secretary Linda Fox, Department of Human Resources. Baltimore: University of Maryland School of Social Work.

DePanfilis, D., Glazer-Semmel, E., Farr, M., & Ferretto, G. (1999). *Family Connections intervention manual*. Baltimore: University of Maryland, Baltimore.

DePanfilis, D., & Ernst, J. (1999). *Family Connections interview coordinators' manual: Specifications for facilitating research interviews.* Baltimore: University of Maryland, Baltimore. Retrieved January 17, 2005 from University of Maryland Center for Families Web site: http://www.family.umaryland.edu/

DePanfilis, D. (1997). *Family Connections baseline protocol manual specifications for facilitating baseline interviews.* Baltimore: University of Maryland School of Social Work.

DePanfilis, D. (1997). Is the child safe? How do we respond to safety concerns? In T. Morton and W. Holder (Eds.). *The evolution and revolution of decision making in child protective services.* Atlanta, GA: The National Resource Center on Child Abuse and Neglect.

DePanfilis, D., & Wilson, C. (1996, June). Annotated bibliography related to finding strengths in chaotic families. Prepared for the APSAC Fourth National Colloquium, The American Professional Society on the Abuse of Children.

DePanfilis, D., & Kelly, S. (1996, June). Selected annotated bibliography on coordinating interventions in multiproblem families: child maltreatment, chemical dependency, and domestic violence. Prepared for the APSAC Fourth National Colloquium, The American Professional Society on the Abuse of Children.

DePanfilis, D., Pierce, R., & St. George, S. (1995, June).  Selected annotated bibliography on the role of social support with neglectful families.  Prepared for the APSAC Third National Colloquium, The American Professional Society on the Abuse of Children.

Starr, R. H., DePanfilis, D., & Morris Hyde, M. (1994).  Current issues in risk assessment.  *Seventh National Roundtable on CPS Risk Assessment Summary of Highlights* (pp. 183-198).  Washington, DC:  American Public Welfare Association.

DePanfilis, D. (1994).  Program 3: Child development.  *Family Based Child Protective Services Self-Directed Learning Curriculum.*  Charlotte, NC:  ACTION for Child Protection and the Wisconsin Department of Health and Human Services.

DePanfilis, D. (1994).  Program 4: Personality development and human behavior concepts and theories.  *Family Based Child Protective Services Self-Directed Learning Curriculum.*  Charlotte, NC:  ACTION for Child Protection and the Wisconsin Department of Health and Human Services.

DePanfilis, D. (1994).  Program 16: Effective use of services.  *Family Based Child Protective Services Self-Directed Learning Curriculum.*  Charlotte, NC:  ACTION for Child Protection and the Wisconsin Department of Health and Human Services.

DePanfilis, D., St. George, S., & Dolan, M. (1993, June).  *Selected annotated bibliography on family reunification.*  Prepared for the First National Colloquium, The American Professional Society on the Abuse of Children.  June 26, 1993.

Salus, M., & DePanfilis, D. (1993).  *Building service planning competencies*. Developed for the Maryland Social Services Administration, Child Protective Services.

DePanfilis, D., & Zuravin, S. Adolescent versus older mothers:  Type, perpetrator, and severity of maltreatment.  *Proceedings, 1993 National Association for Welfare Research and Statistics 33rd Annual Workshop.*  Phoenix, AZ. August 10, 1993.

DePanfilis, D., & Salus, M. (1992). *A coordinated response to child abuse and neglect:  A basic manual.*  [DHHS Publication No. (ACF) 92-30362.] Washington, DC: National Center on Child Abuse and Neglect.

DePanfilis, D., & Salus, M. (1992). *Child Protective Services:  A guide for caseworkers.*  [U.S. Government Printing Office No. 1992-625-670/60577].  Washington, D.C.: National Center on Child Abuse and Neglect.

DePanfilis, D., & Salus, M. (1992). *Building interviewing competencies.*  Developed for the Maryland Social Services Administration, Child Protective Services.

DePanfilis, D., & Birch, T. (Eds.) *Proceedings - National Center on Child Abuse and Neglect Symposium on the Prevention of Child Maltreatment.* Washington, D.C.: Administration on Children, Youth and Families, Administration for Children and Families, U.S. Department of Health and Human Services. June 6-7, 1991.

23

DePanfilis, D., & Birch, T. Preventing child maltreatment highlights of what we know and don't know.  In D. DePanfilis and T. Birch (Eds.). *Proceedings - National Center on Child Abuse and Neglect Symposium on the Prevention of Child Maltreatment*. Washington, D.C.:  Administration on Children, Youth and Families, Administration for Children and Families, U.S. Department of Health and Human Services.  June 6-7, 1991.

DePanfilis, D. (1991). *Research support for elements within the Child At Risk Field system.*  Charlotte, NC:  ACTION for Child Protection.

DePanfilis, D. (1991). *The use of the Child At Risk Field system in Juvenile/Family Court.* Charlotte, NC:  ACTION for Child Protection.

DePanfilis, D. (1990, August). *Resource materials and needs assessment of pre-placement preventive and reunification services for children and families at risk of abuse and neglect.*  Report submitted to Hamilton County, Ohio Department of Human Services.

DePanfilis, D. (1990). Community based child sexual abuse intervention.  In W. Holder (Ed.). *Alabama standard guidelines for developing local community protocols for intervention in child sexual abuse (pp. 6-16).*  Charlotte, NC:  ACTION for Child Protection.

DePanfilis, D. (1990). Community based collaboration.  In W. Holder (Ed.). *Alabama standard guidelines for developing local community protocols for intervention in child sexual abuse* (pp. 78-89).  Charlotte, NC:  ACTION for Child Protection.

DePanfilis, D. (1990). Appendix A, the dynamics of sexually abusive families.  In W. Holder (Ed.). *Alabama standard guidelines for developing local community protocols for intervention in child sexual abuse* (pp. 1-44).  Charlotte, NC:  ACTION for Child Protection.

DePanfilis, D., & Brooks, G. (1989). *Child maltreatment and woman abuse:  A guide for workers.*  Washington, D.C.:  National Woman Abuse Prevention Project.  Funded by the U.S. Department of Justice.

DePanfilis, D. (1988, May). Child sexual abuse:  A selected annotated bibliography.  *Research Symposium on Child Sexual Abuse.*  Washington, D.C.: National Center on Child Abuse and Neglect.

DePanfilis, D. (1988). *Selected annotated bibliography on child neglect.* (Second Edition). Washington, D.C.:  National Center on Child Abuse and Neglect.

DePanfilis, D. (1988). Defining and measuring child welfare competencies, what are the issues? *National Child Welfare Resource Center Training Newsletter, 1* (2).

Salus, M., DePanfilis, D., Holder, W., & Corey, M. (1988). Investigation in Child Protective Services.  *Tennessee Department of Human Services Social Counselor Certification.*  Nashville, TN: Tennessee Department of Human Services.

Holder, W., & DePanfilis, D. (1988). *Wisconsin Supervisory Training Program.*  Prepared by ACTION for Child Protection for Wisconsin Department of Health and Social Services.

DePanfilis, D. (1988).  Introduction:  Philosophy and purposes of Child Protective Services.  In D. DePanfilis (Ed.). *Enhancing Child Protective Service Competency Selected Readings* (pp. 1-9). Charlotte, NC:  ACTION for Child Protection.

DePanfilis, D. (1988).  Human behavior and personality development.  In D. DePanfilis (Ed.). *Enhancing Child Protective Service Competency Selected Readings* (pp. 19-37). Charlotte, NC:  ACTION for Child Protection.

DePanfilis, D. (1988). Interviewing and treatment technology.  In D. DePanfilis (Ed.). *Enhancing Child Protective Service Competency Selected Readings* (pp. 108-145). Charlotte, NC:  ACTION for Child Protection.

DePanfilis, D., & Sheppard, R. (1988). Selected annotated bibliography.  In D. DePanfilis (Ed*.). Enhancing Child Protective Service Competency Selected Readings* (pp. 206-213). Charlotte, NC:  ACTION for Child Protection.

DePanfilis, D. (Ed.). (1988). *Enhancing Child Protective Service Competency Selected Readings* Charlotte, NC:  ACTION for Child Protection.

DePanfilis, D. (Ed) (1987). *Enhancing Child Protective Service competency selected readings.* Charlotte, NC:  ACTION for Child Protection.

DePanfilis, D. (1987). Introduction. In D. DePanfilis (Ed.).  *Enhancing Child Protective Service competency selected readings* (pp. 1-8). Charlotte, NC:  ACTION for Child Protection.

DePanfilis, D. (1987). Human behavior. In D. DePanfilis (Ed.).  *Enhancing Child Protective Service competency selected readings* (pp. 18-32). Charlotte, NC:  ACTION for Child Protection.

DePanfilis, D., & Sheppard, R. (1987). Selected annotated bibliography. In D. DePanfilis (Ed.). *Enhancing Child Protective Service competency selected readings* (pp. 103-110). Charlotte, NC:  ACTION for Child Protection.

Costello, T., and DePanfilis, D. (Eds.). (1987). *Child protective services risk management:  A decision making handbook.* Charlotte, NC:  ACTION for Child Protection.

DePanfilis, D., Holder, W., Corey, W., Salus, M., Oleson, E., & Plum, H. (1987). *Wisconsin comprehensive CPS training program curriculum and trainer's guide.*  Prepared by ACTION for Child Protection for Wisconsin Department of Health and Social Services.

Morton, T., & DePanfilis, D. (1987). *Supervisory effectiveness in child welfare services training curriculum and resource guide.*  Atlanta, GA:  Child Welfare Institute.

DePanfilis, D. (1986). *Literature review of child sexual abuse.* Washington, DC:  U.S. Government Printing Office.

Salus, M. K., Ragan, C. K., & DePanfilis, D. (1986). *Supervision in child protection.*  New York, NY:  Child Protective Services Training Academy.

DePanfilis, D. (1985). *Child neglect: A selected annotated bibliography.* Washington, DC:  National Center on Child Abuse and Neglect.

Salus, M.K., Alderson, J., Broadhurst, D., DePanfilis, D., Nickle, N. S., & Sonkin, D. J. (1985) *Child Advocacy Committee Workshop.*  Washington, D.C.: Creative Associates for the U.S. Air Force.

Holder, W., & DePanfilis, D. (1984). *Supervisory guide for assessing casework effectiveness.* Denver, CO: The American Humane Association.

DePanfilis, D. (1984). Encouraging parents to self refer: An increasing trend?  *Protecting Children, 1* (2).

DePanfilis, D. (Ed.). (1983, Fall). *National Child Protective Services Newsletter.*  Denver, CO:  The American Humane Association.

DePanfilis, D. (1983). Advocacy for children and families - an annotated bibliography.  *Midwest Parent Child Review, 8* (3), 10-11.

DePanfilis, D. (Ed.). (1983, Spring). *National Child Protective Services Newsletter.* Denver, CO:  The American Humane Association.

**Opinions and  Book Reviews:**

DePanfilis, D. (2005). Book review. [Review of the book *Treating families and children in the child protective system]. Children and Youth Services Review, 27.*

DePanfilis, D. (1997). The lessons of the Louise Woodward case. *APSAC Advisor, 10*(4), 4.

DePanfilis, D. (1997). Books in brief regarding three books: (1) *Protecting children and supporting families* by G. Cameron and J. Vanderwoerd (1997); (2) *Risk and resilience in childhood* by M. Fraser (1997); and (3) *Culture-centered counseling interventions* by P. Pedersen (1997). *APSAC Advisor, 10,* (2), 19.

DePanfilis, D. (1987). Book review. [Review of the book, *A sourcebook on child abuse]. Child Abuse and Neglect, 11,* 297.

**Final Reports:**

Zlotnik, J., DePanfilis, D., Daining, C., & McDermott Lane, M. (2005). *Factors influencing retention of child welfare staff: A systematic review of research.*  Funded by Annie E. Casey Foundation. Washington, DC:  Institute for the Advancement of Social Work Research (IASWR).

DePanfilis, D., & Daining, C. (2003). *Aftercare study: Outcomes of independent living final report.* Funded by Baltimore County Department of Social Services.  Baltimore, MD:  University of Maryland School of Social Work, Center for Families.

DePanfilis, D., & Daining, C. (2003). *Assessment of outcomes of independent living final report*. Study funded by Baltimore City Department of Social Services. Baltimore, MD:  University of

Maryland School of Social Work, Center for Families and Family Welfare Research and Training Group.

DePanfilis, D. (2003). *Final report. Review of IAIU investigations of suspected children abuse and neglect in DYFS out-of-home care settings in New Jersey*. Study funded by Children's Rights, Inc. Baltimore, MD:  University of Maryland School of Social Work, Center for Families and Institute for Human Services Policy.

DePanfilis, D. (2002). *Family Connections' family strengthening initiative final report*. Study funded by the U.S. Department of Health and Human Services, Substance Abuse Mental Health Services Administration, Center for Substance Abuse Prevention. (Cooperative agreement 1 UD1 SPO8766). Baltimore, MD: University of Maryland School of Social Work.

DePanfilis, D. (2002). *Helping families prevent neglect final report*. Study funded by the U.S. Department of Health and Human Services, Children's Bureau 1996-2002 (Grant Number 90CA1580). Baltimore, MD:  University of Maryland School of Social Work.

DePanfilis, D., Daining, C., & Wechsler, J. (2002). *Therapeutic visiting pilot project technical assistance final report*. Report prepared by the University of Maryland Center for Families for the Baltimore County Department of Social Services.

DePanfilis, D., & Simpson, G. (1999). *Helping families and children:  What works? (Rapid reunification project).*  Study funded by the Baltimore City Department of Social Services. Baltimore, MD: University of Maryland School of Social Work.

Zuravin, S. J., & DePanfilis, D. (1996). *Child maltreatment recurrences among families served by Child Protective Services final report*. Study funded by the U.S. Department of Health and Human Services, National Center on Child Abuse and Neglect 1992-1996 (Grant Number 90CA1497). Baltimore, MD: University of Maryland School of Social Work.

Zuravin, S. J., DePanfilis, D., & Masnyk, K. (1993).  *Teenage motherhood:  Its relationship to child abuse and neglect final report.*  Study funded by the National Center on Child Abuse and Neglect 1988-1993 (Grant No. 90CA1376).  Baltimore, MD:  University of Maryland School of Social Work.

DePanfilis, D. (1993, November). *A proximate test of the construct and predictive validity of the elements and influences represented in the ACTION for Child Protection Child At Risk Field risk assessment and decision making system final report.*  Submitted by the University of Maryland at Baltimore, School of Social Work to ACTION for Child Protection.

DePanfilis, D., Goldman, J., & Hughes, C. (1993, July). *Synthesis of the child protective services systems improvement projects sponsored by the National Center on Child Abuse and Neglect.  Draft Final Report.*  Submitted by Caliber Associates to the National Center on Child Abuse and Neglect, Contract # 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, BOA I, Task Order Two.

DePanfilis, D. (1990, September). *Survey of the training and technical assistance needs of professionals involved in the protection of drug exposed infants*.  Report prepared for the ABA Center on

Children and the Law, Washington, D.C. through a grant from the Robert Wood Johnson Foundation.

DePanfilis, D. (1988, August). *Evaluation report: UNISYS Child Protection Services System (CPSS).* Annapolis, MD:  ACTION for Child Protection.

DePanfilis, D. (1988, September). *Enhancing sexual abuse community intervention and treatment final report.* Prepared for the South Carolina Department of Social Services and the National Center on Child abuse and Neglect.

DePanfilis, D. (1988, May). *Final report determining safety in child protective services and child placement decisions.*  Prepared by ACTION for Child Protection for the Edna McConnell Clark Foundation.

DePanfilis, D., & Costello, T. (1986) *Report to the Presidential Partnership on Child Safety.*  Prepared for the U.S. Department of Justice.

DePanfilis, D., & Oleson, E. (1986, May). *Report to task force on institutional abuse.* Prepared by ACTION for Child Protection for Delaware Department of Services for Children, Youth, and Their Families.

DePanfilis, D. (1984, September). *Findings and implications - survey of the status of child protective services 1984.*  Denver, CO:  The American Humane Association.

Brown, L., Hayes, K., & DePanfilis, D. (1984, June). *A comprehensive assessment of child protective services in South Carolina.* Report prepared by the American Humane Association for South Carolina Department of Social Services.

DePanfilis, D. (1983, August). *Findings and implications - survey of the status of child protective services 1983.* Denver, CO:  The American Humane Association.

Mohr Trainor, C., DePanfilis, D., & Fluke, J. (1984, August). *Child abuse and neglect reporting and disposition in the state of Virginia final report.*  Prepared by the American Humane Association for the Virginia Department of Social Services.

**Presentations:**

*Refereed Presentations:*

Lee, S., Guterman, N. B., Taylor, C. A., & DePanfilis, D. Modeling risk for maternal physical child abuse and neglect using the Fragile Families and Child Wellbeing Study. *Society for Social Work and Research 17th Annual Conference.*  Washington, D.C., January 20, 2008.

Farber, J., DePanfilis, D., & Jorgenson, K. Establishing foster care Minimum Adequate Rates for Children. *Child Welfare League of America 2007 Adoption and Foster Care Training Conference. Shared Beliefs . . .Shared Values . . .Achieving Excellence in Adoption and Foster Care.*  New Orleans, December 10-12, 2007.

Wulczyn, F., Shaw, T., & DePanfilis, D. Integrating data into the curriculum: Innovations in child welfare research curriculum. *Council on Social Work Education, SAN FRANCISCO, Preparing the Next Generation of Educators, 53rd Annual Program Meeting.* San Francisco, October 27-30, 2007.

Daining, C., & DePanfilis, D. Resilience of youth in transition from out-of-home care to adulthood. *Eleventh Annual Conference of the Society for Social Work and Research*, San Francisco, January 11-14, 2007.

DePanfilis, D., Hayward, R.A., & Daining, C. The impact of prior CPS reports on the efficacy of a neglect prevention program. *11th International Family Violence and Child Victimization Research Conference*, Portsmouth, NH, July 9-11, 2006.

DePanfilis, D., Teaching how to assess and measure the achievement of child welfare outcomes. *Social Justice through Social Reform, Council on Social Work Education 52nd Annual Program Meeting*, Chicago, February 16-19, 2006.

DePanfilis, D., Girvin, H., Hayward, A., & Mirza, F. Combining social work education and intervention research: Lessons learned from a multi-methods course. *Social Justice through Social Reform, Council on Social Work Education 52nd Annual Program Meeting,* Chicago, February 16-19, 2006.

Zlotnik, J. L., & DePanfilis, D. Retention of child welfare staff: Implications for social work education and research, *Social Justice through Social Reform, Council on Social Work Education 52nd Annual Program Meeting*, Chicago, February 16-19, 2006.

Girvin, H., Strieder, F., & DePanfilis, D. Working with intergenerational families to increase safety, well-being, and permanency. *15th National Conference on Child Abuse and Neglect*. Boston, April 21, 2005.

DePanfilis, D., & Lutzker, J. Strategies for assessing and measuring fidelity. *15th National Conference on Child Abuse and Neglect*. Boston, April 20, 2005.

DePanfilis, H., & Girvin, H. Measuring program fidelity: Replicating child maltreatment programs across agency lines. *Children 2005, Crossing the Cultural Divide*, Child Welfare League of America National Conference, Washington, DC, March 9-11, 2005.

Girvin, H., Strieder, F., & DePanfilis, D. Grandparent Family Connections: Working with intergenerational families to increase safety, well-being, and permanency. *Children 2005, Crossing the Cultural Divide*, Child Welfare League of America National Conference, Washington, DC, March 9-11, 2005.

DePanfilis, D. Outcomes oriented child welfare practice. *11th Annual Governor's Conference on Child Abuse and Neglect*.  Baltimore, April 29, 2004.

Girvin, H., Strieder, F., & DePanfilis, D. Working with intergenerational families to increase safety, well-being, and permanency. *11th Annual Governor's Conference on Child Abuse and Neglect*. Baltimore, April 29, 2004.

DePanfilis, D., Girvin, H., & Daining, C. The influence of risk and protective factors on motivation to change at intake. *Eighth Annual Conference of the Society for Social Work and Research*, New Orleans, January 16-19, 2004.

Morano, C., Zuravin, S., Harrington, D., & DePanfilis, D. Predictors of caregiver ability to provide for the physical and psychological care of their children. *Eighth Annual Conference of the Society for Social Work and Research,* New Orleans, January 16-19, 2004.

Kunz, J., & DePanfilis, D. Assessing the cost effectiveness of a child neglect preventive intervention. *Eighth Annual Conference of the Society for Social Work and Research*, New Orleans, January 16-19, 2004.

DePanfilis, D., & Dubowitz, H. Family Connections: Promoting safety and well-being in families at risk for neglect. *8th International Family Violence Research Conference*, New Hampshire, July 13-16, 2003.

DePanfilis, D., & Dubowitz, H. Increasing safety and well-being of children: Results of a selective prevention intervention. *11th Annual Meeting of the Society for Prevention Research: Research to Policy*. Washington, DC, June 11-13, 2003.

DePanfilis, D., Dubowitz, H., Berry, S., Ortiz, P., & Martin, W. Community based child protection: Is Maryland ready for this idea. 10th Annual Governor's Conference on Child Abuse and Neglect. Baltimore, April 29, 2003.

Morano, C., Cornelius, L., & DePanfilis, D. Using web-based technology to teach advanced practice, policy, and research courses: Demonstrating methods and results. Council on Social Work Education 49th Annual Program Meeting, Atlanta, February 27th-March 2nd, 2003.

DePanfilis, D., & Dubowitz, H. Increasing protective factors and decreasing risk factors to achieve child safety and well-being outcomes among families at risk for neglect. 17th Annual San Diego Conference on Child and Family Maltreatment. San Diego, February 3-7, 2003.

DePanfilis, D., Daining, C., Ting, L., Park, E., & Haynes, K. Increasing safety and well-being for families at risk for child neglect: Preliminary results from a five-year demonstration project. Seventh Annual Conference of the Society for Social Work and Research, Washington, DC, January 16-19, 2003.

Ernst, J. S., Meyer, M., & DePanfilis, D. The effects of structural characteristics of housing on adequacy of physical child care: An exploratory analysis. Seventh Annual Conference of the Society for Social Work and Research, Washington, DC, January 16-19, 2003.

Panchanadeswaran, S., DePanfilis, D., & McCloskey, L. Woman abuse and the factors associated with leaving abusive relationships. Seventh Annual Conference of the Society for Social Work and Research, Washington, DC, January 16-19, 2003.

Koverola, C., Harrington, D., DePanfilis, D. & Daining, C. Increasing social support through an intensive home based child maltreatment intervention program. 14th International Congress on Child Abuse and Neglect. Denver, July 7-10, 2002.

DePanfilis, D., Daining, C., & Park, E. Outcomes of the helping families prevent child neglect project. 9th Annual Governor's Conference on Child Abuse and Neglect.  Baltimore, April 25-26, 2002.

DePanfilis, D., & Glazer-Semmel, E. Child neglect: Promising strategies for early intervention. 10th Annual Colloquium of the American Professional Society on the Abuse of Children.  New Orleans, May 29-June1, 2002.

DePanfilis, D., Daining, C., Park, E., & Haynes, K. Designing and implementing computer assisted interviews. 5th National Child Welfare Data Conference - Making it Work: Using Data for Program Improvement, National Resource Center for Information Technology in Child Welfare. Arlington, VA, April 12, 2002.

DePanfilis, D., & Zuravin, S. J. Exploring the relationship between services and the recurrence of child maltreatment. Sixth Annual Conference of the Society for Social Work and Research.  San Diego, January 17-20, 2002.

Harrington, D., Zuravin, S. J., DePanfilis, D., Dubowtiz, H., & Ting, L.  The Neglect Scale: Confirmatory factor analysis in a low income sample.  7th International Family Violence Research Conference. Portsmouth, NH, July 22-25, 2001.

Ernst, J.S., DePanfilis, D., Dubowitz, H., & Ting, L. Screening for neglect prevention: Can the community identify families at risk for neglect?  Research presentation at the Ninth National Colloquium of the American Professional Society on the Abuse of Children, Washington, D.C., June 21, 2001.

DePanfilis, D., Dubowitz, H., & Kelley, S. Working with families to reduce the risk of neglect:  Results from two demonstration projects. Faces of change: Embracing diverse cultures and alternative approaches. 13th National Conference on Child Abuse and Neglect. Albuquerque, April 23-28, 2001.

DePanfilis, D. & Zuravin, S.  Decision making at CPS Intake. The 8th Annual Colloquium of the American Professional Society on the Abuse of Children. Chicago, July 12-15, 2000.

DePanfilis, D., Glazer-Semmel, E., & Camp, W. Helping families connect to meet their needs today and tomorrow. Black Administrators in Child Welfare Annual Symposium. Washington, DC, February 28-29, 2000.

DePanfilis, D., Swanson Ernst, J., & Glazer-Semmel, E. Back to the future: Measuring the effects of community based practice. National Association for Family-Based Services 13th Annual Empowering Families Conference. Baltimore, December 1-4, 1999.

Glazer-Semmel, DePanfilis, D., & Tyler, L. Educating practitioners to work with families in tomorrow's world. National Association for Family-Based Services 13th Annual Empowering Families Conference. Baltimore, December 1-4, 1999.

Glazer-Semmel, E., DePanfilis, D., & Farr, M. Helping families connect to meet their children's needs. National Association for Family-Based Services 13th Annual Empowering Families Conference.

Baltimore, December 1-4, 1999.

Dubowitz, H., DePanfilis, D., & Glazer-Semell, E. Developing a neglect prevention project: Bridging research and practice. 12th National Conference on Child Abuse and Neglect. Cincinnati, November 16-21, 1998.

DePanfilis, D., & Glazer-Semell, E. Back to the future: Measuring the effects of community based practice. Take Charge of Change – Social Work '97. Baltimore. October 4-7, 1997.

DePanfilis, D. Epidemiology of child maltreatment recurrences.  Presented at the Council on Social Work Education 43rd Annual Program Meeting. Chicago. March 6-9, 1997.

DePanfilis, D., & Zuravin, S.  The role of stress and social support to child maltreatment recurrences. Presented at the 11th IPSCAN International Congress. Dublin, Ireland, August 18-21, 1996.

DePanfilis, D., & Susan Zuravin.  Predicting child maltreatment recurrences.   Presented at the Fourth National Colloquium of the American Professional Society on the Abuse of Children. Chicago, June 26-28, 1996.

DePanfilis, D. Foster care decision-making: The influence of maternal substance use.  Presented at a Symposium - The Foster Care Crisis: Translating Research into Practice and Policy.  103rd Convention of the American Psychological Association.  New York, NY, August 11-15, 1995.

DePanfilis, D., Zuravin, S., & Taylor, R. Epidemiology of child maltreatment recurrences.  Presented at the Third National Colloquium of the American Professional Society on the Abuse of Children. Tucson, AZ, June 7-11, 1995.

Zuravin, S., & DePanfilis, D.  The foster care placement decision: Predictive strength of maternal substance problems.  Presented at the Third National Colloquium of the American Professional Society on the Abuse of Children. Tucson, AZ, June 7-11, 1995.

DePanfilis, D., & Zuravin, S.  Maternal use of alcohol or other drugs: Relationship to maltreatment type, severity, and perpetrator. Presented at Advancing Knowledge for Human Services A National Conference of Social Work Researchers.  Arlington, VA, April 9-11, 1995.

Zuravin, S. J., & DePanfilis, D.  The foster care placement decision: Predictive strength of maternal substance problems.  Presented at Advancing Knowledge for Human Services A National Conference of Social Work Researchers.  Arlington, VA, April 9-11, 1995.

DePanfilis, D., & Zuravin, S.  The foster care placement decision:  Predictive strength of maternal substance use.  Presented at the San Diego Conference on Responding to Child Maltreatment. January 23-27, 1995.

DePanfilis, D., & Scannapieco, M.  Assessing safety of the child at risk of maltreatment:  Decision-making models.  Presented at the Second National Colloquium of the American Professional Society on the Abuse of Children, Cambridge, Massachusetts.  May 4-7, 1994.

Festinger, T., Gaudin, J., Zuravin, S. J., & DePanfilis, D.  Social isolation of neglectful parents.  71st

Annual Meeting of the American Orthopsychiatric Association.  Alexandria, VA.  April 27-30, 1994.

DePanfilis, D., & Zuravin, S.  Maternal use of alcohol and other drugs among child protective services clients.  Presented at the Children's Hospital San Diego Conference on Responding to Child Maltreatment.  January 24-28, 1994.

Starr, R. H., DePanfilis, D., & Morris Hyde, M.  Assessing risk assessment: A survey.  Presented at the Children's Hospital San Diego Conference on Responding to Child Maltreatment.  San Diego, CA. January 24-28, 1994.

DePanfilis, D., Zuravin, S., Gelles, S., Burton, C., Majka, E., & Hamilton, R.  Maternal substance use and child maltreatment. Presented at the 10th National Conference on Child Abuse and Neglect. Pittsburgh, PA.  November 30, 1993 - December 4, 1993.

DePanfilis, D., & Zuravin, S.  Adolescent versus older mothers:  Type, severity, perpetrator of maltreatment.  National Welfare Research and Statistics Conference.  Phoenix, AZ.  August  7-11, 1993.

McMillen, C., Zuravin, S., & DePanfilis, D.  Which adverse childhood experiences affect the intergenerational cycle of child maltreatment?  Ninth International Congress on Child Abuse and Neglect.  Chicago, IL.  September 1-3, 1992.

DePanfilis, D., & Zuravin, S.  Predicting the recurrence of child maltreatment.  Ninth International Congress on Child Abuse and Neglect.   Chicago, IL.  September 1-3, 1992.

McMillen C., Zuravin, S., & DePanfilis.  The intergenerational transmission of child maltreatment:  A test of Rutter's hypothesis.  National Symposium on Child Victimization.  Washington, D.C.  May 19-22, 1992.

DePanfilis, D., Zuravin, S., & Masnyk, K..  The effect of maternal age on type and severity of child maltreatment.  2nd National and 1st International Symposium on Child Abuse and Neglect.  Philadelphia, October 18, 1991.

DePanfilis, D.  Risk management safety decision making.  National Symposium on Child Victimization.  Anaheim, CA. April 1988.

Holder, W., & DePanfilis, D.  Pressing issues for child abuse professionals:  Credentialing, supervision, and liability.  Seventh National Conference on Child Abuse and Neglect.  Chicago, IL. November 1985.

DePanfilis, D., & Wechsler, J.  An assessment of computer utilization by child abuse and neglect programs.  Fifth International Congress on Child Abuse and Neglect. Montreal, Canada. September 16-19, 1984.

***Refereed Posters:***

Ryder, P.T., Daining, C., & DePanfilis, D. Perceived health status in mother and grandmother caregivers in a child neglect prevention program. Refereed poster presentation at the Gerontological Society of America's 59th Annual Scientific Meeting, Education and The Gerontological Imagination, Dallas, TX, November 16-20, 2006.

DePanfilis, D. Illustrations of using web-based technologies to teach social work practice and research. Electronic poster presentation at the Council on Social Work Education 48th Annual Program Meeting. Nashville, TN. February 24-47-2002.

Ernst, J S., Zuravin, S., & DePanfilis, D. Maltreatment of children of adolescent and older mothers: Differences in type, severity, and perpetrator. Poster presentation at the Third National Colloquium of the American Professional Society on the Abuse of Children. Tucson, AZ. June 7-11, 1995.

Ernst, J. S., Zuravin, S., & DePanfilis, D. Characteristics of child abuse and neglect: Do they differ by maternal substance use status? Advancing Knowledge for Human Services A National Conference of Social Work Researchers. Arlington, VA. April 9-11, 1995.

***Invited Presentations:***

DePanfilis, D. Working with children and families at risk of child abuse and neglect master class. Centre for Excellence in Child and Family Welfare, Melbourne Victoria, Australia, August 22, 2008.

DePanfilis, D. Prevention of child abuse and neglect key note address. *Prevention of Child Abuse and Neglect and Wellbeing of Children – a Comparison Across Countries.* Centre for Excellence in Child and Family Welfare and Social Work at the University of Melbourne, Melbourne Victoria, Australia, August 22, 2008.

DePanfilis, D. Using prevention science to reduce the risk of child neglect. *International Perspective on child welfare practice. DoCS Research to Practice Seminar.* New South Wales (NSW) Government, Centre for Parenting and Research, NSW Department of Community Services. Belmore, NSW, Australia, August 21, 2008.

DePanfilis, D. Designing and implementing a selective child maltreatment prevention program: Lessons from Family Connections master class. Association of Children's Welfare Agencies Conference (ACWA), Sydney Convention and Exhibition Centre, Sydney, New South Wales (NSW), Australia, August 20, 2008.

DePanfilis, D. Using prevention science to reduce the risk of child neglect key note. Association of Children's Welfare Agencies Conference (ACWA), Sydney Convention and Exhibition Centre, Sydney, New South Wales (NSW), Australia, August 18, 2008.

DePanfilis, D., Hayward, R. A., Shaw, T., & Woodruff, K. Using data to inform our practice: Examples from Chapin Hall's multi-state foster care data archive. Maryland Department of Human Resources, Social Services Administration, *Local Department of Social Services Regional Conference,* Community College of Baltimore County, Catonsville, August 22, 2007.

DePanfilis, D., Hayward, R. A., & Woodruff, K. Using data to inform our practice: Examples from

Chapin Hall's multi-state foster care data archive.  Maryland Department of Human Resources, Social Services Administration, *Local Department of Social Services Regional Conference – Allegany, Baltimore City, Baltimore County, Harford County, St. Mary's, Wicomico, & Worcester,* Community College of Baltimore County – Essex Campus, Baltimore, August 9, 2007.

DePanfilis, D., Hayward, R. A., & Woodruff, K. Using data to inform our practice: Examples from Chapin Hall's multi-state foster care data archive.  Maryland Department of Human Resources, Social Services Administration, *Local Department of Social Services Regional Conference – Eastern Shore, Southern Region, & Montgomery County.*  Miller Senate Office Building, Annapolis, July 25, 2007.

DePanfilis, D., Hayward, R. A., & Woodruff, K. Using data to inform our practice: Examples from Chapin Hall's multi-state foster care data archive.  Maryland Department of Human Resources, Social Services Administration *Local Department of Social Services Western Regional Conference*, Hagerstown, MD, June 27, 2007.

DePanfilis, D., Hayward, R. A., & Woodruff, K. Using data to understand trends in out-of-home placement:  Examples from Chapin Hall's multi-state foster care data archive.  *Maryland Department of Human Resources, Social Services Administration Quality Assurance Advisory Committee Meeting*, Baltimore, June 21, 2007.

DePanfilis, D. Quantitative Methods for Developing Evidence for Social Work Practice.  University of Maryland School of Social Work Research Brown Bag Seminar – *Conducting Research to Create Evidence for Social Work Practice*, February 8, 2007.

DePanfilis, D. Presentation on Differential Response. Maryland House of Delegates' Appropriations Committee's Child Welfare Workgroup, February 6, 2007.

DePanfilis, D. Ecology of neglect: Working with families to enhance protective factors and decrease risk factors. *San Diego International Conference on Child & Family Maltreatment.* San Diego, January 22-26, 2007.

DePanfilis, D. Outcome based intervention to reduce the risk of child neglect. *San Diego International Conference on Child & Family Maltreatment.* San Diego, January 22-26, 2007.

DePanfilis D. Working with families to enhance protective factors and decrease risk factors: Positive improvements in child behavior. *Children Uniting Nations: Keeping the Promise to At-Risk Youth Washington DC Conference,* Washington, DC, October 3, 2006.

DePanfilis, D. Design, implementation, and evaluation of Family Connections: A program for preventing neglect. *Children in a Changing World, Getting it Right – XVI International Society for the Prevention of Child Abuse and Neglect International Congress on Child Abuse and Neglect*, University of York, United Kingdom, September 3-6, 2006.

DePanfilis, D. Workload: Accountability and Liability. *A National Forum on Child Welfare Workload.* Santa Fe, NM, December 12-14, 2005

Zlotnik, J. & DePanfilis, D. Recruitment and retention of front-line child welfare workers: What the research can tell us. *A National Forum on Child Welfare Workload.* Santa Fe, NM, December 12-14, 2005

DePanfilis, D. Targeting and achieving program outcomes in human services organizations. Continuing Professional Education Workshop, University of Maryland School of Social Work, October 18 2005.

DePanfilis, D. What does national research tell us about parenting programs? Meeting sponsored by the Baltimore Women's Giving Circle, Baltimore, September 28, 2005.

DePanfilis, D. Accountability in child welfare. Presentation for the Maryland House of Delegates, Appropriations Committee Workgroup on Child Welfare, Baltimore, September 15, 2005.

DePanfilis, D. Service provision to grandparent-headed families: Lessons learned. National Center on Grandparents Raising Grandchildren Symposium, *A Second Chance for Children: Embracing the Future.* Atlanta, May 12, 2005.

DePanfilis, D., & Lutzker, J. Strategies for assessing and measuring fidelity. *Community Based Child Abuse Prevention Program (CBCAP) - Promoting Safe and Stable Families Program (PSSF) Grantee Meeting.* Boston, April 19, 2005.

DePanfilis, D. The art and science of developing and evaluating Family Connections. Community Based Health Promotion & Economics Seminar, Johns Hopkins University, Baltimore, February 8, 2005.

DePanfilis, D. Collecting and using data from case records. *Strengthening Data Use and Analysis in Class Action Litigation Conference*, Chapin Hall Center for Children, Chicago; January 6-7, 2005.

DePanfilis, D. Targeting and achieving program outcomes in human services organizations. Continuing Professional Education Workshop, University of Maryland School of Social Work, November 9, 2004.

DePanfilis, D. Child welfare reform: Consideration of differential response system in Maryland. Presentation for the Maryland House Appropriations Committee Child Welfare Workgroup, Annapolis, October 26, 2004.

DePanfilis, D. Using prevention science to enhance the safety and well-being of children. University of Maryland, Baltimore Research Lecture of the Year, October 13, 2004.

DePanfilis, D. Family Connections: Program and research. *USDHHS, Children's Bureau sponsored conference, Evidence Based Practice*, Washington, DC, June 29, 2004.

DePanfilis, D. Invited testimony before the Subcommittee on Human Resources of the House of Representatives, Committee on Ways and Means. Hearing on Failure to Protect Child Safety, June 17, 2004.

DePanfilis, D. Child Neglect: Working to increase safety and well-being. Sponsored by the *Family Advocacy Training Section, Soldier & Family Support Branch, Department of Preventive Health Services, Army Medical Department Center & School*, San Antonio, June 14, 2004.

DePanfilis, D. Family Connections.  Baltimore City Department of Social Services, Leadership Team. Baltimore, June 2, 2004.

DePanfilis, D. Family Connections: Response to the health and safety needs of children and families. *Health Care: The Challenges & Opportunities*, Conference Sponsored by the Association of Academic Health Centers and the University of Maryland, Baltimore President's Office, Baltimore, May 12, 2004.

DePanfilis, D. Targeting and achieving program outcomes in human services organizations.  Continuing Professional Education Workshop, University of Maryland School of Social Work, March 25, 2004.

DePanfilis, D. Discussion of common outcomes and measures. *Children's Bureau Prevention Replication Grantees Meeting,* Washington, DC, March 4, 2004.

DePanfilis, D. The practical side of measuring outcomes of family support programs. Healthy Families/Thriving Communities Collaborative Council Meeting. Washington, DC, March 3, 2004.

Schene, P., Clarke Balzano, L., & DePanfilis, D. Meeting each family's needs:  Using differential response in reports of child maltreatment. *San Diego Conference on Child and Family Maltreatment*, January 26-30, 2004.

DePanfilis, D., & Dubowitz, H. The practical side of evaluating outcomes of prevention programs. *San Diego Conference on Child and Family Maltreatment*, January 26-30, 2004.

DePanfilis, D., & Clarke Balzano, L. Outcomes oriented child welfare casework. *San Diego Conference on Child and Family Maltreatment*, January 26-30, 2004.

DePanfilis, D., & Ruffolo, M. The heart of the research proposal: Developing your research question and your specific aims.  *Eighth Annual Conference of the Society for Social Work and Research,* New Orleans, January 16-19, 2004.

DePanfilis, D. Investigating child maltreatment in out-of-home care: Barriers to good decision-making. *International Symposium on Decision-Making in Child Welfare*, University of California, Berkeley, December 4, 2003.

DePanfilis, D. Making Family Connections: Mentoring, training, and technical assistance. *Office of Child Abuse and Neglect Prevention Replication Grantees Kick-Off Meeting*, Washington, DC, December 2, 2003.

DePanfilis, D. Working with families to prevent neglect.  University of Alabama School of Social Work Colloquium Series.  Tuscaloosa, September 15, 2003.

DePanfilis, D., & Dubowitz, H. Family Connections: Promoting safety & well-being in families at risk for neglect. *Helfer Society Annual Meeting*, Montebello, Canada, September 2003.

Girvin, H., & DePanfilis, D. Family Connections: Promoting safety and well-being outcomes among families at risk for neglect. *14th Annual National Family Preservation Conference*, San Antonio, September 3-5, 2003.

DePanfilis, D. Family intervention strategies to prevent child maltreatment in high risk communities. Social work contributions to public health bridging research and practice in violence prevention and treatment: *Lessons from child maltreatment and domestic violence. Meeting sponsored by the Institute for the Advancement of Social Work Research (IASWR) and the US Centers for Disease Control (CDC)*, Atlanta, July 8-9, 2003.

DePanfilis, D. Developing sound research questions and aims. Developing Successful Research Grants: A Technical Assistance Workshop Co-Sponsored by Casey Family Services & IASWR. Lowell, MA, June 2, 2003.

DePanfilis, D. Measurement outcomes and analysis.  Developing Successful Research Grants: A Technical Assistance Workshop Co-Sponsored by Casey Family Services & IASWR. Lowell, MA, June 2, 2003.

DePanfilis, D. Outcomes of independent living project. Baltimore City Department of Social Services, Independent Living Workgroup Meeting. Baltimore, April 1, 2003.

DePanfilis, D. Key themes: Research on the "front end" of the child welfare system. *Northwestern University/University of Chicago Joint Center for Poverty Research Child Welfare Services Research & Its Policy Implications Conference.* Washington, DC, March 20-21, 2003

DePanfilis, D. Recurrences of Child Maltreatment in Baltimore City. University of Maryland Child Protection Team. Baltimore, March 6, 2003.

DePanfilis, D. Outcomes of independent living project. Baltimore City Department of Social Services, Administrators meeting. Baltimore, February 25, 2003.

DePanfilis, D., Daining, C., Ting, L., Park, E., & Haynes, K. Increasing safety and well-being for families at risk for child neglect: Preliminary results from a five-year demonstration project. University of Maryland School of Social Work Research Brown Bag Seminar. Baltimore, February 14, 2003.

DePanfilis, D. Child neglect: Working effectively to increase safety and well-being outcomes for children and families.  Sponsored by the Southern California Regional Child Welfare Training Academy. San Diego, February 7, 2003.

DePanfilis, D., & Dubowitz, H. Child neglect: Confronting the challenges. *Advanced APSAC Institute, 17th Annual San Diego Conference on Child and Family Maltreatment,* San Diego. February 3, 2003.

DePanfilis, D. Restoring hope: Intervening successfully to increase safety for neglected children.  Title IV-E, Education for Child Welfare, I dream a world conference. Baltimore, January 8, 2003.

DePanfilis, D. Neglect changes strategies. Plenary Panel presented at Within Our Reach 2002: CWS Redesign – Our Commitment for Change, Child Welfare Services Stakeholders Summit. Anaheim, CA, May 16-17, 2002.

Clarke, L., DePanfilis, D., & Hay, L. A. Strengthening families with quality practice and ensuring children thrive through practice development. Workshop presented at Within Our Reach 2002: CWS Redesign – Our Commitment for Change, Child Welfare Services Stakeholders Summit. Anaheim, CA, May 16-17, 2002.

Carroll, E., Chase, C., Clark, S., DePanfilis, D., Grayson, N., Guckert, K., Schene, P., Sladen, S., & Wilson, C.  Creating a differential response strategy in California.  Workshop presented at Within Our Reach 2002:  CWS Redesign – Our Commitment for Change, Child Welfare Services Stakeholders Summit. Anaheim, CA, May 16-17, 2002.

Carroll, E., Chase, C., Clark, S., DePanfilis, D., Grayson, N., Guckert, K., Schene, P., Sladen, S., & Wilson, C.  Strategies for working together with families to achieve positive outcomes. Workshop presented at Within Our Reach 2002:  CWS Redesign – Our Commitment for Change, Child Welfare Services Stakeholders Summit. Anaheim, CA, May 16-17, 2002.

DePanfilis, D. Measuring outcomes of child welfare programs. Annual Maryland DSS Assistant Directors and Supervisors Retreat.  Ellicott City, Maryland, May 10, 2002.

DePanfilis, D. Too little… too late! When Trauma Begins at Home. University of Maryland, Casey Journalism Center, College Park, MD, April 22, 2002.

DePanfilis, D. Measuring outcomes of social work programs.  Social Work Month Lecture.  Baltimore County Department of Social Services. Towson, MD, March 26, 2002.

DePanfilis, D. Performance measures and case management strategies for family preservation and support. Ensuring Safety, Permanency and Child and Family Well-Being, The 2002 National Summit on Performance Measurement and Case Management Strategies for Child & Family Welfare Programs. Washington, DC, October 24-25, 2002.

DePanfilis, D. Strengthening families to keep children safe from harm.  In Harm's Way: Breaking the Cycle of Drugs and Violence Against Children and Families, University of Maryland Community Issues Forum. Baltimore, November 9, 2001.

DePanfilis, D., Barron, B., Strieder, F., & Koverola, C. Multi-D teams: Working together effectively. Maryland Department of Human Resources, Social Services Administration 3rd Annual Best Practices Symposium. Baltimore, October 11-12, 2001.

DePanfilis, D. The state of child neglect research: Past, present and future plenary. *Child Neglect: Promising Approaches to Achieve Safety, Permanency and Well-Being, A National Symposium*. Baltimore, July 31-August 2, 2001.

DePanfilis, D. Design of equivalent social work practice learning activities in online versus classroom teaching.  The Institute through Teaching and Learning through Technology in the Health

Sciences and Human Services Fellows Seminar. University of Maryland, Baltimore, September 28, 2001.

DePanfilis, D. Identifying intervention strategies and meeting reasonable effort requirements. *Child Neglect: Promising Approaches to Achieve Safety, Permanency and Well-Being, A National Symposium.* Baltimore, July 31-August 2, 2001.

DePanfilis, D., & Harrington, D. Using survival analysis methods: The basics. *Pre-conference Institute. 7th International Family Violence Research Conference.* Portsmouth, NH, July 22-25, 2001.

DePanfilis, D. Working with families to reduce the risk of neglect:  Preliminary results.  Presentation for the Maryland Department of Human Resources Child Welfare Advisory Council. Baltimore, July 11, 2001.

DePanfilis, D., & Ting, L. Measuring child welfare outcomes: Safety, well being, and permanency. *The 9th Annual Colloquium of the American Professional Society on the Abuse of Children.* Washington, D.C., June 20-23, 2001.

DePanfilis, D., & Ting, L. Applying an outcomes framework to measure the results of prevention and intervention programs. The Governor's Eighth Conference on Child Abuse and Neglect. Baltimore. April 17, 2001.

Read, C., Koverola, C., & DePanfilis, D. Making stone soup: The challenges and rewards of multidisciplinary responses to child maltreatment. The Governor's Eighth Conference on Child Abuse and Neglect. Baltimore, April 17, 2001.

DePanfilis, D. Testimony before the National Center for Policy Research (CPR) Policy Forum on Women and Families, Featuring the New Women Senators, March 15, 2001

DePanfilis, D., Dubowitz, H., Burry, C., Nair, P., Shubin, C., & Zuskin, R. Protecting children: Highlights of best practice from multidisciplinary perspectives. Insights Forum.  University of Maryland School of Social Work.  Baltimore, October 4, 2000.

DePanfilis, D., & Okundaye, J. Motivating clients toward change.  Keeping Children Safe, Partnering for the New Millennium: Department of Human Resources, Social Services Administration 2nd Annual Best Practices Symposium. Baltimore. October 2-3, 2000.

DePanfilis, D. Research on risk factors associated with victimization. *Managing risk in child protection: European perspectives.* London, England. September 15-16, 2000.

DePanfilis, D. & Glazer-Semmel, E. Neglect:  Targeting outcomes and measuring risk reduction. *The 8th Annual Colloquium of the American Professional Society on the Abuse of Children.* Chicago, July 12-15, 2000.

DePanfilis, D. Decision making at CPS Intake. Invited lecture. University of Chicago, School of Social Services Administration, Chapin Hall Center for Children. Chicago, July 12, 2000.

DePanfilis, D. & Okundaye J. Applying the stages of change model with families at risk for maltreatment. Governor's Seventh Conference on Child Abuse and Neglect. Baltimore. April 18, 2000.

DePanfilis, D. Targeting outcomes to reduce the risk of child maltreatment. 6th Annual South Carolina Professional Colloquium on Child Abuse. Charleston, SC, February 17-18, 2000.

DePanfilis, D. Developing and measuring clinical outcomes with families and children. University of Maryland School of Social Work, Office of Continuing Education . Baltimore. October 14, 1999.

DePanfilis, D. Targeting outcomes to reduce the risk of neglect. 7th Oklahoma Conference on Child Abuse and Neglect & Healthy Family Oklahoma ' 99 Conference.  Tulsa, OK, September 8-10, 1999.

DePanfilis, D. Developing neglect intervention. Child Neglect Task Force. Seattle, August 10, 1999.

DePanfilis, D. Implementing outcome based intervention to reduce the risk of neglect. *The 7th Annual Colloquium of the American Professional Society on the Abuse of Children.* San Antonio, June 2-5, 1999.

DePanfilis, D. Targeting outcomes to measure risk reduction. Governor's Sixth Conference on Child Abuse and Neglect. College Park. April 22, 1999.

DePanfilis, D. Targeting outcomes to measure risk reduction. *The Fifteenth National Symposium on Child Sexual Abuse.*  Huntsville, March 9-12, 1999.

DePanfilis, D. APSAC presidential address: Ingredients for a successful professional response to child maltreatment. *San Diego Conference on Responding to Child Maltreatment.*  San Diego, January 25-29, 1999.

Abney, V., & DePanfilis, D. Managing resistance and engaging families in the treatment process. *San Diego Conference on Responding to Child Maltreatment*.  San Diego, January 25-29, 1999.

DePanfilis, D. Structured decision making and risk assessment: Assessing neglect. *12th National Conference on Child Abuse and Neglect*. Cincinnati, November 16-21, 1998.

DePanfilis, D., & Dubowitz, H. Working with families to reduce the risk of neglect.  *The American Professional Society on the Abuse of Children Sixth Annual National Colloquium.*  Chicago.  July 8-12, 1998.

DePanfilis, D. Targeting and measuring child welfare outcomes.  Child Welfare Reunification Training Program.  Seattle. June 11, 1998.

DePanfilis, D. Developing and measuring clinical outcomes with families and children. University of Maryland School of Social Work, Office of Continuing Education . Baltimore. May 26, 1998.

DePanfilis, D. Engaging families as partners to reduce the risk of neglect.  *14th National Symposium on Child Sexual Abuse.* Huntsville. March 18-20, 1998.

DePanfilis, D. Decision making and treatment outcomes. *Evolution and Revolution in CPS Decision Making sponsored by the National Resource Center on Child Maltreatment.* Ft. Lauderdale. November 6-8, 1997.

DePanfilis, D. Child neglect. State-wide conference, "Child neglect: A national and local perspective." Dover, DE. June 24, 1997.

DePanfilis, D. Issues and needs for child welfare professionals. Presented at a joint strategic planning meeting between the *American Professional Society on the Abuse of Children and the National Association of Children's Hospitals.* Miami. June 21, 1997.

DePanfilis, D., & Holder, W.  Managing resistance, and engaging involuntary maltreating families in the treatment process.  *The Fifth National Colloquium of the American Professional Society on the Abuse of Children.*  Miami, June 26-28, 1997.

DePanfilis, D., & Holder, W.  Translating risks to positive treatment outcomes.  *The Fifth National Colloquium of the American Professional Society on the Abuse of Children*.  Miami, June 26-28, 1997.

DePanfilis, D., & Holder, W.  Using the Outlook for Intervention in CPS case planning. *Fifth National Colloquium of the American Professional Society on the Abuse of Children.*  Miami, June 26-28, 1997.

DePanfilis, D. Planning for the millennium: Opportunities and challenges of inter-professional education.  Presented at the *Council on Social Work Education 43rd Annual Program Meeting.* Chicago. March 6-9, 1997.

DePanfilis, D., & Kelly, S. Coordinating interventions in multi-problem families: Child maltreatment, chemical dependency, and domestic violence.  *The APSAC Advanced Institutes at the San Diego Conference on Responding to Child Maltreatment*.  San Diego, CA.  January 27, 1997.

DePanfilis, D. Applying the Strengths Perspective with Maltreating Families. 8th Annual Mid-Atlantic Conference to Prevent Child Abuse. Lancaster, PA, November 21, 1996.

DePanfilis, D., Dubowitz, H., McFarlane, K., Reid, T., and Wilson, C.  Training for the marathon: Maintaining multidisciplinary teams. *11th National Conference on Child Abuse and Neglect.* Washington, DC, September 17, 1996.

DePanfilis, D. Building risk reduction competencies with maltreating families. Council on Child Abuse and Neglect 21st Annual Conference, Advanced Training Institute. Columbia, SC, September 11, 1996.

DePanfilis, D. The relationship between child maltreatment and substance abuse in Baltimore.  Baltimore City Grand Jury, Baltimore, August 29, 1996.

DePanfilis, D. The recurrence of child maltreatment among families served by Baltimore City DSS, Child Protective Services. BCDSS, Child Protective Services Brown Bag Lunch Seminar, Baltimore. August 6, 1996.

DePanfilis, D., & Wilson, C. Finding strengths in chaotic families: A family-centered assessment process. *The Fourth National Colloquium of the American Professional Society on the Abuse of Children.* Chicago, June 26-28, 1996.

DePanfilis, D., & Kelly, S. Coordinating interventions in multi-problem families: Child maltreatment, chemical dependency, and domestic violence. *The Fourth National Colloquium of the American Professional Society on the Abuse of Children.* Chicago, June 26-28, 1996.

DePanfilis, D., & Zuskin, R. The contribution of parental chemical dependency and woman abuse to the psychological maltreatment of children. The Governor's Fourth Conference on Child Abuse and Neglect Shared Responsibilities: Shared Solutions. Baltimore. April 12, 1996.

DePanfilis, D. Evaluating child safety in CPS cases involving woman abuse. *The Twelfth National Symposium on Child Sexual Abuse.* Huntsville, AL. March 26-29, 1996.

Pence, D., Stern, P., & DePanfilis, D. Understanding decision making from a multidisciplinary point of view. *The Twelfth National Symposium on Child Sexual Abuse.* Huntsville, AL. March 26-29, 1996.

DePanfilis, D. Promoting family strengths to reduce recurrence of child maltreatment. *The San Diego Conference on Responding to Child Maltreatment.* San Diego, CA. January 22-26, 1996.

DePanfilis, D. Intervening with neglectful families. Networking in the 'Nineties. 7th Annual TPSAC Conference on Child Maltreatment. Nashville, TN. November 20-21, 1995.

DePanfilis, D., & Pierce, R. Intervening with neglectful families: The role of social support. *Third National Colloquium of the American Professional Society on the Abuse of Children.* Tucson, AZ. June 7-11, 1995.

DePanfilis, D. Collecting data from CPS records. *National Center on Child Abuse and Neglect Research Grantees Meeting.* Washington, DC. March 29-30, 1995.

DePanfilis, D. Assessing family violence among CPS families. South Carolina DSS Training Conference – "Assessment and Safety". Hilton Head Island, SC. March 12-14 and 15-16 1995.

DePanfilis, D. Pros and cons of risk assessment. Conference sponsored by the Metropolitan Washington Council of Governments, Fairfax, VA. April 22, 1994.

Zuravin, S., & DePanfilis, D. Maternal substance use and child maltreatment. The Governor's Second Conference on Child Abuse and Neglect, Baltimore. April 18, 1994.

DePanfilis, D., & Scannapieco, M. Assessing the safety of children at risk of maltreatment: Decision-making models. Guest presentation for Social Work Month. Baltimore County Department of Social Services. Towson. March 29, 1994.

DePanfilis, D., Pierce, R., & Wilson, C.  Reunifying families:  When is it time, when is it safe?  *First National Colloquium. The American Professional Society on the Abuse of Children.* Chicago, IL. June 26, 1993.

DePanfilis, D., & Zuravin, S.  Occurrence versus recurrence of child maltreatment:  Implications for practitioners.  1st Annual Governor's Conference on Child Abuse and Neglect.  Baltimore. April 1993.

DePanfilis, D. Preliminary findings from the NCCAN Child Maltreatment Prevention Symposium: Where do we go from here? *NCCAN State Grant Programs Meeting.* Washington, DC. April 13-16, 1992.

DePanfilis, D., & Holder, W.  Assessing safety of the child at risk of maltreatment.  Paper presented at the *National Center on Child Abuse and Neglect Symposium on Risk Assessment in Child Protective Services.*  Washington, D.C.. December 9-11, 1991.

DePanfilis, D. Overview of the Child at Risk Field system:  A social work approach to decision making and risk assessment.  *NASW Social Work '90 National Conference.*  Boston, MA. November 1990.

DePanfilis, D., & Jones, W. G.  Interpreting and applying agency risk assessment models in the courtroom:  A social work and a legal perspective.  *Fifth National Conference on Children and the Law.*  Arlington, VA.  November 1990.

DePanfilis, D.  Assessing risk of maltreatment.  *National Association of Social Workers National Conference.*  Philadelphia, PA. November 1989.

DePanfilis, D., & Jones, W. G. Child maltreatment risk assessment.  The Maryland Judicial Conference.  Baltimore. May 4-5, 1989.

DePanfilis, D. CPS training and competency building.  *NCCAN CPS State Liaison Meeting.*  Washington, D.C. April 1989.

DePanfilis, D. Child maltreatment and woman abuse.  APWA Regional Conference.  San Antonio, TX. August 1988.

DePanfilis, D. Risk assessment in CPS. Twelfth Annual Child Abuse Conference. Reading, PA. June 1-3, 1988.

DePanfilis, D.  Safety and well-being of children growing up in violent homes.  *NCCAN CPS State Liaison Meeting.*  Washington, D.C. November 1987.

DePanfilis, D. Risk assessment tools. *Directions 88, Valuing the American Family.* Tampa, FL. October 30-31 & November 1, 1987.

DePanfilis, D.  Motivating and working with difficult CPS clients in treatment.  *National Child Welfare Training Symposium.*  Atlanta, GA. June 1987.

DePanfilis, D.  Case planning to reduce risk in child protective services.  *National Child Welfare Training Symposium.*  Atlanta, GA. June 1987.

DePanfilis, D.  Developing and communicating performance expectations.  *1987 National Child Welfare Supervisors' Institute.*  Atlanta, GA. April, 1987.

DePanfilis, D. Risk assessment.  *Children '87 Child Welfare League of America Conference.*  Washington, D.C. March 1987.

DePanfilis, D. Self referral in child sexual abuse.  *1986 National Child Welfare Training Symposium, Take an Idea and Develop It.*  Atlanta. May 11-14, 1986.

DePanfilis, D. Supervision in Child Protective Services.  *1986 National Child Welfare Training Symposium, Take an Idea and Develop It.*  Atlanta. May 11-14, 1986.

DePanfilis, D. Child sexual abuse investigation.  *Naval Investigative Service.*  Washington, D.C. December 1985.

DePanfilis, D. Determining the risk for abuse and neglect: An outcome-oriented assessment model.  *Child Abuse Prevention and Treatment sponsored - Institute for the Advancement of Human Behavior.*  Washington, D.C. September 20-22, 1985.

DePanfilis, D. Research: State of knowledge about family violence and future directions on the national scene.  The 1985 John W. Umstead Lecture Series – Family Violence: Its Impact, Management, and Prevention. Raleigh, NC.  March 13-15, 1985.

DePanfilis, D. Child abuse in foster care.  Maryland Foster Care Review Board Annual Conference. October 1984.

Holder, W., and DePanfilis, D.  Supervisory assessment of casework effectiveness.  Southeast Regional Conference on Child Abuse and Neglect.  Nashville, TN. November 1983.

DePanfilis, D.  A prevention strategy:  Encouraging parental self-referrals, program approaches.  *Sixth National Conference on Child Abuse and Neglect.*  Baltimore, MD. September 1983.


**Professional Activities:**

*Professional Associations:*
American Professional Society on the Abuse of Children
    Advisory Board (2000-2003); Past President (1999-2000); President (1998-1999); President Elect (1997-1998); Vice President (1996-1997)
American Public Human Service Association
Council on Social Work Education
International Society for the Prevention of Child Abuse and Neglect
National Association of Public Child Welfare Administrators
National Association of Social Workers
Society for Prevention Research

Society for Social Work and Research

***Board Memberships:***
Society for Social Work and Research (2007-2010)
American Professional Society on the Abuse of Children (1995-2000)
Maryland Chapter of the American Professional Society on the Abuse of Children (1992-2002)

***Advisory Board (Committee) Memberships:***
Maryland Department of Human Resources, Social Services Administration, Family Centered Practice
    Model Steering Committee (2008)
Maryland Health Care Commission Task Force on the Development of a Plan to Guide the Future Mental
    Health Service Continuum (2008)
Anne Arundel County Child Welfare Service Array Strategic Planning Committee (2008)
Breakthrough Series Collaborative (BSC) on Safety & Risk Assessments in Child Welfare Expert
    National Panel (2007)
Baltimore Strong Families Committee, Baltimore City Government and the Family League of Baltimore
    (2007)
Maryland Commission on Improving Child Welfare (2007-2008)
SAMHSA Systems of Care Proposal Group Planning Reforms for Children and Youth in the Maryland
    Child Welfare System who have Mental Health Problems (2007-2008).
California Evidence-based Clearinghouse for Child Welfare (2006-2007).
Maryland Department of Human Resources, Social Services Administration, Differential Response
    Implementation Planning Committee (2007-2008)
Maryland Department of Human Resources, Social Services Administration Quality Assurance
    Committee (Co-Chair) (2006-2007)
Maryland Department of Human Resources, Child Abuse and Neglect Differential Response System
    Study Planning Committee (2006-2007)
National Data Archive on Child Abuse and Neglect (2001-2005)
North American Resource Center for Child Welfare, Judge for the 2005 Pro Humanitate Literary Awards.
Drug Court Initiative for Family Dependency Treatment in Maryland (2003-2004)
Maryland State Council on Child Abuse and Neglect (1998-2004)
The Children's Guild (2000-2002)
Child Abuse and Neglect User Manual Series (2001-2005)
Crimes Against Children Research Center (2000)
Governor's Conference on Child Abuse and Neglect (1998-2002)
Child Welfare League of America CPS Standards (1997-1998)
Baltimore City Department of Social Services Kinship Care (1997)
Council on Social Work Education Curriculum Review (1997)
Howard County CASA Program (1992-1993)
Maryland Foster Care Review Board, Anne Arundel County (1983-1986)
Domestic Abuse Program of Erie County, Pennsylvania (1975-1981)

***Grant Reviews:***
Canada Foundation for Innovation Research Hospital Fund – Large-scale Institutional Endeavours (LSIE)
    (December 2007)
Centers for Disease Control and Prevention (CDC) (July 2007)
Centers for Disease Control and Prevention (CDC) (May 2007)
Social Sciences and Humanities Research Council of Canada (January 2007)

Minority Biomedical Research Support (MBRS) Program at York College of The City University of New
     York. (2005)
Centers for Disease Control and Prevention (CDC) (April 2004)
Social Sciences and Humanities Research Council of Canada (January 2004)
University of North Carolina Injury Prevention Center (2003)
Minority Biomedical Research Support (MBRS) Program at York College of The City University of New
     York. (2003)
California Department of Social Services (November 2003)
USDHHS, Children's Bureau (June-July, 2000)
USDHHS, National Center on Child Abuse and Neglect (August 1997)


***PhD Program Review:***
University of Texas-Arlington, School of Social Work (February - May 2008)


***Ad-Hoc Scientific Review***
California Evidence Based Practice Clearinghouse for Child Welfare (May 2008)


***Editorial Review Boards:***
     *Child Maltreatment* (1999-2007)
               -December 2007
               -August 2007
               -April 2007
               -October 2006
               -April 2006
               -October 2005
               -July 2005
               -May 2005
               -February 2005
               -July 2004
               -March 2004
               -February 2004
               -November 2003
               -August 2003
               -June 2003
               -October 2002
               -February 2002
               -September 2001
               -January 2001
               -March 2000
               -February 2000
               -August 1999


     *Family Preservation Journal* (2003-2007)


     *Journal of Child Sexual Abuse* (1999-2007)
               -May 2007
               -November 2006
               -April 2006

-July 2005
-March 2005
-August 2003
-January 2003
-November 2002
-July 2002
-February 2002
-November 2001
-July 2001
-January 2001
-December 2000
-July 2000
-March 2000
-November 1999
-September 1999

*Journal of Public Child Welfare* (2005-2007)
-January 2007
-November 2006
-July 2006
-April 2006
-August 2005
-May 2005

**Consulting Editor:**
*Social Work Research (2001-2003)*
-August 2003 (2)
-June 2003 (2)
-May 2003
-April 2003 (2)
-March 2003
-February 2003
-January 2003
-December 2002
-November 2002
-October 2002
-September 2002
-July 2002 (2)
-June 2002
-April 2002 (2)
-March 2002
-February 2002
-January 2002 (2)
-December 2001
-November 2001
-September 2001
-August 2001

**Ad-Hoc Editorial Reviews**

*Child Abuse and Neglect* (1997-2007)
-March 2007
-January 2007
-October 2006
-August 2006
-April 2006
-January 2006
-November 2005
-October 2005
-June 2005
-January 2005
-October 2004
-July 2004
-October 2003
-August 2003
-June 2003 (2)
-April 2003
-December 2002
-October 2002
-September 2002
-July 2002
-March 2002
-August 2001
-February 2001
-December 2000
-September 2000
-August 2000 (2)
-June 2000
-April 2000
-March 2000
-February 2000
-January 2000
-August 1999
-July 1999

*Child Maltreatment* (1995-1998)

*Child Welfare* (2000)
-June 2000 (3 papers)

*Children & Youth Services Review*
-February 2008 (2)
-December 2007 (4)
-July 2007
-March 2007
-November 2006
-July 2006
-November 2005

*Infant Mental Health Journal* (2000)

-April 2001
-April 2000
*Journal of the American Medical Association (JAMA)* (2005)
-July 2005
*Journal of Marriage and Family* (2003)
-June 2003
*Journal of Child Sexual Abuse* (1997-1998)
*Journal of Interpersonal Violence* (1997-2006)
-August 2006
-January 2001
-March 2000
*Journal of Social Service Research* (2005)
-February 2005
*Journal of Social Work Education* (2004)
-July 2004
*Psychosomatic Medicine* (2005)
-May 2005
*Research on Social Work Practice* (2003)
-October 2003
-September 2003
*Social Services Review* (1999-2007)
-June 2007
-January 2005
-July 2002
-June 2000
-August 1999
*Social Work Research* (2000, 2004)
-May 2004
-March 2000

***Faculty Mentor (External):***
Cassandra Simmell, Rutgers University School of Social Work (2006-2007)
Tricia Gardner, Oklahoma University (2006-2007)

***Tenure Reviewer (External):***
Adelphi University School of Social Work (2004, 2007)
Arizona State University Department of Social Work, College of Human Services (2004)
George Warren Brown School of Social Work, Washington University (1997)
Georgia State University School of Social Work (2003)
Ohio State University College of Social Work (2004)
University of Alabama School of Social Work (2002)
University of Chicago, School of Social Service Administration (2) (2002, 2003)
University of Tennessee, College of Social Work (2003)
University of Texas at Arlington School of Social Work (2002)
University of Washington, Tacoma School of Social Work (2007)

**Selected Examples Of Testimony/Advocacy**

❑ DePanfilis, D. Testimony in support of H.B. 262 – Child Abuse & Neglect-Child Welfare Alternative Response system in Maryland before the Maryland House of Delegates' Judiciary Committee, January 31, 2008.

❑ DePanfilis, D., Testimony on Child Welfare Accountability for the Maryland House of Delegates' Appropriations Committee, January 15, 2008.

❑ Farber, Julie, DePanfilis, D., & Jorgenson, K.  Hitting the M.A.R.C., Establishing Foster Care Minimum Adequate Rates for Children. Congressional Briefing, Washington, DC, Rayburn House Office Building, October 3, 2007.

❑ Testimony on Differential Response for the Maryland House of Delegates' Appropriations Committee's Child Welfare Workgroup, February 2007

❑ Presentation on Child Welfare Accountability for the Maryland House of Delegates' Appropriations Committee's Child Welfare Workgroup, September 15, 2005.

❑ Invited testimony on Community Based Child Protection Reforms before the Maryland House of Delegates' Appropriations Committee's Child Welfare Workgroup, October 26, 2004.

❑ Invited testimony before the Subcommittee on Human Resources of the House Committee on Ways and Means.  Hearing on Failure to Protect Child Safety, June 17, 2004.

❑ Commentary posted in an international virtual discussion on child abuse and neglect reporting policies sponsored by the International Society on the Abuse of Children (ISPCAN), October 2003.

❑ Testimony before the National Center for Policy Research (CPR) Policy Forum on Women and Families, Featuring the New Women Senators, March 15, 2001

**Selected Media Coverage and Contacts**

❑ Article in *NASW News*, November 2005 presenting findings of the Systematic Review of Staff Retention study in collaboration with IASWR.

❑ Interview by a Las Vegas reporter about the quality of Child Protective Services, August 2005

❑ Interview by a reporter from the Baltimore Sun about the closing of the Hickey School, July 2005

❑ Interviewed by a reporter from *Child Protection Report*, September 2004 article, about a synthesis on child neglect demonstration projects produced by the Department of Health and Human Services.

❑ Coverage of testimony before the Human Resources of the House Committee on Ways and Means, quotes in article, Efforts to stop abuse outlined, *Baltimore Sun, Section B, pp. 1B & 3B.*June 04

❑ Interview on radio talk show Daybreak with Anthony McCarthy - WEAA 88.9 about the School of Social Work's role in preparing social workers to practice in child welfare agencies. June 04.

❑ Interview by the *Baltimore Sun* for a story on child maltreatment related fatalities, published May 18, 2004.

❑ Interview by a reporter from *Child Protection Report*, November 2003, about the replication of Family Connections being funded by HHS.

❑ Guest on WYPR's *Marc Steiner Show* on November 19, 2003 in follow-up to an article in the *Baltimore Sun* titled, "Report Argues DSS Puts City Children at Risk".

❑ Interview for an article on Child Protective Services for the *Baltimore Sun*, August, 2003.  The story was published in the *Baltimore Sun* on Sunday, November 23, 2003.

❑ Article in *NASW News*, November 2003 – "Profession's Violence-Prevention Role Explored, Agendas of Social Work, Centers for Disease Control Seen as Being Complementary" included information about presentation provided for CDC about Family Connections research

❑ Interview for an article on Family Connections, for State Health Notes (a biweekly publication of the National Conference of State Legislatures), August 2003.

❑ Interview by CSWE for an article in their newsletter on Family Connections. August 2003

- Article in the *New York Times*, "Report finds flaws in inquiries on foster abuse in New Jersey" by Leslie Kaufman and Richard Lezin Jones,  regarding evaluation report of New Jersey child abuse and neglect investigations, May 23, 2003.
- Article in the *Star Ledger*, "Special unit of DYFS is called a failure" by Mary Jo Patterson, regarding evaluation report of New Jersey child abuse and neglect investigations, May 23, 2003.
- Article in the *Herald News*, "Report urges DYFS reform" by Erik Ortiz, regarding evaluation report of New Jersey child abuse and neglect investigations, May 23, 2003.
- Article in the *Philadelphia Inquirer* "N.J. failed children, reports say" by Mitch Lipka, Inquirer Trenton Bureau, regarding evaluation report of New Jersey child abuse and neglect investigations, May 23, 2003.
- Article in the New Jersey *Record*, "Foster care decisions 'alarming,' report" says by  Leslie Brody and Jean Rimbach Staff Writers regarding evaluation report of New Jersey child abuse and neglect investigations, May 23, 2003.
- Interviewed by a reporter from *Child Protection Report*, Vol. 29, No. 11, May 22, 2003 article, "Connected families are the ones least likely to see CPS again".
- Article in the April 2003 *Children's Bureau Express*, Vol. 4, No. 3, "Baltimore's Family Connection's Program Proven to Prevent Child Maltreatment".
- Article in the U.S.DHHS, *Emerging Practices in the Prevention of Child Abuse and Neglect*, "Family Connections Demonstrated Effective Program" April 2003.
- Interviewed by an AP reporter about a child abuse case in New Jersey. Quoted in January 12, 2003 edition of *Newsday* in an article entitled "Dealing with Bureaucracy a Nightmare for Social Services."
- Interviewed by a reporter from the Charlotte Observer for a series on child maltreatment investigations, October 18, 2002.
- Interviewed by the Baltimore Sun for a story on Grandparents Raising Grandchildren published on July 14, 2002.
- Article, "Faculty Making News" in *Connect,* Summer 2002.
- Interviewed by Maryland Public Television for a show on *Strong Families* that aired on July 14 and 20, 2002.
- Interviewed for and quoted in Child Protection Report, article – "Revelations in the Catholic Church may Create Openings for CPS", March 14, 2002, p. 45.
- Article, "School of Social Work Connects to Families in West Baltimore" (pp. 20-21) in *University of Maryland Research and Scholarship*, Winter 2002
- Live interview on the Mark Steiner Show, WJHU-FM, 88.1 regarding breaking the cycle of drugs and violence against children and families – November 5, 2001
- Taped interview with Terry Owens on WMAR-2, ABC television show, To the Point. – Show aired on November 4, 2001.
- Live interview on FOX National News regarding a child abuse case in Texas – June 2001
- Interview with a reporter from the Charlotte Observer – June 2001
- Article in *NASW News*, "Social Workers at Policy Forum" – about presentation provided along with the four new women U.S. Senators
- Letter to the editor, Baltimore Sun (not published) – March 2000
- Live Interview on the Mark Steiner Show, WJHU-FM, 88.1 regarding child abuse, January 12, 2000.
- Telephone interview for <u>Parents Magazine</u> – article in July 1999 issue
- Personal Interview for local television station in San Antonio, Texas – June 1999
- Telephone interview for a newspaper series on foster care, Arkansas – October, 1998
- Telephone interviews for a television documentary on child abuse – September, 1998
- Letter to the editor, Baltimore Sun – April 30, 1998.
- Letter to the editor, Washington Post (not published) – January 20, 1998.

❑  E-mail interview with a producer of radio programs about children, January 19, 1998.
❑  Audio-Taped Interview for child abuse story in Texas, November 1997.
❑  Audio-Taped Interview by free lance reporter in Florida regarding story for National Public Radio about competencies of child protective services personnel, August, 1997.
❑  Video-Taped Interview by CNN regarding the balance between protecting children and preserving families, June, 1997.
❑  Interview for article in <u>Law Enforcement Magazine</u>, May 1997.
❑  Live Interview on the Mark Steiner Show, WJHU-FM, 88.1 regarding foster care, September, 1996.

**University Service - UMB**

2008 - Present  Chair, UMB Advisory Committee for Human Research Protection

2008  University of Maryland, Baltimore Graduate Council Student Grievance Committee

2008 – 2009  University of Maryland, Baltimore Graduate Council

2007 - Present  Editorial Board, University of Maryland, Baltimore – *Maryland Magazine*

2003 - Present  School of Social Work alternate representative on the University of Maryland, Baltimore Institutional Review Board

2002 - Present  University of Maryland, Baltimore Office of Research and Development Advisory Committee

2007 - 2008  Steering Committee & Community Engagement Workgroup, Clinical and Translational Science Award Proposal

2006 - 2007  University of Maryland, Baltimore Community Outreach Advisory Committee

2006 - 2007  Member of the Faculty Search Committee for Chair of Family and Community Nursing, UMB School of Nursing

2005 - 2006  Member of the Search Committee for Dean of the School of Social Work

2005 - 2007  School of Social Work representative on the University of Maryland, School of Medicine's Human Research Protection Office Committee

2002  Ad Hoc Member, University of Maryland, Baltimore Graduate Council Student Grievance Committee.

2001  Interview team member, Candidate for Director, Institutional Research in the Office of the Vice President for Academic Affairs.

**University Service – School of Social Work**

2007 – Present  Member, Dean's Advisory Group
2006 – Present  Member, Social Work Administrative Group
2007 – Present  Chair, Ruth H. Young Center for Families & Children Research Assistant Professor Search Committee
2006 – 2010  Member, Doctoral Program Committee

| | |
|---|---|
| 2007 – 2008 | Mentoring Committees for Melissa Bellin, Sarah Kaye, Bethany Lee, Michael Lindsey, Terry Shaw, Tanya Sharpe, and Corey Shdaimah |
| 2006 - 2007 | Chair, School of Social Work Faculty Search Committee |
| 2006 – 2007 | Mentoring Committees for Michael Lindsey & Corey Shdaimah |
| 2005 - Present | Chair, Family and Children's Specialization Committee |
| 2004 - Present | Alternate Member, School of Social Work Institutional Review Board Committee |
| 2003 - Present | Chair, Designated Research Initiative Fund Committee |
| 2005 - 2007 | Member, Faculty Executive Committee |
| 2005 - Present | Member, Masters Program Committee |
| 2005 - 2007 | Member, Student Grievance Committee |
| 2005 - Present | Course Coordinator, SOWK 777 – Research in Child Welfare |
| 2004 - 2005 | Member, Strategic Planning Committee |
| 2003 - Present | Member, Title IVE Education for Child Welfare Advisory Committee |
| 1999 - Present | Member, Jimmie Swartz Endowment Fund Advisory Committee |
| 1996 - 2006 | Member, Clinical Advisory Committee to Professional Continuing Education |
| 2001 - 2003 | Member, School of Social Work Institutional Review Board Committee |
| 2001 - 2005 | Member, ERIC committee |
| 2002 - 2004 | Member, School of Social Work APT committee |
| 1996 - 2004 | Member, Family and Children's Specialization Committee |
| 2001 - 2002 | Leader, Outcomes Measurement of Faculty Field Based Instruction Units Work Group |
| 2001 | Member, School of Social Work Research Professor Search Committee |
| 1999 - 2002 | Member, Doctoral Program Committee |
| 1998 - 2002 | Course Coordinator, SOWK 630, Clinical Practice with Individuals |
| 1996 - 2002 | Member, Foundation Committee |
| 2000 - 2001 | Member, Strategic Planning Committee |
| 2000 | Leader, Developed synthesis of Children and Family Initiatives within the School of Social Work for a campus wide initiative on children, youth, and families. |
| 1999 - 2001 | Member, Faculty Executive Committee |
| 1996 - 2000 | Member, Faculty Field Committee |
| 1999 | Member, Distance Education Work Group of the ERIC Committee |
| 1997 - 2001 | Member, Social Work Community Outreach Faculty Committee |
| 1996 - 1999 | Course Coordinator, SWCL 727, Clinical Practice with Families and Children in Child Welfare |
| 1996 - 2001 | Member, Clinical Faculty Committee |
| 1999 | Member, Search Committee – Family Connections' Faculty Field Instructors |
| 1998 | Chair, Search Committee – Title IVE Faculty Field Instructors (2) |
| 1997 - 1999 | Member, Admissions Committee |
| 1998 - 1999 | Member, Masters Program Committee |
| 1996 - 1997 | Member, SOWK 630, Clinical Practice with Individuals Faculty Planning Group |
| 1996 - 1997 | Member, Undergraduate Committee |
| 1997 | Member, Search Committee - Director of the School of Social Work Computer Lab |
| 1996 - 1997 | Member, Search Committee - Social Work Community Outreach Faculty Field Instructor |

Revised 8.1.2008

**I certify that this curriculum vita is accurate and up to date.**

_____

**8.01.2008**

_____

**Date**