CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
Robert C. Fellmeth (CA SBN 49897)
Edward Howard (CA SBN 151936)
Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
5998 Alcala Park
San Diego, California 92110
Telephone: 619.260.4806
Facsimile: 619.260.4753
cpil@sandiego.edu

MORRISON & FOERSTER LLP
Kimberly N. Van Voorhis (CA SBN 197486)
Marc David Peters (CA SBN 211725)
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

MORRISON & FOERSTER LLP
Steve Keane (CA SBN 247588)
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | Case No. C 07-5086 WHA<br><br>**DECLARATION OF JEAN ROSS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

1   I, Jean M. Ross, declare:

2   I have an A.B. from the University of California at Santa Cruz and a Masters Degree in City and Regional Planning with a concentration on regional economics from the University of California at Berkeley. I served as a senior fellow of the University of California, Los Angeles School of Public Policy and Social Research in 2000-01. After graduation, I served as principal consultant to the Assembly Revenue and Taxation Committee; senior consultant to the Assembly Human Services Committee, where I staffed the California Legislature's Joint Select Committee on the Changing Family. I serve on the Board of the Washington, D.C.-based Institute on Taxation and Economic Policy, the Advisory Committee of California's Franchise Tax Board, and the Board of the California Tax Reform Association. I am the founder and current executive director of the CALIFORNIA BUDGET PROJECT, a public interest think-tank that conducts research on issues of California economic and budget policies and publishes reports on its findings.

The research and publications of the California Budget Project include a periodic study and report on the actual cost of "self-sufficiency" for families living in this state. That study separates out the costs extant in the regions where housing and other costs are somewhat lower from the coastal and urban counties. The study surveys the costs of housing, food and other factors relevant to the basic payment of family expenses, without inclusion of pension, college funds for children, or other accumulation of funds for long term needs. Attached as Exhibit A hereto is a true and correct copy of our most recent report outlining the living costs within California, and published in October of 2007: *Making Ends Meet: How Much Does It Cost to Raise a Family in California?*

The CBP also studies the California state budget and state taxation policies. Attached as Exhibit B is a true and correct copy of our recent analysis of tax spending: *"Who Pays Taxes in California"* – published in April of 2008 and outlining the discretionary decisions made concerning tax levels, including wealthy taxpayer avoidance, and outlining California's national ranking in major sources of public revenue.

The CBP published *What Does It Take for a Family to Afford to Pay for Health Care?* in August 2007, a report that included both health care and non-health care costs for California

1 | families as part of its study and analysis and including an appendix outlining "basic family
2 | budgets by region." Attached as Exhibit C is a true and correct copy of that report and its
3 | appendix.
4 |     In terms of tax policies, CBP has analyzed various areas of discretionary tax forbearance,
5 | see *All Gain, No Pain: California's No Tax Corporations*, published in September 2004, see also
6 | *What Would Be the Impact of Reinstating the 10 and 11 Percent Personal Income
7 | Tax Rates?*, published in April 2004, and *Options for Balancing the Budget: Reinstating the
8 | Vehicle License Fee Rate*, published in May of 2002. These reports cover alternative sources for
9 | substantial public revenue. True and correct copies of these reports are attached as Exhibits D, E,
10 | and F, respectively.
11 |     I declare the foregoing to be true and correct to the best of my knowledge under penalty of
12 | perjury, this ____ day of _____, Sacramento, California.

_____
Jean M. Ross

ROSS DECLARATION I/S/O PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
Case No. C 07-5086 WHA
pa-1272596

3