EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN M. CARSON
Supervising Deputy Attorney General
GEORGE PRINCE, State Bar No. 133877
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5749
 Fax: (415) 703-5480

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; GREG ROSE, Deputy Director of the Children and Family services Division of the California Department of Social Services, in his official capacity,<br><br>Defendants. | C 07-5086 WHA<br><br>DECLARATION OF JOHN A. WAGNER RE: FOSTER FAMILY HOME MAINTENANCE PAYMENTS |

I, John A. Wagner, state as follows:

1. I am the Director of the California Department of Social Services ("CDSS"). As Director, I am responsible for the implementation of CDSS policy and the overall operation and administration of the CDSS. I have held this position since April of 2007.

2. The CDSS is responsible for the administration, interpretation, and enforcement of, among other statutes, the federal Child Welfare Act, 42 U.S.C. sections 670-679b, and the programs related to that Act in California, and California Welfare and Institutions Code section 11400 et seq.,

Decl. of John A. Wagner re: Foster Family Home Pymnts.   California State Foster Parent Association, et al. v. Wagner
C 07-5086 WHA

1

which includes the administration of the rate structure for foster family homes.

3. As part of its administration of the Child Welfare Act, CDSS acts as a conduit for the federal funds that flow to California to cover a portion of the foster care maintenance payments made to foster parents on behalf of eligible children in California. My responsibilities as Director of CDSS include overseeing the process involved in the disbursement of these federal funds and ensuring that the funds are administered in accordance with the Child Welfare Act.

4. Since I began my role as Director of CDSS, I have not exercised any discretion regarding changes in the monthly foster care maintenance payment rates for California-licensed foster family homes, because I have no such discretion as to the amount of those payment rates and no authority to make changes to those payment rates, which are set by the California State Legislature. During my tenure, I have not evaluated the need to increase or decrease those payment rates nor have I collected information regarding the sufficiency of rates or otherwise functioned as a decisionmaker on this subject. However, during my tenure, the California State Legislature did increase the rates for foster care maintenance payments for California-licensed family homes.

5. This declaration is based on personal knowledge. If called to testify in this action, I could and would competently testify to the matters set forth herein.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed electronically, at my request, on Sept. 11, 2008, while I was in Sacramento, California.

/s/ John A. Wagner
JOHN A. WAGNER

Director, California Department
of Social Services

Decl. of John A. Wagner re: Foster Family Home Pymnts.   California State Foster Parent Association, et al. v. Wagner
C 07-5086 WHA

I, KIMBERLY N. VAN VOORHIS, am the ECF User whose ID and password are being used to file this DECLARATION OF JOHN A. WAGNER RE: FOSTER FAMILY HOME MAINTENANCE PAYMENTS. In compliance with General Order 45, X.B., I hereby attest that JOHN A. WAGNER has concurred in this filing.

Dated: September 11, 2008        By:    s/ Kimberly N. Van Voorhis
                                         Kimberly N. Van Voorhis