1  CHILDREN'S ADVOCACY INSTITUTE
   University of San Diego School of Law
2  Robert C. Fellmeth (CA SBN 49897)
   Edward Howard (CA SBN 151936)
3  Christina McClurg Riehl (CA SBN 216565)
   Elisa D'Angelo Weichel (CA SBN 149320)
4  5998 Alcala Park
   San Diego, California  92110
5  Telephone: 619.260.4806
   Facsimile: 619.260.4753
6  cpil@sandiego.edu

7  MORRISON & FOERSTER LLP
   Kimberly N. Van Voorhis (CA SBN 197486)
8  Marc David Peters (CA SBN 211725)
   Richard S. Ballinger (CA SBN 223655)
9  755 Page Mill Road
   Palo Alto, California  94304-1018
10 Telephone: 650.813.5600
   Facsimile: 650.494.0792

11
   MORRISON & FOERSTER LLP
12 Steve Keane (CA SBN 247588)
   Adrianne E. Marshack (CA SBN 253682)
13 12531 High Bluff Drive, Suite 100
   San Diego, California  92130-2040
14 Telephone: 858.720.5100
   Facsimile: 858.720.5125

15 **Attorneys for Plaintiffs**

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18
                     SAN FRANCISCO DIVISION
19

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting, | Case No.  C 07-5086 WHA |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| v. | Date:     October 9, 2008 |
| JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity, | Time:     8:00 a.m. Place:    Courtroom 9, 19th Floor Judge:    Honorable William H. Alsup |
| Defendants. | |

1    This matter comes before the Court on Plaintiffs' Motion for Summary Judgment.  Having

2    considered the arguments and evidence submitted and for good cause appearing:

3    IT IS HEREBY ORDERED THAT Plaintiffs' motion for summary judgment is

4    GRANTED.

5    IT IS DECLARED THAT Defendants have violated and continue to violate 42 U.S.C.

6    § 672 by failing to pay foster parents the statutory amounts (the costs of (and the costs of

7    providing) food, clothing, shelter, daily supervision, school supplies, a child's personal

8    incidentals, liability insurance with respect to a child, and reasonable travel to a child's home for

9    visitation).

10    IT IS FURTHER ORDERED THAT Defendants shall comply with their obligations

11    under 42 U.S.C. § 672 to pay to foster parents amounts sufficient to cover the requisite itemized

12    costs (the costs of (and the costs of providing) food, clothing, shelter, daily supervision, school

13    supplies, a child's personal incidentals, liability insurance with respect to a child, and reasonable

14    travel to a child's home for visitation).

15    IT IS FURTHER ORDERED THAT Defendants shall increase monthly per-child

16    payments foster care maintenance payments to foster parents to the amounts stated in the "MARC

17    Report," plus $25 for reasonable travel for home visitation, plus an additional $547 to working

18    parents who enroll the foster child in licensed child care.

19    IT IS FURTHER ORDERED THAT Defendants shall publish, and present to this Court

20    for approval, a new schedule of rates sufficient to cover the statutory itemized costs (the costs of

21    (and the costs of providing) food, clothing, shelter, daily supervision, school supplies, a child's

22    personal incidentals, liability insurance with respect to a child, and reasonable travel to a child's

23    home for visitation) with a proposed plan and methodology for future annual review, comment,

24    adjustment, and republication of such rates so that Defendants' payments to foster parents may be

25    expected to cover the statutory expenses in the future.

26

27

28

1    IT IS FURTHER ORDERED THAT Defendants shall pay Plaintiffs' full costs and

2  reasonable attorneys' fees in bringing this action pursuant to 42 U.S.C. § 1988.

3    IT IS SO ORDERED.

4

5  Dated: _____    _____

6                                                                    WILLIAM H. ALSUP
                                                          UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28