EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN M. CARSON
Supervising Deputy Attorney General
GEORGE PRINCE, State Bar No. 133877
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5749
Fax: (415) 703-5480

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; GREG ROSE, Deputy Director of the Children and Family services Division of the California Department of Social Services, in his official capacity,<br><br>Defendants. | C 07-5086 WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Defendants John A. Wagner and Greg Rose have moved the Court for an order granting summary judgment on their behalf and against plaintiffs as to this action in its entirety. Plaintiffs have opposed the motion, and have also filed their own motion for summary judgment.

After consideration of all moving, opposing, and reply papers, and the documentation and argument submitted in support of the motions, defendants' motion is granted in its entirety, plaintiffs' motion is denied in its entirety, and the action is dismissed.

IT IS SO ORDERED.

Dated: _____  _____

JUDGE OF THE UNITED STATES DISTRICT COURT

1