EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN M. CARSON
Supervising Deputy Attorney General
GEORGE PRINCE, State Bar No. 133877
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5749
 Fax:  (415) 703-5480

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>                                    Plaintiffs,<br>     v.<br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; GREG ROSE, Deputy Director of the Children and Family services Division of the California Department of Social Services, in his official capacity,<br>                                    Defendants. | C 07-5086 WHA<br><br>DEFENDANTS' RE-NOTICE OF DATE FOR HEARING ON MOTION FOR SUMMARY JUDGMENT<br><br>Hearing: October 16, 2008<br>Time:  8:00 a.m.<br>Courtroom: 9, 19th floor<br>Judge: Hon.William H. Alsup |

TO PLAINTIFFS CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA

STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR

PERMANENT PARENTING AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT the hearing on defendants' motion for summary

judgment  in their behalf under Rule 56 of the Federal Rules of Civil Procedure. will occur on

October 16, 2008, at 8:00 a.m., or as soon thereafter as the matter may be heard, rather than on

October 9, 2008, as indicated in defendants' moving papers filed on September 11, 2008.

    The venue for the hearing remains unchanged: Courtroom 9, the Honorable William

1  H. Alsup, presiding, in the United States District Courthouse at 450 Golden Gate Avenue, San
2  Francisco, California.
3      Dated: September 15, 2008

    Respectfully submitted,

    EDMUND G. BROWN JR.
    Attorney General of the State of California

    SUSAN M. CARSON
    Supervising Deputy Attorney General

    /s/ George Prince

    GEORGE PRINCE
    Deputy Attorney General

    Attorneys for Defendants

Defendants' Re-Notice of Mtn. & Mtn. for Summary Judgment    C 07-5086 WHA
2