CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
Robert C. Fellmeth (CA SBN 49897)
Edward Howard (CA SBN 151936)
Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
5998 Alcala Park
San Diego, California  92110
Telephone: 619.260.4806
Facsimile: 619.260.4753
cpil@sandiego.edu

MORRISON & FOERSTER LLP
Kimberly N. Van Voorhis (CA SBN 197486)
Marc David Peters (CA SBN 211725)
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email:  kvanvoorhis@mofo.com; mdpeters@mofo.com

MORRISON & FOERSTER LLP
Steve Keane (CA SBN 247588)
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | Case No.  C 07-5086 WHA<br><br>**PLAINTIFFS' RE-NOTICE OF DATE FOR HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 16, 2008<br>Time:  8:00 a.m.<br>Place:  Courtroom 9, 19th Floor<br>Judge:  Honorable William H. Alsup |

PLAINTIFFS' RE-NOTICE OF DATE FOR HEARING ON MOTION FOR SUMMARY JUDGMENT
Case No. C 07-5086 WHA
pa-1283049

1

1     TO DEFENDANTS, JOHN A. WAGNER, Director of the California Department of
2 Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and
3 Family Services Division of the California Department of Social Services, in her official capacity,
4 AND THEIR ATTORNEYS OF RECORD:
5     PLEASE TAKE NOTICE that the hearing on plaintiffs' motion for summary judgment
6 pursuant to Rule 56 of the Federal Rules of Civil Procedure will occur on October 16, 2008, at
7 8:00 a.m., or as soon thereafter as the matter may be heard, rather than on October 9, 2008, as
8 indicated in plaintiffs' moving papers filed on September 11, 2008.
9     The venue for the hearing remains unchanged: Courtroom 9, the Honorable William H.
10 Alsup, presiding, in the United States District Courthouse at 450 Golden Gate Avenue, San
11 Francisco, California.

                                                      Respectfully submitted,

Dated: September 15, 2008           MORRISON & FOERSTER LLP

                                        By:   /s/ Kimberly N. Van Voorhis
                                                 Kimberly N. Van Voorhis

                                                 Attorneys for Plaintiffs
                                                 California State Foster Parent
                                                 Association, California State Care
                                                 Providers Association, and Legal
                                                 Advocates For Permanent Parenting