CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
Robert C. Fellmeth (CA SBN 49897)
Edward Howard (CA SBN 151936)
Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
5998 Alcala Park
San Diego, California  92110
Telephone: 619.260.4806
Facsimile: 619.260.4753
cpil@sandiego.edu

MORRISON & FOERSTER LLP
Kimberly N. Van Voorhis (CA SBN 197486)
Marc David Peters (CA SBN 211725)
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email:  kvanvoorhis@mofo.com; mdpeters@mofo.com

MORRISON & FOERSTER LLP
Steve Keane (CA SBN 247588)
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | Case No.  C 07-5086 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: October 16, 2008<br>Time:  8:00 a.m.<br>Place:  Courtroom 9, 19th Floor<br>Judge:  Honorable William H. Alsup |

Plaintiffs, California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting, and Defendants, John A. Wagner, Director of the California Department of Social Services, in his official capacity; Mary Ault, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity, stipulate as follows:

On September 2, 2008, the parties filed a stipulation allowing opening summary judgment briefs to be filed on September 11, 2008, while retaining the October 9, 2008 hearing date.

On September 3, 2008, the Court granted the stipulation.

On September 11, 2008, plaintiffs filed their motion for summary judgment and defendants filed a cross motion for summary judgment, both with a hearing date of October 9, 2008.

On September 12, 2008, the parties were notified by the Court that the hearing on their respective motions would be moved to October 16, 2008.

Wherefore, based on the foregoing, the parties stipulate that briefing on these motions shall proceed according to the schedule set forth in the Local Civil Rules of the Northern District of California, with opposition and reply briefs being filed as follows:

| | |
|---|---|
| Summary Judgment Opposition Briefs | September 25, 2008 |
| Summary Judgment Reply Briefs | October 2, 2008 |

**SO STIPULATED.**

Dated: September 15, 2008          MORRISON & FOERSTER, LLP

By:   /s/ Kimberly N. Van Voorhis
     Kimberly N. Van Voorhis
     Attorneys for Plaintiffs

OFFICE OF THE CALIFORNIA ATTORNEY GENERAL

By:   /s/ George Prince
     George Prince, Deputy
     Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON MOTIONS
FOR SUMMARY JUDGMENT  --  Case No. C 07-5086 WHA
pa-1283114

GENERAL ORDER 45 ATTESTATION

I, Kimberly N. Van Voorhis, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that George Prince of the Office of the California Attorney General, has concurred in the filing of this document with his electronic signature.

Dated: September 15, 2008

By: /s/ Kimberly N. Van Voorhis
Kimberly N. Van Voorhis
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: September 15, 2008

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON MOTIONS
FOR SUMMARY JUDGMENT -- Case No. C 07-5086 WHA
pa-1283114

3