1  CHILDREN'S ADVOCACY INSTITUTE
   University of San Diego School of Law
2  Robert C. Fellmeth (CA SBN 49897)
   Edward Howard (CA SBN 151936)
3  Christina McClurg Riehl (CA SBN 216565)
   Elisa D'Angelo Weichel (CA SBN 149320)
4  5998 Alcala Park
   San Diego, California  92110
5  Telephone: 619.260.4806
   Facsimile: 619.260.4753
6  cpil@sandiego.edu

7  MORRISON & FOERSTER LLP
   Kimberly N. Van Voorhis (CA SBN 197486)
8  Marc David Peters (CA SBN 211725)
   755 Page Mill Road
9  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
10 Facsimile: 650.494.0792
   Email:  kvanvoorhis@mofo.com; mdpeters@mofo.com
11
   MORRISON & FOERSTER LLP
12 Steve Keane (CA SBN 247588)
   12531 High Bluff Drive, Suite 100
13 San Diego, California  92130-2040
   Telephone: 858.720.5100
14 Facsimile: 858.720.5125

15 **Attorneys for Plaintiffs**

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19 California State Foster Parent Association,         Case No.  C 07-5086 WHA
   California State Care Providers Association, and
20 Legal Advocates for Permanent Parenting,            **STIPULATION AND [PROPOSED]
                                                       ORDER RE BRIEFING ON
21                 Plaintiffs,                         MOTIONS FOR SUMMARY
                                                       JUDGMENT**
22         v.
                                                       Date: October 16, 2008
23 JOHN A. WAGNER, Director of the California          Time: 8:00 a.m.
   Department of Social Services, in his official      Place: Courtroom 9, 19th Floor
24 capacity; MARY AULT, Deputy Director of the         Judge: Honorable William H. Alsup
   Children and Family Services Division of the
25 California Department of Social Services, in her
   official capacity,
26
                   Defendants.
27

28

STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON MOTIONS
FOR SUMMARY JUDGMENT  --  Case No. C 07-5086 WHA                             1
pa-1283114

1   Plaintiffs, California State Foster Parent Association, California State Care Providers
2   Association, and Legal Advocates for Permanent Parenting, and Defendants, John A. Wagner,
3   Director of the California Department of Social Services, in his official capacity; Mary Ault,
4   Deputy Director of the Children and Family Services Division of the California Department of
5   Social Services, in her official capacity, stipulate as follows:
6   On September 2, 2008, the parties filed a stipulation allowing opening summary judgment
7   briefs to be filed on September 11, 2008, while retaining the October 9, 2008 hearing date.
8   On September 3, 2008, the Court granted the stipulation.
9   On September 11, 2008, plaintiffs filed their motion for summary judgment and
10  defendants filed a cross motion for summary judgment, both with a hearing date of October 9,
11  2008.
12  On September 12, 2008, the parties were notified by the Court that the hearing on their
13  respective motions would be moved to October 16, 2008.
14  Wherefore, based on the foregoing, the parties stipulate that briefing on these motions
15  shall proceed according to the schedule set forth in the Local Civil Rules of the Northern District
16  of California, with opposition and reply briefs being filed as follows:

17            Summary Judgment Opposition Briefs          September 25, 2008
18            Summary Judgment Reply Briefs               October 2, 2008

19  **SO STIPULATED.**

20  Dated:  September 15, 2008            MORRISON & FOERSTER, LLP
21
22                                        By:    /s/ Kimberly N. Van Voorhis
                                                 Kimberly N. Van Voorhis
23                                               Attorneys for Plaintiffs

24                                        OFFICE OF THE CALIFORNIA ATTORNEY
25                                        GENERAL

26
                                          By:    /s/ George Prince
27                                               George Prince, Deputy
                                                 Attorneys for Defendants
28

STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING ON MOTIONS
FOR SUMMARY JUDGMENT  --  Case No. C 07-5086 WHA                                    2
pa-1283114

1  GENERAL ORDER 45 ATTESTATION

2  I, Kimberly N. Van Voorhis, am the ECF user whose ID and password are being used to

3  file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that George

4  Prince of the Office of the California Attorney General, has concurred in the filing of this

5  document with his electronic signature.

6  Dated: September 15, 2008

7  By:   /s/ Kimberly N. Van Voorhis
        Kimberly N. Van Voorhis
8       Attorneys for Plaintiffs

9

10

11  **IT IS SO ORDERED.**

12      18,
13  Dated: September ~~15~~, 2008

    IT IS SO ORDERED
    Judge William Alsup

14  THE HONORABLE WILLIAM H. ALSUP
    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING ON MOTIONS
FOR SUMMARY JUDGMENT  --  Case No. C 07-5086 WHA
pa-1283114

3