CHILDREN'S ADVOCACY INSTITUTE
University of San Diego School of Law
Robert C. Fellmeth (CA SBN 49897)
Edward Howard (CA SBN 151936)
Christina McClurg Riehl (CA SBN 216565)
Elisa D'Angelo Weichel (CA SBN 149320)
5998 Alcala Park
San Diego, California 92110
Telephone: 619.260.4806
Facsimile: 619.260.4753
cpil@sandiego.edu

MORRISON & FOERSTER LLP
Kimberly N. Van Voorhis (CA SBN 197486)
Marc David Peters (CA SBN 211725)
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: kvanvoorhis@mofo.com; mdpeters@mofo.com

MORRISON & FOERSTER LLP
Steve Keane (CA SBN 247588)
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | Case No. C 07-5086 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE DATE FOR PRETRIAL CONFERENCE** |

1  Based on this Court's July 3, 2008 order, the Final Pretrial Conference is scheduled for
2  November 3, 2008.  (*See* Court's order of July 3, 2006 (Dkt. No. 51).)  The parties have conferred
3  and hereby stipulate that the Final Pretrial Conference should be rescheduled, with the Court's
4  consent, ~~to Tuesday, October 28, 2008, or if that date is inconvenient for the Court~~ to Monday,
5  October 27, 2008 or as soon thereafter as is convenient for the Court.  This request is based on
6  Plaintiffs' counsel's unavailability on November 3, 3008, and is made in good faith and not for
7  the purpose of delay or for any improper purpose.
8  Accordingly, the parties respectfully request that the Court approve the stipulation and
9  make it the order of the Court.
10 **SO STIPULATED.**

11 Dated:  September 25, 2008          MORRISON & FOERSTER, LLP

13                                     By:   /s/ Kimberly N. Van Voorhis
                                             Kimberly N. Van Voorhis
14                                           Attorneys for Plaintiffs

15 Dated:  September 25, 2008          OFFICE OF THE CALIFORNIA ATTORNEY
16                                     GENERAL

18                                     By:   /s/ George Prince
                                             George Prince, Deputy
19                                           Attorneys for Defendants

21      PURSUANT TO STIPULATION, IT IS SO ORDERED.

23 Dated:  September 26, 2008
                                       _____
24                                     THE HONORABLE WILLIAM H. ALSUP
                                       UNITED STATES DISTRICT JUDGE

26      The Final Pretrial Conference is hereby scheduled for Monday, **October 27,**
        **2008, at 2:00 p.m**.

STIPULATION AND [~~PROPOSED~~] ORDER RE DATE FOR PRETRIAL CONFERENCE
Case No. C 07-5086 WHA
pa-1284478

2

GENERAL ORDER 45 ATTESTATION

I, Kimberly N. Van Voorhis, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that George Prince of the Office of the California Attorney General, has concurred in the filing of this document with his electronic signature.

Dated: September 25, 2008

By:   /s/ Kimberly N. Van Voorhis
      Kimberly N. Van Voorhis
      Attorneys for Plaintiffs