United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, AND LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, in his official capacity, MARY AULT, Deputy Director of the CHILDREN AND FAMILY SERVICES DIVISION OF THE CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, in her official capacity,<br><br>Defendants. | No. C 07-05086 WHA<br><br>**ORDER VACATING TRAIL DATE** |

The trial in this case is presently scheduled to begin November 17, 2008. Following the October 2008 hearing on the parties' cross-motions for summary judgment, the Court issued an order granting plaintiffs' motion in part and denying it in part and denying defendants' motion. The order indicated that, in the Court's view, that order ended the case and that judgment would be entered unless the parties were to show cause why judgment should not be entered. Defendants timely filed a response to the Court's order to show cause. Plaintiffs filed a request for leave to respond to defendants' motion and a response to defendants' motion.

Plaintiffs' request for leave to respond is granted. The November 17 trial date is hereby **VACATED** pending a ruling on defendants' motion.

**IT IS SO ORDERED.**

Dated: November 13, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE