1   CHILDREN'S ADVOCACY INSTITUTE
    University of San Diego School of Law
2   Robert C. Fellmeth (CA SBN 49897)
    Edward Howard (CA SBN 151936)
3   Christina McClurg Riehl (CA SBN 216565)
    Elisa D'Angelo Weichel (CA SBN 149320)
4   5998 Alcala Park
    San Diego, California  92110
5   Telephone: 619.260.4806
    Facsimile: 619.260.4753
6   cpil@sandiego.edu

7   MORRISON & FOERSTER LLP
    Kimberly N. Van Voorhis (CA SBN 197486)
8   Marc David Peters (CA SBN 211725)
    Richard S. Ballinger (CA SBN 223655)
9   755 Page Mill Road
    Palo Alto, California  94304-1018
10  Telephone: 650.813.5600
    Facsimile: 650.494.0792

11
    MORRISON & FOERSTER LLP
12  Steve Keane (CA SBN 247588)
    Adrianne E. Marshack (CA SBN 253682)
13  12531 High Bluff Drive, Suite 100
    San Diego, California  92130-2040
14  Telephone: 858.720.5100
    Facsimile: 858.720.5125

15  **Attorneys for Plaintiffs**

16

17                 UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA

19                  SAN FRANCISCO DIVISION

20  California State Foster Parent Association,            Case No.  C 07-5086 WHA
    California State Care Providers Association, and
21  Legal Advocates for Permanent Parenting,              **STIPULATION AND [~~PROPOSED~~]**
                                                          **ORDER REFERRING MATTER TO**
22                        Plaintiffs,                     **SPECIAL MASTER MARC**
                                                          **BERNSTEIN PURSUANT TO FED.**
23          v.                                            **R. CIV. P. 53.**

24  JOHN A. WAGNER, Director of the California
    Department of Social Services, in his official
25  capacity; MARY AULT, Deputy Director of the
    Children and Family Services Division of the
26  California Department of Social Services, in her
    official capacity,
27
                          Defendants.
28

STIPULATION AND [PROPOSED] ORDER REFERRING MATTER TO SPECIAL MASTER
Case No. C 07-5086 WHA                                                                    1
pa-1336779

1 **STIPULATION AND REFERENCE TO SPECIAL MASTER**

2     The parties have conferred and hereby stipulate as follows:

3     WHEREAS, on December 19, 2008, Plaintiffs filed a motion for attorneys' fees;

4     WHEREAS, on February 6, 2009, the Court issued an order that Plaintiffs were the

5 prevailing party in the action, vacating the previously calendared hearing date for Plaintiffs'

6 motion for attorneys' fees, and setting forth a procedure for determining the appropriate fee award

7 to be followed by the parties;

8     WHEREAS, on March 19, 2009, the parties filed a Joint Report regarding the motion for

9 attorneys' fees; and

10     WHEREAS, on May 14, 2009, the Court appointed Special Master Marc Bernstein to hear

11 Plaintiffs' motion for attorneys' fees and ordered the parties to file a proposed form of reference;

12     THE PARTIES THEREFORE respectfully request that the Court adopt the following

13 proposed form of reference:

14    **1. Appointment of the Special Master.**

15     The Court, having given the parties notice and an opportunity to be heard, has nominated

16 Marc Bernstein, of the Bernstein Law Group, 555 Montgomery St., Suite 1650, San Francisco,

17 CA, 94111, 415-765-6633, as the Special Master to hear Plaintiffs' motion for attorneys' fees

18 pursuant to Fed. R. Civ. P. 53. Following the filing of an affidavit by Mr. Bernstein, pursuant to

19 Fed. R. Civ. P. 53(b)(3), the Court will order his appointment subject to the following terms.

20    **2. Payment of the Special Master.**

21     Plaintiffs shall collectively bear 50% of the reasonable fees and expenses associated with

22 the Special Master, and Defendants shall collectively bear the remaining 50%. Each Party,

23 however, will bear all expenses associated with its own participation in any proceedings before

24 the Special Master or the Court (including, but not limited to, its own attorneys' fees and costs of

25 witnesses).

26

27

28

STIPULATION AND [PROPOSED] ORDER REFERRING MATTER TO SPECIAL MASTER
Case No. C 07-5086 WHA
pa-1336779

2

1  **3.  Authority of the Special Master.**

2       The Special Master is appointed to hear and rule upon Plaintiffs' pending motion for

3  attorneys' fees, as directed by the Courts' May 14, 2009 Order.  In connection with that motion,

4  the Special Master may hold hearings, receive testimony, and conduct a reasonable investigation

5  into the underlying factual matters.  The Special Master may review privileged communications

6  and documents *in camera*, and doing so will not constitute any waiver of privilege by the

7  proffering party or parties, and the Special Master may communicate *ex parte* with the parties in

8  connection with any such *in camera* review only to the extent necessary to resolve questions or

9  matters arising from privileged communications or documents under review.  The Special Master

10  shall have all powers granted by Federal Rule of Civil Procedure 53(c).

11      **4.  Plaintiffs' Motion for Attorneys' Fees**

12       Promptly following the issuance of the Court's order appointing the Special Master, the

13  Special Master will initiate a conference with the parties to discuss the papers relevant to

14  Plaintiffs' December 19, 2008 motion for attorneys' fees; any factual or legal matters in dispute; a

15  reasonable schedule for briefing any legal matters not already addressed in the parties' papers; a

16  reasonable schedule for investigating any factual matters in dispute; and setting a date for hearing

17  Plaintiffs' motion for attorneys' fees.  Following the hearing on Plaintiffs' motion for attorneys'

18  fees, the Special Master shall issue and file an order that states the Special Master's ruling and

19  any underlying legal or factual findings.

20      **5.  Proceedings Before the Special Master**

21       Prior to initiating proceedings with the Special Master, a party must make a good faith

22  effort to resolve the issue with the opposing party.  Any Party seeking to initiate proceedings with

23  the Special Master shall give written notice thereof to the other Party.  Such notice will state that

24  it is a notice initiating the Special Master procedures; describe briefly the nature of the dispute;

25  describe briefly the notifying Party's claim or position in connection with the dispute; confirm

26  that reasonable attempts have been made to resolve the issue and describe the matters remaining

27  in dispute and identify the matters resolved by the parties, if any; and state an agreed briefing and

28  hearing schedule.  The Special Master shall promptly advise the parties of the briefing and

STIPULATION AND [PROPOSED] ORDER REFERRING MATTER TO SPECIAL MASTER
Case No. C 07-5086 WHA
pa-1336779

1    hearing schedule for the proceedings.  Following the hearing, the Special Master shall issue and

2    file an order that states the Special Master's ruling and any underlying legal or factual findings.

3        **SO STIPULATED.**

4    Dated:  May 21, 2009                    MORRISON & FOERSTER, LLP

5

6                                            By:    /s/ Kimberly N. Van Voorhis
                                                    Kimberly N. Van Voorhis
7                                                   Attorneys for Plaintiffs

8    Dated:  May 21, 2009                    OFFICE OF THE CALIFORNIA ATTORNEY
                                             GENERAL
9

10                                           By:    /s/ George Prince
                                                    George Prince, Deputy
11                                                  Attorneys for Defendants

12

13

14        PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16    Dated: May  22 , 2009

17                                           THE _____ ALSUP
                                             UNITED _____ DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REFERRING MATTER TO SPECIAL MASTER
Case No. C 07-5086 WHA
pa-1336779

4

1    GENERAL ORDER 45 ATTESTATION

2        I, Kimberly N. Van Voorhis, am the ECF user whose ID and password are being used to

3    file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that George

4    Prince of the Office of the California Attorney General, has concurred in the filing of this

5    document with his electronic signature.

6    Dated: May 21, 2009

7                          By:    /s/ Kimberly N. Van Voorhis

8                                 Kimberly N. Van Voorhis
                                  Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REFERRING MATTER TO SPECIAL MASTER
Case No. C 07-5086 WHA
pa-1336779

5