IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,

    Plaintiffs,

  v.

JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director fo the Children and Family Services Division of the California Department of Social Services, in her official capacity,

    Defendants.

No. C 07-05086 WHA

**ORDER REQUESTING JOINT PROPOSED AMENDED JUDGMENT**

This action has been remanded by the court of appeals so that this Court "may modify its judgment for consistency with the parties' mediation agreement" concerning the scope of plaintiffs' remedy. This order requests that the parties file a joint proposed amended judgment, reflecting the remedy agreed upon through mediation, by **NOON ON SEPTEMBER 17, 2010**.

**IT IS SO ORDERED.**

Dated: September 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE