IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | No. C 07-05086 WHA<br><br>**ORDER REGARDING LETTER** |

Yesterday evening, plaintiffs' counsel filed a letter requesting that "the Court order Defendants to implement the new rate methodology detailed in their April 8 Statement [], effective immediately." Letters are not the proper way to seek relief from the Court. No action will be taken on plaintiffs' letter. If plaintiffs seek further action from this Court, then plaintiffs should file a timely motion for relief.

**IT IS SO ORDERED.**

Dated: April 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE