1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  CALIFORNIA STATE FOSTER PARENT
   ASSOCIATION, CALIFORNIA STATE CARE
10 PROVIDERS ASSOCIATION, and LEGAL          No. C 07-05086 WHA
   ADVOCATES FOR PERMANENT
11 PARENTING,

12            Plaintiffs,

13     v.                                     **ORDER DENYING MOTION
                                              TO SHORTEN TIME**
14 JOHN A. WAGNER, Director of the California
   Department of Social Services, in his official
15 capacity; MARY AULT, Deputy Director of the
   Children and Family Services Division of the
16 California Department of Social Services, in her
   official capacity,
17
            Defendants.
18                                          /

19

20       Plaintiffs' motion to shorten time on the briefing and hearing of their second motion for

21 further relief is **DENIED**.  The motion will be heard on a normal track, with the hearing on May

22 26, as noticed by plaintiffs.

23

24       **IT IS SO ORDERED.**

25

26 Dated:  April 19, 2011.                   _____
                                             WILLIAM ALSUP
27                                           UNITED STATES DISTRICT JUDGE

28

*United States District Court*
For the Northern District of California