1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. WAGNER, Director of the California Department of Social Services, in his official capacity; MARY AULT, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in her official capacity,<br><br>Defendants. | Case No.  C 07-5086 WHA<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO RELIEVE RICHARD S. BALLINGER AS COUNSEL OF RECORD FOR PLAINTIFFS PURSUANT TO L.R. 11-5 |

[~~PROPOSED~~] ORDER GRANTING MTN TO RELIEVE R. S. BALLINGER AS COUNSEL OF RECORD FOR PLAINTIFFS
Case No. C 07-5086 WHA
pa-1461008

1

1 | Pursuant to Civil Local Rule 11-5, the Court hereby GRANTS Plaintiffs' motion to
2 | relieve Richard S. Ballinger as counsel of Record. Mr. Ballinger is removed from the parties' and
3 | the Court's list of counsel in this action.
4 | Plaintiffs' counsel of record otherwise remains unchanged.
5 | Dated: April 27, 2011.

_____
Honorable William H. Alsup
United States District Court Judge

[PROPOSED] ORDER GRANTING MTN TO RELIEVE R. S. BALLINGER AS COUNSEL OF RECORD FOR PLAINTIFFS
Case No. C 07-5086 WHA
pa-1461008

2