**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM LIGHTBOURNE, Director of the California Department of Social Services, in his official capacity; GREGORY ROSE, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in his official capacity,<br><br>Defendants. | No. C 07-05086 WHA<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF AND CLARIFICATION OF THE ORDER GRANTING PLAINTIFFS' SECOND MOTION FOR FURTHER RELIEF** |

Defendants move for clarification of the order granting plaintiffs' second motion for further relief, dated May 27, 2011. Plaintiffs oppose. Good cause not shown, defendants' motion is **DENIED**. The motion effectively requests reconsideration, but it was not presented properly as a motion for leave to file a motion for reconsideration, nor does it contain grounds that would warrant reconsideration. The order dated May 27 requires the State of California to instruct the counties to send checks to foster parents at the new rates beginning with the next

round of checks beginning on May 27. If there is a reimbursement that had not yet been made as of May 27, it should be made at the compliant rate.

**IT IS SO ORDERED.**

Dated: June 9, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2