UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM LIGHTBOURNE, Director of the California Department of Social Services, in his official capacity; GREGORY ROSE, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in his official capacity,<br><br>Defendants. | Case No.  C 07-5086 WHA<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES UNDER 42 U.S.C. § 1988** |

1  This matter comes before the Court on Plaintiffs' Motion for Attorneys' Fees Under 42
2  U.S.C. § 1988.  Having considered the arguments and evidence submitted and given defendants'
3  notice of non-opposition and for good cause appearing:
4  IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Attorneys' Fees Under 42
5  U.S.C. § 1988 in the amount of $29,055.62 is **GRANTED**.  The hearing on July 28 is **VACATED**.
6  **IT IS SO ORDERED.**

8  Dated:  June 27, 2011.

Honorable William Alsup
United States District Court Judge