IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM LIGHTBOURNE, Director of the California Department of Social Services, in his official capacity; GREGORY ROSE, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in his official capacity,<br><br>Defendants. | No. C 07-05086 WHA<br><br>**ORDER REQUESTING RESPONSE REGARDING SHOW CAUSE HEARING** |

The order granting plaintiffs' second motion for further relief concluded by stating: "If defendants William Lightbourne and Gregory Rose refuse to or fail to comply with this order, then they must appear personally (not just through counsel) and show cause why they should not be held in contempt on July 28, 2011, at 2:00 p.m." This order requests a response from plaintiffs' counsel by **NOON ON JULY 22** regarding whether defendants have refused to or failed to comply with the order such that the hearing on July 28 must go forward.

**IT IS SO ORDERED.**

Dated: July 18, 2011.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE