IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA STATE FOSTER PARENT ASSOCIATION, CALIFORNIA STATE CARE PROVIDERS ASSOCIATION, and LEGAL ADVOCATES FOR PERMANENT PARENTING,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM LIGHTBOURNE, Director of the California Department of Social Services, in his official capacity; GREGORY ROSE, Deputy Director of the Children and Family Services Division of the California Department of Social Services, in his official capacity,<br><br>Defendants. | No. C 07-05086 WHA<br><br>**ORDER VACATING SHOW CAUSE HEARING** |

Based on the response of plaintiffs' counsel that "Defendants have complied with the Court's May 27, 2011 order such that Plaintiffs do not believe that a show cause hearing is necessary," the July 28 hearing is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE